COMPLAINT EXHIBIT 4

Recorded at Request of
Old Republic Title Company

2190000318

Fresno County Recorder
Paul Dictos, CPA

**2024-0082400**

Recorded at the request of:
ERECORDING PARTNERS NETWORK

09/11/2024 08:00 00
Titles: 2      Pages: 209
Fees: $662.00
CA SB2 Fees:$150.00
Taxes: $0.00
Total: $812.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Virginia M. Pedreira
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101

This instrument is delivered to the Recorder's
office as an accommodation by Old Republic
Title for physical convenience only.
It has not been examined as to its validity,
execution or its effect upon title, if any.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## WATER SUPPLY AGREEMENT AND EASEMENT
### (Water User - FNF Farms)

THIS WATER SUPPLY AGREEMENT (this "**Agreement**") is made effective as of July 29, 2015 ("**Effective Date**") by and between 104 PISTACHIOS, LLC, a California limited liability company; DERRICK PISTACHIOS, LLC, a California limited liability company; KAMM SOUTH, LLC, a California limited liability company; GRANVILLE FARMS, LLC, a California limited liability company; KAMM PISTACHIOS, LLC, a California limited liability company; PANOCHE PISTACHIOS, LLC, a California limited liability company; SOMMERVILLE FARMS, LLC, a California limited liability company; THREE ROCKS PISTACHIOS, LLC, a California limited liability company; TUSCAN FARMS, LLC, a California limited liability company; WATERFORD FARMS, LLC, a California limited liability company; ASSEMI AND SONS, INC., a California corporation; ASSEMI 100, LLC, a California limited liability company; ASSEMI BROTHERS, LLC, a California limited liability company; BIBI ASSEMI REVOCABLE TRUST dated July 9, 2010; CANTUA ORCHARDS, LLC, a California limited liability company ("**Cantua**"); VENTANA NORTH, LLC, a California limited liability company; VENTANA CENTRAL, LLC, a California limited liability company; VENTANA SOUTH, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company ("**Maricopa**"); ACDF, LLC, a California limited liability company;  C & A FARMS, LLC, a California limited liability company; SAGEBERRY I, LLC, a California limited liability company; SAGEBERRY II, LLC, a California limited liability company; SAGEBERRY III, LLC, a California limited liability company; SAGEBERRY IV, LLC,  California limited liability company; SAGEBERRY V, LLC, a California limited liability company; SAGEBERRY VI, LLC, a California limited liability company; SAGEBERRY FARMS, LLC, a California limited liability company; BISHOP FARMS 15, LLC, a California limited liability company, BISHOP FARMS 22, LLC, a California limited liability company, FARID ASSEMI, as Trustee of the Amended and Restated Farid Assemi Revocable Trust dated March 2, 2010; FARSHID ASSEMI and SONIA

1

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

Recorded at Request of
Old Republic Title Company

214 0000318

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Virginia M. Pedreira
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101

This instrument is delivered to the Recorder's
office as an accommodation by Old Republic
Title for physical convenience only.
It has not been examined as to its validity,
execution or its effect upon title, if any.

Recorded Electronically by:
451  Old Republic Title Company

**DOC #:** 224109980



224109980

| Stat Types: 1 | Pages: 209 |
|---|---|
| FEES | 647.00 |
| TAXES | .00 |
| OTHER | 225.00 |
| PAID | 872.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## WATER SUPPLY AGREEMENT AND EASEMENT
### (Water User - FNF Farms)

THIS WATER SUPPLY AGREEMENT (this "**Agreement**") is made effective as of July 29, 2015 ("**Effective Date**") by and between 104 PISTACHIOS, LLC, a California limited liability company; DERRICK PISTACHIOS, LLC, a California limited liability company; KAMM SOUTH, LLC, a California limited liability company; GRANVILLE FARMS, LLC, a California limited liability company; KAMM PISTACHIOS, LLC, a California limited liability company; PANOCHE PISTACHIOS, LLC, a California limited liability company; SOMMERVILLE FARMS, LLC, a California limited liability company; THREE ROCKS PISTACHIOS, LLC, a California limited liability company; TUSCAN FARMS, LLC, a California limited liability company; WATERFORD FARMS, LLC, a California limited liability company; ASSEMI AND SONS, INC., a California corporation; ASSEMI 100, LLC, a California limited liability company; ASSEMI BROTHERS, LLC, a California limited liability company; BIBI ASSEMI REVOCABLE TRUST dated July 9, 2010; CANTUA ORCHARDS, LLC, a California limited liability company ("**Cantua**"); VENTANA NORTH, LLC, a California limited liability company; VENTANA CENTRAL, LLC, a California limited liability company; VENTANA SOUTH, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company ("**Maricopa**"); ACDF, LLC, a California limited liability company;  C & A FARMS, LLC, a California limited liability company; SAGEBERRY I, LLC, a California limited liability company; SAGEBERRY II, LLC, a California limited liability company; SAGEBERRY III, LLC, a California limited liability company; SAGEBERRY IV, LLC,  California limited liability company; SAGEBERRY V, LLC, a California limited liability company; SAGEBERRY VI, LLC, a California limited liability company; SAGEBERRY FARMS, LLC, a California limited liability company; BISHOP FARMS 15, LLC, a California limited liability company, BISHOP FARMS 22, LLC, a California limited liability company, FARID ASSEMI, as Trustee of the Amended and Restated Farid Assemi Revocable Trust dated March 2, 2010; FARSHID ASSEMI and SONIA

1

Recorded at Request of
Old Republic Title Co.
2140000318

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Virginia M. Pedreira
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101

This instrument is delivered to the Recorder's
office as an accommodation by Old Republic
Title for physical convenience only.
It has not been examined as to its validity,
execution or its effect upon title, if any.

**This document was electronically submitted
to Kings County for recording**

**2412595**

Kristine Lee
Kings - Assessor/Clerk/Recorder
09/10/2024 03:12 PM

Recorded at the request of:
ERECORDING PARTNERS NETWORK

Titles: 1      Pages: 209

Fees: $641.00
Taxes: $0.00
Total: $716.00

SPACE  ABOVE  THIS  LINE  FOR  RECORDER'S  USE

## WATER SUPPLY AGREEMENT AND EASEMENT
### (Water User - FNF Farms)

THIS WATER SUPPLY AGREEMENT (this "**Agreement**") is made effective as of July 29, 2015 ("**Effective Date**") by and between 104 PISTACHIOS, LLC, a California limited liability company; DERRICK PISTACHIOS, LLC, a California limited liability company; KAMM SOUTH, LLC, a California limited liability company; GRANVILLE FARMS, LLC, a California limited liability company; KAMM PISTACHIOS, LLC, a California limited liability company; PANOCHE PISTACHIOS, LLC, a California limited liability company; SOMMERVILLE FARMS, LLC, a California limited liability company; THREE ROCKS PISTACHIOS, LLC, a California limited liability company; TUSCAN FARMS, LLC, a California limited liability company; WATERFORD FARMS, LLC, a California limited liability company; ASSEMI AND SONS, INC., a California corporation; ASSEMI 100, LLC, a California limited liability company; ASSEMI BROTHERS, LLC, a California limited liability company; BIBI ASSEMI REVOCABLE TRUST dated July 9, 2010; CANTUA ORCHARDS, LLC, a California limited liability company ("**Cantua**"); VENTANA NORTH, LLC, a California limited liability company; VENTANA CENTRAL, LLC, a California limited liability company; VENTANA SOUTH, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company ("**Maricopa**"); ACDF, LLC, a California limited liability company;  C & A FARMS, LLC, a California limited liability company; SAGEBERRY I, LLC, a California limited liability company; SAGEBERRY II, LLC, a California limited liability company; SAGEBERRY III, LLC, a California limited liability company; SAGEBERRY IV, LLC,  California limited liability company; SAGEBERRY V, LLC, a California limited liability company; SAGEBERRY VI, LLC, a California limited liability company; SAGEBERRY FARMS, LLC, a California limited liability company; BISHOP FARMS 15, LLC, a California limited liability company, BISHOP FARMS 22, LLC, a California limited liability company, FARID ASSEMI, as Trustee of the Amended and Restated Farid Assemi Revocable Trust dated March 2, 2010; FARSHID ASSEMI and SONIA

1

**This document was electronically submitted to Madera County for recording**

Recorded at Request of
Old Republic Title Company

2140000318

**2024019288**

**Rebecca Martinez**
Madera - County Clerk-Recorder
09/11/2024 09:49 AM

Recorded at the request of:
OLD REPUBLIC TITLE COMPANY |

Titles: 2     Pages: 209

Fees: $802.00
Taxes: $0.00
Total: $802.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Virginia M. Pedreira
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington  98101

This instrument is delivered to the Recorder's
office as an accommodation by Old Republic
Title for physical convenience only.
It has not been examined as to its validity,
execution or its effect upon title, if any.

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE

R&T 11911 – Value or
consideration
is less than $100

# WATER SUPPLY AGREEMENT AND EASEMENT
### (Water User - FNF Farms)

THIS WATER SUPPLY AGREEMENT (this "**Agreement**") is made effective as of July _29_, 2015 ("**Effective Date**") by and between 104 PISTACHIOS, LLC, a California limited liability company; DERRICK PISTACHIOS, LLC, a California limited liability company; KAMM SOUTH, LLC, a California limited liability company; GRANVILLE FARMS, LLC, a California limited liability company; KAMM PISTACHIOS, LLC, a California limited liability company; PANOCHE PISTACHIOS, LLC, a California limited liability company; SOMMERVILLE FARMS, LLC, a California limited liability company; THREE ROCKS PISTACHIOS, LLC, a California limited liability company; TUSCAN FARMS, LLC, a California limited liability company; WATERFORD FARMS, LLC, a California limited liability company; ASSEMI AND SONS, INC., a California corporation; ASSEMI 100, LLC, a California limited liability company; ASSEMI BROTHERS, LLC, a California limited liability company; BIBI ASSEMI REVOCABLE TRUST dated July 9, 2010; CANTUA ORCHARDS, LLC, a California limited liability company ("**Cantua**"); VENTANA NORTH, LLC, a California limited liability company; VENTANA CENTRAL, LLC, a California limited liability company; VENTANA SOUTH, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company ("**Maricopa**"); ACDF, LLC, a California limited liability company; C & A FARMS, LLC, a California limited liability company; SAGEBERRY I, LLC, a California limited liability company; SAGEBERRY II, LLC, a California limited liability company; SAGEBERRY III, LLC, a California limited liability company; SAGEBERRY IV, LLC,  California limited liability company; SAGEBERRY V, LLC, a California limited liability company; SAGEBERRY VI, LLC, a California limited liability company; SAGEBERRY FARMS, LLC, a California limited liability company; BISHOP FARMS 15, LLC, a California limited liability company, BISHOP FARMS 22, LLC, a California limited liability company, FARID ASSEMI, as Trustee of the Amended and Restated Farid Assemi Revocable Trust dated March 2, 2010; FARSHID ASSEMI and SONIA

1

ROSEMARY ASSEMI, as Trustees of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated March 2, 2010; and DARIUS ASSEMI, as Trustee of the Amended and Restated Darius Assemi Revocable Trust dated March 2, 2010 (collectively, "**Water Providers**"), and FNF FARMS, LLC, a California limited liability company, and its successors and assigns ("**Water User**").  Water Provider and Water User are sometimes collectively referred to herein as the "**Parties**" and singularly by their individual names or as a "**Party**."

## R E C I T A L S:

A.     Water User is the owner of certain real property located in Fresno County, California, as more particularly described in "**Exhibit A**" attached hereto and incorporated herein by this reference (the "**Property**").

B.     Water Providers are each the owner of certain real property as described in "**Exhibit "B"**" attached hereto and related appurtenant rights and improvements (the "**Water Provider Property**"), or the holder of certain property interests and water rights.  The water rights and related distribution systems are currently centrally managed by one or more of the managers of the Water Providers (or their delegees) on a water district-by-water district basis. By this Agreement, Water Providers agree to provide irrigation water supplies to the Property on the terms and subject to the conditions of this Agreement.

C.     The Parties acknowledge that Water User is arranging to borrow money under a loan referenced as Loan No. 196961 (the "**Loan**") from Metropolitan Life Insurance Company, a New York corporation ("**MetLife**"), and that the security for the Loan shall include a deed of trust encumbering the Property.  It is further contemplated that Water User shall execute a Collateral Assignment of this Agreement dated as of even date herewith (the "**Collateral Assignment**") assigning to MetLife, Water User's rights, title and interest under this Agreement. Furthermore, in the event of a default under such Loan, MetLife (and its successors) would have the right to succeed to Water User's rights under this Agreement and the Property secured by such Loan would continue to receive water hereunder under the terms further specified in this Agreement.

D.     MetLife has previously made (i) its loan nos 196624, 196625, and 196626 in the aggregate principal amount of up to $300,000,000.00 and evidenced by (a) that certain Promissory Note dated September 27, 2013 in the original principal amount of $265,000,000; (b) that certain Promissory Note dated September 27, 2013 in the original principal amount of $20,000,000; and (c) that certain Promissory Note dated September 27, 2013 in the original principal amount of $15,000,000, (ii) its loan nos. 196941 and 196942 in the aggregate principal amount of up to $18,400,000.00 and evidenced by (a) that certain Promissory Note dated November 25, 2014 in the original principal amount of $11,400,000.00, and (b) that certain Promissory Note dated November 25, 2014 in the original principal amount of up to $7,000,000.00, and (iii) its loan no. 197579 in the original principal amount of $7,300,000.00

2

and evidenced by that certain Promissory Note dated June 30, 2015 in the original principal amount of $7,300,000.00 to certain affiliates of Water Providers (the "**Related Loans**"). The Water Providers' rights under this Agreement are assigned to MetLife in support of the Related Loans.

       E.      The Parties acknowledge that this Agreement is a memorialization of an existing water supply arrangement among the Parties that predates the Effective Date.

      **NOW THEREFORE**, in consideration of the mutual covenants and conditions contained herein, the Parties agree as follows:

1.     <u>Water Supplies</u>.

       a.      Water Providers agree to provide Water User with Water Supplies (as defined below) on the terms and subject to the conditions of this Agreement and subject to Applicable Law (as defined below). The maximum amount of any Water Supplies that Water Provider shall be required to provide to Water User in any Crop Year (as defined below) shall be equal to the Incremental Water (as defined below).

          i.     "**Water Supplies**" shall mean (A) all water allocations, water banking rights or interests appurtenant to the land, carryover rights, supplemental water, distribution rights, delivery rights, storage and exchange rights, drainage rights, and other water-related rights or entitlements, whether available through any public or private irrigation projects, companies, districts, agencies, water banks, private parties or otherwise, together with all shares of stock or general intangibles evidencing any such rights or entitlements, and all voting rights and other rights and privileges that now or hereafter may exist with respect to such stock or with respect to participation, membership, or other involvement in any such projects, companies, districts, or agencies ("**Surface Water**"), (B) water that is used, appropriated, pumped, extracted, received, transported, stored or transferred from the ground ("**Groundwater**"), or (C) any other water procured by the Water Providers during the Crop Year ("**Other Water**").

          ii.     "**Incremental Water**" shall mean, with respect to any Crop Year, (A) the quantity of Water Supplies Water User needs to irrigate its crops on a timely basis during each Crop Year *less* (B) the amount of Water Supplies available through appurtenances to the Property or which Water User elects to procure independent of any Water Provider in such Crop Year (i.e., via its own water rights, its own wells and its own elective procurement efforts). Without limiting the foregoing, the Parties intend that Water User shall be supplied with Water Supplies to the same extent  Water Providers provide Water Supplies to its Affiliates, including without limitation, with respect to any rescheduled water, carryover water, leaching, spill risk, deficit irrigation or otherwise.

3

b.     Water Supplies shall be delivered by Water Providers to the Property through the Distribution System (defined below), water infrastructure owned by the Water User and/or the applicable water district's infrastructure.

c.     No Water Provider shall be obligated to deliver water from one water district to another water district if such transfer is not permitted under Applicable Law. "**Applicable Law**" means any federal, state, local (or other political subdivision), constitution, statute, law, code, rule or regulation (including rules and regulations of any water district), consent decree, consent order, consent agreement, permit, governmental approval or any determination or order entered, promulgated or approved by any governmental agency having jurisdiction.

2.     <u>Groundwater Supplies</u>.  To the extent any Water Provider delivers Groundwater to the Property from wells located outside the boundaries of the Property, it shall do so from wells connected to the Distribution System (as defined below).

3.     <u>Distribution System and Grant of Easement</u>.  The Water Providers own and operate or have access to a system of interconnected wells, pumps, filter stations, reservoirs, pipelines and related equipment and facilities that serves the lands farmed by Water Providers and certain Affiliates (the "**Distribution System**").  Water Providers shall ensure that the Distribution System, in all relevant respects, is, and shall remain, physically connected to the Property and operational for the delivery of Water Supplies to the Property.  Water Supplies shall be delivered to the Property through the use of the Distribution System, water infrastructure owned by the Water User or the applicable water district's infrastructure. In that regard, Water Providers hereby each grant to Water User for the use and benefit of the Property and as an appurtenance thereto a permanent easement over and across the Water Provider Property for the use, maintenance, repair, replacement and operation of the Distribution System to convey, produce and distribute the Water Supplies available to Water User under this Agreement.

4.     <u>Distribution System Expenses</u>.  For the portion of the Distribution System used by Water User, Water User shall pay its proportionate share of the operating and maintenance expenses associated with such portion of the Distribution System together with the Water Providers using that same portion of the Distribution System. Determination of proportionate share shall be based on the amount of acreage irrigated by the Water User as compared with the amount of acreage irrigated by all of the Water Providers using that portion of the Distribution System.  The Water Manager (as defined below) shall invoice each user of the Distribution System ____ as expenses are incurred accompanied by related documentation reflecting expense and allocation details, and shall be due and payable within sixty (60) days of invoice.

5.     <u>Water Pricing</u>. Water User shall pay Water Manager (for allocation to the applicable Water Provider(s)) a price for water delivered under this Agreement (the "**Water Price**") equal to the price charged to other Water Providers or the Water Providers' Affiliates for water consistent with Water Provider's affiliated group's then-current internal transfer pricing

4

policy ("**Pricing Policy**").  As of the Effective Date, the Pricing Policy is summarized as follows:

      a.      Westlands Water District ("**WWD**").

          i.      For Surface Water that is distributed to property located in WWD, a price per acre-foot equal to one hundred percent (100%) of WWD's out-the-meter charge for the applicable Crop Year's supplemental water.  Such amount shall be reconciled within a reasonable period of time following the end of the WWD water year if the in-season charges for supplemental water are different than the final charges for supplemental water.

          ii.      For Groundwater that is distributed to property located in WWD, a price per acre-foot equal to two thirds (2/3) of WWD's out-the-meter charge for the applicable Crop Year's supplemental water.  Such amount shall be reconciled within a reasonable period of time following the end of the WWD water year if the in-season charges for Groundwater are different than the final charges for Groundwater.

          iii.      For Other Water that is distributed by or through WWD,  a price per acre-foot equal to Water Provider's actual cost per acre-foot for the Other Water procured during the Crop Year.

          iv.      For Water Supplies that are provided to the Property by means other than through WWD, the price per acre-foot equal to Water Provider's actual cost per acre-foot for the water procured or delivered.

      b.      Wheeler Ridge Maricopa Water Storage District ("**WRM**").

          i.      Except as provided in Section 5(b)(ii) below, for Water Supplies distributed by or through WRM,  price per acre foot equal to the weighted average price for Water Providers' and its Affiliates' Water Supplies in WRM.  Such amount shall be reconciled if the in-season charges by WRM are different than the final charges by WRM.

          ii.      For Other Water distributed to property located in WRM that is procured by Water Providers and the cost of which is not blended into the cost of the other Water Supplies in WRM, a price per acre-foot equal to Water Provider's actual cost per acre-foot for the Other Water procured during the Crop Year.

    6.      Manager/Annual Fee.  For ease of administration, Cantua is designated as the "**Water Manager**" for water distributed to property located in WWD under this Agreement and Marcopa is designated as "**Water Manager**" for water distributed to property located in WRM under this Agreement, and each shall coordinate the request for and distribution of Water Supplies to the Property under this Agreement. The Water Providers may elect to replace either

5

or both of Water Managers upon 30 days' prior written notice to the Water User and the other Water Providers, at any time.  On March 1 of each year and without limiting the amounts payable to Water Provider under Section 3, Water User shall pay Water Manager the sum of One Thousand and 00/100 Dollars ($1,000.00).

7.     Affiliate Performance.  Water Providers shall perform and shall cause their Affiliates to perform their obligations hereunder (or procure the performance of its Affiliates). "**Affiliate**" means any Person which, directly or indirectly, controls or is controlled by or is under common control with another specified Person or which beneficially owns or holds or has the power to direct the voting power of five percent (5%) or more of any interest in another specified Person or which has five percent (5%) or more of its voting interests (or in the case of a Person which is not a corporation, five percent (5%) or more of its equity interest) beneficially owned or held, directly or indirectly, by another specified Person.  For purposes of this definition, "control" means the power to direct the management and policies of a Person, directly or indirectly, whether through the ownership of voting securities, by contract or otherwise; and the terms "controlling" and "controlled" have meanings correlative to the foregoing.  "**Person**" includes an individual, a corporation, a partnership, a limited liability company, a joint venture, a trust, an unincorporated organization or a government or any agency or political subdivision thereof.

8.     Water Orders and Delivery.  Water User shall notify Water Manager of amounts and requested delivery times for Water Supplies.  If required by the applicable water district, for Surface Water or Other Water, Water Manager and the applicable Water Provider shall cause such water to be transferred to Water User's water account with the applicable water district. For Groundwater, Water Manager and the applicable Water Provider shall cause such water to be delivered to the Property through the Distribution System, water infrastructure owned by the Water User or the applicable water district's infrastructure as near as reasonably possible to the requested delivery time, in light of the total obligations of and demands upon the Distribution System at that time, all of which shall be apportioned among the Water Provider Property and the Property to  the same extent  Water Providers provide Water Supplies to their Affiliates, including without limitation, with respect to any rescheduled water, carryover water, leaching, spill risk, deficit irrigation or otherwise.

9.     Exclusive Right to Provide Water/Obligations as to Water Ordered.

a.     Water User shall be obligated to take delivery of all Water Supplies ordered from Water Providers.

b.     In the event Water User determines that it has surplus Water Supplies in its water account or otherwise (i.e., above any rescheduled or carryover quantities that are held by Water User consistent with Water Provider's rescheduling or carryover approach for the applicable Crop Year), it shall first offer such water to Water Providers, which may, at its option,

6

purchase such water at the cost Water User paid for such water.  If Water Provider does not purchase such water, Water User may sell the water to any third party.

     c.  Except as provided in <u>Section 9(b)</u> and as otherwise approved by MetLife, Water User shall use all water provided under this Agreement only on the Property.

   10. <u>Term and Termination</u>.  This Agreement shall be effective from the Effective Date and continue in effect unless Water User gives written notice of termination in conformity with the notice provisions of <u>Section 21</u> of this Agreement; provided Water User shall have no right of termination under this Agreement until all amounts owed by Water User to MetLife have been paid in full, or the prior written consent of MetLife to such termination has been obtained. Notice of termination under this <u>Section 10</u> must be given by Water User to Water Manager no later than sixty (60) days prior to the termination of the then existing term. "**Crop Year**" shall mean (a) for the 2015 Crop Year in WWD, commencing upon the Effective Date and terminating on February 29, 2016, (b) for each succeeding crop year in WWD, beginning on March 1 in each calendar year and continuing through the last day of February of the immediately succeeding calendar year, (c) for the 2015 Crop Year in WRM, commencing upon the Effective Date and terminating on December 31, 2015, and (d) for each succeeding Crop Year in WRM, beginning on January 1 and continuing through December 31 of such calendar year.

   11. <u>Billing</u>. Water Manager shall invoice Water User for Water Supplies supplied to Water User in the prior month and for any adjustments in Water Price for water delivered in prior months.  Such invoices shall be immediately due and payable, and delinquent if not paid within thirty (30) days of the invoice date.

   12. <u>Quality</u>.  Water Providers do not make, and hereby disclaim, any representation or warranty regarding the quality of any Water Supplies to be delivered under the terms of this Agreement. Water Providers will make available to Water User and the Property the Groundwater, Surface Water and Other Water as is available to Water Providers under their various water rights, but Water Providers shall have no obligation to provide water of any particular quality. Notwithstanding the foregoing, Water Providers shall provide the Property with Water Supplies of substantially the same quality as provided to other Water Providers under the Parties' customary water allocation and pooling practices, taking into account the Property's crop type, its related water quality requirements and the availability of the type of Water Supplies at the time. Water User shall be solely responsible to determine whether any water supplied under the terms of this Agreement is fit for its intended or actual use of such water.

   13. <u>Force Majeure</u>. Water Providers shall use their good-faith best efforts, jointly and severally (subject to Applicable Law), to comply with their obligations under this Agreement. Water Providers shall have no liability hereunder when prevented from performing due to water shortages, drought, other natural catastrophe, changes in law, the action of any governmental agency, or any other events outside of the reasonable control of Water Providers so long as the impact of any such events is apportioned among the Property and the Water Provider Property to

7

the same extent  Water Providers provide Water Supplies to their Affiliates, including without limitation, with respect to any rescheduled water, carryover water, leaching, spill risk, deficit irrigation or otherwise.

    14.    <u>Lender Protections</u>.  Water Providers hereby consent to the Collateral Assignment. In the event MetLife or a purchaser at a foreclosure sale of the Property (a "**Transferee**") succeeds to (i) Water User's rights under the Property and/or (ii) to Water Providers' interest under the Water Provider Property and this Agreement, the following provisions shall apply:

    a.    The Parties shall recognize Transferee as the holder of the Water User's rights and obligations and/or the Water Providers' rights and obligations, as applicable, under this Agreement;

    b.    The Transferee shall have no liability for any costs or actions taken by Water User or Water Providers, as applicable, prior to the date of its acquisition of title to the Property or the Water Provider Property;

    c.    The Water Providers shall supply a minimum of 3.5 acre feet per acre to the Property through the Distribution System, at the times and in the amounts as requested by Transferee (with reasonable variation so long as there is no material adverse effect on the Property) with the cost of any Other Water provided at a cost no greater than the cost charged to other Water Providers or their Affiliates.

    d.    In the case of <u>Subsection 14(ii)</u> above, the Transferee may elect to replace the Water Manager upon thirty (30) days' prior written notice, at any time.

    e.    In the event MetLife has succeeded to Water User's rights under the Property and this Agreement, and Water Providers default in their obligations hereunder, MetLife shall have the option of declaring a default under the Related Loans.  However, the reverse is not the case, i.e., if MetLife succeeds to Water Providers' rights under the Water Provider Property and this Agreement, MetLife shall not, solely as a result thereof, have the option of declaring a default under the Loan.

    f.    In the event MetLife has succeeded to the interest of either Water User or Water Providers under this Agreement, it may elect, upon notice to the Water User or the Water Providers, as applicable, to replace this Agreement and the rights and obligations hereunder with a specific dedicated water supply source (e.g., a dedicated water well or other sharing arrangement), and Distribution System, provided that such dedicated source is reasonably demonstrated to provide a water supply at least equivalent to the Incremental Water available under this Agreement.  In that event, this Agreement shall be terminated and replaced with an agreement and related easements for the dedicated source.

8

15.　　Recording of Agreement.  This Agreement shall not be recorded unless required by MetLife following an Event of Default under the Loan or the "Related Loans" as defined in and under the terms of the Collateral Assignment.

16.　　Time.  Time is of the essence of this Agreement and each of its provisions.

17.　　Waiver.  A waiver of any breach of this Agreement, by any party to this Agreement, shall not constitute a continuing waiver or a waiver of any subsequent breach of the same, or a waiver of any breach of another provision of this Agreement.

18.　　No Assignment.  Subject to Section 19, below, none of the Parties to this Agreement may assign all or any part of this Agreement, or any interest herein without the prior written consent of the other Parties; provided that Water User shall have the right to assign this Agreement to MetLife as collateral for the Loan.  Water User shall have no right to either assign its interest under all or any part of this Agreement, or consent to any such assignment by any other Party hereto, until all amounts owed by Water User to MetLife have been paid in full or the prior written consent of MetLife to any such assignment or consent is obtained.  The Parties acknowledge that it is the intention of Water User to make an immediate collateral assignment of its interest under this Agreement to MetLife under the Collateral Assignment, and a collateral assignment by the Water Providers of their interest under this Agreement in support of the Related Loans, and the Parties hereby give their consent to such assignments for all purposes under this Agreement.  Any notices to MetLife shall be given as provided in Section 21.

19.　　Binding Effect/Run with Land. The Distribution System easement shall benefit and run with the Property and be binding on the Water Providers, the Water Provider Property and on all subsequent owners of the Water Provider Property and all Parties claiming under or through the Water Providers.  Subject to the provisions of Section 18 of this Agreement, the provisions of this Agreement, and the covenants and conditions contained herein, shall be continuous and binding upon and inure to the benefit of the heirs, executors, trustees, beneficiaries, administrators, personal representatives, successors, and assigns of the Parties to this Agreement.

20.　　No Merger.  There shall be no merger of the easements granted hereunder with the fee estate in any of the Property or the Water Provider Property by reason of the fact that the related easement may be held, directly or indirectly, by or for the account of any person or persons who also own the fee estate or any interest therein, and no such merger shall occur unless and until all persons at the time having an interest in the fee estate in the applicable Property and all persons (including, without limitation, MetLife) having an interest in the related easement shall execute a written instrument effecting such merger and shall duly record the same in the official records of the county in which the applicable Property is located.

9

21. <u>Notices</u>.  Notices shall be in writing, addressed to the receiving Party at the address shown below the signatures affixed hereto, and deemed delivered and served: (i) upon personal delivery, (ii) three (3) business days after deposit in the United States mail, postage prepaid, (iii) the business day after deposit with a recognized overnight courier, (iv) upon delivery by fax (except that notice received after 5 p.m. shall be deemed given the next business day), provided that a transmission report is generated reflecting the accurate transmission of the notices.  A Party may change its address for notices, etc., by notifying the other Party in the manner specified above. The address for purpose of giving any notice to MetLife is:

> Metropolitan Life Insurance Company
> 10801 Mastin Street, Suite 930
> Overland Park, KS 66210
> Attn:  SSU Director

With a copy
to:     Metropolitan Life Insurance Company
        Agricultural Investments
        205 E. River Park Circle, Suite 330
        Fresno, CA 93720
        Attn:  Director, WRO

Notices to one or more Water Providers shall be given to Water Manager, at the address set forth below:

> Maricopa Orchards, LLC
> Cantua Orchards, LLC
> Water Manager
> 1306 West Herndon Avenue, Suite 101
> Fresno, CA  93711
> Attention:  General Counsel

22. <u>Remedies</u>.  In the event of a default by any Party of its obligations under this Agreement, the non-defaulting Party shall have all rights and remedies available under Applicable Law, specifically including injunctive relief, as damages may not be adequate to compensate the non-defaulting Party for the related loss.  Water Providers may not terminate this Agreement for a default by Water User until such time as the Loan is paid in full in accordance with its terms.

23. <u>Attorneys' Fees</u>. In the event any legal action is commenced to enforce this Agreement or in the event a Party hereto intervenes in any action in which the other Party is a litigant to enforce or protect the intervening Party's interests or rights hereunder, the "Prevailing Party" shall be entitled to recover from the other Party hereto reasonable attorneys' fees and

10

costs.  The "Prevailing Party" shall be the Party that receives substantially the relief desired, whether by dismissal, summary judgment, judgment or otherwise.

     24.    <u>Modification</u>.  None of the covenants, terms or conditions hereof shall in any way be altered, waived, modified, changed or abandoned except by a written instrument duly signed by the Parties.

     25.    <u>Severability</u>.  If any word, phrase, clause, sentence, paragraph, or section of this Agreement is, or shall be, invalid for any reason, the same shall be deemed severable from the remainder and shall in no way affect or impair the validity of this Agreement or any portion hereof.

     26.    <u>Governing Law</u>. This Agreement shall be construed and enforced in accordance with the laws of the State of California.  The Parties shall promptly comply with all Applicable Law.

***[signature page to follow]***

11

**IN WITNESS WHEREOF**, the Parties have executed this Agreement on the date first hereinabove written.

**WATER USER:**

FNF FARMS, LLC, a
California limited liability company

By: _____
Farid Assemi
Its General Manager

By: _____
Farshid Assemi
Its General Manager

By: _____
Darius Assemi
Its General Manager

**WATER PROVIDERS:**

104 PISTACHIOS, LLC,
a California limited liability company

By: _____
Neema Assemi
Its Managdecer

By: _____
Kevin Assemi
Its Manager

By: _____
Darius Assemi
Its Manager

12

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

DERRICK PISTACHIOS, LLC, a
California limited liability company

By: _____
Neema Assemi
Its Manager

By: _____
Kevin Assemi
Its Manager

By: _____
Darius Assemi
Its Manager

GRANVILLE FARMS, LLC, a
California limited liability company

By: _____
Farid Assemi, Its General Manager

By: _____
Farshid Assemi, Its General Manager

(*signatures continue on following pages*)

13

KAMM PISTACHIOS, LLC,
a California limited liability company

By: _____
Neema Assemi
Its Manager

By: _____
Kevin Assemi
Its Manager

By: _____
Darius Assemi
Its Manager


PANOCHE PISTACHIOS, LLC, a
California limited liability company

By: _____
Neema Assemi
Its Manager

By: _____
Kevin Assemi
Its Manager

By: _____
Darius Assemi
Its Manager

*(signatures continue on following pages)*

14

SOMMERVILLE FARMS, LLC, a
California limited liability company

By: _____
    Farid Assemi, Its General Manager

By: _____
    Farshid Assemi, Its General Manager


THREE ROCKS PISTACHIOS, LLC, a
California limited liability company

By: _____
    Neema Assemi
    Its Manager

By: _____
    Kevin Assemi
    Its Manager

By: _____
    Darius Assemi
    Its Manager

*(signatures continue on following pages)*

15

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

TUSCAN FARMS, LLC, a
California limited liability company

By: _____
Farid Assemi, Its General Manager

By: _____
Farshid Assemi, Its General Manager


WATERFORD FARMS, LLC, a
California limited liability company

By: _____
Farid Assemi, Its General Manager

By: _____
Farshid Assemi, Its General Manager


ASSEMI AND SONS, INC., a California corporation

By: _____
Farid Assemi, President

By: _____
Steve Rau, Secretary


*(signatures continue on following pages)*

16

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

ASSEMI 100, LLC,
a California limited liability company

By: _____
Farid Assemi, Trustee of the Farshid Assemi Ranch
Trust dated June 30, 1997, Its Member

By: _____
Farshid Assemi, Trustee of the Farid Assemi Ranch
Trust dated June 30, 1997, Its Member

By: _____
Darius Assemi, Trustee of the Amended and
Restated Darius Assemi Revocable Trust dated
March 2, 2010, Its Member

*(signatures continue on following pages)*

17

ASSEMI BROTHERS, LLC,
a California limited liability company

By: _____
        Farid Assemi, Trustee of the Amended and Restated
        Farid Assemi Revocable Trust dated March 2, 2010,
        Its Member

By: _____
        Farshid Assemi, Trustee of the Amended and
        Restated Farshid Assemi and Sonia Rosemary
        Assemi Revocable Trust dated March 2, 2010, Its
        Member

By: _____
        Sonia Rosemary Assemi, Trustee of the Amended
        and Restated Farshid Assemi and Sonia Rosemary
        Assemi Revocable Trust dated March 2, 2010, Its
        Member

By: _____
        Darius Assemi, Trustee of the Amended and
        Restated Darius Assemi Revocable Trust dated
        March 2, 2010, Its Member

(*signatures continue on following pages*)

18

KAMM SOUTH, LLC,
a California limited liability company

By: _____
Farid Assemi, Its Manager

By: _____
Farshid Assemi, Its Manager

By: _____
Darius Assemi, Its Manager

_____
Farid Assemi, Trustee of the Bibi Assemi Revocable Trust
dated July 9, 2010

*(signatures continue on following pages)*

CANTUA ORCHARDS, LLC,
a California limited liability company

By: _____
Farid Assemi, Trustee of the Farshid Assemi Ranch
Trust dated June 30, 1997, Its Member

By: _____
Farshid Assemi, Trustee of the Farid Assemi Ranch
Trust dated June 30, 1997, Its Member

By: _____
Farid Assemi, Trustee of the Amended and Restated
Farid Assemi Revocable Trust dated March 2, 2010,
Its Member

By: _____
Farshid Assemi, Trustee of the Amended and
Restated Farshid Assemi and Sonia Rosemary
Assemi Revocable Trust dated March 2, 2010, Its
Member

By: _____
Sonia Rosemary Assemi, Trustee of the Amended
and Restated Farshid Assemi and Sonia Rosemary
Assemi Revocable Trust dated March 2, 2010, Its
Member

By: _____
Darius Assemi, Trustee of the Amended and
Restated Darius Assemi Revocable Trust dated
March 2, 2010, Its Member

*(signatures continue on following pages)*

20

VENTANA NORTH, LLC,
a California limited liability company

By: _____
       Farid Assemi, Its Manager

By: _____
       Farshid Assemi, Its Manager

By: _____
       Darius Assemi, Its Manager

VENTANA CENTRAL, LLC,
a California limited liability company

By: _____
       Farid Assemi, Its Manager

By: _____
       Farshid Assemi, Its Manager

By: _____
       Darius Assemi, Its Manager

(*signatures continue on following pages*)

21

VENTANA SOUTH, LLC,
a California limited liability company

By: _____
Farid Assemi, Its Manager

By: _____
Farshid Assemi, Its Manager

By: _____
Darius Assemi, Its Manager

MARICOPA
MARICOPA ORCHARDS, LLC,
a California limited liability company

By: _____
Farid Assemi, Manager

By: _____
Farshid Assemi, Manager

By: _____
Darius Assemi, Manager

*(signatures continue on following pages)*

22

ACDF, LLC,
a California limited liability company

By: _____
     Farid Assemi, Manager

By: _____
     Farshid Assemi, Manager

By: _____
     Darius Assemi, Manager

C & A FARMS, LLC,
a California limited liability company

By: _____
     Farid Assemi, Manager

By: _____
     Farshid Assemi, Manager

By: _____
     Darius Assemi, Manager

SAGEBERRY I, LLC, a
California limited liability company

By: _____
     Neema Assemi, Manager

By: _____
     Kevin Assemi, Manager

23

SAGEBERRY II, LLC, a
California limited liability company

By: _____
      Neema Assemi, Manager

By: _____
      Kevin Assemi, Manager


SAGEBERRY III, LLC, a
California limited liability company

By: _____
      Neema Assemi, Manager

By: _____
      Kevin Assemi, Manager


*(Signatures continue on following pages)*

24

SAGEBERRY IV, LLC, a
California limited liability company

By: _____
Neema Assemi, Manager

By: _____
Kevin Assemi, Manager


SAGEBERRY V, LLC, a
California limited liability company

By: _____
Neema Assemi, Manager

By: _____
Kevin Assemi, Manager


SAGEBERRY VI, LLC, a
California limited liability company

By: _____
Neema Assemi, Manager

By: _____
Kevin Assemi, Manager


*(Signatures continue on following pages)*

25

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

SAGEBERRY FARMS, LLC, a
California limited liability company

By: _____
Neema Assemi, Manager

By: _____
Kevin Assemi, Manager


BISHOP FARMS 15, LLC,
a California limited liability company

By: _____
Kevin Assemi,
Its General Manager

By: _____
Neema Assemi,
Its General Manager


BISHOP FARMS 22, LLC,
a California limited liability company

By: _____
Kevin Assemi,
Its General Manager

By: _____
Neema Assemi,
Its General Manager


*(Signatures continue on following pages)*

26

Farid Assemi, Trustee of the Amended and Restated
Farid Assemi Revocable Trust dated March 2, 2010


Farshid Assemi, Trustee of the Amended and
Restated Farshid Assemi and Sonia Rosemary
Assemi Revocable Trust dated March 2, 2010


Sonia Rosemary Assemi, Trustee of the Amended
and Restated Farshid Assemi and Sonia Rosemary
Assemi Revocable Trust dated March 2, 2010


Darius Assemi, Trustee of the Amended and
Restated Darius Assemi Revocable Trust dated
March 2, 2010

27

> A notary public or other officer completing this certificate
> verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    )
                                       )ss.
COUNTY OF ~~Fresno~~                    )

On ~~July 23~~, 2015, before me, ~~Alta May~~, a Notary Public,
personally appeared FARID ASSEMI, who proved to me on the basis of satisfactory evidence to
be the person whose name is subscribed to the within instrument and acknowledged to me that he
executed the same in his authorized capacity, and that by his signature on the instrument the
person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.



ALTA MAY
Commission # 2096611
Notary Public - California
Fresno County
My Comm. Expires Feb 7, 2019

_____
Notary Public in and for said
County and State

28

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA            )
                               )ss.
COUNTY OF _Fresno_             )

On _July 23ʳᵈ_, 2015, before me, _Alta May_, a Notary Public, personally appeared FARSHID ASSEMI, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ALTA MAY
Commission # 2096611
Notary Public - California
Fresno County
My Comm. Expires Feb 7, 2019

_____
Notary Public in and for said
County and State

29

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    )
                                       )ss.
COUNTY OF _Fresno_                     )

On _July 22_ , 2015, before me, _Stacy-ann Terry-ann Benton_ , a Notary Public, personally appeared DARIUS ASSEMI, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



STACY-ANN TERRY-ANN BENTON
Commission # 2100824
Notary Public - California
Fresno County
My Comm. Expires Feb 21, 2019

STACY-ANN TERRY-ANN BENTON
Commission # 2100824
Notary Public - California
Fresno County
My Comm. Expires Feb 21, 2019

_____
Notary Public in and for said
County and State

30

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    )
                                       )ss.
COUNTY OF Fresno                       )

On ___July 23rd___, 2015, before me, ___Alta May___, a Notary Public, personally appeared NEEMA ASSEMI, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ALTA MAY
Commission # 2096611
Notary Public - California
Fresno County
My Comm. Expires Feb 7, 2019

_____
Notary Public in and for said
County and State

32

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                          )
                                             )ss.
COUNTY OF Fresno                             )

On ~~July 24~~ 23rd, 2015, before me, Alta May, a Notary Public, personally appeared KEVIN ASSEMI, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ALTA MAY
Commission # 2096611
Notary Public - California
Fresno County
My Comm. Expires Feb 7, 2019

_____
Notary Public in and for said
County and State

31

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
)ss.
COUNTY OF ~~Fresno~~ )

On ~~July 23rd 24th~~, 2015, before me, Alta May, a Notary Public, personally appeared STEVE RAU, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**ALTA MAY**
Commission # 2096611
Notary Public - California
Fresno County
My Comm. Expires Feb 7, 2019

Notary Public in and for said
County and State

33

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                          )
                                             )ss.
COUNTY OF ~~Fresno~~                         )

On _____, 2015, before me, _____, a Notary Public, personally appeared SONIA ROSEMARY ASSEMI, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

```
      ALTA MAY
  Commission # 2096611
 Notary Public - California
      Fresno County
 My Comm. Expires Feb 7, 2019
```

_____
Notary Public in and for said
County and State

```
      ALTA MAY
  Commission # 2096611
 Notary Public - California
      Fresno County
 My Comm. Expires Feb 7, 2019
```

34

<u>Consent and Non-Disturbance by Lienholder.</u>

MetLife is the holder of certain indebtedness arising under the Related Loans secured by liens against, in part, the Water Provider Property (including without limitation certain water rights), pursuant to the terms of that certain "Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing" dated September 27, 2013, granted by Water Providers and certain other parties as more particularly described therein, and recorded September 27, 2013 in the official records of Madera, Fresno, Kern and Kings Counties, California, as amended from time to time (the "**Deed of Trust**"). MetLife executes this Agreement to confirm (and solely to confirm) its consent to the execution by Water Providers of this Agreement. MetLife executes this Agreement to confirm (and solely to confirm) its consent to the execution by Water Providers of this Agreement, and to further confirm that the rights and interest of Water User under this Agreement shall not be disturbed or extinguished by the foreclosure of the Deed of Trust or the grant of a deed in lieu thereof so long as this Agreement remains in effect; provided, however, that in the event MetLife or its successor succeeds to a Water Provider's interest in its portion of the Water Provider Property and its interest under this Agreement, (a) MetLife shall have no liability for any actions taken or caused by any Water Provider or any other Party prior to the date of acquisition by MetLife or its successor of title to such secured real property; or any material amendment of this Agreement undertaken without MetLife's consent; and (b) Water User shall attorn to MetLife as the owner of such secured real property in the subsequent exercise of rights and performance of obligations under this Agreement.


METROPOLITAN LIFE INSURANCE
COMPANY, a New York corporation


By: _____

Printed Name: _Leon A. Moreno_

Its: _Director_


35

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    )
                                       )ss.
COUNTY OF  Fresno                      )

On  July 28        , 2015, before me,  Erin E Finderup     , a Notary Public,
personally appeared _____Leon A Moreno_____, who proved to me on the basis of
satisfactory evidence to be the person whose name is subscribed to the within instrument and
acknowledged to me that he executed the same in his authorized capacity, and that by his
signature on the instrument the person, or the entity upon behalf of which the person acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ERIN E. FINDERUP
COMM. #1962716
Notary Public-California
FRESNO COUNTY
My Comm. Exp. DEC 4, 2015

_____Erin E Finderup_____
Notary Public in and for said
County and State

36

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

## Exhibit A

## (Owned Property)

Real property situate in the County of Fresno, State of California, described as follows:

PARCEL 1: (APN: 038-200-04)
FNF FARMS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF SECTION 28, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS THEREIN AND THEREUNDER TOGETHER WITH ALL EASEMENTS AND RIGHTS NECESSARY OR CONVENIENT FOR THE PRODUCTION, STORAGE AND TRANSPORTATION THEREOF AND THE EXPLORATION AND TESTING OF SAID REAL PROPERTY AND ALSO THE RIGHT TO DRILL FOR, PRODUCE AND USE WATER FROM SAID REAL PROPERTY IN CONNECTION WITH DRILLING OR MINING OPERATIONS THEREON, AS RESERVED BY JOHN J. ADAMS, ET UX, IN DEED RECORDED APRIL 11, 1963, AS DOCUMENT NO. 30302, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-FOURTH INTEREST IN AND TO ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED NOVEMBER 1, 1965, FROM ROLAND D. BRUBAKER, ET UX, TO W. J. DEAL, ET UX, RECORDED DECEMBER 27, 1965, AS DOCUMENT NO. 103372, OFFICIAL RECORDS.

PARCEL 2: (APN: 038-200-09)
FNF FARMS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF SECTION 28, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL THE COAL AND OTHER MINERALS IN THE LANDS SO ENTERED AND PATENTED, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF DECEMBER 29, 1916 (39 STAT. 862), AS RESERVED IN THE PATENT FROM UNITED STATES OF AMERICA, TO FRANK ALDEN DUSTIN, DATED SEPTEMBER 11, 1922, AND RECORDED SEPTEMBER 22, 1922, IN BOOK 239 PAGE 164 OF OFFICIAL RECORDS.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

PAGE 164 OF OFFICIAL RECORDS.

PARCEL 3:  (Access Easement)

A non exclusive easement for ingress and egress over and across an existing roadway located across the easterly 20 feet of Section 21, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, in the County of Fresno, State of California, according to the official plat thereof, upon the rights, terms and conditions contained in that certain "Access Agreement" dated July 23, 2015, by and among Waterford Farms, LLC, a California limited liability company and FNF Farms, LLC, a California limited liability company.

Portion APN 038-130-19s and 038-130-58s

38

## Exhibit B

## (Water Provider Property)

GRANGEVILLE RANCH

PARCEL 1: INTENTIONALLY DELETED.

PARCEL 2: INTENTIONALLY DELETED.

PARCEL 3: INTENTIONALLY DELETED.

PARCEL 4: INTENTIONALLY DELETED.

43RD/ELDER RANCH

PARCEL 5: INTENTIONALLY DELETED.

11TH/ELDER RANCH

PARCEL 6: INTENTIONALLY DELETED.

PARCEL 7: INTENTIONALLY DELETED

GOOSE LAKE RANCH

PARCEL 8: (APN: 069-230-05)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THE NORTH HALF OF SECTION 26, TOWNSHIP 27 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTHERLY 190 FEET OF SAID LAND.

ALSO EXCEPTING THEREFROM ALL THE OIL AND GAS IN THE LANDS SO PATENTED, THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SUCH DEPOSITS FROM THE SAME UPON COMPLIANCE WITH THE CONDITIONS AND SUBJECT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914 (38 STAT.509) AS RESERVED BY THE UNITED STATES OF AMERICA IN PATENT.

PARCEL 9: (APN: 069-230-07)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF SECTION 26, TOWNSHIP 27 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER THE OFFICIAL PLAT THEREOF ON FILE IN THE OFFICE OF THE SURVEYOR GENERAL.

39

EXCEPTING THEREFROM THAT PORTION OF SAID LAND LYING WITHIN INTERSTATE 5 AS CONVEYED TO THE STATE OF CALIFORNIA, IN DEED RECORDED DECEMBER 23, 1964, IN BOOK 3797, PAGE 446, OF OFFICIAL RECORDS.

EXCEPTING ALL OIL, GAS, HYDROCARBONS AND MINERALS IN OR UNDER SAID LAND, WITH THE RIGHT OF ENTRY UPON THE SURFACE OF SAID LAND FOR THE PURPOSE OF DEVELOPING OR PRODUCING SAME SUBJECT TO REASONABLE COMPENSATION TO GRANTEE FOR SUCH RIGHT OF ENTRY AND/OR SURFACE USE, RESERVED IN GRANT DEED RECORDED APRIL 4, 2006 AS INSTRUMENT NO. 0206081859, OF OFFICIAL RECORDS.

PARCEL 10: (APN: 069-230-20)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER AND THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 27 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THOSE TWO CERTAIN PARCELS OF LAND CONVEYED TO MILLER & LUX INC. BY DEED RECORDED DECEMBER 28, 1915, IN BOOK 304, PAGE 166, OF DEEDS, DESCRIBED AS FOLLOWS:

PARCEL A:

BEGINNING AT THE QUARTER SECTION CORNER BETWEEN SECTIONS 33 AND 34, TOWNSHIP 27 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE NORTH 1° 20' EAST A DISTANCE OF 250 FEET; THENCE SOUTH 35° 30' EAST 310 FEET TO THE QUARTER SECTION LINE OF SAID SECTION 34; THENCE NORTH 89° 40' WEST 175 FEET TO THE POINT OF BEGINNING.

PARCEL B:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 34, TOWNSHIP 27 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE NORTH 88° 40' EAST 1,320 FEET TO 1/8TH CORNER BEING POINT OF BEGINNING; THENCE NORTH 0° 45' WEST 570 FEET; THENCE SOUTH 27° 15' EAST 635 FEET TO THE SOUTH LINE OF SECTION 34; THENCE SOUTH 88° 40' WEST 285 FEET TO POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL THE OIL AND GAS IN THE LANDS SO PATENTED, THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SUCH DEPOSITS FROM THE SAME UPON COMPLIANCE WITH THE CONDITIONS AND SUBJECT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914 (38 STAT. 509) AS RESERVED BY THE UNITED STATES OF AMERICA IN PATENTS RECORDED MARCH 19, 1919, IN BOOK 19, PAGES 444 AND 445 OF PATENTS.

PARCEL 11: (APN: 069-230-21)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF SECTION 34, TOWNSHIP 27 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM 3% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER THE ABOVE DESCRIBED PROPERTY, AS RESERVED BY MERCHANTS

40

HOLDING CORPORATION LTD. IN DEED RECORDED APRIL 17, 1945, IN BOOK 1252, PAGE 28, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 23 ½% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM WITH THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSES OF DEVELOPING AND REMOVING THE SAME AS GRANTED TO ALAN B. BOWEN BY DEED RECORDED FEBRUARY 8, 1952, IN BOOK 1897, PAGE 256, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 23 ½% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM WITH THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSES OF DEVELOPING AND REMOVING SAME, AS RESERVED BY OSCAR J. ROHDE, AN UNMARRIED MAN, BY DEED RECORDED FEBRUARY 8, 1952 IN BOOK 1897, PAGE 257, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE STATE OF CALIFORNIA BY DEED RECORDED MAY 12, 1965, IN BOOK 3839, PAGE 154, OF OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 34, TOWNSHIP 27 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION 34, SAID NORTHEAST CORNER BEING AT COORDINATES Y=747 159.30 FEET AND X=1 529 752.10 FEET; THENCE ALONG THE EAST LINE OF SAID SECTION SOUTH 1° 12' 15" WEST 106.17 FEET; THENCE ALONG A LINE PARALLEL WITH AND 104 FEET SOUTHWESTERLY MEASURED AT RIGHT ANGLES FROM THE CENTERLINE OF THE DEPARTMENT OF PUBLIC WORKS SURVEY FROM ROUTES 57 (NOW ROUTE 166) TO KINGS COUNTY LINE, ROAD VI-KER-238-B (NOW VI-KER-5) NORTH 40° 46' 00" WEST 140.76 TO FEET TO THE NORTH LINE OF SAID SECTION; THENCE ALONG SAID NORTH LINE SOUTH 89° 43' 20" EAST 91.15 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL REMAINING OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN AND UNDERLYING SAID LAND, AS RESERVED BY MILHAM FARMS, INC., A CALIFORNIA CORPORATION, IN DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1223, OF OFFICIAL RECORDS.

PARCEL 12: (APN: 069-230-22)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF SECTION 34, TOWNSHIP 27 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ½% INTEREST IN FEE, IN AND TO ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER THE ABOVE DESCRIBED PROPERTY OR RECOVERABLE THEREON AND THEREFROM, AS RESERVED IN THE DEED RECORDED APRIL 17, 1945, IN BOOK 1252, PAGE 28, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL REMAINING OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN AND UNDERLYING SAID LAND, AS RESERVED BY MILHAM FARMS, INC., A CALIFORNIA CORPORATION, IN DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1223, OF OFFICIAL RECORDS.

41

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

PARCEL 13: (APN: 069-230-55)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THAT PORTION OF THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 34, LYING EASTERLY OF THE CENTERLINE OF THE EAST SIDE CANAL, IN TOWNSHIP 27 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND, AS EXCEPTED BY JOHN CORNELIUS O'BRIEN AND LAWRENCE TERRENCE O'BRIEN IN DEED RECORDED MAY 6, 1974, IN BOOK 4839, PAGE 888, OF OFFICIAL RECORDS.


PARCEL 14: (APN: 069-230-36)
ACDF, LLC, A LIMITED LIABILITY COMPANY

ALL THAT PORTION OF SECTION 35, TOWNSHIP 27 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEROF, LYING SOUTHWESTERLY OF THE SOUTHWESTERLY LINE OF THAT CERTAIN PARCEL OF LAND DESCRIBED AS PARCEL 1 IN THE DEED TO THE STATE OF CALIFORNIA RECORDED MARCH 1, 1966, IN BOOK 3923, PAGE 663, OF OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINAFTER DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHIN LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, GAS, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION AND SAND, GRAVEL AND AGGREGATES AND PRODUCTS DERIVED THEREFROM TOGETHER WITH THE EXCLUSIVE AND PERPETUAL RIGHT OF SAID GRANTEE, ITS SUCCESSORS AND ASSIGNS, OF INGRESS AND EGRESS IN, UPON OR OVER SAID. PROPERTY TO EXPLORE AND PROSPECT FOR, EXTRACT, DEVELOP, SAVE, CONVEY, STORE, REFINE, PROCESS AND REMOVE THE SAME AND TO MAKE SUCH USE OF SAID PROPERTY AND THE SURFACE THEREOF AS IS NECESSARY OR USEFUL IN CONNECTION THEREWITH WHICH USE MAY INCLUDE THE SINKING, BORING, DIGGING OR DRILLING OF WELLS, SHAFTS OR TUNNELS, EXCAVATING, OPEN PIT MINING AND CONSTRUCTING, MAINTAINING AND REMOVING ROADS, WAYS, PIPELINES, POLELINES, TANKS, BUILDINGS, STRUCTURES AND FACILITIES AS CONVEYED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965, IN BOOK 3906, PAGE 30, OF OFFICIAL RECORDS.

PARCEL 15: (APN: 086-010-08)
ACDF, LLC, A LIMITED LIABILITY COMPANY

ALL THAT PORTION OF SECTION 1, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHWESTERLY OF THE SOUTHWESTERLY LINE OF THAT CERTAIN PARCEL OF LAND DESCRIBED AS PARCEL 1 IN THE DEED TO THE STATE OF CALIFORNIA RECORDED APRIL 6, 1966, IN BOOK 3934, PAGE 572, OF OFFICIAL RECORDS.

42

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINAFTER DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHIN LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, GAS, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION AND SAND, GRAVEL AND AGGREGATES AND PRODUCTS DERIVED THEREFROM TOGETHER WITH THE EXCLUSIVE AND PERPETUAL RIGHT OF SAID GRANTEE, ITS SUCCESSORS AND ASSIGNS OF INGRESS AND EGRESS IN, UPON OR OVER SAID PROPERTY TO EXPLORE AND PROSPECT FOR, EXTRACT, DEVELOP, SAVE, CONVEY, STORE, REFINE, PROCESS AND REMOVE THE SAME AND TO MAKE SURF USE OF SAID PROPERTY AND THE SURFACE THEREOF AS IS NECESSARY OR USEFUL IN CONNECTION THEREWITH WHICH USE MAY INCLUDE THE SINKING, BORING, DIGGING OR DRILLING OF WELLS, SHAFTS OR TUNNELS, EXCAVATING, OPEN PIT MINING AND CONSTRUCTING, MAINTAINING AND REMOVING ROADS, WAYS, PIPELINES, POLELINES, TANKS, BUILDINGS, STRUCTURES AND FACILITIES, AS CONVEYED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965, IN BOOK 3906, PAGE 30, OF OFFICIAL RECORDS.

PARCEL 16: (APN: 086-010-11)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 2, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTH LINE OF SAID SECTION SAID POINT BEARS NORTH 89° 22' 40" WEST 661.32 FEET FROM THE NORTHEAST CORNER OF SAID SECTION SAID NORTHEAST CORNER BEING AT COORDINATES Y=741 794.74 FEET AND X=1 534 938.55 FEET, THENCE ALONG A LINE PARALLEL WITH AND 104 FEET SOUTHWESTERLY MEASURED AT RIGHT ANGLES FROM THE CENTERLINE OF THE DEPARTMENT OF PUBLIC WORKS SURVEY FROM ROUTE 57 (NOW ROUTE 166) TO THE KINGS COUNTY LINE, ROAD VI-KER-238-B (NOW 06-KER-5) SOUTH 40° 46' 00" EAST 32.14 FEET; THENCE SOUTH 82° 13' 16" WEST 313.57 FEET; THENCE NORTH 71° 25' 46" WEST 226.90 FEET TO SAID NORTH LINE; THENCE ALONG SAID NORTH LINE SOUTH 89° 22' 40" EAST 504.82 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM 3% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER THE ABOVE DESCRIBED PROPERTY, AS RESERVED BY MERCHANTS HOLDING CORPORATION LTD. IN DEED RECORDED APRIL 17, 1945 IN BOOK 1252, PAGE 29 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 23 ½% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM WITH THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSES OF DEVELOPING AND REMOVING THE SAME, AS GRANTED TO ALAN B. BOWEN, BY DEED RECORDED FEBRUARY 8, 1952, IN BOOK 1897, PAGE 256, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 23 ½% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM WITH THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSES OF DEVELOPING

43

AND REMOVING SAME, AS RESERVED BY OSCAR J. ROHDE, AN UNMARRIED MAN, BY DEED RECORDED FEBRUARY 8, 1952, IN BOOK 1897, PAGE 257, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN THAT MAY BE WITHIN OR UNDER THE PARCEL OF LAND HEREINABOVE DESCRIBED TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED OIL OR GAS WELL, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, EXPLORE AND OPERATE THROUGH THE SURFACE OF THE UPPER 100 FEET OF THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED OR OTHERWISE IN SUCH MANNER AS TO ENDANGER THE SAFETY OF ANY HIGHWAY THAT MAY BE CONSTRUCTED ON SAID LANDS, AS EXCEPTED IN DEED FROM MILHAM FARMS, INC., RECORDED JUNE 4, 1965, IN BOOK 3846, PAGE 219, OF OFFICIAL RECORDS.

PARCEL 17: (APN: 086-010-18)
ACDF, LLC, A LIMITED LIABILITY COMPANY

PARCEL B OF LOT LINE ADJUSTMENT NO: 69-98 AS PER CERTIFICATE OF COMPLIANCE RECORDED MARCH 3, 1999, AS INSTRUMENT NO. 0199030694, OF OFFICIAL RECORDS, BEING THE EAST HALF OF THE EAST HALF OF THE NORTHEAST QUARTER AND THE EAST HALF OF THE WEST HALF OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 2, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE STATE OF CALIFORNIA, BY DEED RECORDED JUNE 4, 1965, IN BOOK 3846, PAGE 219, OF OFFICIAL RECORDS.

EXCEPTING THEREFROM 3% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER THE ABOVE DESCRIBED PROPERLY, AS RESERVED BY MERCHANTS HOLDING CORPORATION LTD. IN DEED RECORDED APRIL 17, 1945 IN BOOK 1252, PAGE 29 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 23 ½% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM WITH THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSES OF DEVELOPING AND RIVING THE SAME AS GRANTED TO ALLAN B. BOWEN BY DEED RECORDED FEBRUARY 8, 1952 IN BOOK 1897, PAGE 256, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 23 ½% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM WITH THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSES OF DEVELOPING AND REMOVING SAME, AS RESERVED BY OSCAR J. ROHDE, AN UNMARRIED MAN, BY DEED RECORDED FEBRUARY 8, 1952, IN BOOK 1897, PAGE 257, OF OFFICIAL RECORDS.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

ALSO EXCEPTING THEREFROM ALL REMAINING OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN AND UNDERLYING SAID LAND, AS RESERVED BY MILHAM FARMS, INC., A CALIFORNIA CORPORATION, IN DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1223, OF OFFICIAL RECORDS.

PARCEL 18: (APN: 086-010-19)
ACDF, LLC, A LIMITED LIABILITY COMPANY

PARCEL A OF LOT LINE ADJUSTMENT NO: 69-98 AS PER CERTIFICATE OF COMPLIANCE RECORDED MARCH 3, 1999, AS INSTRUMENT NO. 0199030694, OF OFFICIAL RECORDS, BEING THE NORTHWEST QUARTER, THE WEST HALF OF THE NORTHEAST QUARTER, AND THE WEST HALF OF THE WEST HALF OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 2, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING FROM THE NORTHEAST QUARTER OF SECTION 2, 3% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER THE ABOVE DESCRIBED PROPERTY, AS RESERVED BY MERCHANTS HOLDING CORPORATION LTD. IN DEED RECORDED APRIL 17, 1945 IN BOOK 1252, PAGE 29, OF OFFICIAL RECORDS.

ALSO EXCEPTING FROM THE NORTHEAST QUARTER OF SECTION 2, 23 ½% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM WITH THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSES OF DEVELOPING AND REMOVING THE SAME AS GRANTED TO ALAN B. BOWEN BY DEED RECORDED FEBRUARY 8, 1952, IN BOOK 1897, PAGE 257, OF OFFICIAL RECORDS.

ALSO EXCEPTING FROM THE NORTHEAST QUARTER OF SECTION 2, 23 ½% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM WITH THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSES OF DEVELOPING AND REMOVING SAME, AS RESERVED BY OSCAR J. ROHDE, AN UNMARRIED MAN, BY DEED RECORDED FEBRUARY 8, 1952, IN BOOK 1897, PAGE 257, OF OFFICIAL RECORDS.

EXCEPTING THEREFROM AN UNDIVIDED ½% INTEREST IN AND TO ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER THE ABOVE DESCRIBED PROPERTY OR RECOVERABLE THEREON AND THEREFROM, AS RESERVED IN THE DEED RECORDED APRIL 17, 1945, IN BOOK 1252, PAGE 28, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL REMAINING OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN AND UNDERLYING SAID LAND, AS RESERVED BY MILHAM FARMS, INC., A CALIFORNIA CORPORATION, IN DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1223, OF OFFICIAL RECORDS.

PARCEL 19: (APN: 086-020-03)
ACDF, LLC, A LIMITED LIABILITY COMPANY

LOTS 1 AND 2 OF THE NORTHEAST QUARTER OF FRACTIONAL SECTION 3, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST HEREAFTER UPON, WITHIN OR UNDERLYING THE

45

HEREINAFTER DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHIN LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, GAS, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION AND SAND, GRAVEL AND AGGREGATES AND PRODUCTS DERIVED THEREFROM TOGETHER WITH THE EXCLUSIVE AND PERPETUAL RIGHT OF SAID GRANTEE, ITS SUCCESSORS AND ASSIGNS, OF INGRESS AND EGRESS IN, UPON OR OVER SAID. PROPERTY TO EXPLORE AND PROSPECT FOR, EXTRACT, DEVELOP, SAVE, CONVEY, STORE, REFINE, PROCESS AND REMOVE THE SAME AND TO MAKE SUCH USE OF SAID PROPERTY AND THE SURFACE THEREOF AS IS NECESSARY OR USEFUL IN CONNECTION THEREWITH WHICH USE MAY INCLUDE THE SINKING, BORING, DIGGING OR DRILLING OF WELLS, SHAFTS OR TUNNELS, EXCAVATING, OPEN PIT MINING AND CONSTRUCTING, MAINTAINING AND REMOVING ROADS, WAYS, PIPELINES, POLELINES, TANKS, BUILDINGS, STRUCTURES AND FACILITIES AS CONVEYED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965, IN BOOK 3906, PAGE 30, OF OFFICIAL RECORDS.

PARCEL 20: (APN: 086-020-09)
ACDF, LLC, A LIMITED LIABILITY COMPANY

ALL THAT PORTION OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING EASTERLY OF THE CENTERLINE OF THE EAST SIDE CANAL AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, WHICH POINT BEARS SOUTH 0° 32' WEST 2,639.6 FEET FROM THE NORTHEAST CORNER OF SAID SECTION 3 THENCE ALONG THE NORTHERLY BOUNDARY OF SAID SOUTHEAST QUARTER NORTH 89° 18' WEST 2,188. 3 FEET TO A POINT ON THE CENTERLINE OF THE EAST SIDE CANAL; THENCE ALONG SAID CENTERLINE SOUTH 48° 16' EAST 738.4 FEET; THENCE SOUTH 49° 00' EAST 1,277.7 FEET; THENCE SOUTH 54° 48' EAST 415. 5 FEET; THENCE SOUTH 42° 14' EAST 420.4 FEET; THENCE SOUTH 51° 30' EAST 42.6 FEET TO A POINT ON THE EASTERLY BOUNDARY OF AFORESAID SOUTHEAST QUARTER; THENCE NORTH 0° 32' EAST ALONG SAID EASTERLY BOUNDARY LINE 1,880.2 FEET TO THE PLACE OF BEGINNING.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN AND UNDERLYING SAID LAND, AS RESERVED BY MILHAM FARMS, INC., A CALIFORNIA CORPORATION, IN DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1223, OF OFFICIAL RECORDS.

PARCEL 21: (PORTION APN: 086-020-10)
ACDF, LLC, A LIMITED LIABILITY COMPANY

ALL THAT PORTION OF THE NORTH HALF OF SECTION 3, TOWNSHIP 28 SOUTH, RANGE 22 EAST MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SECTION 3; THENCE SOUTH 0° 32' WEST 1,319.80 FEET TO THE NORTHWEST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 3 SAID POINT BEING THE TRUE POINT OF BEGINNING OF THIS DESCRIPTION; THENCE NORTH 89° 18' EAST A DISTANCE OF 1,320.10 FEET TO THE NORTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 3; THENCE SOUTH 0° 32' WEST A DISTANCE OF 1,320.0 FEET; THENCE NORTH 89° WEST A

46

DISTANCE OF 857.60 FEET TO A POINT ON THE CENTERLINE OF THE EAST SIDE CANAL; THENCE ALONG SAID CENTERLINE NORTH 48° 16' WEST A DISTANCE OF 432.30.FEET; THENCE NORTH 38° 27' WEST AND CONTINUING ALONG SAID CENTERLINE OF SAID CANAL TO A POINT ON THE WEST LINE OF THE NORTHEAST QUARTER OF SECTION 3; THENCE NORTH 0° 32' EAST AND ALONG SAID WEST LINE TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM 83-1/3% OF ALL MINERALS, OIL, GAS, PETROLEUM AND HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM; HOWEVER, THE GRANTORS HEREIN, THEIR SUCCESSORS AND ASSIGNS SHALL NOT CONDUCT DRILLING OR OTHER OPERATIONS UPON THE SURFACE OF SAID LAND BUT NOTHING HEREIN CONTAINED SHALL BE DEEMED TO PREVENT SAID GRANTORS, THEIR SUCCESSORS AND ASSIGNS FROM EXTRACTING OR CAPTURING SAID MINERALS, OIL, GAS, PETROLEUM AND HYDROCARBON SUBSTANCES FROM THE HEREIN DESCRIBED LAND BY DRILLING ON ADJACENT OR NEIGHBORING LANDS AND/OR FROM CONDUCTING SUBSURFACE DRILLING OPERATIONS UNDER SAID LANDS AT A DEPTH OF 500 FEET OR MORE BELOW THE SURFACE THEREOF, AS RESERVED IN THE QUITCLAIM DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1213, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL REMAINING OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN AND UNDERLYING SAID LAND, AS RESERVED BY MILHAM FARMS, INC., A CALIFORNIA CORPORATION IN DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1223, OF OFFICIAL RECORDS.

PARCEL 22: (PORTION APN: 086-020-10)
ACDF, LLC, A LIMITED LIABILITY COMPANY

ALL THAT PORTION OF THE NORTH HALF OF SECTION 3, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 3; THENCE ALONG THE NORTHERLY BOUNDARY OF SAID SECTION SOUTH 89° 45' WEST 1,069.10 FEET TO A POINT ON THE CENTERLINE OF THE EAST SIDE CANAL; THENCE ALONG SAID CENTERLINE SOUTH 25° 27' EAST 2,290.50 FEET; THENCE CONTINUING ALONG SAID CENTERLINE IN A GENERAL SOUTHEASTERLY DIRECTION TO THE WEST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 3; THENCE ALONG SAID WEST LINE NORTH 0° 23' EAST TO THE NORTH WEST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 3; THENCE CONTINUING NORTH 0° 32' EAST A DISTANCE OF 1,319.80 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM 83-1/3% OF ALL MINERALS, OIL, GAS, PETROLEUM AND HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM: HOWEVER, THE GRANTORS HEREIN, THEIR SUCCESSORS AND ASSIGNS SHALL NOT CONDUCT DRILLING OR OTHER OPERATIONS UPON THE SURFACE OF SAID LAND BUT NOTHING HEREIN CONTAINED SHALL BE DEEMED TO PREVENT SAID GRANTORS, THEIR SUCCESSORS AND ASSIGNS FROM EXTRACTING OR CAPTURING SAID MINERALS, OIL, GAS, PETROLEUM AND HYDROCARBON SUBSTANCES FROM THE HEREIN DESCRIBED LAND BY DRILLING ON ADJACENT OR NEIGHBORING LANDS AND/OR FROM CONDUCTING SUBSURFACE DRILLING OPERATIONS UNDER SAID LANDS AT A DEPTH OF 500 FEET OR MORE BELOW THE SURFACE THEREOF, AS RESERVED IN THE QUITCLAIM DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1213, OF OFFICIAL RECORDS.

47

ALSO EXCEPTING THEREFROM ALL REMAINING OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN AND UNDERLYING SAID LAND, AS RESERVED BY MILHAM FARMS, INC., A CALIFORNIA CORPORATION IN DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1223, OF OFFICIAL RECORDS.

PARCEL 23: (APN: 086-100-28)
ACDF, LLC, A LIMITED LIABILITY COMPANY

ALL THAT PORTION OF PARCEL 3 OF PARCEL MAP 7799, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED AUGUST 22, 1986, IN BOOK 33 PAGE 134 OF PARCEL MAPS, KERN COUNTY RECORDS, DESCRIBED AS PARCEL A IN THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED FEBRUARY 7, 1990 IN BOOK 6344, PAGE 537, OF OFFICIAL RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID PARCEL 3 OF PARCEL MAP 7799; THENCE SOUTH 00° 44' 00" WEST ALONG THE EASTERLY LINE OF PARCEL 3 OF SAID PARCEL MAP, 3,874.95 FEET TO THE SOUTHEAST CORNER OF THE NORTH HALF OF THE SOUTHEAST QUARTER OF SECTION 11, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE SOUTH 88° 39' 59" WEST ALONG THE SOUTH LINE OF SAID NORTH HALF OF THE SOUTHEAST QUARTER 1,412.76 FEET TO A POINT ON THE CENTERLINE OF EAST SIDE CANAL AS SHOWN ON SAID PARCEL MAP 7799 RECORDED IN BOOK 33, PAGE 134 OF PARCEL MAPS, KERN COUNTY RECORDS; THENCE NORTH 28° 56' 00" WEST ALONG SAID CENTERLINE 121.85 FEET; THENCE NORTH 22° 17' 00" WEST 319.20 FEET; THENCE NORTH 16° 05' 00" WEST 1,357.20 FEET; THENCE NORTH 21° 58' 00" WEST 457 FEET; THENCE NORTH 30° 18' 00" WEST 307 FEET; THENCE NORTH 34° 10' 00" WEST 202.80 FEET; THENCE DEPARTING FROM SAID CENTERLINE SOUTH 89° 29' 00" WEST 198.30 FEET; THENCE NORTH 00° 43' 00" EAST TO A POINT ON SAID CENTERLINE 279.32 FEET; THENCE NORTH 35° 04' 00" WEST 407.94 FEET; THENCE NORTH 44° 48' 00" WEST 737.50 FEET; THENCE NORTH 70° 21' 00" WEST 503.72 FEET, MORE OR LESS, TO A POINT ON THE NORTHERLY LINE OF SAID PARCEL 3; THENCE NORTH 89° 24' 00" EAST ALONG SAID NORTHERLY LINE 3,881.13 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER THAT PORTION OF SAID LAND LYING WITHIN THE SOUTHEAST QUARTER OF SECTION 11, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, AND THE RIGHT TO REMOVE THE SAME, AS RESERVED BY F. C. DRUMM AND D. M. DRUMM, HUSBAND AND WIFE AND M. A. BARDENSTEIN, A SINGLE WOMAN, IN DEED RECORDED MARCH 17, 1952 IN BOOK 1915, PAGE 344, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, MINERALS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING OR THROUGH THAT PORTION OF SAID LAND LYING WITHIN THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 11, TOWNSHIP 38 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, OR THAT MAY BE PRODUCED OR SAVED THEREFROM TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS TO REMOVE AND EXTRACT THE SAME, AS RESERVED BY ETHEL B. COOPER, A MARRIED WOMAN, IN DEED RECORDED OCTOBER 13, 1965, IN BOOK 3883, PAGE 312, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THAT PORTION OF SAID LAND LYING WITHIN THE NORTH HALF OF THE NORTHEAST QUARTER; THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER AND THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 11, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, OR THAT MAY BE PRODUCED

48

THEREFROM, INCLUDING, WITHIN LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, GAS, NATURAL GAS AND HYDROCARBON SUBSTANCES. GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION AND SAND, GRAVEL AND AGGREGATES AND PRODUCTS DERIVED THEREFROM TOGETHER WITH THE EXCLUSIVE AND PERPETUAL RIGHT OF SAID GRANTEE, ITS SUCCESSORS AND ASSIGNS, OF INGRESS AND EGRESS IN, UPON OR OVER SAID PROPERTY TO EXPLORE AND PROSPECT FOR, EXTRACT, DEVELOP, SAVE, CONVEY, STORE, REFINE, PROCESS AND REMOVE THE SAME AND TO MAKE SUCH USE OF SAID PROPERTY AND THE SURFACE THEREOF AS IS NECESSARY OR USEFUL IN CONNECTION THEREWITH WHICH USE MAY INCLUDE THE SINKING, BORING, DIGGING OR DRILLING OF WELLS, SHAFTS OR TUNNELS, EXCAVATING, OPEN PIT MINING AND CONSTRUCTING, MAINTAINING AND REMOVING ROADS, WAYS, PIPELINES, POLELINES, TANKS, BUILDINGS, STRUCTURES AND FACILITIES AS CONVEYED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965, IN BOOK 3906, PAGE 30, OF OFFICIAL RECORDS.

PARCEL 24: (APN: 086-110-04)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF SECTION 12, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION, SAID NORTHEAST CORNER BEING AT COORDINATES Y=736 446.01 FEET AND X=1 540 068.83 FEET; THENCE ALONG THE EAST LINE OF SAID SECTION SOUTH 1° 41' 47" WEST 1,325.82 FEET; THENCE ALONG A LINE PARALLEL WITH AND 110 FEET SOUTHWESTERLY MEASURED AT RIGHT ANGLES FROM THE CENTERLINE OF THE DEPARTMENT OF PUBLIC WORKS SURVEY FROM ROUTE 57 (NOW ROUTE 166) TO KINGS COUNTY LINE, ROAD VI-KER-238-B (NOW VI-KER-5) NORTH 40° 46' 00" WEST 659.14 FEET; THENCE NORTH 39° 02' 54" WEST 200.09 FEET; THENCE ALONG A LINE PARALLEL WITH AND 104 FEET SOUTHWESTERLY MEASURED AT RIGHT ANGLES FROM SAID CENTERLINE NORTH 40° 46' 00" WEST 915.50 FEET TO THE NORTH LINE OF SAID SECTION; THENCE ALONG SAID NORTH LINE SOUTH 88° 54' 31" EAST 1,193.72 FEET TO THE POINT OF BEGINNING, AS CONVEYED TO THE STATE OF CALIFORNIA BY DEED RECORDED FEBRUARY 28, 1966, IN BOOK 3923, PAGE 302, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL MINERALS, OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND OR WHICH MAY BE PRODUCED AND SAVED THEREFROM TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS, AS RESERVED IN DEED FROM FRESNO-KERN COMPANY, A CORPORATION, RECORDED JUNE 15, 1966, IN BOOK 3955, PAGE 683, OF OFFICIAL RECORDS.

PARCEL 25: (APN: 086-110-09)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 12, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING OR THROUGH SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS TO REMOVE AND

49

EXTRACT THE SAME, AS RESERVED BY MARGARET ANNE COOPER, AN UNMARRIED WOMAN, IN DEED RECORDED OCTOBER 14, 1965, IN BOOK 3884, PAGE 27, OF OFFICIAL RECORDS.

PARCEL 26: (APN: 086-110-05)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE SOUTH HALF OF SECTION 12, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ½ OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED THEREFROM, AS RESERVED BY GENERAL MORTGAGE COMPANY IN DEED RECORDED SEPTEMBER 13, 1961, IN BOOK 3414, PAGE 884, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL REMAINING OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN AND UNDERLYING SAID LAND, AS RESERVED BY MILHAM FARMS, INC., A CALIFORNIA CORPORATION, IN DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1223, OF OFFICIAL RECORDS.

PARCEL 27: (APN: 086-110-03)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THE SOUTH HALF OF THE NORTHWEST QUARTER OF SECTION 12, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM 90% OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS LYING IN AND UNDER AND WHICH MAY BE PRODUCED FROM SAID LANDS AS HEREINBEFORE DESCRIBED TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS TO DEVELOP AND RECOVER SAME, AS RESERVED IN DEED FROM FRANK LEPPI, ET UX, RECORDED FEBRUARY 1, 1952 IN BOOK 1894, PAGE 208, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL REMAINING OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN AND UNDERLYING SAID LAND, AS RESERVED BY MILHAM FARMS, INC., A CALIFORNIA CORPORATION, IN DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1223, OF OFFICIAL RECORDS.

PARCEL 28: (APN: 086-110-01)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THE SOUTH HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 12, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED 75% OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND OR THAT MAY PRODUCED AND SAVED THEREFROM, AS RESERVED BY MYRTLE C. KROESEN, A WIDOW, IN DEED RECORDED FEBRUARY 29, 1952, IN BOOK 1907, PAGE 342, OF OFFICIAL RECORDS.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

ALSO EXCEPTING THEREFROM ALL REMAINING OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN AND UNDERLYING SAID LAND, AS RESERVED BY MILHAM FARMS, INC., A CALIFORNIA CORPORATION, IN DEED RECORDED JANUARY 16, 1974, IN BOOK 4821, PAGE 1223, OF OFFICIAL RECORDS.

PARCEL 29: (APN: 086-120-05)
ACDF, LLC, A LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 12, TOWNSHIP 28 SOUTH, RANGE 22 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 30: (APN: 087-080-25)
ACDF, LLC, A LIMITED LIABILITY COMPANY

PARCEL 1 OF PARCEL MAP 3773 IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED MAY 20, 1977, IN BOOK 18, PAGE 108, OF PARCEL MAPS, KERN COUNTY RECORDS.

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINAFTER DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHIN LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, GAS, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION AND SAND, GRAVEL AND AGGREGATES AND PRODUCTS DERIVED THEREFROM TOGETHER WITH THE EXCLUSIVE AND PERPETUAL RIGHT OF SAID GRANTEE, ITS SUCCESSORS AND ASSIGNS, OF INGRESS AND EGRESS IN, UPON OR OVER SAID PROPERTY TO EXPLORE AND PROSPECT FOR, EXTRACT, DEVELOP, SAVE, CONVEY, STORE, REFINE, PROCESS AND REMOVE THE SAME AND TO MAKE SUCH USE OF SAID PROPERTY AND THE SURFACE THEREOF AS IS NECESSARY OR USEFUL IN CONNECTION THEREWITH WHICH USE MAY INCLUDE THE SINKING, BORING, DIGGING OR DRILLING OF WELLS, SHAFTS OR TUNNELS, EXCAVATING, OPEN PIT MINING AND CONSTRUCTING, MAINTAINING AND REMOVING ROADS, WAYS, PIPELINES, POLELINES, TANKS, BUILDINGS, STRUCTURES AND FACILITIES, AS CONVEYED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965, IN BOOK 3906, PAGE 30, OF OFFICIAL RECORDS.

PARCEL 31: (APN: 086-120-01)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 12, TOWNSHIP 28 SOUTH, RANGE 22 EAST, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

GARDNER FIELD RANCH

PARCEL 32: (APN: 220-050-10)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

51

SECTION 25 OF TOWNSHIP 32 SOUTH, RANGE 24 EAST, M.D.B.&M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED TO CALIFORNIA MINERALS, L.P., A TEXAS LIMITED PARTNERSHIP, IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY;

ALSO EXCEPTING ALL GEOTHERMAL RESOURCES, EMBRACING; INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING;

AND RESERVING UNTO GRANTOR, IT SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FORM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OR WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN.

AND ALSO RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, FOR ITS AND THEIR BENEFIT AND THE FOR BENEFIT OF ITS AND THEIR PRESENT OR FUTURE SUBSIDIARIES AND THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, THE RIGHT OF WAY FORM TIME TO TIME TO LAY, CONSTRUCT, RECONSTRUCT, REPLACE, RENEW, REPAIR, MAINTAIN, OPERATE, CHANGE THE SIZE

52

OF, INCREASE THE NUMBER OF AND REMOVE PIPELINES AND APPURTENANCES THEREOF, FOR THE TRANSPORTATION OF OIL, PETROLEUM, GAS, GASOLINE, WATER, OR OTHER SUBSTANCES, OR FIBER OPTIC CABLES INSTALLED THEREIN, AND DEVICES FOR CONTROLLING ELECTROLYSIS FOR USE IN (CONNECTION WITH SAID PIPELINES, AND TO CONSTRUCT, MAINTAIN, OPERATE, REPAIR, RENEW, ADD TO AND REMOVE UNDERGROUND WIRES, CONDUCTORS, CABLES AND CONDUITS, AND APPURTENANCES THEREOF, WITH THE RIGHT OF INGRESS AND EGRESS TO AND FROM THE SAME, OVER AND THROUGH, UNDER AND ALONG SAID REAL PROPERTY, ALL AS RESERVED BY CHEVRON U.S.A., A PENNSYLVANIA CORPORATION, IN DEED RECORDED JUNE 7, 2004 AS DOCUMENT NO. 0204130494 OF OFFICIAL RECORDS.

PARCEL 33: (APN: 220-050-42)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF OF SECTION 35, TOWNSHIP 32 SOUTH, RANGE 24 EAST, M.D.B. & M., LYING NORTHEASTERLY OF THE NORTHEASTERLY BOUNDARY LINE OF THE CALIFORNIA AQUEDUCT AS CONVEYED TO THE STATE OF CALIFORNIA IN A DEED RECORDED MAY 9, 1969 IN BOOK 4276, PAGE 561 OF OFFICIAL RECORDS, IN THE UNINCORPORATED ARE OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL MINERAL RIGHTS AS CONVEYED TO CALIFORNIA MINERALS, L.P., A TEXAS LIMITED PARTNERSHIP, UPON THE TERMS AND PROVISIONS CONTAINED IN A DEED FROM CHEVRON U.S.A. INC., A CORPORATION RECORDED DECEMBER 30, 1998 AS DOCUMENT NO. 1998-184684 OF OFFICIAL RECORDS.

PARCEL 34: (APN: 220-050-12)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER AND THE SOUTH HALF OF THE SOUTHWEST QUARTER OF SECTION 36, TOWNSHIP 32 SOUTH, RANGE 24 EAST, M.D.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED TO CALIFORNIA MINERALS, L.P., A TEXAS LIMITED PARTNERSHIP, IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT

53

REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY;

AND ALSO EXCEPTING THEREFROM ALL GEOTHERMAL RESOURCES, EMBRACING; INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

TOGETHER WITH ALL RIGHTS ASSOCIATED WITH OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS AS CONTAINED THEREIN, ALL AS RESERVED BY CHEVRON U.S.A., INC., IN DEED RECORDED DECEMBER 22, 2004 AS DOCUMENT NO. 0204317445 OF OFFICIAL RECORDS.

PARCEL 35: (APN: 220-050-25)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THAT PORTION OF THE NORTH HALF, THE SOUTHEAST QUARTER AND THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 36, TOWNSHIP 32 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING WITHIN THE FOLLOWING DESCRIBED PARCEL OF LAND.

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 36, AND RUNNING THENCE ALONG THE WESTERN LINE OF SAID SECTION 36, SOUTH 0° 08' WEST 2645.66 FEET TO THE WESTERN QUARTER CORNER OF SAID SECTION 36; THENCE ALONG THE LINE DIVIDING THE NORTH HALF AND THE SOUTH HALF OF SAID SECTION 36 NORTH 89° 36' EAST 1327.24 FEET; THENCE SOUTH 0° 08' 58" WEST, 1328.48 FEET; THENCE NORTH 89° 37' 30" EAST 1324.33 FEET; THENCE SOUTH 0° 16' 56" WEST 1325.65 FEET TO THE SOUTHERN LINE OF SAID SECTION 36; THENCE ALONG THE LAST NAMED LINE NORTH 89° 39' EAST, 1177.84 FEET; THENCE NORTH 8° 10' 58" EAST, 1697 FEET; THENCE SOUTH 67° 01' 27" EAST 1337 FEET TO THE EASTERN LINE OF SAID SECTION 36; THENCE ALONG THE LAST NAMED LINE NORTH 0° 32' 52" EAST 1540 FEET TO THE NORTHERN LINE OF THE STATE HIGHWAY; THENCE ALONG THE LAST NAMED LINE SOUTH 90° 36' WEST 1872 FEET; THENCE NORTH 46° 51' WEST 1081 FEET; THENCE NORTH 77° 53' WEST 699 FEET; THENCE NORTH 22° 07' EAST 1832 FEET TO THE NORTHERN LINE OF SAID SECTION 36; THENCE ALONG THE LAST NAMED LINE SOUTH 80° 43' 56" WEST 2662.61 FEET TO THE POINT OF BEGINNING.

EXCEPT ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND.

PARCEL 36: (APN'S: 220-050-49 AND 220-050-50)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF, THE SOUTHEAST QUARTER AND THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 36, TOWNSHIP 32 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 36, AND RUNNING THENCE ALONG THE WESTERN LINE OF SAID SECTION 36, SOUTH 0° 08' WEST 2645.66 FEET TO THE WESTERN QUARTER CORNER OF SAID SECTION 36; THENCE ALONG THE LINE DIVIDING THE

54

NORTH HALF AND THE SOUTH HALF OF SAID SECTION 36 NORTH 89° 36' EAST 1327.24 FEET; THENCE SOUTH 0° 08' 58" WEST 1328.48 FEET; THENCE NORTH 89° 37' 30" EAST 1324.33 FEET; THENCE SOUTH 0° 16' 56" WEST 1325.65 FEET TO THE SOUTHERN LINE OF SAID SECTION 36; THENCE ALONG THE LAST NAMED LINE NORTH 89° 36' EAST 1177.84 FEET; THENCE NORTH 8° 10' 58" EAST 1697 FEET; THENCE SOUTH 67° 01' 27" EAST 1337 FEET TO THE EASTERN LINE OF SAID SECTION 36; THENCE ALONG THE LAST NAMED LINE NORTH 0° 32' 52" EAST 1540 FEET TO THE NORTHERN LINE OF THE STATE HIGHWAY; THENCE ALONG THE LAST NAMED LINE SOUTH 89° 36' WEST 1872 FEET; THENCE NORTH 46° 51' WEST 1081 FEET; THENCE NORTH 77° 53' WEST 699 FEET; THENCE NORTH 22° 07' EAST 1832 FEET TO THE NORTHERN LINE OF SAID SECTION 36; THENCE ALONG THE LAST NAMED LINE SOUTH 89° 43' 56" WEST 2662.61 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND AS DEEDED TO BARBARA HOVERSTEN, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, BY DEED RECORDED NOVEMBER 15, 1991 IN BOOK 6595, PAGE 54 OF OFFICIAL RECORDS.

PARCEL 37: (APN: 220-170-07)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF SECTION 29, TOWNSHIP 32 SOUTH, RANGE 25 EAST, M.D.B.M., IN THE UNINCORPORATED ARE OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED TO CALIFORNIA MINERALS, L.P., A TEXAS LIMITED PARTNERSHIP, IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY;

ALSO EXCEPTING ALL GEOTHERMAL RESOURCES, EMBRACING; INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL

55

OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING;

AND RESERVING UNTO GRANTOR, IT SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FORM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OR WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN.

AND ALSO RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, FOR ITS AND THEIR BENEFIT AND THE FOR BENEFIT OF ITS AND THEIR PRESENT OR FUTURE SUBSIDIARIES AND THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, THE RIGHT OF WAY FORM TIME TO TIME TO LAY, CONSTRUCT, RECONSTRUCT, REPLACE, RENEW, REPAIR, MAINTAIN, OPERATE, CHANGE THE SIZE OF, INCREASE THE NUMBER OF AND REMOVE PIPELINES AND APPURTENANCES THEREOF, FOR THE TRANSPORTATION OF OIL, PETROLEUM, GAS, GASOLINE, WATER, OR OTHER SUBSTANCES, OR FIBER OPTIC CABLES INSTALLED THEREIN, AND DEVICES FOR CONTROLLING ELECTROLYSIS FOR USE IN CONNECTION WITH SAID PIPELINES, AND TO CONSTRUCT, MAINTAIN, OPERATE, REPAIR, RENEW, ADD TO AND REMOVE UNDERGROUND WIRES, CONDUCTORS, CABLES AND CONDUITS, AND APPURTENANCES THEREOF, WITH THE RIGHT OF INGRESS AND EGRESS TO AND FROM THE SAME, OVER AND THROUGH, UNDER AND ALONG SAID REAL PROPERTY, ALL AS RESERVED BY CHEVRON U.S.A., A PENNSYLVANIA CORPORATION, IN DEED RECORDED JUNE 7, 2004 AS DOCUMENT NO. 0204130494 OF OFFICIAL RECORDS.

PARCEL 38: (APN: 220-170-01)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF SECTION 30, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL THE OIL AND GAS IN SAID LAND AND THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SUCH DEPOSITS FROM THE SAME UPON COMPLIANCE WITH THE CONDITIONS AND SUBJECT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914 (38 STAT. 509), RESERVED IN PATENT FROM THE UNITED STATES OF AMERICA, RECORDED OCTOBER 9, 1924 IN BOOK 38, PAGE 373, OFFICIAL RECORDS.

PARCEL 39: INTENTIONALLY DELETED.

PARCEL 40: (APN: 220-170-03)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF SECTION 30, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

56

EXCEPTING THEREFROM ALL THE OIL AND GAS IN SAID LAND AND THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SUCH DEPOSITS FROM THE SAME UPON COMPLIANCE WITH THE CONDITIONS AND SUBJECT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914 (38 STAT. 509), RESERVED IN PATENT FROM THE UNITED STATES OF AMERICA, RECORDED OCTOBER 9, 1924 IN BOOK 38, PAGE 373, OFFICIAL RECORDS.

ALSO EXCEPTING ALL THE OIL AND GAS IN SAID LAND AND THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SUCH DEPOSITS FROM THE SAME UPON COMPLIANCE WITH THE CONDITIONS AND SUBJECT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914 (38 STAT. 509)., EXCEPTED IN GRANT DEED RECORDED FEBRUARY 11, 1976 IN BOOK 4938, PAGE 698 OF OFFICIAL RECORDS.

PARCEL 41: INTENTIONALLY DELETED.

PARCEL 42: (APN: 220-211-01)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF FRACTIONAL SECTION 27, TOWNSHIP 12 NORTH, RANGE 23 WEST, S.B.B.&M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 43: (APN: 220-221-03)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE NORTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 23 WEST, S.B.B.&M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA.

EXCEPTING THEREFROM THAT PORTION OF SAID LAND AS CONVEYED TO THE STATE OF CALIFORNIA BY DEED RECORDED MAY 9, 1967 IN BOOK 4050, PAGE 632 OF OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT A 1 ½-INCH IRON PIPE WITH BRASS CAP MARKED CA 5055 FROM WHICH THE NORTHEAST CORNER OF SAID SECTION 34 BEARS NORTH 63° 43' 54" EAST, 1,656.45 FEET, SAID POINT OF BEGINNING HAVING COORDINATES Y=580,801.84 AND X=1,605,719.67; THENCE FROM SAID POINT OF BEGINNING SOUTH 85° 41' 30" EAST 1,460.19 FEET; THENCE SOUTH 84° 13' 44" EAST 24.98 FEET TO A POINT HEREIN DESIGNATED "G" ON THE EAST LINE OF SAID SECTION 34; THENCE ALONG SAID EAST LINE SOUTH 00° 18' 12" WEST 483.14 FEET TO THE SOUTHEAST CORNER OF THE NORTH HALF OF THE NORTHEAST QUARTER OF SAID SECTION 34; THENCE ALONG THE SOUTH LINE OF SAID NORTH HALF 89° 09' 44" WEST 2,661.56 FEET TO THE SOUTHWEST CORNER OF SAID NORTH HALF; THENCE ALONG THE WEST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 34, NORTH 00° 17' 48" EAST 666.42 FEET; THENCE LEAVING SAID WEST LINE SOUTH 84° 40' 21" EAST 1,184.58 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 44: (APN: 220-231-22)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 31, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THE SOUTH 23 ACRES THEREOF.

ALSO EXCEPT ALL MINERALS, OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND, AS EXCEPTED ON THE DEED FROM MARCELLA O'NEIL, RECORDED NOVEMBER 7, 1952 IN BOOK 2001, PAGE 521 OF OFFICIAL RECORDS.

PARCEL 45: (APN: 220-231-19)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF FRACTIONAL SECTION 31, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE

59

UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ANY AND ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES UNDERLYING SAID PROPERTIES, TOGETHER WITH ANY AND ALL EXISTING AND FUTURE LEASES RELATING TO SAID SUBSTANCES, AS RESERVED BY MILES A. SHARKEY AND CRISTINE SHARKEY, HUSBAND AND WIFE, IN DEED RECORDED JANUARY 25, 1991 IN BOOK 6481, PAGE 1188, OFFICIAL RECORDS.

PARCEL 46: (APN: 220-231-20)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTH 23 ACRES OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 31, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ANY AND ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES UNDERLYING SAID PROPERTIES, TOGETHER WITH ANY AND ALL EXISTING AND FUTURE LEASES RELATING TO SAID SUBSTANCES, AS RESERVED BY MILES A. SHARKEY AND CRISTINE SHARKEY, HUSBAND AND WIFE, IN DEED RECORDED JANUARY 25, 1991 IN BOOK 6481, PAGE 1188, OFFICIAL RECORDS.

PARCEL 47: (APN: 220-231-03)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF FRACTIONAL SECTION 31, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND.

PARCEL 48: (APN: 220-231-02)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE NORTHEAST QUARTER OF SECTION 31, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT 12 ½% OF ALL OIL, GAS, MINERALS AND/OR OTHER HYDROCARBON SUBSTANCES LYING IN OR UNDER SAID LAND, AS RESERVED IN DEED DATED JANUARY 28, 1939 FROM BARCLAY MC COWAN COMPANY, A CORPORATION, RECORDED FEBRUARY 4, 1939 IN BOOK 846, PAGE 101 OF OFFICIAL RECORDS.

ALSO EXCEPT ALL REMAINING MINERALS, OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND WHICH MAY BE OWNED BY GRANTORS, WITH THE RIGHT TO PROSPECT FOR, DEVELOP, EXTRACT AND REMOVE SAME, AS EXCEPTED AND RESERVED BY MILES A. SHARKEY AND CRISTINE SHARKEY, HUSBAND AND WIFE, BY DEED RECORDED SEPTEMBER 15, 1981 IN BOOK 5404, PAGE 228, OFFICIAL RECORDS.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

PARCEL 49: (APN: 220-231-23)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 31, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND AS CONVEYED OR RESERVED IN THE FOLLOWING DEEDS:

ONE RECORDED JULY 17, 1973, IN BOOK 4794, PAGE 1756, OFFICIAL RECORDS; ONE RECORDED JULY 17, 1973, IN BOOK 4794, PAGE 1757, OFFICIAL RECORDS AND ONE RECORDED JULY 17, 1973, IN BOOK 4794, PAGE 1759, OFFICIAL RECORDS.

PARCEL 50: (APN'S: 220-231-29 AND 220-231-30)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER EXCEPT THE WEST 18 ACRES; THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, EXCEPT THE EAST 3 ACRES, AND THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, ALL IN SECTION 31, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS, RIGHTS, AND OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN THAT MAY BE WITHIN OR UNDER THE PARCEL OF LAND HEREINABOVE DESCRIBED, TOGETHER WITH THE RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND REMOVING THE SAME FROM SAID LAND, AS EXCEPTED IN DEED FROM CROCKER-ANGLO NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, AS TRUSTEE, RECORDED AUGUST 29, 1963, IN BOOK 3639, PAGE 479 OF OFFICIAL RECORDS.

PARCEL 51: (APN: 220-231-25)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST 18 ACRES OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 31, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN OR UNDER SAID PREMISES, OR THAT MAY AT ANY TIME BE PRODUCED OR EXTRACTED THEREFROM TOGETHER WITH THE RIGHT TO PROSPECT FOR, DEVELOP, EXTRACT AND REMOVE THE SAME AS RESERVED IN DEED DATED DECEMBER 28, 1962 FROM NORMA FRANCIS COHN AND PAUL G. PILGRIM, HUSBAND OF THE GRANTEE HEREIN, RECORDED JANUARY 29, 1963 IN BOOK 3569 PAGE 806 OF OFFICIAL RECORDS.

PARCEL 52: (APN'S: 220-231-06 AND 220-231-07)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

THE NORTHWEST QUARTER OF SECTION 32, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL THE OIL AND GAS IN THE WEST HALF AND THE SOUTHEAST QUARTER THEREOF, AND THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SUCH DEPOSITS FROM THE SAME, UPON COMPLIANCE WITH THE CONDITIONS AND SUBJECT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914 (38 STAT. 5091), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA RECORDED IN BOOK 8, PAGE 130 OF OFFICIAL RECORDS.

ALSO EXCEPT 50% INTEREST IN AND TO ALL OIL, GAS, OTHER HYDROCARBONS AND MINERALS, IN, ON OR UNDERLYING THE REMAINDER OF SAID LAND, AS EXCEPTED AND RESERVED BY C. E. LEEBON, ALSO KNOWN AS CARL EDWARD LEEBON, ALSO KNOWN AS EDWARD C. LEEBON, A MARRIED MAN, IN DEED RECORDED MAY 16, 1973 IN BOOK 4785, PAGE 899 OF OFFICIAL RECORDS.

ALSO EXCEPT ALL OIL, GAS AND HYDROCARBONS WHICH MAY BE OWNED BY GRANTORS UNDERLYING SAID PROPERTIES AS EXCEPTED BY MILES A. SHARKEY AND CRISTINE SHARKEY, HUSBAND AND WIFE, BY DEED RECORDED SEPTEMBER 15, 1981, IN BOOK 5404, PAGE 228 OF OFFICIAL RECORDS.

PARCEL 53: (APN: 220-231-17)
MARICOPA ORCHARDS, LLC

THE SOUTHWEST QUARTER OF SECTION 32, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER THE OFFICIAL PLAT THEREOF.

PARCEL 54: (APN'S: 220-120-14 AND 220-120-15)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF SECTION 19, TOWNSHIP 32 SOUTH, RANGE 25 EAST, M.D.B.&M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED TO CALIFORNIA MINERALS, L.P., A TEXAS LIMITED PARTNERSHIP, IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

62

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY;

AND ALSO EXCEPTING THEREFROM ALL GEOTHERMAL RESOURCES, EMBRACING; INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

TOGETHER WITH ALL RIGHTS ASSOCIATED WITH OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS AS CONTAINED THEREIN, ALL AS RESERVED BY CHEVRON U.S.A., INC., IN DEED RECORDED DECEMBER 22, 2004 AS DOCUMENT NO. 0204317445 OF OFFICIAL RECORDS.

COPUS ROAD RANCH

PARCEL 55: (APN: 220-130-01)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF SECTION 27, TOWNSHIP 32 SOUTH, RANGE 25 EAST, M.D.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION LYING WITHIN THE SUNSET RAILROAD RIGHT OF WAY.

ALSO EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE, AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

63

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 56: (APN: 220-130-02)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE NORTH HALF OF SECTION 26, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE INTEREST OF THE SUNSET RAILROAD AS SAID RAILROAD IS NOW LOCATED.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED TO CALIFORNIA MINERALS, L.P., A TEXAS LIMITED PARTNERSHIP, IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

64

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY;

AND ALSO EXCEPTING THEREFROM ALL GEOTHERMAL RESOURCES, EMBRACING; INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

TOGETHER WITH ALL RIGHTS ASSOCIATED WITH OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS AS CONTAINED THEREIN, ALL AS RESERVED BY CHEVRON U.S.A., INC., IN DEED RECORDED DECEMBER 22, 2004 AS DOCUMENT NO. 0204317445 OF OFFICIAL RECORDS.

PARCEL 57: (APN: 220-130-12)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF SECTION 25, TOWNSHIP 32 SOUTH, RANGE 25 EAST, M.D.B.&M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE, AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED TO CALIFORNIA MINERALS, L.P., A TEXAS LIMITED PARTNERSHIP, INDEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY;

ALSO EXCEPTING ALL GEOTHERMAL RESOURCES, EMBRACING; INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE

65

EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING;

AND RESERVING UNTO GRANTOR, IT SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FORM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OR WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN.

AND ALSO RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, FOR ITS AND THEIR BENEFIT AND THE FOR BENEFIT OF ITS AND THEIR PRESENT OR FUTURE SUBSIDIARIES AND THEIR RESPECTIVE SUCCESSORS AND ASSIGNS,THE RIGHT OF WAY FORM TIME TO TIME TO LAY, CONSTRUCT, RECONSTRUCT, REPLACE, RENEW, REPAIR, MAINTAIN, OPERATE, CHANGE THE SIZE OF, INCREASE THE NUMBER OF AND REMOVE PIPELINES AND APPURTENANCES THEREOF, FOR THE TRANSPORTATION OF OIL, PETROLEUM, GAS, GASOLINE, WATER, OR OTHER SUBSTANCES, OR FIBER OPTIC CABLES INSTALLED THEREIN, AND DEVICES FOR CONTROLLING ELECTROLYSIS FOR USE IN CONNECTION WITH SAID PIPELINES, AND TO CONSTRUCT, MAINTAIN, OPERATE, REPAIR, RENEW, ADD TO AND REMOVE UNDERGROUND WIRES, CONDUCTORS, CABLES AND CONDUITS, AND APPURTENANCES THEREOF, WITH THE RIGHT OF INGRESS AND EGRESS TO AND FROM THE SAME, OVER AND THROUGH, UNDER AND ALONG SAID REAL PROPERTY, ALL AS RESERVED BY CHEVRON U.S.A., A PENNSYLVANIA CORPORATION, IN DEED RECORDED JUNE 7, 2004 AS DOCUMENT NO. 0204130494 OF OFFICIAL RECORDS.

PARCEL 58: (APN: 220-130-13)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF AND THE NORTHEAST QUARTER OF SECTION 35, TOWNSHIP 32 SOUTH, RANGE 25 EAST, M.D.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING,PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING

66

OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 59: (APN: 220-130-15)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE SOUTHEAST QUARTER AND THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 35, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ONE-HALF OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES THEREIN, TOGETHER WITH RIGHT OF ENTRY TO EXPLORE AND DRILL THEREFORE AND TO PRODUCE AND TAKE SAME, AND THE RIGHT TO ERECT AND OPERATE ALL STRUCTURES AND PIPE LINES AND DO ALL THINGS NECESSARY OR CONVENIENT FOR SUCH PURPOSES RESERVED IN DEED RECORDED FEBRUARY 4, 1952, IN BOOK 1895, PAGE 28 OF OFFICIAL RECORDS.

ALSO EXCEPT ONE FOURTH OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND RESERVED BY ALLAN A. STRAMLER, JR., ET UX, IN DEED RECORDED OCTOBER 20, 1952, IN BOOK 1995, PAGE 538 OF OFFICIAL RECORDS.

PARCEL 60: (APN: 220-130-16)

67

MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 35, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND OTHER SUBSTANCES AS PREVIOUSLY RESERVED OF RECORD.

PARCEL 61: (APN: 220-130-19)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE SOUTHEAST QUARTER, AND THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 34, IN TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND.

EXCEPT AS OTHERWISE SET FORTH, ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM, AS RESERVED IN VARIOUS DEEDS OF RECORDS.

ALSO EXCEPTING THEREFROM ANY INTEREST THE GRANTOR MAY HAVE IN ALL OIL, MINERAL, NATURAL GAS AND OTHER HYDROCARBON SUBSTANCES UNDER THE REAL PROPERTY DESCRIBED IN THIS DEED, WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED BY SAM ANDREWS' SONS IN THE DEED RECORDED JANUARY 10, 1989 IN BOOK 6198, PAGE 1353, OFFICIAL RECORDS.

PARCEL 62: (APN: 220-130-20)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 32 SOUTH, RANGE 25 EAST, M.D.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

68

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 63: (APN: 220-130-33)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF SECTION 34, IN TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE SUNSET RAILROAD COMPANY, BY DEED RECORDED JULY 18, 1903 IN BOOK 148, PAGE 332 OF DEEDS.

ALSO EXCEPT ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM.

ALSO EXCEPT ANY INTEREST IN ALL OIL, MINERAL, NATURAL GAS AND OTHER HYDROCARBON SUBSTANCES UNDER THE REAL PROPERTY DESCRIBED IN THIS DEED, WITHOUT RIGHT OF SURFACE ENTRY, AS RESERVED BY SAM ANDREWS' SONS, IN DEED RECORDED JANUARY 10, 1989 IN BOOK 6198, PAGE 1339 OF OFFICIAL RECORDS.

PARCEL 64: (APN'S: 220-170-24 AND 220-170-26)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

69

THE SOUTH HALF AND THE NORTHEAST QUARTER OF SECTION 33, TOWNSHIP 32 SOUTH, RANGE 25 EAST, M.D.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION LYING WITHIN 100 FEET ON EACH SIDE OF THE CENTER LINE OF THE MAIN TRACK OF SUNSET WESTERN RAILWAY COMPANY'S RAILROAD.

ALSO EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR

70

DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 65: (APN: 220-211-04)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

FRACTIONAL SECTION 25 OF TOWNSHIP 12 NORTH, RANGE 23 WEST, S.B.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA.

EXCEPTING THEREFROM THAT CERTAIN TRACT OF LAND CONVEYED TO PACIFIC GAS AND ELECTRIC COMPANY BY DEED RECORDED AUGUST 6, 1959 IN BOOK 3174, PAGE 45 OF OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION 25, THENCE WESTERLY ALONG THE NORTHERLY LINE OF SAID SECTION 25, A DISTANCE OF 250.00 FEET; THENCE SOUTHERLY PARALLEL WITH THE EASTERLY LINE OF SAID SECTION 25, A DISTANCE OF 280.00 FEET; THENCE EASTERLY PARALLEL WITH SAID NORTHERLY LINE 250.00 FEET TO A POINT ON THE EASTERLY LINE OF SAID SECTION 25; THENCE NORTHERLY ALONG SAID EASTERLY LINE 280.00 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT

71

CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 66: (APN: 295-150-02)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF FRACTIONAL SECTION 29, TOWNSHIP 12 NORTH, RANGE 22 WEST, S.B.B.&M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF

72

ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 67: (APN: 295-150-10)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER SECTION 33, TOWNSHIP 12 NORTH, RANGE 22 WEST, S.B.B.&M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA.

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF

73

ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 68: (APN: 295-150-24)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF FRACTIONAL SECTION 28, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THE EAST 60 ACRES THEREOF.

ALSO EXCEPT ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND, AS EXCEPTED IN DEED FROM WILLIAM H. NICHOLSON AND MARTHA E. NICHOLSON, HUSBAND AND WIFE, RECORDED AUGUST 29, 1975 IN BOOK 4911, PAGE 2347, OF OFFICIAL RECORDS.

PARCEL 69: (APN: 295-170-01)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF THE WEST HALF OF THE WEST HALF OF FRACTIONAL SECTION 27, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL PETROLEUM, OIL, GAS AND OTHER HYDROCARBONS IN AND UNDER SAID LANDS AS RESERVED IN DEED FROM EDITH C. MANSFIELD AND FLORENCE DRENTON, DATED NOVEMBER 13, 1950, RECORDED DECEMBER 19, 1950 IN BOOK 1754, PAGE 407 OF OFFICIAL RECORDS.

PARCEL 70: (APN: 295-170-08)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER; THE WEST HALF OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER AND THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING ALL COAL, OIL, GAS OR MINERALS LYING IN OR UNDER SAID LAND, TOGETHER WITH THE NECESSARY SPACE FOR OPERATIONS AND THE RIGHT OF INGRESS AND EGRESS AT ANY TIME FOR THE PURPOSE OF PRODUCING OR EXTRACTING SAME, AS RESERVED IN THE DEED FROM J.G. SPANGLER AND HELEN H. SPANGLER, HUSBAND AND WIFE, ET AL, RECORDED NOVEMBER 8, 1948 IN BOOK 1570, PAGE 166 OF OFFICIAL RECORDS.

PARCEL 71: (APN'S: 220-120-18 AND 220-120-19)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF SECTION 21, TOWNSHIP 32 SOUTH, RANGE 25 EAST, M.D.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

74

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED TO CALIFORNIA MINERALS, L.P., A TEXAS LIMITED PARTNERSHIP, IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY;

ALSO EXCEPTING ALL GEOTHERMAL RESOURCES, EMBRACING; INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING;

AND RESERVING UNTO GRANTOR, IT SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FORM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OR WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN.

AND ALSO RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, FOR ITS AND THEIR BENEFIT AND THE FOR BENEFIT OF ITS AND THEIR PRESENT OR FUTURE SUBSIDIARIES AND THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, THE RIGHT OF WAY FORM TIME TO TIME TO LAY, CONSTRUCT, RECONSTRUCT, REPLACE, RENEW, REPAIR, MAINTAIN, OPERATE, CHANGE THE SIZE OF, INCREASE THE NUMBER OF AND REMOVE PIPELINES AND APPURTENANCES THEREOF, FOR THE TRANSPORTATION OF OIL, PETROLEUM, GAS, GASOLINE, WATER, OR OTHER SUBSTANCES, OR FIBER OPTIC CABLES INSTALLED THEREIN, AND DEVICES FOR CONTROLLING ELECTROLYSIS FOR USE IN CONNECTION WITH SAID PIPELINES, AND TO CONSTRUCT, MAINTAIN, OPERATE,

75

REPAIR, RENEW, ADD TO AND REMOVE UNDERGROUND WIRES, CONDUCTORS, CABLES AND CONDUITS, AND APPURTENANCES THEREOF, WITH THE RIGHT OF INGRESS AND EGRESS TO AND FROM THE SAME, OVER AND THROUGH, UNDER AND ALONG SAID REAL PROPERTY, ALL AS RESERVED BY CHEVRON U.S.A., A PENNSYLVANIA CORPORATION, IN DEED RECORDED JUNE 7, 2004 AS DOCUMENT NO. 0204130494 OF OFFICIAL RECORDS.

PARCEL 72: (APNS: 220-110-08)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF SECTION 23, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION LYING WITHIN THE SUNSET RAILROAD.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED TO CALIFORNIA MINERALS, L.P., A TEXAS LIMITED PARTNERSHIP, IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY;

AND ALSO EXCEPTING THEREFROM ALL GEOTHERMAL RESOURCES, EMBRACING; INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASSES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

TOGETHER WITH ALL RIGHTS ASSOCIATED WITH OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS AS CONTAINED THEREIN, ALL AS RESERVED BY CHEVRON U.S.A., INC., IN DEED RECORDED DECEMBER 22, 2004 AS DOCUMENT NO. 0204317445 OF OFFICIAL RECORDS.

PARCEL 73: (APN: 220-110-10)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

THE SOUTH HALF OF THE NORTHEAST QUARTER OF SECTION 22, TOWNSHIP 32 SOUTH, RANGE 25 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING AND RESERVING THEREFROM ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED TO CALIFORNIA MINERALS, L.P., A TEXAS LIMITED PARTNERSHIP, IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY;

AND ALSO EXCEPTING THEREFROM ALL GEOTHERMAL RESOURCES, EMBRACING; INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

TOGETHER WITH ALL RIGHTS ASSOCIATED WITH OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS AS CONTAINED THEREIN, ALL AS RESERVED BY CHEVRON U.S.A., INC., IN DEED RECORDED DECEMBER 22, 2004 AS DOCUMENT NO. 0204317445 OF OFFICIAL RECORDS.

PARCEL 74: (APN'S: 295-040-30 AND 295-040-31)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF SECTION 19, TOWNSHIP 32 SOUTH, RANGE 26 EAST, M.D.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE

77

THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 75: (APN: 295-150-05)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST 60 ACRES OF THE FRACTIONAL SECTION 28, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDIAN MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL OIL AND GAS AS PREVIOUSLY RESERVED OF RECORD.

78

PARCEL 76: (APN: 295-160-20)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 33, T12N, R22W, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND APPROVED BY THE SURVEYOR GENERAL, FEBRUARY 3, 1863.

EXCEPTING FROM THE NORTH ½ OF SAID LAND ALL OIL, GAS, MINERALS AND OTHER HYDROCARBONS SUBSTANCES WITHIN OR UNDERLYING SAID LAND, AS RESERVED IN DEED FROM WILLIAM H. WAKEFIELD, ET AL, DATED MARCH 26, 1949, RECORDED MAY 18, 1949, IN BOOK 1612, PAGE 236, OFFICIAL RECORDS.

EXCEPT FROM THE SOUTH ½ OF SAID LAND ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN OR UNDER OR THAT MAY BE PRODUCED FROM SAID LAND TOGETHER WITH THE RIGHT OF INGRESS TO AND EGRESS FROM SAID PREMISES AND EACH AND EVERY PART THEREOF, FOR THE PURPOSE OF DEVELOPMENT OF GAS, OIL, MINERALS AND OTHER HYDROCARBON PRODUCTS OF EVERY CHARACTER, AND OF SECURING THE SAME AND REMOVING OF PLACING AND/OR ERECTING ON SAID PREMISES, OIL RIGHTS, BUILDINGS AND STRUCTURES OF EVERY CHARACTER REASONABLY NECESSARY FOR THE DEVELOPMENT AND REMOVAL OF GAS, OIL, MINERALS AND OTHER HYDROCARBON SUBSTANCES, HOWEVER, NOT TO INFRINGE UPON OR INTERFERE WITH ANY IMPROVEMENTS ON SAID LAND WITHOUT THE PAYMENT OF A REASONABLE AMOUNT FOR DAMAGE CAUSED THEREBY, AS EXCEPTED AND RESERVED IN THE DECREE OF DISTRIBUTION OUT OF THE ESTATE OF WALTER STOLDER, DECEASED, RECORDED DECEMBER 21, 1949 IN BOOK 1153, PAGE 396, OFFICIAL RECORDS.

PARCEL 77: (APN: 295-160-21)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 33, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL OIL AND GAS AS PREVIOUSLY RESERVED OF RECORD.

PARCEL 78: (APN: 295-160-23)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER, AND THE WEST HALF OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 33, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL OIL AND GAS AS PREVIOUSLY RESERVED OF RECORD.

PARCEL 79: (APN: 295-160-11)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 33, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL OIL AND GAS AS PREVIOUSLY RESERVED OF RECORD.

79

PARCEL 80: (APN: 295-160-22)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 33, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL OIL AND GAS AS PREVIOUSLY RESERVED OF RECORD.

PARCEL 81: (APN: 295-170-09)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF THE SOUTH HALF OF THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL COAL, OIL, GAS, OR MINERALS LYING IN OR UNDER SAID LAND, TOGETHER WITH NECESSARY SPACE FOR OPERATIONS AND THE RIGHT OF INGRESS AND EGRESS AT ANY TIME FOR THE PURPOSE FOR PRODUCING OR EXTRACTING SAME, AS RESERVED IN THE DEED FROM J. G. SPANGLER AND HELEN H. SPANGLER, HIS WIFE, ET AL, RECORDED NOVEMBER 8, 1948 IN BOOK 1570, PAGE 166 OF OFFICIAL RECORDS.

PARCEL 82: (APN: 295-170-27)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL CRUDE OIL, PETROLEUM, GAS, BREA, ASPHALTUM AND ALL KINDRED SUBSTANCES AND OTHER MINERALS UNDER AND IN SAID LAND, INCLUDING THE RIGHT OF SURFACE ENTRY FOR THE PURPOSE OF EXPLORING FOR AND EXTRACTING SAID SUBSTANCES AND MINERALS. GRANTOR WILL REIMBURSE THE GRANTEE FOR REASONABLE DAMAGE IN THE EVENT DAMAGE SHOULD OCCUR UPON THE SURFACE TO GROWING CROPS, INSTALLATIONS, OR APPURTENANCES BY REASON OF SUCH SURFACE ENTRY.

PARCEL 83: (APN: 295-150-16)
MARICOPA ORCHARDS, LLC

THE NORTHWEST QUARTER AND THE NORTH HALF OF THE NORTHEAST QUARTER OF SECTION 32, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBONS RESERVED OF RECORD.

PARCEL 84: (APN: 295-170-03)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

80

THE EAST HALF OF THE WEST HALF AND THE EAST HALF OF FRACTIONAL SECTION 27, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION OF THE EAST HALF OF SAID SECTION 27, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION 27 AND RUNNING WESTERLY ALONG THE NORTHERLY LINE OF SAID SECTION, 660 FEET TO A POINT; THENCE SOUTHERLY AND PARALLEL WITH THE EASTERLY LINE OF SAID SECTION 27 TO A POINT ON THE SOUTHERLY LINE OF SAID SECTION, 660 FEET WESTERLY ALONG SAID LINE FROM SOUTHEAST CORNER OF SAID SECTION; THENCE EASTERLY ALONG SAID SOUTHERLY LINE, 660 FEET TO THE SOUTHEAST CORNER OF SAID SECTION; THENCE NORTHERLY ALONG THE EASTERLY LINE OF SAID SECTION TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL PETROLEUM, OIL, GAS AND OTHER HYDROCARBONS IN AND UNDER SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM, AS RESERVED BY EDITH G. MANSFIELD AND FLORENCE DRENTON, IN DEED RECORDED DECEMBER 19, 1950 IN BOOK 1754, PAGE 407 OF OFFICIAL RECORDS.

PARCEL 85: (APN: 295-170-11)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED 25% INTEREST IN ALL OIL, GAS AND OTHER MINERALS, INCLUDING ALL HYDROCARBON SUBSTANCES IN OR UNDER SAID LAND, AS CONVEYED TO FRED S. ANDREWS, TRUSTEE, IN DEED RECORDED MARCH 2, 1979 IN BOOK 5179, PAGE 1627 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/8TH INTEREST IN THE MINERAL RIGHTS IN AND TO SAID LAND AS CONVEYED TO THOMAS A. LOUDEN, TRUSTEE UDT DATED MAY 20, 1982 IN BOOK 5475, PAGE 1756 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/8TH INTEREST IN THE MINERAL RIGHTS IN AND TO SAID LAND CONVEYED TO DOROTHY C. LOUDEN, TRUSTEE UDT DATED MAY 20, 1982 IN DEED RECORDED JULY 26, 1982 IN BOOK 5475, PAGE 1757 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/10TH INTEREST IN AND TO ALL THE OIL, GAS AND OTHER MINERALS IN AND UNDER AND THAT MAY BE PRODUCED FROM SAID LAND, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS AT ALL TIMES FOR THE PURPOSE OF MINING, DRILLING, EXPLORING, OPERATING AND DEVELOPING SAID LANDS FOR OIL, GAS AND OTHER MINERALS AND STORING, HANDLING, TRANSPORTING AND MARKETING THE SAME THEREFROM WITH THE RIGHTS TO REMOVE FROM SAID LAND ALL OF THE GRANTEE'S PROPERTY AND IMPROVEMENTS, AS CONVEYED TO HOWARD EDWIN KESTERSON, IN DEED RECORDED JUNE 19, 1987 IN BOOK 6017, PAGE 2385 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/10TH INTEREST IN AND TO ALL THE OIL, GAS AND OTHER MINERALS IN AND UNDER AND THAT MAY BE PRODUCED FROM SAID LAND, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS AT ALL TIMES FOR THE PURPOSE OF

81

MINING, DRILLING, EXPLORING, OPERATING AND DEVELOPING SAID LANDS FOR OIL, GAS AND OTHER MINERALS AND STORING, HANDLING, TRANSPORTING AND MARKETING THE SAME THEREFROM WITH THE RIGHTS TO REMOVE FROM SAID LANDS ALL OF THE GRANTEE'S PROPERTY AND IMPROVEMENTS, AS CONVEYED TO EVA MARIE WHITE, IN DEED RECORDED JUNE 19, 1987 IN BOOK 6017, PAGE 2386 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/10TH INTEREST IN AND TO ALL THE OIL, GAS AND OTHER MINERALS IN AND UNDER AND THAT MAY BE PRODUCED FROM SAID LAND, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS AT ALL TIMES FOR THE PURPOSE OF MINING, DRILLING, EXPLORING, OPERATING AND DEVELOPING SAID LANDS FOR OIL, GAS AND OTHER MINERALS AND STORING, HANDLING, TRANSPORTING AND MARKETING THE SAME THEREFROM WITH THE RIGHTS TO REMOVE FROM SAID LAND ALL OF THE GRANTEE'S PROPERTY AND IMPROVEMENTS, AS CONVEYED TO WINIFRED MAXINE BRITTON, IN DEED RECORDED JUNE 19, 1987 IN BOOK 6017, PAGE 2387 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/10TH INTEREST IN AND TO ALL THE OIL, GAS AND OTHER MINERALS IN AND UNDER AND THAT MAY BE PRODUCED FROM SAID LAND, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS AT ALL TIMES FOR THE PURPOSE OF MINING, DRILLING, EXPLORING, OPERATING AND DEVELOPING SAID LANDS FOR OIL, GAS AND OTHER MINERALS AND STORING, HANDLING, TRANSPORTING AND MARKETING THE SAME THEREFROM WITH THE RIGHTS TO REMOVE FROM SAID LAND ALL OF THE GRANTEE'S PROPERTY AND IMPROVEMENTS, AS CONVEYED TO VERA P. STEELE, IN DEED RECORDED JUNE 19, 1987 IN BOOK 6017, PAGE 2388 OF OFFICIAL RECORDS.

PARCEL 86: (APN: 295-170-06)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE NORTHWEST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES UNDERLYING SAID LAND, TOGETHER WITH THE RIGHT TO ENTER ON SAID LAND WITH THE NECESSARY EQUIPMENT TO EXPLORE AND DRILL FOR SAID SUBSTANCES AND IF FOUND TO DEVELOP SAME, TOGETHER WITH THE RIGHT TO REMOVE SAME AND TO INSTALL SUCH EQUIPMENT AS NECESSARY FOR THAT PURPOSE AND TO CONDUCT SUCH OPERATIONS AS MAY BE NECESSARY AND PROPER TO SECURE THE RIGHT THEREIN SETFORTH, AS RESERVED BY OBISPO OIL COMPANY, A CALIFORNIA CORPORATION, IN DEED RECORDED SEPTEMBER 7, 1956 IN BOOK 2660, PAGE 200 OF OFFICIAL RECORDS.

PARCEL 87: (PORTION APN: 295-180-17)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST 18 ACRES OF THE NORTH 1/3 OF THE NORTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND, AS RESERVED BY ANCHOR OIL COMPANY, A PARTNERSHIP, IN DEED RECORDED FEBRUARY 14, 1964 IN BOOK 3692, PAGE 848 OF OFFICIAL RECORDS.

PARCEL 88: (PORTION APN: 295-180-17)

82

C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTH 53-1/3 ACRES OF THE EAST HALF OF THE NORTHEAST QUARTER AND THE EAST 35-1/3 ACRES OF THE NORTH 53-1/3 ACRES OF THE NORTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ½ OF ALL OIL, GAS, HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER SAID LAND, AS EXCEPTED BY ANNA DORA ROSS, A WIDOW, IN DEED RECORDED AUGUST 29, 1956 IN BOOK 2656, PAGE 438 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ¼ OF ALL OIL, GAS, HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER SAID LAND, OR THAT MAY BE PRODUCED THEREFROM, AS RESERVED BY LESLIE ALAN RICHTER AND MARILYN RICHTER, HUSBAND AND WIFE AS JOINT TENANTS, AS TO AN UNDIVIDED ½ INTEREST AND ROBERT W. KARPE AND PHYLLIS J. KARPE, HUSBAND AND WIFE AS JOINT TENANTS, AS TO AN UNDIVIDED ½ INTEREST, IN DEED RECORDED JANUARY 9, 1958 IN BOOK 2891, PAGE 172 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM THE REMAINING ¼ INTEREST IN ALL MINERALS UNDERLYING SAID LAND, AS CONVEYED TO B-N MINERALS PARTNERSHIP, IN DEED RECORDED MARCH 5, 1975 IN BOOK 4885, PAGE 597 OF OFFICIAL RECORDS.

PARCEL 89: (APN: 295-180-20)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID NORTHEAST QUARTER; THENCE EASTERLY ALONG THE SOUTHERLY BOUNDARY OF SAID NORTHEAST QUARTER 882.582 FEET; THENCE AT RIGHT ANGLES NORTHERLY 1760.0055 FEET; THENCE AT RIGHT ANGLES WESTERLY 882.582 FEET; THENCE AT RIGHT ANGLES SOUTHERLY 1760.0055 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM AN UNDIVIDED 1/3 INTEREST IN ALL OIL, GAS, PETROLEUM, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND THAT MAY BE PRODUCED AND SAVED THEREFROM, AS EXCEPTED BY LAWRENCE LEO JOHNSON AND MARGARET F. JOHNSON, HUSBAND AND WIFE, IN DEED RECORDED DECEMBER 18, 1974 IN BOOK 4873, PAGE 103 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/3 INTEREST IN ALL OIL, GAS, PETROLEUM, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND THAT MAYBE PRODUCED OR SAVED THEREFROM, AS EXCEPTED BY WILLIAM A. RILEY, JR. AND VERA LEA RILEY, HUSBAND AND WIFE, IN DEED RECORDED JANUARY 2, 1975 IN BOOK 4875, PAGE 1304 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/3 INTEREST IN ALL OIL, GAS, PETROLEUM, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND THAT MAY BE PRODUCED OR SAVED THEREFROM, AS EXCEPTED BY SYBIL B. JOHNSON, A WIDOW IN DEED RECORDED JANUARY 21, 1975 IN BOOK 4878, PAGE 185 OF OFFICIAL RECORDS.

PARCEL 90: (APN: 295-180-19)

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE SOUTHERLY BOUNDARY OF THE NORTHEAST QUARTER OF SAID SECTION 34, DISTANT 882.582 FEET, EASTERLY FROM THE SOUTHWEST CORNER OF SAID NORTHEAST QUARTER; THENCE EASTERLY ALONG SAID SOUTHERLY BOUNDARY 437.243 FEET; THENCE AT RIGHT ANGLES NORTHERLY 1760.0055 FEET; THENCE AT RIGHT ANGLES WESTERLY 437.243 FEET; THENCE AT THE RIGHT ANGLES SOUTHERLY 1760.0055 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM AN UNDIVIDED 1/3 INTEREST IN ALL OIL, GAS, PETROLEUM, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND THAT MAY BE PRODUCED AND SAVED THEREFROM, AS EXCEPTED BY LAWRENCE LEO JOHNSON AND MARGARET F. JOHNSON, HUSBAND AND WIFE, IN DEED RECORDED DECEMBER 18, 1974 IN BOOK 4873, PAGE 103 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/3 INTEREST IN ALL OIL, GAS, PETROLEUM, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND THAT MAY BE PRODUCED OR SAVED THEREFROM, AS EXCEPTED BY WILLIAM A. RILEY, JR. AND VERA LEA RILEY, HUSBAND AND WIFE, IN DEED RECORDED JANUARY 2, 1975 IN BOOK 4875, PAGE 1304 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/3 INTEREST IN ALL OIL, GAS, PETROLEUM, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND THAT MAY BE PRODUCED OR SAVED THEREFROM, AS EXCEPTED BY SYBIL B. JOHNSON, A WIDOW, IN DEED RECORDED JANUARY 21, 1975 IN BOOK 4878, PAGE 185 OF OFFICIAL RECORDS.

PARCEL 91: (APN: 295-180-14)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST 9 ACRES OF THE SOUTH 53-1/3 ACRES OF THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER MINERALS WITHIN OR UNDERLYING SAID LAND, OR THAT MAY BE PRODUCED AND SAVED THEREFROM, TOGETHER WITH THE RIGHT TO ENTER UPON SAID LAND FOR THE PURPOSE OF MINING AND/OR DRILLING AND REMOVING SAME, AS RESERVED BY PATRICIA S. CRAWFORD, A.K.A. PATRICIA CRAWFORD, AS TO AN UNDIVIDED ½ INTEREST; PAMELA DRUCK, AS TO AN UNDIVIDED ¼ INTEREST AND CHARLES R. DRUCK AND PAMELA ANN DRUCK, HUSBAND AND WIFE, AS TO AN UNDIVIDED ¼ INTEREST, IN DEED RECORDED AUGUST 8, 1996 AS DOCUMENT NO. 0196101166 OF OFFICIAL RECORDS.

PARCEL 92: (PORTION APN: 295-180-18)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE

84

UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL PETROLEUM, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM, AS RESERVED BY J.E. DYER AND MARION D. DYER, HUSBAND AND WIFE, IN DEED RECORDED NOVEMBER 30, 1950 IN BOOK 1749, PAGE 393 OF OFFICIAL RECORDS.

PARCEL 93: (PORTION APN: 295-180-18)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM, AS EXCEPTED BY KERN INVESTMENT COMPANY, A CALIFORNIA CORPORATION, IN DEED RECORDED DECEMBER 2, 1947 IN BOOK 1455, PAGE 349 OF OFFICIAL RECORDS.

PARCEL 94: (PORTION APN: 295-180-18)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND, AS RESERVED BY J.F MCMAHON, WHO ACQUIRED TITLE AS A SINGLE MAN AND J.R. MCALLISTER, A SINGLE MAN, IN DEED RECORDED APRIL 20, 1948 IN BOOK 1527, PAGE 28 OF OFFICIAL RECORDS.

PARCEL 95: (PORTION APN: 295-180-18)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND, AS EXCEPTED BY MARGARET KLIPSTEIN GHEZZI, ET AL, IN DEEDS RECORDED NOVEMBER 29, 1966 IN BOOK 3999, PAGES 198, 199, 200 AND 201 AND DEED RECORDED JANUARY 9, 1968 IN BOOK 4118, PAGE 775, ALL OF OFFICIAL RECORDS.

PARCEL 96:

(INTENTIONALLY DELETED)

CAPPELLO RANCH

PARCEL 97: (APN: 239-080-34)

85

MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 4, TOWNSHIP 11 NORTH, RANGE 22 WEST, S.B.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER THE OFFICIAL PLAT THEREOF DESCRIBED AS FOLLOWS:

BEGINNING AT A 1-½ INCH IRON PIPE WITH BRASS CAP MARKED CA-5089 FROM WHICH A 3 INCH IRON PIPE WITH A 4 INCH BRASS CAP STAMPED L.S. 1091, 1945 MARKING THE NORTH QUARTER CORNER OF SAID SECTION 4 BEARS NORTH 79° 45' 31" WEST, 1,178.43 FEET SAID POINT OF BEGINNING HAVING COORDINATES T-575, 817.78 AND I-1, 632, 280.65; THENCE FROM SAID POINT OF BEGINNING FROM A TANGENT WHICH BEARS 89° 17' 33" WEST ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 2,240 FEET, A CENTRAL ANGLE OF 10° 08' 58", AN ARC DISTANCE OF 396.80 FEET (THE LONG CHORD OF WHICH BEARS SOUTH 85° 37' 58" WEST, 396.28 FEET); THENCE SOUTH 81° 08' 12" WEST 461.70 FEET TO THE SOUTHEAST CORNER OF THAT CERTAIN .56 ACRE PARCEL OF LAND DESCRIBED IN THE DIRECTOR'S DEED RECORDED DECEMBER 30, 1970 IN BOOK 4472, PAGE 175, AS INSTRUMENT NO. 80081 OF OFFICIAL RECORDS OF KERN COUNTY; THENCE ALONG THE EASTERLY, NORTHERLY AND WESTERLY LINES OF SAID .56 ACRE PARCEL THE FOLLOWING 3 COURSES:

(1) NORTH 09° 26' 31" WEST, 90.34 FEET;

(2) SOUTH 80° 33' 29" WEST, 267.07 FEET;

(3) SOUTH 00° 00' 53" EAST, 88.69 FEET; THENCE SOUTH 81° 08' 12" WEST, 30.36 FEET TO THE WEST LINE OF LOT 2 OF SAID NORTHEAST QUARTER; THENCE ALONG SAID WEST LINE NORTH 00° 00' 53" WEST, 358.90 FEET TO THE NORTHWEST CORNER OF SAID NORTHEAST QUARTER; THENCE ALONG THE NORTH LINE OF SAID SECTION 4 SOUTH 89° 50' 55" EAST, 2,654.46 FEET TO A 1 INCH IRON PIPE WITH BRASS PLATE MARKING THE NORTHEAST CORNER OF SAID SECTION 4; THENCE ALONG THE EAST LINE OF SECTION 4 SOUTH 00° 00' 41" EAST, 226.63 FEET; THENCE LEAVING SAID EAST LINE NORTH 89° 04' 32" WEST, 1,495.04 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER MINERALS CONTAINED WITHIN THE PROPERTY HEREINABOVE DESCRIBED WHETHER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED; ALL OIL, GAS AND OTHER MINERAL RIGHTS BELONGING OR APPERTAINING TO SAID PROPERTY; THE EXCLUSIVE RIGHT TO PROSPECT FOR, DRILL FOR, PRODUCE, MINE, EXTRACT AND REMOVE OIL, GAS AND OTHER MINERALS UPON, FROM AND THROUGH SAID PROPERTY; THE EXCLUSIVE RIGHT TO INJECT, IN STORE UNDER AND THEREAFTER WITHDRAW FROM SAID PROPERTY OIL, GAS AND OTHER MINERALS AND PRODUCTS THEREOF WHETHER PRODUCED FROM SAID PROPERTY OR ELSEWHERE; THE EXCLUSIVE RIGHT TO DRILL AND OPERATE WHATEVER WELLS, CONSTRUCT, INSTALL, OPERATE, MAINTAIN AND REMOVE WHATEVER OTHER FACILITIES AND DO WHATEVER ELSE MAY BE REASONABLY NECESSARY ON AND IN SAID PROPERTY FOR THE FULL ENJOYMENT AND EXERCISE OF THE RIGHTS SO EXCEPTED AND RESERVED; AND THE RIGHT OF INGRESS TO AND EGRESS FROM PROPERTIES FOR ALL SUCH PURPOSES; PROVIDED, HOWEVER, THAT THE STATE OF CALIFORNIA DOES NOT BY THE ACCEPTANCE OF THIS GRANT DEED WAIVE ANY RIGHT IT MAY HAVE UNDER THE LAW TO SUBJACENT OR LATERAL SUPPORT AND PROVIDE FURTHER THAT IT DOES NOT, BY SUCH ACCEPTANCE, WAIVE ANY RIGHT IT MAY HAVE UNDER THE LAW TO COMPENSATION FOR DAMAGES WHICH MAY BE SUSTAINED BY THE STATE OF CALIFORNIA, ITS SUCCESSORS AND ASSIGNS IN CONNECTION WITH THE ENJOYMENT OR EXERCISE OF THIS EXCEPTION AND RESERVATION; WHICH DEED FURTHER RECITES:

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

"PROVIDED, HOWEVER, AND NOTWITHSTANDING THE RESERVATION BY GRANTOR OF THE RIGHT OF INGRESS TO AND EGRESS FROM SAID PROPERTY FOR ALL SUCH PURPOSES IN THE EVENT GRANTOR SHALLSELECT AND OCCUPY A DRILL SITE TRACT UPON SAID PROPERTY,GRANTOR SHALL AND HEREBY AGREES TO PAY TO THE STATE OF CALIFORNIA, ITS SUCCESSORS AND ASSIGNS THE OF $100.00 FOR EACH ACRE COMPRISING SUCH DRILL SITE TRACT, THE SIZE AND LOCATION OF WHICH SHALL BE SELECTED AND DESIGNATED IN WRITING BY GRANTOR TO THE STATE OF CALIFORNIA, AND THE STATE OF CALIFORNIA BY ACCEPTANCE OF THIS GRANT DEED AGREES TO ACCEPT SAID SUM FOR THE USE AND OCCUPANCY OF SUCH DRILL SITE TRACT", AS RESERVED AND PROVIDED FOR IN DEED EXECUTED BY KERN COUNTY LAND COMPANY, A CORPORATION AS GRANTOR TO THE STATE OF CALIFORNIA RECORDED DECEMBER 13, 1968 IN BOOK 4225, PAGE 199 OF OFFICIAL RECORDS.

PARCEL 98: (APN: 239-080-47)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

PARCEL A OF PARCEL MAP 1489 IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED NOVEMBER 21, 1973 IN BOOK 7, PAGE 196 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS AND ALL OTHER MINERALS OF WHATEVER KIND OR CHARACTER (ALL HEREIN COLLECTIVELY CALLED "MINERALS"), WHETHER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED (IT BEING INTENDED THAT THE WORD "MINERALS" AS USED HEREIN SHALL BE DEFINED IN THE BROADEST SENSE OF THE WORD AND SHALL INCLUDE, BUT NOT BE LIMITED TO, OIL, GAS, OTHERHYDROCARBONS AND ALL OTHER MINERALS SUBSTANCES AND PRODUCTS, BOTH METALLIC AND NONMETALLIC, SOLID, LIQUID OF GASEOUS), WHICH ARE UPON, IN, UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; ALL SALT WATER WHICH IS IN, UNDER ORMAY BE PRODUCED FROM SAID REAL PROPERTY; THE EXCLUSIVE RIGHT, BY WHATEVER METHODS NOW OR HEREAFTER KNOWN, AS GRANTOR OR ITS SUCCESSOR OR ASSIGNS MAY DEEM ADVISABLE, TO PROSPECT FOR, INVESTIGATE FOR, EXPLORE FOR, DRILL FOR, PRODUCE, MINE, EXTRACT, REMOVE AND REDUCE TO POSSESSION AND OWNERSHIP, ALL SUCH MINERALS AND SALT WATER WHICH ARE UPON, IN, UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; THE EXCLUSIVE RIGHT TO DRILL INTO AND THROUGH SAID REAL PROPERTY TO EXPLORE FOR AND THEREAFTER PRODUCE AND EXTRACT MINERALS WHICH MAY BE PRODUCED FROM ADJACENT REAL PROPERTY; THE RIGHT TO LAY, CONSTRUCT, ERECT AND PLACE UPON AND IN SAID REAL PROPERTY; AND USE, MAINTAIN AND OPERATE HEREON AND THEREAFTER REMOVE, ALL BUILDINGS, TANKS, PRESSURE PLANTS AND OTHER MACHINERY, FIXTURES AND EQUIPMENT, PIPELINES, TELEPHONE LINES, ELECTRIC POWER LINES, ROADS, POWER HOUSES AND OTHER STRUCTURES AND FACILITIES AS GRANTOR OR ITS SUCCESSORS OR ASSIGNS MAY DEEM ADVISABLE, FOR THE EXERCISE AND ENJOYMENT OF THE RIGHTS HEREIN EXCEPTED AND RESERVED; THE EXCLUSIVE RIGHT TO TREAT, PROCESS (BUT NOT REFINE), STORE UPON AND REMOVE FROM SAID REAL PROPERTY SUCH MINERALS AND SALTWATER; THE EXCLUSIVE RIGHT TO PRODUCE AND EXTRACT SUCH MINERALS BY REPRESSURING THE SUBSURFACE SANDS AND STRATA WITH FLUIDS OR GASES OR BY SUCH OTHER METHOD OR METHODS AS GRANTOR OR ITS SUCCESSORS OR ASSIGNS MAY DEEM ADVISABLE, AND TO INJECT IN AND STORE AND THEREAFTER REMOVE SUCH FLUIDS AND GASES, WHETHER OR NOT INDIGENOUS TO SAID REAL PROPERTY; THE RIGHT AT ALL TIMES, WITHOUT CHARGE, TO INVESTIGATE FOR, EXPLORE FOR, DRILL FOR, PRODUCE, REMOVE AND REDUCE TO POSSESSION AND OWNERSHIP THOSE QUANTITIES OF FRESH WATER FROM AQUIFERS UNDERLYING SAID REAL PROPERTY DEEMED NECESSARY BY GRANTOR OR ITS SUCCESSOR OR ASSIGNS TO USE IN PROSPECTING, EXPLORING, DRILLING, MINING, PRODUCING, EXTRACTING AND REMOVING (INCLUDING, BUT NOT LIMITED TO, USE IN UNIT OPERATIONS, WATERFLOOD, THERMAL, OR OTHER SECONDARY RECOVERY METHODS NOW OR HEREAFTER

87

KNOWN), OR OTHER OPERATIONS IN CONNECTION WITH THE FULL ENJOYMENT AND EXERCISE OF THE RIGHTS HEREIN EXCEPTED AND RESERVED; THE RIGHT TO EXERCISE ALL RIGHTS HEREIN EXCEPTED AND RESERVED AND ANY AND ALL OTHER RIGHTS UPON SAID REAL PROPERTY AS GRANTOR OR ITS SUCCESSOR OR ASSIGNS DEEMS NECESSARY, INCIDENTAL TO OR CONVENIENT, WHETHER ALONE OR COJOINTLY WITH NEIGHBORING LANDS, IN EXPLORING FOR, PRODUCING AND EXTRACTING THE MINERALS AND SALT WATER HEREIN EXCEPTED AND RESERVED, AND THE UNLIMITED AND UNRESTRICTED RIGHT OF ACCESS TO SAID MINERALS AND SALT WATER FOR ALL PURPOSE, PROVIDED, HOWEVER, THAT UNLESS THE CONSENT OF THE SURFACE OWNER IS FIRST OBTAINED, GRANTOR, ITS SUCCESSORS AND ASSIGNS, SHALL NOT ENTER UPON THE SURFACE OR IN OR THROUGH THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSURFACE IN THE EXERCISE OF THE RIGHTS EXCEPTED AND RESERVED HEREIN, AS RESERVED BY TENNECO WEST, INC., A DELAWARE CORPORATION IN DEED RECORDED JANUARY 8, 1974 IN BOOK 4820, PAGE 764 OF OFFICIAL RECORDS.

PARCEL 99: (PORTION APN: 239-080-58)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL THAT PORTION OF SECTION 5, TOWNSHIP 11 NORTH, RANGE 22 WEST, S.B.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER THE OFFICIAL PLAT THEREOF, BEING PARCEL "A" OF LOT LINE ADJUSTMENT NO. 4-13 AS DISCLOSED BY CERTIFICATE OF COMPLIANCE RECORDED MAY 24, 2013 AS INSTRUMENT NO. 0213073627 OF OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:

ALL THAT PORTION OF PARCEL 2 OF PARCEL MAP WAIVER NO. 725, AS EVIDENCED BY THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED AUGUST 20, 1986 IN BOOK 5906, PAGE 2390 OF OFFICIAL RECORDS, LYING NORTH OF THE EAST-WEST MIDSECTION LINE OF SECTION 5, TOWNSHIP 11 NORTH, RANGE 22 WEST, S.B.M., KERN COUNTY, CALIFORNIA.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS AND ALL OTHER MINERALS OF WHATEVER KIND OR CHARACTER (ALL HEREIN COLLECTIVELY CALLED "MINERALS"), WHETHER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED (IT BEING INTENDED THAT THE WORD "MINERALS" AS USED HEREIN SHALL BE DEFINED IN THE BROADEST SENSE OF THE WORD AND SHALL INCLUDE, BUT NOT BE LIMITED TO OIL, GAS, OTHER HYDROCARBONS AND ALL OTHER MINERAL SUBSTANCES AND PRODUCTS, BOTH METALLIC AND NONMETALLIC, SOLID, LIQUID OR GASEOUS), WHICH ARE UPON, IN, UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; ALL SALT WATER WHICH IS IN, UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; THE EXCLUSIVE RIGHT, BY WHATEVER METHODS NOW OR HEREAFTER KNOWN, AS GRANTOR OR ITS SUCCESSOR OR ASSIGNS MAY DEEM ADVISABLE, TO PROSPECT FOR, INVESTIGATE FOR, EXPLORE FOR, DRILL FOR, PRODUCE, MINE, EXTRACT, REMOVE AND REDUCE TO POSSESSION AND OWNERSHIP, ALL SUCH MINERALS AND SALT WATER WHICH ARE UPON, IN, UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; THE EXCLUSIVE RIGHT TO DRILL INTO AND THROUGH SAID REAL PROPERTY TO EXPLORE FOR AND THEREAFTER PRODUCE AND EXTRACT MINERALS WHICH MAY BE PRODUCED FROM ADJACENT REAL PROPERTY; THE RIGHT TO LAY, CONSTRUCT, ERECT AND PLACE UPON AND IN SAID REAL PROPERTY; AND USE, MAINTAIN AND OPERATE HEREON AND THEREAFTER REMOVE, ALL BUILDINGS, TANKS, PRESSURE PLANTS AND OTHER MACHINERY, FIXTURES AND EQUIPMENT, PIPELINES, TELEPHONE LINES, ELECTRIC POWER LINES, ROADS, POWER HOUSES AND OTHER STRUCTURES AND FACILITIES AS GRANTOR OR ITS SUCCESSORS OR ASSIGNS MAY DEEM ADVISABLE, FOR THE EXERCISE AND ENJOYMENT OF THE RIGHTS HEREIN EXCEPTED AND RESERVED; THE EXCLUSIVE RIGHT TO TREAT, PROCESS (BUT NOT REFINE), STORE UPON AND REMOVE FROM SAID REAL PROPERTY SUCH MINERALS AND SALT WATER; THE EXCLUSIVE RIGHT TO PRODUCE AND EXTRACT SUCH MINERALS BY REPRESSURING THE SUBSURFACE SANDS AND STRATA WITH

88

FLUIDS OR GASES OR BY SUCH OTHER METHOD OR METHODS AS GRANTOR OR ITS SUCCESSORS OR ASSIGNS MAY DEEM ADVISABLE, AND TO INJECT IN AND STORE AND THEREAFTER REMOVE SUCH FLUIDS AND GASES, WHETHER OR NOT INDIGENOUS TO SAID REAL PROPERTY; THE RIGHT AT ALL TIMES, WITHOUT CHARGE, TO INVESTIGATE FOR, EXPLORE FOR, DRILL FOR, PRODUCE, REMOVE AND REDUCE TO POSSESSION AND OWNERSHIP THOSE QUANTITIES OF FRESH WATER FROM AQUIFERS UNDERLYING SAID REAL PROPERTY DEEMED NECESSARY BY GRANTOR OR ITS SUCCESSOR OR ASSIGNS TO USE IN PROSPECTING, EXPLORING, DRILLING, MINING, PRODUCING, EXTRACTING AND REMOVING (INCLUDING, BUT NOT LIMITED TO, USE IN UNIT OPERATIONS, WATERFLOOD, THERMAL, OR OTHER SECONDARY RECOVERY METHODS NOW OR HEREAFTER KNOWN), OR OTHER OPERATIONS IN CONNECTION WITH THE FULL ENJOYMENT AND EXERCISE OF THE RIGHTS HEREIN EXCEPTED AND RESERVED; THE RIGHT TO EXERCISE ALL RIGHTS HEREIN EXCEPTED AND RESERVED AND ANY AND ALL OTHER RIGHTS UPON SAID REAL PROPERY AS GRANTOR OR ITS SUCCESSOR OR ASSIGNS DEEMS NECESSARY, INCIDENTAL TO OR CONVENIENT, WHETHER ALONE OR CO-JOINTLY WITH NEIGHBORING LANDS, IN EXPLORING FOR, PRODUCING AND EXTRACTING THE MINERALS AND SALTWATER HEREIN EXCEPTED AND RESERVED, AND THE UNLIMITED AND UNRESTRICTED RIGHT OF ACCESS TO SAID MINERALS AND SALT WATER FOR ALL PURPOSES, PROVIDED, HOWEVER, THAT UNLESS THE CONSENT OF THE SURFACE OWNER IS FIRST OBTAINED, GRANTOR, ITS SUCCESSORS AND ASSIGNS, SHALL NOT ENTER UPON THE SURFACE OR IN OR THROUGH THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSURFACE IN THE EXERCISE OF THE RIGHTS EXCEPTED AND RESERVED HEREIN, AS EXCEPTED AND RESERVED BY TENNECO WEST, INC., A DELAWARE CORPORATION.

PARCEL 99A (EASEMENT):

AN EASEMENT FOR PRIVATE ROAD PURPOSES OVER AND ACROSS THAT PORTION OF SECTION 5, TOWNSHIP 11 NORTH, RANGE 22 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL GOVERNMENT PLAT THEREOF, AS SET FORTH IN, AND SUBJECT TO THE TERMS, PROVISIONS AND CONDITIONS CONTAINED IN, THAT CERTAIN DOCUMENT ENTITLED "COVENANT OF EASEMENT" RECORDED MAY 24, 2013 AS INSTRUMENT NO. 0213073628 OF OFFICIAL RECORDS.

PARCEL 100: (PORTION APN: 239-080-14)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THAT PORTION OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF FRACTIONAL SECTION 4, TOWNSHIP 11 NORTH, RANGE 22 WEST, S.B.M. IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 4 FROM WHICH THE NORTHEAST CORNER OF SAID SECTION 4 BEARS SOUTH 89° 50' 55" EAST 2,654.46 FEET, SAID POINT OF BEGINNING HAVING COORDINATES Y=576,020.29 AND X=1,633,765.45; THENCE FROM SAID POINT OF BEGINNING ALONG THE EAST LINE OF SAID NORTHWEST QUARTER SOUTH 00° 00' 53" EAST 358.90 FEET TO A POINT ON THE NORTHERLY BOUNDARY OF PARCEL A OF THE LANDS DESCRIBED IN THAT CERTAIN DEED TO THE STATE OF CALIFORNIA FROM CASE BRADFORD RECORDED JUNE 6, 1966 IN BOOK 3952, PAGE 939, OFFICIAL RECORDS OF KERN COUNTY; THENCE LEAVING SAID EAST LINE ALONG SAID NORTHERLY BOUNDARY SOUTH 81° 08' 12" WEST 1,343.42 FEET TO A POINT ON THE WEST LINE OF THE NORTHEAST QUARTER OF SAID NORTHWEST QUARTER; THENCE LEAVING SAID NORTHERLY BOUNDARY ALONG SAID WEST LINE NORTH 00° 00' 41" WEST 569.26 FEET TO A POINT ON THE NORTH LINE OF SAID SECTION 4; THENCE LEAVING SAID WEST LINE ALONG SAID NORTH LINE SOUTH 89° 51' 17" EAST 1,327.41 FEET TO THE POINT OF BEGINNING.

89

EXCEPTING THEREFROM ALL OIL, OIL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS, BY WHATSOEVER NAME KNOWN, AND ALL OTHER MINERALS AND MINERAL RIGHTS WHETHER OR NOT SIMILAR TO THOSE HEREIN MENTIONED AS RESERVED BY CASE BRADFORD IN DEED RECORDED JUNE 6, 1966 IN BOOK 3952, PAGE 939, DOCUMENT NO. 30545 OF OFFICIAL RECORDS.

PARCEL 101: (PORTION APN: 239-080-14)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THAT PORTION OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF FRACTIONAL SECTION 4, TOWNSHIP 11 NORTH, RANGE 22 WEST, S.B.M. IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A 1-½ INCH IRON PIPE WITH BRASS CAP MARKED CA 5128C LYING ON THE SOUTHERLY BOUNDARY OF PARCEL A DESCRIBED IN THAT CERTAIN DEED TO THE STATE OF CALIFORNIA FROM CASE BRADFORD RECORDED JUNE 6, 1966, IN BOOK 3952, PAGE 939, OFFICIAL RECORDS OF KERN COUNTY; THENCE FROM SAID POINT OF BEGINNING ALONG SAID SOUTHERLY BOUNDARY NORTH 80° 33' 29" EAST 878.78 FEET TO A POINT ON THE EAST LINE OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 4; THENCE LEAVING SAID SOUTHERLY BOUNDARY ALONG SAID EAST LINE SOUTH 0° 00' 53" EAST 384.22 FEET TO THE SOUTHEAST CORNER OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION; THENCE ALONG THE SOUTH LINE OF SAID NORTHEAST QUARTER NORTH 89° 46' 21" WEST 1,327.49 FEET TO THE SOUTHWEST CORNER OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 4; THENCE ALONG THE WEST LINE OF SAID NORTHEAST QUARTER NORTH 00° 00' 41" WEST158.20 FEET TO A POINT ON THE SOUTHERLY BOUNDARY OF SAID PARCEL A; THENCE LEAVING SAID WEST LINE ALONG SAID SOUTHERLY BOUNDARY NORTH 80° 33' 29" EAST 466.86 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL OIL, OIL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS, BY WHATSOEVER NAME KNOWN, AND ALL OTHER MINERALS AND MINERAL RIGHTS WHETHER OR NOT SIMILAR TO THOSE HEREIN MENTIONED AS RESERVED BY CASE BRADFORD IN DEED RECORDED JUNE 6, 1966 IN BOOK 3952, PAGE 939, DOCUMENT NO. 30545 OF OFFICIAL RECORDS.

PARCEL 102: (APN: 239-080-13)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTH HALF OF THE NORTHWEST QUARTER, AND THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 4, TOWNSHIP 11 NORTH, RANGE 22 WEST, S.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL THAT PORTION OF SAID LAND CONVEYED TO THE STATE OF CALIFORNIA BY DEED RECORDED DECEMBER 5, 1966 IN BOOK 4000, PAGE 451 AS DOCUMENT NO. 63507 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL MINERALS OF WHATSOEVER NATURE (INCLUDING BUT NOT LIMITED TO OIL, OTHER HYDROCARBONS, GAS AND ASSOCIATED SUBSTANCES) IN OR UNDER OR THAT MAY BE PRODUCED FROM SAID REAL PROPERTY, TOGETHER WITH THE RIGHT TO PROSPECT, MINE AND/OR DRILL FOR SAID MINERALS IN AND UPON SAID REAL PROPERTY AND TO PRODUCE, TAKE AND REMOVE SAID MINERALS THEREFROM, AND THE RIGHT FOR SAID PURPOSES TO ENTER UPON SAID REAL PROPERTY AND ERECT, CONSTRUCT, MAINTAIN AND

90

OPERATE THEREON BUILDINGS, STRUCTURES, MACHINERY, INSTALLATIONS, EQUIPMENT, LINES (INCLUDING PIPE LINES, TELEPHONE, TELEGRAPH AND POWER LINES), ROADS AND OTHER FACILITIES, AND TO USE THE SURFACE AND SUBSURFACE OF SAID REAL PROPERTY IN ANY MANNER TO AID IN ALL OR ANY OF THE AFORESAID OPERATIONS AND IN THE STORING, PROCESSING, REMOVING AND TRANSPORTING OF ANY OF SAID MINERALS, TOGETHER WITH THE RIGHT TO DRILL ON SAID REAL PROPERTY FOR WATER FOR USE IN ANY OF THE AFORESAID OPERATIONS AND THE FREE USE OF THE WATER SO OBTAINED, ALL SUCH PIPE LINES INSTALLED UPON SAID PROPERTY BY GRANTOR TO BE LAID BELOW PLOW DEPTH, ALL WITHOUT LIABILITY WHATSOEVER TO GRANTEES, THEIR HEIRS, EXECUTORS, ADMINISTRATORS, SUCCESSORS OR ASSIGNS, EXCEPT THAT GRANTOR, ITS SUCCESSORS OR ASSIGNS, SHALL PAY TO ( GRANTEES, THEIR HEIRS, EXECUTORS, ADMINISTRATORS, SUCCESSORS OR ASSIGNS, THE AMOUNT OF ACTUAL PHYSICAL DAMAGE TO LIVESTOCK, CROPS, TREES, FENCES, BUILDINGS OR OTHER PERMANENT IMPROVEMENTS LOCATED ON SAID REAL PROPERTY CAUSED BY GRANTOR'S SAID OPERATIONS AS RESERVED BY SHELL OIL COMPANY, A DELAWARE CORPORATION, IN DEED RECORDED APRIL 30, 1951 IN BOOK 1802, PAGE 492 OF OFFICIAL RECORDS.

PARCEL 103: (EASEMENT)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

NON-EXCLUSIVE EASEMENTS FOR INGRESS AND EGRESS OVER AND ACROSS THOSE PORTIONS OF SECTIONS 4, 5, 8 AND 9, TOWNSHIP 11 NORTH, RANGE 22 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL GOVERNMENT PLAT THEREOF, AS SET FORTH IN, AND SUBJECT TO THE TERMS, PROVISIONS AND CONDITIONS CONTAINED IN, THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT (INGRESS AND EGRESS) (CAPELLO RANCH/PARAMOUNT/MOC)" RECORDED MAY 24, 2013 AS INSTRUMENT NO. 0213073861 OF OFFICIAL RECORDS.

THE ABOVE DESCRIBED EASEMENT IS APPURTENANT TO PARCELS 97 THROUGH 102 HEREIN.

PARCEL 103A: (EASEMENT)

A NON-EXCLUSIVE EASEMENT FOR AN UNDERGROUND PIPELINE, INGRESS AND EGRESS AND INCIDENTAL PURPOSES OVER AND ACROSS THAT PORTION OF SECTION 5, TOWNSHIP 11 NORTH, RANGE 22 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL GOVERNMENT PLAT THEREOF, AS SET FORTH IN, AND SUBJECT TO THE TERMS, PROVISIONS AND CONDITIONS CONTAINED IN, THAT CERTAIN DOCUMENT ENTITLED "PIPELINE EASEMENT AGREEMENT (CAPELLO RANCH/ PARAMOUNT/ MOC)" RECORDED MAY 24, 2013 AS INSTRUMENT NO. 0213073862 OF OFFICIAL RECORDS.

THE ABOVE DESCRIBED EASEMENT IS APPURTENANT TO PARCELS 97 THROUGH 102 HEREIN.

OLD RIVER ROAD RANCH

PARCEL 104: (APN: 239-011-35)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

PARCEL A OF PARCEL MAP WAIVER NO. 10-94, AS EVIDENCED BY A CERTIFICATE OF COMPLIANCE RECORDED MARCH 2, 1995 AS DOCUMENT NO. 0195026548 OF OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:

91

THE NORTH HALF OF FRACTIONAL SECTION 3, TOWNSHIP 11 NORTH, RANGE 21 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER THE OFFICIAL PLAT THEREOF.

EXCEPT ALL INTEREST CONVEYED TO TENNECO OIL COMPANY, A DELAWARE CORPORATION, IN ASSIGNMENT AND CONVEYANCE THEREOF RECORDED NOVEMBER 18, 1988 IN BOOK 6183, PAGE 1167 OF OFFICIAL RECORDS, WHICH INTERESTS CAN BE BRIEFLY SUMMARIZED AS ALL OIL, GAS AND OTHER LIQUID AND GASEOUS HYDROCARBONS, AND IN ADDITION THERETO CARBON DIOXIDE, HYDROGEN, HELIUM, NITROGEN, METHANE, SULFUR (IN EACH CASE IN EITHER LIQUID OR GASEOUS FORM) AND ANY OTHER LIQUID OR GASEOUS SUBSTANCES, INERT, OR OTHERWISE, OR ANY OF THEM, AND ANY MINERALS OR OTHER SUBSTANCES PRODUCED IN ASSOCIATION THEREWITH ("HYDROCARBONS") IN, ON OR UNDER THE PREMISES, TOGETHER WITH ALL RIGHTS, PRIVILEGES, DUTIES, AND RESPONSIBILITIES IN ANY WAY RELATED THERETO. GRANTEE ACKNOWLEDGES THAT THIS RESERVATION IS FULLY SET FORTH IN THE CONVEYANCE REFERRED TO ABOVE AND THAT IT TAKES TITLE SUBJECT TO THAT CONVEYANCE AND NOT SUBJECT TO THIS SUMMARY WHICH IS FOR CONVEYANCE ONLY. SAID ASSIGNMENT AND CONVEYANCE WAS CLARIFIED BY FIRST AMENDMENT THEREOF RECORDED JANUARY 17, 1989, IN THE KERN COUNTY RECORDER'S OFFICE, IN BOOK 6200, PAGE 1908 OF OFFICIAL RECORDS.

PARCEL 105: (APN: 239-012-04)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

PARCEL K IN THE GRANT DEED TO THE STATE OF CALIFORNIA RECORDED DECEMBER 13, 1968 IN BOOK 4225, PAGE 209 OF OFFICIAL RECORDS OF KERN COUNTY, BEING A PORTION OF SECTION 11, TOWNSHIP 11 NORTH, RANGE 21 WEST, S.B.M. IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, SAID PARCEL K BEING DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WEST LINE OF SAID SECTION 11 FROM WHICH A 2-INCH BRASS DISC SET IN CONCRETE STAMPED K.C.L. CO., P.G.&E., 1951, MARKING THE NORTHWEST CORNER OF SAID SECTION 11 BEARS NORTH 00° 05' 12" WEST, 1,304.24 FEET, SAID POINT OF BEGINNING HAVING COORDINATES Y=569, 193.81 AND X=1,670,979.71; THENCE FROM SAID POINT OF BEGINNING AND ALONG SAID WEST LINE NORTH 00° 05' 12" WEST 537.31 FEET; THENCE LEAVING SAID WEST LINE SOUTH 70° 52' 58" EAST 284.70 FEET; THENCE FROM A TANGENT WHICH BEARS SOUTH 70° 44' 17" EAST, ALONG A CURVE TO THE RIGHT HAVING A RADIUS OF 1,680.00 FEET, A CENTRAL ANGLE OF 04° 20' 20", AN ARC DISTANCE OF 127.22 FEET (THE LONG CHORD OF WHICH BEARS SOUTH 68° 34' 07" EAST 127.19 FEET) TO A 1-½ INCH IRON PIPE WITH BRASS CAP MARKED CA 5186; THENCE SOUTH 66° 23' 57" EAST 1,013.20 FEET; THENCE NORTH 89° 38' 57" WEST 1,315.07 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER MINERALS CONTAINED WITHIN THE PROPERTY HEREINABOVE DESCRIBED, WHETHER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED; ALL OIL, GAS AND OTHER MINERAL RIGHTS BELONGING OR APPERTAINING TO SAID PROPERTY; THE EXCLUSIVE RIGHT TO PROSPECT FOR, DRILL FOR, PRODUCE, MINE, EXTRACT AND REMOVE OIL, GAS AND OTHER MINERALS UPON, FROM AND THROUGH SAID PROPERTY; THE EXCLUSIVE RIGHT TO INJECT IN, STORE UNDER AND THEREAFTER WITHDRAW FROM SAID PROPERTY OIL, GAS AND OTHER MINERALS AND PRODUCTS THEREOF WHETHER PRODUCED FROM SAID PROPERTY OR ELSEWHERE; THE EXCLUSIVE RIGHT TO DRILL AND OPERATE WHATEVER WELLS, CONSTRUCT, INSTALL, OPERATE, MAINTAIN AND REMOVE WHATEVER OTHER FACILITIES AND DO WHATEVER ELSE MAY BE REASONABLY NECESSARY ON AND IN SAID PROPERTY FOR THE FULL ENJOYMENT AND EXERCISE OF THE RIGHT SO EXCEPTED AND RESERVED; AND THE RIGHT OF INGRESS TO AND EGRESS FROM SAID PROPERTIES FOR ALL SUCH PURPOSES, PROVIDED, HOWEVER, THAT THE STATE OF CALIFORNIA, DOES NOT BY THE

92

ACCEPTANCE OF THIS GRANT DEED, WAIVE ANY RIGHT IT MAY HAVE UNDER THE LAW TO SUBJACENT OR LATERAL SUPPORT AND PROVIDED FURTHER THAT IT DOES NOT, BY SUCH ACCEPTANCE, WAIVE ANY RIGHT IT MAY HAVE UNDER THE LAW TO COMPENSATION FOR DAMAGES WHICH MAY BE SUSTAINED BY THE STATE OF CALIFORNIA, ITS SUCCESSORS AND ASSIGNS, IN CONNECTION WITH THE ENJOYMENT OR EXERCISE OF THE EXCEPTION AND RESERVATION, AS CONTAINED IN THE DEED FROM THE KERN COUNTY LAND (COMPANY RECORDED DECEMBER 13, 1968 IN BOOK 4225, PAGE 209 OF OFFICIAL RECORDS.

PARCEL 106: (PORTION APN: 239-021-35 AND ALL OF APN: 295-200-09)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

PARCEL A OF LOT LINE ADJUSTMENT NO. 3-13, AS EVIDENCED BY CERTIFICATE OF COMPLIANCE RECORDED MAY 24, 2013 AS DOCUMENT NO. 0213073631, OF OFFICIAL RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

ALL THAT PORTION OF PARCEL "A" OF LOT LINE ADJUSTMENT NO. 90-95 AS EVIDENCED BY THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED AUGUST 7, 1996 AS DOCUMENT NO. 0196100541 OF OFFICIAL RECORDS LOCATED IN SECTION 5, TOWNSHIP 11 NORTH, RANGE 21 WEST, S.B.M., KERN COUNTY, CALIFORNIA, TOGETHER WITH THAT PORTION OF SAID PARCEL "A" LYING WITHIN THE NORTH 30 FEET OF THE WEST 30 FEET OF SECTION 4, TOWNSHIP 11 NORTH, RANGE 21 WEST, S.B.M., KERN COUNTY, CALIFORNIA, AND TOGETHER WITH ALL OF SECTION 33, TOWNSHIP 12 NORTH, RANGE 21 WEST, S.B.M., KERN COUNTY, CALIFORNIA.

EXCEPTING FROM A PORTION OF SAID LAND ALL INTERESTS CONVEYED TO TENNECO OIL COMPANY, A DELAWARE CORPORATION, IN ASSIGNMENT AND CONVEYANCE THEREOF RECORDED NOVEMBER 18, 1988 IN THE OFFICE OF THE KERN COUNTY RECORDER, IN BOOK 6183, PAGE 1167 OF OFFICIAL RECORDS, WHICH INTERESTS CAN BE BRIEFLY SUMMARIZED AS ALL OIL, GAS, AND OTHER LIQUID AND GASEOUS HYDROCARBONS, AND IN ADDITION THEREOF CARBON DIOXIDE, HYDROGEN, HELIUM, NITROGEN, METHANE, SULFUR (IN EACH CASE IN EITHER LIQUID OR GASEOUS FORM) AND ANY OTHER LIQUID OR GASEOUS SUBSTANCES, INERT OR OTHERWISE, OR ANY OF THEM, AND ANY MINERALS OR OTHER SUBSTANCES PRODUCED IN ASSOCIATION THEREWITH ("HYDROCARBONS") IN, ON OR UNDER THE PREMISES, TOGETHER WITH ALL RIGHTS, PRIVILEGES, DUTIES AND RESPONSIBILITIES IN ANY WAY RELATED THERETO. GRANTEE ACKNOWLEDGES THAT THIS RESERVATION IS FULLY SET FORTH IN THE CONVEYANCE REFERRED TO ABOVE AND THAT IT TAKES TITLE SUBJECT TO THAT CONVEYANCE AND NOT SUBJECT TO THIS SUMMARY WHICH IS FOR CONVENIENCE ONLY. SAID ASSIGNMENT AND CONVEYANCE WAS CLARIFIED BY FIRST AMENDMENT THEREOF RECORDED JANUARY 17, 1989 IN THE KERN COUNTY RECORDER'S OFFICE IN BOOK 6200, PAGE 1908 OF OFFICIAL RECORDS.

ALSO EXCEPTING FROM A PORTION OF SAID LAND THE FOLLOWING:

ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS

93

THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

ALSO THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 106A (EASEMENT):

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER AND ACROSS THAT PORTION OF SECTION 4, TOWNSHIP 11 NORTH, RANGE 21 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL GOVERNMENT PLAT THEREOF, AS SET FORTH IN, AND SUBJECT TO THE TERMS, PROVISIONS AND CONDITIONS CONTAINED IN, THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT (INGRESS AND EGRESS) (OLD RIVER RANCH/ PARAMOUNT/ MOC)" RECORDED MAY 24, 2013 AS INSTRUMENT NO. 0213073859 OF OFFICIAL RECORDS.

PARCEL 107: (APN: 239-021-33)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

PARCEL A OF PARCEL MAP WAIVER NO. 12-94, AS EVIDENCED BY CERTIFICATE OF COMPLIANCE RECORDED APRIL 12, 1995 AS DOCUMENT NO. 0195044847, DESCRIBED AS FOLLOWS:

THAT PORTION OF THE NORTH HALF OF FRACTIONAL SECTION 4, TOWNSHIP 11 NORTH, RANGE 21 WEST, SAN BERNARDINO BASE AND MERIDIAN, LYING WITHIN PARCEL 2 OF PARCEL 8984, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP FILED SEPTEMBER 7, 1989 IN BOOK 39, PAGES 17 AND 18 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT FROM THE REMAINDER OF SAID LAND ALL INTEREST CONVEYED TO TENNECO OIL COMPANY, A DELAWARE CORPORATION, IN ASSIGNMENT AND CONVEYANCE THEREOF RECORDED NOVEMBER 18, 1988 IN BOOK 6183, PAGE 1167 OF OFFICIAL RECORDS, WHICH INTERESTS CAN BE BRIEFLY SUMMARIZED AS ALL OIL, GAS AND OTHER LIQUID AND GASEOUS HYDROCARBONS, AND IN ADDITION THERETO CARBON DIOXIDE, HYDROGEN, HELIUM, NITROGEN, METHANE, SULFUR (IN EACH CASE IN EITHER LIQUID OR GASEOUS FORM) AND ANY OTHER LIQUID OR GASEOUS SUBSTANCES, INERT, OR OTHERWISE, OR ANY OF THEM, AND ANY MINERALS OR OTHER SUBSTANCES PRODUCED IN ASSOCIATION THEREWITH ("HYDROCARBONS") IN, ON OR UNDER THE PREMISES, TOGETHER WITH ALL RIGHTS, PRIVILEGES, DUTIES, AND RESPONSIBILITIES IN ANY WAY RELATED THERETO. GRANTEE ACKNOWLEDGES THAT THIS RESERVATION IS FULLY SET FORTH IN THE CONVEYANCE REFERRED TO ABOVE AND THAT IT TAKES TITLE SUBJECT TO THAT CONVEYANCE AND NOT SUBJECT TO THIS SUMMARY WHICH IS FOR CONVENIENCE ONLY. SAID ASSIGNMENT AND CONVEYANCE WAS CLARIFIED BY

94

FIRST AMENDMENT THEREOF RECORDED JANUARY 17, 1989, IN THE KERN COUNTY RECORDER'S OFFICE, IN BOOK 6200, PAGE 1908 OF OFFICIAL RECORDS.

PARCEL 108: (APN: 295-270-10)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 21 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, OTHER HYDROCARBON SUBSTANCES AND MINERALS LYING BELOW A DEPTH OF 500 FEET, BUT WITHOUT THE RIGHT OF SURFACE ENTRY TO EXPLORE, REMOVE, MARKET, MINE OR DRILL FOR SAME, AS RESERVED BY RALPH S. BATSON, TRUSTEE OF THE RALPH AND SHIRLEY BATSON SURVIVOR'S TRUST DATED AUGUST 22, 2001, IN THE DEED RECORDED SEPTEMBER 15, 2005, AS DOCUMENT NO. 0205252625, OF OFFICIAL RECORDS.

PARCEL 109: (APN: 295-270-14)
MARICOPA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 12 NORTH, RANGE 21 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID COUNTY.

EXCEPT 1/8TH PART OR PORTION OF ALL OIL, GAS, ASPHALTUM OR OTHER HYDROCARBON SUBSTANCES PRODUCED, SAVED AND REMOVED FROM SAID LAND, AS RESERVED IN DEED FROM SECURITY TRUST COMPANY, A CORPORATION, DATED MARCH 26, 1924 AND RECORDED APRIL 18, 1924 IN BOOK 6, PAGE 429 OF OFFICIAL RECORDS.

ALSO EXCEPT ALL OF THE OIL, GAS AND OTHER MINERALS IN AND UNDER OR WHICH MAY BE PRODUCED OR MINED FROM THE HEREINBEFORE DESCRIBED LAND AS RESERVED BY CONTINENTAL OIL COMPANY, A DELAWARE CORPORATION, IN DEED RECORDED OCTOBER 2, 1963 IN BOOK 3649, PAGE 796, OFFICIAL RECORDS, TOGETHER WITH THE FULL AND FREE RIGHT AT ALL TIMES OF INGRESS AND EGRESS OVER AND ACROSS THE HEREINBEFORE DESCRIBED LAND FOR THE PURPOSE OF MINING, DRILLING FOR AND PRODUCING SUCH OIL, GAS AND OTHER MINERALS AND TAKING, STORING, REMOVING AND DISPOSING OF SAME, TOGETHER WITH THE FULL AND FREE RIGHT TO CONSTRUCT AND MAINTAIN THEREON AND REMOVE THEREFROM SUCH FACILITIES (EXCEPT OIL REFINERY AND TANK FARM) AS MAY BE REASONABLY NECESSARY FOR SUCH OPERATIONS, AND TOGETHER WITH THE FULL AND FREE RIGHTS OF WAY OVER AND ACROSS SUCH LAND FOR ROADS, PIPE LINES, POWER LINES, TELEPHONE AND TELEGRAPH LINES, NECESSARY FOR SUCH OPERATIONS.

ALSO EXCEPTING THEREFROM ANY INTEREST THE GRANTORS MAY HAVE IN ALL OIL, MINERAL, NATURAL GAS AND OTHER HYDROCARBON SUBSTANCES UNDER THE REAL PROPERTY DESCRIBED IN THIS DEED, WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED BY ROBERT S. ANDREWS, ETAL, IN THE DEED RECORDED JANUARY 10, 1989 IN BOOK 6198, PAGE 1357, OFFICIAL RECORDS.

MJB RANCH

PARCEL 110: INTENTIONALLY DELETED.

PARCEL 111: INTENTIONALLY DELETED.

95

PARCEL 112: INTENTIONALLY DELETED.

PARCEL 112A: INTENTIONALLY DELETED.

PARCEL 112B: INTENTIONALLY DELETED.

PARCEL 113: INTENTIONALLY DELETED.

PARCEL 113A: INTENTIONALLY DELETED.

PARCEL 113B: INTENTIONALLY DELETED.

PARCEL 113C INTENTIONALLY DELETED.

COSTAMAGNA RANCH

PARCEL 114: (APN: 238-212-33)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

PARCEL A OF PARCEL MAP WAIVER NO. 1087, AS PER CERTIFICATE OF COMPLIANCE RECORDED
MAY 9, 1989 IN BOOK 6237, PAGE 656, OFFICIAL RECORDS, MORE PARTICULARLY DESCRIBED AS
FOLLOWS:

THAT PORTION OF THE WEST HALF OF SECTION 7, AND THE WESTERLY 40 FEET OF THE EAST
HALF OF SECTION 7, ALL IN TOWNSHIP 11 NORTH, RANGE 20 WEST, SAN BERNARDINO MERIDIAN,
IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE
OFFICIAL PLAT THEREOF, LYING SOUTHERLY OF SOUTH RIGHT OF WAY LINE OF THE MARICOPA
HIGHWAY, STATE ROUTE VI-KER-166 AS CONVEYED TO THE STATE OF CALIFORNIA IN DEED
RECORDED NOVEMBER 28, 1930 IN BOOK 384, PAGE 332 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL INTEREST CONVEYED TO TENNECO OIL COMPANY, A DELAWARE
CORPORATION, IN ASSIGNMENT AND CONVEYANCE THEREOF RECORDED NOVEMBER 18, 1988 IN
THE OFFICE OF THE KERN COUNTY RECORDER, IN BOOK 6183, PAGE 1167 OF OFFICIAL RECORDS,
WHICH INTEREST CAN BE BRIEFLY SUMMARIZED AS ALL OIL, GAS AND OTHER LIQUID AND
GASEOUS HYDROCARBONS, AND IN ADDITION THERETO CARBON DIOXIDE; HYDROGEN, HELIUM,
NITROGEN, METHANE, SULFUR (EACH CASE IN EITHER LIQUID OR GASEOUS FORM) AND ANY
OTHER LIQUID OR GASEOUS SUBSTANCES, INERT OR OTHERWISE, OR ANY OF THEM, AND ANY
MINERALS OR OTHER SUBSTANCES PRODUCED IN ASSOCIATION THEREWITH
("HYDROCARBONS") IN, ON OR UNDER THE PREMISES, TOGETHER WITH ALL RIGHTS, PRIVILEGES,
DUTIES AND RESPONSIBILITIES IN ANY WAY RELATED THERETO. GRANTEE ACKNOWLEDGES
THAT THIS RESERVATION IS FULLY SET FORTH IN THE CONVEYANCE REFERRED TO ABOVE AND
THAT IT TAKES TITLE SUBJECT TO THAT CONVEYANCE AND NOT SUBJECT TO THIS SUMMARY
WHICH IS FOR CONVEYANCE ONLY. SAID ASSIGNMENT AND CONVEYANCE WAS CLARIFIED BY
FIRST AMENDMENT THEREOF RECORDED JANUARY 17, 1989 IN THE KERN COUNTY RECORDERS
OFFICE, IN BOOK 6200, PAGE 1908 OF OFFICIAL RECORDS.

PARCEL 115: (APN: 238-212-34)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

PARCEL B OF PARCEL MAP WAIVER NO. 1087, AS PER CERTIFICATE OF COMPLIANCE RECORDED MAY 9, 1989 IN BOOK 6237, PAGE 0656, OFFICIAL RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THAT PORTION OF THE EAST HALF OF FRACTIONAL SECTION 7, TOWNSHIP 11 NORTH, RANGE 20 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHERLY OF SOUTH RIGHT OF WAY LINE OF THE MARICOPA HIGHWAY, STATE ROUTE VI-KER-166 AS CONVEYED TO THE STATE OF CALIFORNIA BY DEED RECORDED NOVEMBER 28, 1930 IN BOOK 384, PAGE 332 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM THE WESTERLY 40 FEET;

ALSO EXCEPTING THEREFROM ALL INTEREST CONVEYED TO TENNECO OIL COMPANY, A DELAWARE CORPORATION, IN ASSIGNMENT AND CONVEYANCE THEREOF RECORDED NOVEMBER 18, 1988 IN THE OFFICE OF THE KERN COUNTY RECORDER, IN BOOK 6183, PAGE 1167 OF OFFICIAL RECORDS, WHICH INTERESTS CAN BE BRIEFLY SUMMARIZED AS ALL OIL, GAS AND OTHER LIQUID AND GASEOUS HYDROCARBONS, AND IN ADDITION THERETO CARBON DIOXIDE, HYDROGEN, HELIUM, NITROGEN, METHANE, SULFUR (IN EACH CASE IN EITHER LIQUID OR GASEOUS FORM) AND ANY OTHER LIQUID OR GASEOUS SUBSTANCES, INERT OR OTHERWISE, OR ANY OF THEM, AND ANY MINERALS OR OTHER SUBSTANCES PRODUCED IN ASSOCIATION THEREWITH ("HYDROCARBONS") IN, ON OR UNDER THE PREMISES, TOGETHER WITH ALL RIGHTS, PRIVILEGES, DUTIES AND RESPONSIBILITIES IN ANY WAY RELATED THERETO. GRANTEE ACKNOWLEDGES THAT THIS RESERVATION IS FULLY SET FORTH IN THE CONVEYANCE REFERRED TO ABOVE AND THAT IT TAKES TITLE SUBJECT TO THAT CONVEYANCE AND NOT SUBJECT TO THIS SUMMARY WHICH IS FOR CONVEYANCE ONLY. SAID ASSIGNMENT AND CONVEYANCE WAS CLARIFIED BY FIRST AMENDMENT THEREOF RECORDED JANUARY 17, 1989 IN THE KERN COUNTY RECORDERS OFFICE, IN BOOK 6200, PAGE 1908 OF OFFICIAL RECORDS.

PARCEL 116: (APN: 238-221-03)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 11 NORTH, RANGE 20 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LYING IN AND UNDER OR WHICH MAY BE PRODUCED FROM SAID LANDS, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS FOR ANY AND ALL PURPOSES NECESSARY OR USEFUL IN SUCH OPERATIONS, ALSO THE RIGHT TO DRILL AND MAINTAIN A WATER WELL ON SAID LANDS, AND TO PRODUCE AND USE WATER THEREFROM FOR THE AFORESAID OPERATION, AS EXCEPTED AND RESERVED IN THE DEED FROM CENTRAL COUNTIES LAND COMPANY, A CORPORATION, AND F. W. LEITE AND IDA B. LEITE, HUSBAND AND WIFE, RECORDED NOVEMBER 27, 1959 IN BOOK 3215, PAGE 755 OF OFFICIAL RECORDS.

PARCEL 117: (APN: 238-221-07)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 11 NORTH, RANGE 20 WEST, SAN. BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

EXCEPT THE WEST HALF OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION.

ALSO EXCEPT THE EAST HALF OF THE EAST HALF OF THE NORTHEAST QUARTER OF SAID SECTION.

ALSO EXCEPT FROM THAT PORTION OF SAID LAND IN THE SOUTH HALF OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER, AND THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION, ALL OF THE MINERALS INCLUDING OIL, GAS, ASPHALTUM AND OTHER HYDROCARBONS, TOGETHER WITH THE NECESSARY RIGHTS OF WAY AND USE OF AS MUCH OF THE SURFACE THEREOF AS MAY BE NECESSARY FOR THE DEVELOPMENT AND OPERATION OF SAID LANDS FOR THE PRODUCTION OF SUCH PRODUCTS, AS EXCEPTED AND RESERVED IN THE DEED TO KERN COUNTY LAND COMPANY, A CORPORATION, RECORDED MARCH 9, 1944 IN BOOK 1172, PAGE 209 OF OFFICIAL RECORDS.

ALSO EXCEPT FROM THAT PORTION OF SAID LAND IN THE WEST HALF OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION, ALL OF THE MINERALS INCLUDING OIL, GAS, ASPHALTUM, AND OTHER HYDROCARBONS IN AND UNDER SAID PREMISES, AS EXCEPTED IN THE DEED TO KERN COUNTY LAND COMPANY, A CORPORATION, RECORDED MARCH 9, 1944 IN BOOK 1172, PAGE 210 OF OFFICIAL RECORDS.

ALSO EXCEPT FROM THAT PORTION OF SAID LAND IN THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION, ALL OF THE MINERALS INCLUDING OIL, GAS, ASPHALTUM AND OTHER HYDROCARBONS IN AND UNDER SAID PREMISES, TOGETHER WITH THE NECESSARY RIGHTS-OF-WAY AND USE OF AS MUCH OF THE SURFACE THEREOF AS MAY BE NECESSARY FOR DEVELOPMENT AND OPERATIONS OF SAID LANDS FOR THE PRODUCTION OF SUCH PRODUCTS, AS RESERVED AND EXCEPTED IN THE DEED TO KERN COUNTY LAND COMPANY, A CORPORATION, RECORDED MARCH 14, 1944 IN BOOK 1186, PAGE 331 OF OFFICIAL RECORDS.

ALSO EXCEPT FROM THAT PORTION OF SAID LAND IN THE WEST HALF OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION, ALL OF THE MINERALS INCLUDING OIL, GAS, ASPHALTUM AND OTHER HYDROCARBONS IN AND UNDER SAID PREMISES, TOGETHER WITH THE NECESSARY RIGHTS OF WAY AND THE USE OF AS MUCH OF THE SURFACE THEREOF AS MAY BE NECESSARY FOR THE DEVELOPMENT AND OPERATION OF SAID LANDS FOR THE PRODUCTION OF SUCH PRODUCTS, AS EXCEPTED IN THE DEED TO KERN COUNTY LAND COMPANY, A CORPORATION, RECORDED MARCH 30, 1944 IN BOOK 1192, PAGE 34 OF OFFICIAL RECORDS.

ALSO EXCEPT FROM THAT PORTION OF SAID LAND IN THE EAST HALF OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION, ALL OF THE MINERALS INCLUDING OIL, GAS, ASPHALTUM AND OTHER HYDROCARBONS IN AND UNDER SAID PREMISES, AS EXCEPTED IN THE DEED TO KERN COUNTY LAND COMPANY, A CORPORATION, RECORDED SEPTEMBER 18, 1944 IN BOOK 1210, PAGE 188 OF OFFICIAL RECORDS.

PARCEL 118: (APN: 238-221-11)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 11 NORTH, RANGE 20 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

98

EXCEPT ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND, AS EXCEPTED IN THE DEEDS FROM JAMES CECIL BRISCOE AND LORRA D. BRISCOE, HUSBAND AND WIFE, ET AL, RECORDED APRIL 11, 1968 IN BOOK 4149, PAGES 352, 353, 354 AND 355 OF OFFICIAL RECORDS.

PARCEL 119: (APN'S: 238-221-49 AND 238-221-50)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THAT PORTION OF THE SOUTHEAST QUARTER OF SECTION 18, TOWNSHIP 11 NORTH, RANGE 20 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING NORTHEASTERLY OF THE NORTHEASTERLY BOUNDARY LINE OF PARCEL "A" DESCRIBED IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED DECEMBER 13, 1968 IN BOOK 4225, PAGE 234 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL INTERESTS CONVEYED TO TENNECO OIL COMPANY, A DELAWARE CORPORATION, IN ASSIGNMENT AND CONVEYANCE THEREOF RECORDED NOVEMBER 18, 1988 IN THE OFFICE OF THE KERN COUNTY RECORDER, IN BOOK 6183, PAGE 1167 OF OFFICIAL RECORDS, WHICH INTERESTS CAN BE BRIEFLY SUMMARIZED AS ALL OIL, GAS AND OTHER LIQUID AND GASEOUS HYDROCARBONS, AND IN ADDITION THERETO CARBON DIOXIDE, HYDROGEN, HELIUM, NITROGEN, METHANE, SULFUR (IN EACH CASE IN EITHER LIQUID OR GASEOUS FORM) AND ANY OTHER LIQUID OR GASEOUS SUBSTANCES, INERT OR OTHERWISE, OR ANY OF THEM, AND ANY MINERALS OR OTHER SUBSTANCES PRODUCED IN ASSOCIATION THEREWITH (HYDROCARBONS") IN, ON OR UNDER THE PREMISES, TOGETHER WITH ALL RIGHTS, PRIVILEGES, DUTIES AND RESPONSIBILITIES IN ANY WAY RELATED THERETO. GRANTEE ACKNOWLEDGES THAT THIS RESERVATION IS FULLY SET FORTH IN CONVEYANCE REFERRED TO ABOVE AND THAT IT TAKES TITLE SUBJECT TO THAT CONVEYANCE AND NOT SUBJECT TO THIS SUMMARY WHICH IS FOR CONVENIENCE ONLY. SAID ASSIGNMENT AND CONVEYANCE WAS CLARIFIED BY FIRST AMENDMENT THEREOF RECORDED JANUARY 17, 1989 IN BOOK 6200, PAGE 1908 OF OFFICIAL RECORDS OF KERN COUNTY.

PARCEL 120: (APN: 238-221-02)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THAT PORTION OF THE WEST HALF OF SECTION 18, IN TOWNSHIP 11 NORTH, RANGE 20 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING NORTHERLY OF THE NORTHERLY BOUNDARY OF THE PARCEL OF LAND CONVEYED TO THE STATE OF CALIFORNIA BY DEED RECORDED DECEMBER 13, 1968 IN BOOK 4225, PAGE 234 OF OFFICIAL RECORDS OF KERN COUNTY.

EXCEPTING FROM THAT PORTION OF SAID LAND LYING WITHIN THE EAST ½ OF THE SOUTHWEST ¼ OF SAID SECTION 18, ALL OIL, GAS, HYDROCARBONS AND MINERALS WITHIN THE UNDERLYING SAID LANDS, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS FOR THE PURPOSE OF EXPLORING FOR, DEVELOPING, EXTRACTING AND REMOVING OIL, GAS AND HYDROCARBON SUBSTANCES, AS RESERVED BY WILLIE H. METTLER AND MARY METTLER, IN DEED RECORDED DECEMBER 31, 1952 IN BOOK 2020, PAGE 141 OF OFFICIAL RECORDS.

PARCEL 121: (APN: 239-012-25)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

99

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

PARCEL 2 OF PARCEL MAP WAIVER NO. 698, AS PER CERTIFICATE OF COMPLIANCE RECORDED JUNE 9, 1986 IN BOOK 5881, PAGE 958 OF OFFICIAL RECORDS, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

ALL OF SECTION 12, TOWNSHIP 11 NORTH, RANGE 21 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHERLY OF MARICOPA HIGHWAY, CALIFORNIA STATE ROUTE 166, AS CONVEYED TO THE STATE OF CALIFORNIA.

EXCEPT THE SOUTHWEST ¼ OF THE SOUTHEAST ¼ OF THE SOUTHEAST ¼ OF SAID SECTION 12.

ALSO EXCEPT THAT PORTION OF SAID SECTION 12, CONVEYED TO THE STATE OF CALIFORNIA FOR THE CALIFORNIA AQUEDUCT BY DEED RECORDED JULY 19, 1966 IN BOOK 3964, PAGE 850 OF OFFICIAL RECORDS.

AND INCLUDING ALL THAT PORTION OF THE NORTHWEST ¼ OF SECTION 13, TOWNSHIP 11 NORTH, RANGE 21 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE NORTHWEST ¼ OF SAID SECTION 13; THENCE ALONG THE NORTH LINE OF SAID NORTHWEST ¼ NORTH 89° 17' 51" WEST, 682.70 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG THE NORTH LINE OF THE NORTHWEST ¼ NORTH 89° 17' 51" WEST, 1,311.33 FEET TO THE NORTHWEST CORNER OF THE EAST ½ OF THE NORTHWEST ¼ OF THE NORTHWEST ¼ OF SAID SECTION 13; THENCE SOUTH 00° 27' 06" WEST, 12.89 FEET; THENCE SOUTH 79° 23' 40" EAST, 1,495.33 :FEET; THENCE NORTH 50° 37' 00" EAST, 50.00 FEET; THENCE NORTH 39° 23' 00" WEST, 310.94 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL OIL, GAS, HYDROCARBONS AND MINERALS AS PREVIOUSLY RESERVED OR GRANTED OF RECORD.

PARCEL 122: (APN: 239-030-31)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 13, TOWNSHIP 11 NORTH, RANGE 21 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT A 2 INCH IRON PIPE WITH BRASS PLUG MARKING THE NORTHEAST CORNER OF SAID SECTION 13, SAID POINT OF BEGINNING HAVING COORDINATES Y=565,268.37 AND X=1,681,578.45; THENCE FROM SAID POINT OF BEGINNING ALONG THE EAST LINE OF SAID SECTION 13 SOUTH 00° 59' 42" WEST 1,375.68 FEET; THENCE LEAVING SAID EAST LINE NORTH 53° 17' 01" WEST 545.05 FEET TO A 1 ½ INCH IRON PIPE WITH BRASS CAP MARKED CA 5151; THENCE FROM A TANGENT WHICH BEARS NORTH 53° 17' 01" WEST ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 2,230.00 FEET, A CENTRAL ANGLE OF 16° 05' 59", AN ARC DISTANCE OF 626.62 FEET (THE LONG CHORD OF WHICH BEARS NORTH 61° 20' 01" WEST 624.56 FEET); THENCE NORTH 69° 23' 00" WEST 1,031.24 FEET; THENCE ALONG A TANGENT CURVE TO THE RIGHT HAVING A RADIUS OF 1,770.00 FEET, A CENTRAL ANGLE OF 24° 53' 02" AN ARC DISTANCE OF 768.72 FEET (THE LONG CHORD OF WHICH BEARS NORTH 56° 56' 29" WEST 762.69 FEET) TO A POINT ON THE NORTH LINE OF SAID SECTION 13 FROM WHICH A SQUARE CONCRETE MONUMENT WITH COPPER ROD MARKING THE NORTH QUARTER CORNER OF SAID SECTION 13 BEARS NORTH 89° 21' 40" WEST

100

45.35 FEET; THENCE ALONG SAID NORTH LINE SOUTH 89° 21' 40" EAST 2,613.40 FEET TO THE POINT OF BEGINNING.

EXCEPT OIL, GAS AND MINERAL RIGHTS AS EXCEPTED BY THE KERN COUNTY LAND COMPANY IN PARCEL R OF THE DEED TO THE STATE OF CALIFORNIA RECORDED DECEMBER 13, 1968 IN BOOK 4225, PAGE 234, OFFICIAL RECORDS OF KERN COUNTY.

PARCEL 123: (APN: 239-012-24)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST ½ OF THE SOUTH ½ OF THE SOUTHEAST ¼ OF THE SOUTHEAST ¼ OF SECTION 12, TOWNSHIP 11 NORTH, RANGE 21 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ANY AND ALL OIL, GAS AND HYDROCARBON SUBSTANCES FROM THE AFOREMENTIONED REAL PROPERTY PROVIDED, HOWEVER, THAT GRANTOR OR ITS SUCCESSORS AND ASSIGNS SHALL COMPENSATE GRANTEE OR ITS SUCCESSORS AND ASSIGNS FOR (I) ANY AND ALL LOSS OF USE OF THE SURFACE OF THE REAL PROPERTY CAUSED BY THE EXERCISE OF GRANTOR'S MINERAL RIGHTS AND (II) ANY AND ALL DAMAGES TO GROWING CROPS OR OTHER IMPROVEMENTS LOCATED ON THE REAL PROPERTY WHICH IS CAUSED BY THE EXERCISE OF GRANTOR'S MINERAL RIGHTS, AS RESERVED IN THE DEED FROM JO ANN WILSON, ET AL, RECORDED DECEMBER 21, 2011 AS INSTRUMENT NO. 0211168006 OF OFFICIAL RECORDS.

850 ALMONDS RANCH

PARCEL 124: (APN'S: 238-370-18, 238-370-19 AND 238-400-53)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, SUCCESSOR BY MERGER TO CHA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

PARCELS 19 AND 20 OF PARCEL MAP 9974, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE MAP RECORDED NOVEMBER 24, 1993, IN BOOK 46, PAGES 4 THROUGH 35, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT ALL MINERALS AND ALL GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SUCH PROPERTY, TEJON RANCH COMPANY, A CORPORATION, (GRANTOR) ITS SUCCESSORS AND ASSIGNS, RETAINING THE EXCLUSIVE TITLE AND RIGHT TO REMOVE SAID SUBSTANCES, TOGETHER WITH THE SOLE RIGHT TO NEGOTIATE AND CONCLUDE ADDITIONAL LEASES AND AGREEMENTS WITH RESPECT TO ALL SUCH SUBSTANCES UNDER THE PROPERTY, AND TO USE THE SURFACE OF THE PROPERTY FOR THE PURPOSES OF PROSPECTING FOR, DEVELOPING AND/OR EXTRACTING SUCH SUBSTANCES FROM THE PROPERTY BY MEANS OF WELLS DRILLED INTO OR THROUGH THE PROPERTY FROM DRILL SITES LOCATED ON THE PROPERTY OR ON OTHER PROPERTY, PROVIDED HOWEVER, THAT EXCEPT AS TO THE RIGHTS OF LEASES UNDER THE EXISTING LEASES LISTED THEREINAFTER, GRANTOR, ITS SUCCESSORS AND ASSIGNS SHALL HAVE NO RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY OR TO USE THE SURFACE OF THE PROPERTY OR ANY PORTION THEREOF, EXCEPT THE FOLLOWING ADDITIONAL RIGHTS WHICH GRANTOR, FOR ITSELF AND FOR ITS SUCCESSORS AND ASSIGNS, ALSO RESERVED THEREBY.

THE RIGHT TO OCCUPY, INSTALL, CONSTRUCT AND MAINTAIN AT ITS EXPENSE SUCH DRILL SITES, ROADS, STORAGE AREAS AND OTHER FACILITIES WHICH IT, IN ITS DISCRETION, DETERMINES ARE REASONABLY NECESSARY FOR PROSPECTING FOR, DEVELOPING AND/OR

101

EXTRACTING AND STORING SUCH MINERALS AND SUBSTANCES; PROVIDED, HOWEVER, IN NO EVENT SHALL THE AGGREGATE AREA OF THE SURFACE OF THE PROPERTY USED FOR THE FIRST TIME FOR ALL SUCH PURPOSES FROM AND AFTER THE DATE THEREOF EXCEED 600 ACRES, AND PROVIDED FURTHER THAT AS A CONDITION TO EACH SUCH USE, GRANTOR, WILL DELIVER AND PAY OVER TO GRANTEE, AND EACH OF ITS SUCCESSORS OR ASSIGNS, ON OR BEFORE COMMENCING SUCH USE:

(A) A NOTICE IN WRITING SPECIFYING THE AREA OF THE PROPERTY TO BE USED AND THE TERMS AND NATURE OF SUCH USE; AND

(B) AN AMOUNT EQUAL TO THE SUM OF (I) OUT-OF-POCKET COSTS TO GRANTEE, FOR PLANTING, CULTIVATING AND CARING FOR CROPS TO THE EXTENT THE CROPS ARE RENDERED UNHARVESTABLE BY SUCH USE, (II) THE DEPRECIATED BOOK VALUE ON THE BOOKS OF GRANTEE, OR ITS SUCCESSORS OR ASSIGNS OF ANY IMPROVEMENTS CONSTRUCTED ON THE PROPERTY AT THE EXPENSE OF GRANTEE, OR SUCH SUCCESSOR OR ASSIGN OR PURCHASED WITH THE PROPERTY WHICH WILL BE REMOVED OR WILL NOT BE USABLE BY GRANTEE, BY REASON OF THE USE BY GRANTOR, AND (III) AN AMOUNT EQUAL TO THE FAIR MARKET VALUE OF GRANTEE'S ESTATE IN ANY PART OF THE PROPERTY SO USED FOR THE TERM OF USE SPECIFIED BY GRANTOR, SUCH SUM BEING THEREINAFTER REFERRED TO AS (THE "LOSS TO GRANTEE"), ALL AS DETERMINED BY AN APPRAISER WHO IS A MEMBER OF THE AMERICAN INSTITUTE OF REAL ESTATE APPRAISERS, DESIGNATED BY GRANTEE.

IN CONSIDERATION OF SUCH RESERVATIONS, GRANTOR, COVENANTS AND AGREES TO PAY OVER TO GRANTEE, OR TO ANY SUCCESSOR OR ASSIGN OF GRANTEE, DESIGNATED BY GRANTEE, UPON RECEIPT, ALL PAYMENTS IN COMPENSATION FOR DAMAGE TO CROPS, IMPROVEMENTS ON THE PROPERTY OR FOR LOSS OF USE OF THE PROPERTY RECEIVED BY GRANTOR FROM LESSEES UNDER THE LEASES NAMED ABOVE (EXCEPT PAYMENTS FOR NOT TO EXCEED 300 ACRES OF THE PROPERTY CONVEYED THEREBY PRESENTLY OCCUPIED BY SUCH LESSEES) OR ANY OTHER LEASE MADE BY GRANTOR, UNDER ITS RESERVED RIGHTS THEREUNDER, AND IN ADDITION TO PAY TO GRANTEE, OR SUCH DESIGNATED SUCCESSOR OR ASSIGN, THE DIFFERENCE BETWEEN SUCH AMOUNT PAID OVER THE LOSS TO GRANTEE, DETERMINED IN THE SAME MANNER AS PROVIDED ABOVE, EXCEPT THAT REFERENCES TO USE BY GRANTOR SHALL BE DEEMED TO REFER TO USE BY THE OIL LESSEE, PROVIDED, HOWEVER, THAT ANY SUCH SUCCESSOR OR ASSIGN SHALL BE ENTITLED TO RECEIVE ONLY THAT PORTION OF THE LOSS TO GRANTEE, AS SHALL BE ATTRIBUTABLE TO THE ESTATE OF SAID SUCCESSOR OR ASSIGN AS DETERMINED BY SAID APPRAISER.

ALL EXPENSES OF ANY APPRAISAL REQUIRED THEREUNDER WILL BE PAID BY GRANTOR, AS RESERVED AND EXCEPTED IN THE DEED FROM TEJON RANCH CO., A CORPORATION, TO TEJON AGRICULTURAL PARTNERS, A LIMITED PARTNERSHIP ORGANIZED UNDER THE LAWS OF THE STATE OF CALIFORNIA, RECORDED AUGUST 16, 1972 IN BOOK 4712, PAGE 24 OF OFFICIAL RECORDS, AS DOCUMENT NO. 11817.

PARCEL 124A:
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, SUCCESSOR BY MERGER TO CHA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A 20 FOOT EASEMENT FOR INGRESS AND EGRESS AS CREATED AND DEFINED IN THE DOCUMENT ENTITLED "COVENANT OF EASEMENT" AS RECORDED NOVEMBER 24, 1993, IN BOOK 6946, PAGE 2043, AS INSTRUMENT NO. 173592, KERN COUNTY RECORDS.

PARCEL 125: (APN'S: 238-071-05-01 AND 238-071-05-02)

102

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

C & A FARMS, LLC

THE NORTHWEST QUARTER OF SECTION 26, TOWNSHIP 11 NORTH, RANGE 19 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THE SURFACE AND THE UPPER 200 FEET OF THE SUBSURFACE OF A 130 FOOT WIDE STRIP OF LAND LYING 75 FEET ON THE RIGHT OR SOUTHERLY SIDE AND 55 FEET ON THE LEFT OR NORTHERLY SIDE OF THE CENTER LINE OF SAID 850 CANAL; COMMENCING AT A POINT IN THE WESTERLY BOUNDARY OF SAID NORTHWEST QUARTER THAT IS DISTANT THEREALONG NORTH 00° 27' 14" EAST 484.90 FEET FROM THE WEST QUARTER CORNER OF SAID SECTION 26; THENCE ALONG SAID CANAL CENTER LINE SOUTH 63° 01' 15" EAST 89.35 FEET TO THE BEGINNING OF A CURVE CONCAVE TO THE NORTHEAST OR LEFT SIDE, HAVING A RADIAL BEARING OF NORTH 26° 58' 45" EAST; THENCE ALONG THE ARC OF SAID CURVE HAVING A RADIUS OF 1000 FEET THROUGH A CENTRAL ANGLE OF 6° 56' 33" AN ARC DISTANCE OF 121.17 FEET; THENCE TANGENT TO THE PRECEDING CURVE, SOUTH 69° 57' 48" EAST, 1093.11 FEET TO THE BEGINNING OF A CURVE CONCAVE TO THE SOUTHEAST OR RIGHT SIDE HAVING A RADIAL BEARING OF SOUTH 20° 02' 12" WEST, THENCE ALONG THE ARC OF SAID CURVE HAVING A RADIUS OF 500 FEET THROUGH A CENTRAL ANGLE OF 11° 01' 32" AN ARC DISTANCE OF 96.22 FEET TO A POINT ON THE SOUTH BOUNDARY OF SAID NORTHWEST QUARTER AND THE END OF THIS STRIP THAT IS DISTANT THEREALONG SOUTH 89° 07' 41" EAST 1308.27 FEET FROM THE WEST QUARTER CORNER OF SAID SECTION 26; THE SIDELINE BOUNDARIES OF SAID STRIP ARE TO BE LENGTHENED OR SHORTENED, AS THE CASE MAY BE, SO AS TO BEGIN IN THE WEST BOUNDARY AND TERMINATE IN THE SOUTH BOUNDARY OF SAID NORTHWEST QUARTER OF SECTION 26 AS CONVEYED TO WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT BY FINAL ORDER OF CONDEMNATION, SUPERIOR COURT, CASE NUMBER 115205, A CERTIFIED COPY THEREOF WAS RECORDED JULY 22, 1982 IN BOOK 5474 PAGE 2463, OF OFFICIAL RECORDS ALSO AS CONVEYED TO WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT BY DEED RECORDED SEPTEMBER 15, 1982 IN BOOK 5488 PAGE 2228, OF OFFICIAL RECORDS.

ALSO EXCEPT THE SURFACE AND THE UPPER 200 FEET OF THE SUBSURFACE OF THAT PORTION OF THE NORTHWEST QUARTER OF SAID SECTION 26 LYING SOUTHERLY OF THE SOUTHERLY BOUNDARY OF THE HEREINABOVE DESCRIBED 850 CANAL RIGHT OF WAY, AS CONVEYED TO WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT BY FINAL ORDER OF CONDEMNATION, SUPERIOR COURT, COUNTY OF KERN, CASE NUMBER 115205, A CERTIFIED COPY THEREOF WAS RECORDED JULY 22, 1982 IN BOOK 5474 PAGE 2463, OF OFFICIAL RECORDS ALSO AS CONVEYED TO WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT BY DEED RECORDED SEPTEMBER 15, 1982 IN BOOK 5488 PAGE 2228, OF OFFICIAL RECORDS.

ALSO EXCEPT ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND, OR THAT MAY BE PRODUCED FROM SAID LAND, AS RESERVED IN THE DEED DATED MARCH 10, 1952 FROM ORLO O. STYLES, ET AL, RECORDED APRIL 3, 1952 IN BOOK 1923 PAGE 91, OF OFFICIAL RECORDS.

LAVAL RANCH

PARCEL 126: (APN'S: 238-360-14, 238-360-15 AND 238-400-42)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

PARCELS 42, 43 AND 44 OF PARCEL MAP 9974 IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER PARCEL MAP FILED NOVEMBER 24, 1993 IN BOOK 46, PAGE 4 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

103

EXCEPTING THEREFROM THOSE INTERESTS IN THE NORTH 25 FEET OF THE WEST 30 FEET OF THE SOUTH 1455.81 FEET OF PARCEL 43 AND THE NORTH 20 FEET OF THE EAST 30 FEET OF THE SOUTH 1450.81 FEET OF PARCEL 44 AS WERE TAKEN BY THE WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, A CALIFORNIA WATER STORAGE DISTRICT BY FINAL ORDER OF CONDEMNATION, CASE NO. 205792, SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN, A CERTIFIED COPY THEREOF WAS RECORDED AUGUST 14, 1989 IN BOOK 6275, PAGE 1759 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL MINERALS AND ALL GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SUCH PROPERTY, TEJON RANCH COMPANY, A CORPORATION, (GRANTOR, THEREIN) ITS SUCCESSORS AND ASSIGNS, RETAINING THE EXCLUSIVE TITLE AND RIGHT TO REMOVE SAID SUBSTANCES, TOGETHER WITH THE SOLE RIGHT TO NEGOTIATE AND CONCLUDE ADDITIONAL LEASES AND AGREEMENTS WITH RESPECT TO ALL SUCH SUBSTANCES UNDER THE PROPERTY, AND TO USE THE SURFACE OF THE PROPERTY FOR THE PURPOSES OF PROSPECTING FOR, DEVELOPING AND/OR EXTRACTING SUCH SUBSTANCES FROM THE PROPERTY BY MEANS OF WELLS DRILLED INTO OR THROUGH THE PROPERTY FROM DRILL SITES LOCATED ON THE PROPERTY OR ON OTHER PROPERTY, PROVIDED, HOWEVER, THAT EXCEPT AS TO THE RIGHTS OF LESSEES UNDER THE EXISTING LEASES LISTED THEREINAFTER GRANTOR, THEREIN, ITS SUCCESSORS AND ASSIGNS SHALL HAVE NO RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY OR TO USE THE SURFACE OF THE PROPERTY OR ANY PORTION THEREOF, EXCEPT THE FOLLOWING ADDITIONAL RIGHTS WHICH GRANTOR, THEREIN, FOR ITSELF AND FOR ITS SUCCESSORS AND ASSIGNS, ALSO RESERVED THEREBY.

THE RIGHT TO OCCUPY, INSTALL, CONSTRUCT AND MAINTAIN AT ITS EXPENSE SUCH DRILL SITES, ROADS, STORAGE AREAS AND OTHER FACILITIES WHICH IT, IN ITS DISCRETION, DETERMINES ARE REASONABLY NECESSARY FOR PROSPECTING FOR, DEVELOPING AND/OR EXTRACTING AND STORING SUCH MINERALS AND SUBSTANCES; PROVIDED, HOWEVER, IN NO EVENT SHALL THE AGGREGATE AREA OF THE SURFACE OF THE PROPERTY USED FOR THE FIRST TIME FOR ALL SUCH PURPOSES FROM AND AFTER THE DATE THEREOF EXCEED 600 ACRES, AND PROVIDED FURTHER THAT AS A CONDITION TO EACH SUCH USE, GRANTOR, THEREIN, WILL DELIVER AND PAY OVER TO GRANTEE, THEREIN, AND EACH OF ITS SUCCESSORS OR ASSIGNS, ON OR BEFORE COMMENCING SUCH USE:

(A) A NOTICE IN WRITING SPECIFYING THE AREA OF THE PROPERTY TO BE USED AND THE TERMS AND NATURE OF SUCH USE; AND

(B) AN AMOUNT EQUAL TO THE SUM OF (I) OUT-OF-POCKET COSTS TO GRANTEE, THEREIN, FOR PLANTING, CULTIVATING AND CARING FOR CROPS TO THE EXTENT THE CROPS ARE RENDERED UNHARVESTABLE BY SUCH USE, (II) THE DEPRECIATED BOOK VALUE ON THE BOOKS OF GRANTEE, THEREIN, OR ITS SUCCESSORS OR ASSIGNS OF ANY IMPROVEMENTS CONSTRUCTED ON THE PROPERTY AT THE EXPENSE OF GRANTEE, HEREIN, OR SUCH SUCCESSOR OR ASSIGN OR PURCHASED WITH THE PROPERTY WHICH WILL BE REMOVED OR WILL NOT BE USABLE BY GRANTEE, THEREIN, BY REASON OF THE USE BY GRANTOR, THEREIN, AND (III) AN AMOUNT EQUAL TO THE FAIR MARKET VALUE OF GRANTEE'S ESTATE IN ANY PART OF THE PROPERTY SO USED FOR THE TERM OF USE SPECIFIED BY GRANTOR, THEREIN, SUCH SUM BEING THEREINAFTER REFERRED TO AS THE "LOSS TO GRANTEE", ALL AS DETERMINED BY AN APPRAISER WHO IS A MEMBER OF THE AMERICAN INSTITUTE OF REAL ESTATE APPRAISERS, DESIGNATED BY GRANTEE, THEREIN.

IN CONSIDERATION OF SUCH RESERVATIONS, GRANTOR, THEREIN, COVENANTS AND AGREES TO PAY OVER TO GRANTEE, THEREIN, OR TO ANY SUCCESSOR OR ASSIGN OF GRANTEE, THEREIN,

104

DESIGNATED BY GRANTEE, THEREIN, UPON RECEIPT, ALL PAYMENTS IN COMPENSATION FOR DAMAGE TO CROPS, IMPROVEMENTS ON THE PROPERTY OR FOR LOSS OF USE OF THE PROPERTY RECEIVED BY GRANTOR, THEREIN, FROM OIL LESSEES UNDER THE LEASES NAMED ABOVE (EXCEPT PAYMENTS FOR NOT TO EXCEED 300 ACRES OF THE PROPERTY CONVEYED THEREBY PRESENTLY OCCUPIED BY SUCH LESSEES) OR ANY OTHER LEASE MADE BY GRANTOR, THEREIN, UNDER ITS RESERVED RIGHTS THEREUNDER, AND IN ADDITION TO PAY TO GRANTEE, THEREIN, OR SUCH DESIGNATED SUCCESSOR OR ASSIGN, THE DIFFERENCE BETWEEN SUCH AMOUNTS PAID OVER AND THE LOSS TO GRANTEE, THEREIN, DETERMINED IN THE SAME MANNER AS PROVIDED ABOVE, EXCEPT THAT REFERENCES TO USE BY GRANTOR, THEREIN, SHALL BE DEEMED TO REFER TO USE BY THE OIL LESSEE, PROVIDED, HOWEVER, THAT ANY SUCH SUCCESSOR OR ASSIGN SHALL BE ENTITLED TO RECEIVE ONLY THAT PORTION OF THE LOSS TO GRANTEE, THEREIN, AS SHALL BE ATTRIBUTABLE TO THE ESTATE OF SAID SUCCESSOR OR ASSIGN AS DETERMINED BY SAID APPRAISER.

ALL EXPENSES OF ANY APPRAISAL REQUIRED THEREUNDER WILL BE PAID BY GRANTOR, THEREIN, AS RESERVED AND EXCEPTED IN THE DEED FROM TEJON RANCH CO., A CORPORATION, TO TEJON AGRICULTURAL PARTNERS, A LIMITED PARTNERSHIP, ORGANIZED UNDER THE LAWS OF THE STATE OF CALIFORNIA, RECORDED AUGUST 16, 1972 IN BOOK 4712, PAGE 24 OF OFFICIAL RECORDS, AS INSTRUMENT NO. 11817.

SEBASTIAN RANCH

PARCEL 127: (APN'S: 238-340-24 AND 238-340-25)

PARCEL 2 OF PARCEL MAP 9974 IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER PARCEL MAP FILED NOVEMBER 24, 1993 IN BOOK 46, PAGES 4 THROUGH 37 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT ALL MINERALS AND ALL GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SUCH PROPERTY, TEJON RANCH COMPANY, A CORPORATION, (GRANTOR, THEREIN) ITS SUCCESSORS AND ASSIGNS, RETAINING THE EXCLUSIVE TITLE AND RIGHT TO REMOVE SAID SUBSTANCES, TOGETHER WITH THE SOLE RIGHT TO NEGOTIATE AND CONCLUDE ADDITIONAL LEASES AND AGREEMENTS WITH RESPECT TO ALL SUCH SUBSTANCES UNDER THE PROPERTY, AND TO USE THE SURFACE OF THE PROPERTY FOR THE PURPOSES OF PROSPECTING FOR, DEVELOPING AND/OR EXTRACTING SUCH SUBSTANCES FROM THE PROPERTY BY MEANS OF WELLS DRILLED INTO OR THROUGH THE PROPERTY FROM DRILL SITES LOCATED ON THE PROPERTY OR ON OTHER PROPERTY, PROVIDED HOWEVER, THAT EXCEPT AS TO THE RIGHTS OF LESSEES UNDER THE EXISTING LEASES LISTED THEREINAFTER, GRANTOR, THEREIN, ITS SUCCESSORS AND ASSIGNS SHALL HAVE NO RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY OR TO USE THE SURFACE OF THE PROPERTY OR ANY PORTION THEREOF, EXCEPT THE FOLLOWING ADDITIONAL RIGHTS WHICH GRANTOR, THEREIN, FOR ITSELF AND FOR ITS SUCCESSORS AND ASSIGNS, ALSO RESERVED THEREBY.

THE RIGHT TO OCCUPY, INSTALL, CONSTRUCT AND MAINTAIN AT ITS EXPENSE SUCH DRILL SITES, ROADS, STORAGE AREAS AND OTHER FACILITIES WHICH IT, IN ITS DISCRETION, DETERMINES ARE REASONABLY NECESSARY FOR PROSPECTING FOR, DEVELOPING AND/OR EXTRACTING AND STORING SUCH MINERALS AND SUBSTANCES; PROVIDED, HOWEVER, IN NO EVENT SHALL THE AGGREGATE AREA OF THE SURFACE OF THE PROPERTY USED FOR THE FIRST TIME FOR ALL SUCH PURPOSES FROM AND AFTER THE DATE THEREOF EXCEED 600 ACRES, AND PROVIDED FURTHER THAT AS A CONDITION TO EACH SUCH USE, GRANTOR, THEREIN, WILL DELIVER AND PAY OVER TO GRANTEE, THEREIN, AND EACH OF ITS SUCCESSORS OR ASSIGNS, ON OR BEFORE COMMENCING SUCH USE:

105

A NOTICE IN WRITING SPECIFYING THE AREA OF THE PROPERTY TO BE USED AND THE TERMS AND NATURE OF SUCH USE; AND

AN AMOUNT EQUAL TO THE SUM OF (I) OUT-OF-POCKET COSTS TO GRANTEE, THEREIN, FOR PLANTING, CULTIVATING AND CARING FOR CROPS TO THE EXTENT THE CROPS ARE RENDERED UNHARVESTABLE BY SUCH USE, (II) THE DEPRECIATED BOOK VALUE ON THE BOOKS OF GRANTEE THEREIN, OR ITS SUCCESSORS OR ASSIGNS OF ANY IMPROVEMENTS CONSTRUCTED ON THE PROPERTY AT THE EXPENSE OF GRANTEE, THEREIN, OR SUCH SUCCESSOR OR ASSIGN OR PURCHASED WITH THE PROPERTY WHICH WILL BE REMOVED OR WILL NOT BE USABLE BY GRANTEE, THEREIN, BY REASON OF THE USE BY GRANTOR, THEREIN, AND (III) AN AMOUNT EQUAL TO THE FAIR MARKET VALUE OF GRANTEE'S ESTATE IN ANY PART OF THE PROPERTY SO USED FOR THE TERM OF USE SPECIFIED BY GRANTOR, THEREIN, SUCH SUM BEING THEREINAFTER REFERRED TO AS THE "LOSS TO GRANTEE", ALL AS DETERMINED BY AN APPRAISER WHO IS A MEMBER OF THE AMERICAN INSTITUTE OF REAL ESTATE APPRAISERS, DESIGNATED BY GRANTEE, THEREIN.

IN CONSIDERATION OF SUCH RESERVATIONS, GRANTOR, THEREIN, COVENANTS AND AGREES TO PAY OVER TO GRANTEE, THEREIN, OR TO ANY SUCCESSOR OR ASSIGN OF GRANTEE, THEREIN, DESIGNATED BY GRANTEE, THEREIN, UPON RECEIPT, ALL PAYMENTS IN COMPENSATION FOR DAMAGE TO CROPS, IMPROVEMENTS ON THE PROPERTY OF FOR LOSS OR USE OF THE PROPERTY RECEIVED BY GRANTOR, THEREIN, FROM OIL LESSER UNDER THE LEASES NAMED ABOVE (EXCEPT PAYMENTS FOR NOR TO EXCEED 300 ACRES OF THE PROPERTY CONVEYED THEREBY PRESENTLY OCCUPIED BY SUCH LESSEES) OR ANY OTHER LEASE MADE BY GRANTOR, THEREIN, UNDER ITS RESERVED RIGHTS THEREUNDER, AND IN ADDITION TO PAY TO GRANTEE, THEREIN, OR SUCH DESIGNATED SUCCESSOR OR ASSIGN, THE DIFFERENCE BETWEEN SUCH AMOUNTS PAID OVER AND THE LOSS TO GRANTEE, THEREIN, DETERMINED IN THE SAME MANNER AS PROVIDED ABOVE, EXCEPT THAT REFERENCES TO USE BY GRANTOR, THEREIN, SHALL BE DEEMED TO REFER TO USE BY THE OIL LESSEE, PROVIDED, HOWEVER, THAT ANY SUCH SUCCESSOR OR ASSIGN SHALL BE ENTITLED TO RECEIVE ONLY THAT PORTION OF THE LOSS TO GRANTEE, THEREIN, AS SHALL BE ATTRIBUTABLE TO THE ESTATE OF SAID SUCCESSOR OR ASSIGN AS DETERMINED BY SAID APPRAISER.

ALL EXPENSES OF ANY APPRAISAL REQUIRED THEREUNDER WILL BE PAID BY GRANTOR, THEREIN, AS RESERVED AND EXCEPTED IN THE DEED FROM TEJON RANCH CO., A CORPORATION, TO TEJON AGRICULTURAL PARTNERS, A LIMITED PARTNERSHIP, ORGANIZED UNDER THE LAWS OF THE STATE OF CALIFORNIA, RECORDED AUGUST 16, 1972 IN BOOK 4712, PAGE 24 OF OFFICIAL RECORDS, AS INSTRUMENT NO. 11817.

BASIC SCHOOL RANCH

PARCEL 128: INTENTIONALLY DELETED.

PARCEL 129: (APN: 220-211-24)

PARCEL B OF LOT LINE ADJUSTMENT 7-91 AS PER DOCUMENT RECORDED JUNE 25, 1991 IN BOOK 6536, PAGE 2156, DESCRIBED AS FOLLOWS:

ALL OF SECTION 35, IN TOWNSHIP 12 NORTH, RANGE 23 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

EXCEPTING THEREFROM THAT PORTION INCLUDED WITHIN A STRIP OF LAND 100 FEET ON EACH SIDE OF THE CENTER LINE OF MAIN TRACT OF SUNSET WESTERN RAILWAY COMPANY'S RAILROAD AS CONSTRUCTED ON DECEMBER 17, 1920 AS EXCEPTED BY THE SOUTHERN PACIFIC LAND COMPANY, A CORPORATION, IN DEED RECORDED DECEMBER 20, 1920 IN BOOK 361, PAGE 136 OF DEEDS.

ALSO EXCEPTING THEREFROM THOSE PORTIONS OF SAID SECTION 35, AS CONVEYED TO THE STATE OF CALIFORNIA IN DEED RECORDED MAY 9, 1969 IN BOOK 4276, PAGE 561, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM COMMENCING AT THE SOUTH QUARTER CORNER OF SECTION 35, TOWNSHIP 12 NORTH, RANGE 23 WEST, S.B.B.&M., AS RECORDED IN BOOK 9 OF RECORD OF SURVEYS AT PAGE 180 IN THE OFFICE OF THE COUNTY RECORDER OF KERN COUNTY, CALIFORNIA; THENCE ALONG THE CENTER SECTION LINE NORTH 0° 19' 48" EAST, 1316.94 FEET, TO THE TRUE POINT OF BEGINNING; THENCE NORTH 89° 06' 28" WEST, 40.81 FEET; THENCE NORTH 0° 53' 32" EAST, 1,165.00 FEET; THENCE SOUTH 89° 06' 28" EAST, 580.00 FEET; THENCE SOUTH 0° 53' 32" WEST, 650.00 FEET; THENCE SOUTH 89° 06' 28" EAST, 410.00 FEET; THENCE SOUTH 0° 53' 32" WEST, 515.00 FEET; THENCE NORTH 89° 06' 28" WEST, 949.19 FEET TO THE TRUE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO THE MINERAL RIGHTS IN THE PROPERTIES DESCRIBED HEREIN (EXPRESSLY EXCLUDING, HOWEVER, THE RIGHT TO USE THE SURFACE FOR OPEN PIT MINING, QUARRYING AND STRIP MINING), AND ALL RIGHTS, TITLE AND INTEREST IN ANY OTHER CONTRACT AGREEMENTS OR RIGHTS, TANGIBLE OR INTANGIBLE THAT ARE OWNED BY THE GRANTOR, IN WHOLE OR IN PART, AND THAT ARE RELATED TO THE OWNERSHIP AND USE OF THE MINERAL RIGHTS CONVEYED HEREBY, FROM THE LANDS.

SPECIFICALLY EXCEPTING ALL SURFACE RIGHTS (EXCEPT FOR THE RIGHTS OF SURFACE ACCESS FOR THE PURPOSE OF GRANTEE AND ITS ASSIGNS EXPLORING FOR, DEVELOPING, PRODUCING, TRANSPORTING AND SELLING MINERALS FROM THE PROPERTY AND WHICH ARE (RECOGNIZED BY CALIFORNIA LAW, RULES, ORDER AND REGULATION), PERSONAL PROPERTY OR FIXTURES ASSOCIATED WITH, AFFIXED TO OR LOCATED UPON THE SURFACE, WELL BORES (IF ANY), WATER OR WATER RIGHTS OR ENTITLEMENTS (EXCEPT SUCH WATER AS MAY BE ASSOCIATED AND INCIDENTALLY PRODUCED WITH THE MINERALS FROM THE PROPERTY) OR ANY EXISTING OIL, GAS OR MINERAL PRODUCTION (IF ANY) FROM THE PROPERTY, AS GRANTED IN DEED RECORDED DECEMBER 30, 1998 AS INSTRUMENT NO. 0198184684 OF OFFICIAL RECORDS.

EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL OIL, GAS AND OTHER HYDROCARBONS; NON-HYDROCARBON GASSES OR GASEOUS SUBSTANCES; ALL OTHER MINERALS OF WHATSOEVER NATURE, WITHOUT REGARD TO SIMILARITY TO THE ABOVE-MENTIONED SUBSTANCES; AND ALL SUBSTANCES THAT MAY BE PRODUCED THEREWITH FROM SAID REAL PROPERTY.

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, ALL GEOTHERMAL RESOURCES, EMBRACING: INDIGENOUS STEAM, HOT WATER AND HOT BRINES; STEAM AND OTHER GASES, HOT WATER AND HOT BRINES RESULTING FROM WATER, GAS OR OTHER FLUIDS ARTIFICIALLY INTRODUCED INTO SUBSURFACE FORMATIONS; HEAT OR THE ASSOCIATED ENERGY FOUND BENEATH THE SURFACE OF THE EARTH; AND BY-PRODUCTS OF ANY OF THE FOREGOING SUCH AS MINERALS (EXCLUSIVE OF OIL OR HYDROCARBON GAS THAT CAN BE SEPARATELY PRODUCED) WHICH ARE FOUND IN SOLUTION OR ASSOCIATION WITH OR DERIVED FROM ANY OF THE FOREGOING.

107

ALSO EXCEPTING AND RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE SOLE AND EXCLUSIVE RIGHT FROM TIME TO TIME TO DRILL AND MAINTAIN WELLS OR OTHER FACILITIES INTO OR THROUGH SAID REAL PROPERTY AND THE ADJOINING STREETS, ROADS AND HIGHWAYS FOR THE PURPOSE OF EXPLORING FOR AND PRODUCING ENERGY RESOURCES; THE EXCLUSIVE RIGHT TO PRODUCE, INJECT, STORE, AND REMOVE FROM AND THROUGH SUCH WELLS OR FACILITIES, OIL, GAS, WATER AND OTHER SUBSTANCES OF WHATEVER NATURE, INCLUDING THE RIGHT TO PERFORM ANY AND ALL OPERATIONS DEEMED BY GRANTOR NECESSARY OR CONVENIENT FOR THE EXERCISE OF SUCH RIGHTS, INCLUDING BUT NOT LIMITED TO THE RIGHT TO CONDUCT SEISMIC TESTING AND CONSTRUCT, MAINTAIN AND OPERATE PIPELINES, VALVES, CATHODIC PROTECTION FACILITIES, AND APPURTENANCES; AND THE EXCLUSIVE RIGHT TO UTILIZE OR OCCUPY SUBSURFACE FORMATIONS TO STORE OR DISPOSE OF PRODUCED WATER OR OTHER FLUIDS WITHOUT REGARD TO THEIR PLACE OF ORIGIN, AS RESERVED BY CHEVRON U.S.A. INC., A PENNSYLVANIA CORPORATION, IN DEED RECORDED DECEMBER 31, 2003 AS DOCUMENT NO. 0203281471, OFFICIAL RECORDS.

PARCEL 130: (APN'S: 220-211-10 AND 220-211-16)
C & A FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF SECTION 36, TOWNSHIP 12 NORTH, RANGE 23 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHERLY OF THE CALIFORNIA AQUEDUCT.

EXCEPT THAT PORTION OF SAID SECTION 36, LYING WITHIN THE CALIFORNIA AQUEDUCT, AS CONVEYED TO THE STATE OF CALIFORNIA BY DEED RECORDED OCTOBER 24, 1967 IN BOOK 4099, PAGE 369 OF OFFICIAL RECORDS.

ALSO EXCEPT ALL OIL, GAS MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND WITHIN OR UNDERLYING SAID LAND, AS PREVIOUSLY RESERVED OF RECORD.

PARCEL 130A:  (EASEMENT)

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER AND ACROSS THE NORTHERN 20 FEET OF THE NORTHEAST QUARTER OF SECTION 2, TOWNSHIP 11 NORTH, RANGE 23 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL GOVERNMENT PLAT THEREOF, AS SET FORTH IN, AND SUBJECT TO THE TERMS, PROVISIONS AND CONDITIONS CONTAINED IN, THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT (INGRESS AND EGRESS) (BASIC SCHOOL RANCH/ PARAMOUNT/ MOC AND C&A)" RECORDED MAY 24, 2013 AS INSTRUMENT NO. 0213073869 OF OFFICIAL RECORDS.

THE ABOVE DESCRIBED EASEMENT IS APPURTENANT TO PARCELS 129 AND 130 HEREIN.

PARCEL 131: (APN: 038-060-64S)
BIBI ASSEMI, TRUSTEE OF THE BIBI ASSEMI REVOCABLE TRUST DATED JULY 9, 2010

THE FRACTIONAL NORTHWEST QUARTER OF SECTION 5, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPT THEREFROM THAT PORTION THEREOF LYING WITHIN THE 39.51 ACRE PARCEL OF LAND DESCRIBED AS PARCEL 1 IN THE LAND PURCHASE CONTRACT BETWEEN THE U.S.A. AND RABB

108

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

BROS., A COPARTNERSHIP, RECORDED JUNE 7, 1963 IN BOOK 4869, PAGE 626, FRESNO COUNTY OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM THAT PORTION DESCRIBED IN DEED RECORDED APRIL 5, 1999 AS INSTRUMENT NO. 53120 OF OFFICIAL RECORDS.

ALSO EXCEPT AN UNDIVIDED ONE-HALF INTEREST IN ALL OIL, GAS, PETROLEUM, PETROLEUM PRODUCTS, HYDROCARBON SUBSTANCES AND ANY OTHER MINERALS IN, UPON OR UNDER SAID PREMISES, OR HEREAFTER DISCOVERED, AS RESERVED IN THE DEED FROM ELIZABETH C. MCCOY, A WIDOW, TO MURIETTA FARMS COMPANY, A CORPORATION, DATED NOVEMBER 12, 1949, RECORDED NOVEMBER 21, 1949, AS DOCUMENT NO. 54736.

PARCEL 132: (APN: PORTION OF 038-060-39)
BIBI ASSEMI, TRUSTEE OF THE BIBI ASSEMI REVOCABLE TRUST DATED JULY 9, 2010

THE EAST HALF OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 5, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPT THEREFROM AN UNDIVIDED 1/3 INTEREST IN AND TO ANY OIL, GAS OR OTHER MINERALS, AS RESERVED IN THE DEED FROM WINFIELD S. SMITH AND MARIE R. SMITH, HIS WIFE, TO T. J. HARRIMAN, DATED JUNE 9, 1912, RECORDED JUNE 22, 1912, IN BOOK 504 PAGE 239 OF DEEDS;

ALSO EXCEPT AN UNDIVIDED 1/3 INTEREST IN AND TO ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN, ON AND UNDER SAID LAND, TOGETHER WITH THE RIGHT TO ENTER UPON SAID PREMISES FOR THE PURPOSE OF BORING OIL AND GAS WELLS AND EXTRACTING FROM SAID LAND OIL, PETROLEUM, GAS, PETROLEUM PRODUCTS AND OTHER HYDROCARBON SUBSTANCES, AND FOR THE PURPOSE OF EXTRACTING ANY OTHER MINERALS THEREIN OR THEREUNDER, TOGETHER WITH ALL OTHER RIGHTS INCIDENTAL AND NECESSARY TO THE EXERCISE OF THE RIGHTS SO RESERVED BY THE SELLER, AS RESERVED IN THE DEED FROM EVA J. DODD, AN UNMARRIED WOMAN, WHO ACQUIRED TITLE TO A PORTION OF THE HEREIN DESCRIBED PROPERTY AS EVA J. SMYSER, TO MURIETTA FARMS COMPANY, A CORPORATION, DATED NOVEMBER 12, 1947, RECORDED JANUARY 26, 1948, AS DOCUMENT NO. 3882.

PARCEL 133: (APN: PORTION OF 038-060-39)
BIBI ASSEMI, TRUSTEE OF THE BIBI ASSEMI REVOCABLE TRUST DATED JULY 9, 2010

THE WEST HALF OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 5, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPT THEREFROM AN UNDIVIDED 1/3 INTEREST IN AND TO ANY OIL, GAS OR OTHER MINERALS, AS RESERVED IN THE DEED FROM WINFIELD S. SMITH AND MARIE R. SMITH, HIS WIFE, TO T. G. HARRIMAN, DATED JUNE 9, 1912, RECORDED JUNE 22, 1912, IN BOOK 504 PAGE 239 OF DEEDS;

ALSO EXCEPT AN UNDIVIDED 1/3 INTEREST IN AND TO ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN, ON AND UNDER SAID LAND, TOGETHER WITH THE RIGHT TO ENTER UPON SAID PREMISES FOR THE PURPOSE OF BORING OIL AND GAS WELLS AND EXTRACTING FROM SAID LAND OIL, PETROLEUM, GAS, PETROLEUM PRODUCTS AND OTHER

109

HYDROCARBON SUBSTANCES, AND FOR THE PURPOSE OF EXTRACTING ANY OTHER MINERALS THEREIN OR THEREUNDER, TOGETHER WITH ALL OTHER RIGHTS INCIDENTAL AND NECESSARY TO THE EXERCISE OF THE RIGHTS SO RESERVED BY THE SELLER, AS RESERVED IN THE DEED FROM EVA J. DODD, AN UNMARRIED WOMAN, WHO ACQUIRED TITLE TO A PORTION OF THE HEREIN DESCRIBED PROPERTY, AS EVA J. SMYSER, TO MURIETTA FARMS COMPANY, A CORPORATION, DATED NOVEMBER 12, 1947, RECORDED JANUARY 26, 1948, AS DOCUMENT NO. 3882.

PARCEL 134: (APN: 038-060-60)
BIBI ASSEMI, TRUSTEE OF THE BIBI ASSEMI REVOCABLE TRUST DATED JULY 9, 2010

THAT PORTION DESCRIBED IN THAT CERTAIN CERTIFICATE OF COMPLIANCE NO. 3349(B) RECORDED FEBRUARY 4, 2011 AS INSTRUMENT NO. 19412 OF FRESNO COUNTY OFFICIAL RECORDS, BEING MORE PARTICULARLY DESCRIBED AS:

THAT PORTION OF THE NORTH HALF OF THE SOUTHEAST QUARTER OF SECTION 5, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF; LYING SOUTH OF THAT CERTAIN PARCEL OF LAND GRANTED TO THE UNITED STATES OF AMERICA AS DESCRIBED IN THAT CERTAIN DEED EXECUTED BY RABB BROS., A CO-PARTNERSHIP COMPOSED OF ROY K. RABB AND JOHN C. RABB, PARTNERS, RECORDED NOVEMBER 15, 1963, IN BOOK 4929 PAGE 440 OF OFFICIAL RECORDS, DOCUMENT NO. 90952.

EXCEPTING ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS THEREIN AND THEREUNDER, AS HERETOFORE RESERVED OF RECORD;

PARCEL 135: (APN: 038-060-75)
BIBI ASSEMI, TRUSTEE OF THE BIBI ASSEMI REVOCABLE TRUST DATED JULY 9, 2010

THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 5, TOWNSHIP 15 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM THAT PORTION LYING WEST OF THE EAST 384.8 FEET THEREOF;

ALSO EXCEPTING THEREFROM ALL THAT PORTION OF SAID SOUTHEAST QUARTER OF SECTION 5, OF THAT CERTAIN PARCEL OF LAND GRANTED TO THE UNITED STATES OF AMERICA AND DESCRIBED IN THAT CERTAIN DEED EXECUTED BY RABB BROS., A CO-PARTNERSHIP, COMPOSED OF ROY K. RABB AND JOHN C. RABB, PARTNERS, RECORDED NOVEMBER 15, 1963, IN BOOK 4929 PAGE 440 OF OFFICIAL RECORDS, DOCUMENT NO. 90952.

ALSO EXCEPT AN UNDIVIDED ONE-THIRD INTEREST IN AND TO ALL OIL, GAS, AND MINERALS THEREIN AND THEREUNDER, AS HERETOFORE RESERVED OF RECORD;

ALSO EXCEPT AN UNDIVIDED 2/3RDS INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM LEONARD SMYSER AND PAUL SMYSER, AS TRUSTEES, ETC., TO MURIETTA FARMS COMPANY, A CORPORATION, DATED AUGUST 20, 1948, RECORDED SEPTEMBER 28, 1948, AS DOCUMENT NO. 45293;

PARCEL 136: (APN: PORTION OF 038-060-98)
BIBI ASSEMI, TRUSTEE OF THE BIBI ASSEMI REVOCABLE TRUST DATED JULY 9, 2010

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

LOTS 1 TO 4, INCLUSIVE, AND LOTS 13 TO 20, INCLUSIVE, AND LOTS 29 TO 32, INCLUSIVE, IN SECTION 4, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE MAP OF A PART OF CALIFORNIA LAND INVESTMENT COMPANY'S TRACT NO. 1, RECORDED MAY 8, 1912, IN BOOK 7 PAGE 49 OF RECORD OF SURVEYS, RECORDS OF SAID COUNTY;

EXCEPT ALL THAT PORTION OF THE NORTH HALF OF SAID SECTION 4 LOCATED AND SITUATED NORTH OF A LINE PARALLEL TO THE NORTH LINE OF SAID SECTION 4, WHICH LINE IS 50 FEET SOUTH OF THE CENTER LINE OF THE WELL LOCATED IN THE NORTHEAST CORNER OF THE NORTH HALF OF SAID SECTION 4 (HEREINAFTER REFERRED TO AS WELL 6-4-D) AND IS WITHIN AN AREA OF 50 FOOT EAST AND WEST OF A LINE RUNNING NORTH AND SOUTH AND WHICH RIGHT ANGLES TO THE NORTH LINE OF SAID SECTION 4 FROM THE CENTER OF WELL 6-4-D.

ALSO EXCEPT ALL THAT PORTION OF THE NORTH HALF OF SAID SECTION 4, WHICH LIES WITHIN A CIRCLE DESCRIBED ON SAID LAND WHICH HAS A RADIUS OF 50 FEET, AND THE CENTER OF WHICH CIRCLE IS THE CENTER OF THE WELL LOCATED IN THE SOUTHEAST CORNER OF THE NORTH HALF OF SAID SECTION 4 DESIGNATED AS WELL 6-4-H.

EXCEPT ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID PROPERTY, AS RESERVED IN THE DEED FROM ELIZABETH C. MCCOY, A WIDOW, TO MURIETTA FARMS COMPANY, A CORPORATION, DATED APRIL 9, 1950, RECORDED APRIL 26, 1950, AS DOCUMENT NO. 23687;

PARCEL 137: (APN: PORTION OF 038-060-98 & ALL OF 038-060-63)
BIBI ASSEMI, TRUSTEE OF THE BIBI ASSEMI REVOCABLE TRUST DATED JULY 9, 2010

LOTS 5 TO 12, INCLUSIVE, AND 23 TO 26, INCLUSIVE, IN SECTION 4, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE MAP OF A PART OF CALIFORNIA LAND COMPANY'S TRACT NO. 1, RECORDED MAY 8, 1912, IN BOOK 7 PAGE 49 OF RECORD OF SURVEYS, RECORDS OF SAID COUNTY;

EXCEPTING THEREFROM ALL THAT PORTION OF SAID SOUTH HALF OF SECTION 4, OF THAT CERTAIN PARCEL OF LAND GRANTED TO THE UNITED STATES OF AMERICA AND DESCRIBED IN THAT CERTAIN DEED EXECUTED BY RABB BROS., A COPARTNERSHIP, COMPOSED OF RAY K. RABB AND JOHN C. RABB, PARTNERS, RECORDED NOVEMBER 15, 1963, IN BOOK 4929 PAGE 440 OF OFFICIAL RECORDS, DOCUMENT NO. 90932;

ALSO EXCEPT ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID PROPERTY, AS RESERVED IN THE DEED FROM ELIZABETH C. MCCOY, A WIDOW, TO MURIETTA FARMS COMPANY, A CORPORATION, DATED SEPTEMBER 18, 1950, RECORDED SEPTEMBER 20, 1950, IN BOOK 2903 PAGE 343 OF OFFICIAL RECORDS, DOCUMENT NO. 50801;

PARCEL 137A: (EASEMENT)
BIBI ASSEMI, TRUSTEE OF THE BIBI ASSEMI REVOCABLE TRUST DATED JULY 9, 2010

NON-EXCLUSIVE EASEMENTS FOR PIPELINE PURPOSES, AS SET FORTH IN, AND SUBJECT TO THE TERMS, PROVISIONS AND CONDITIONS CONTAINED IN, THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENT" RECORDED MARCH 30, 2011 AS INSTRUMENT NO. 2011-0044336 OF OFFICIAL RECORDS.

111

THE ABOVE DESCRIBED EASEMENTS ARE APPURTENANT TO PARCELS 136 AND 137 HEREIN.

PARCEL 138: (APN: 038-060-74)
BIBI ASSEMI, TRUSTEE OF THE BIBI ASSEMI REVOCABLE TRUST DATED JULY 9, 2010

THAT PORTION OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 5, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING WEST OF THE EAST 384.8 FEET THEREOF.

EXCEPTING THEREFROM ALL THAT PORTION OF SAID SOUTHEAST QUARTER OF SECTION 5, OF THAT CERTAIN PARCEL OF LAND GRANTED TO THE UNITED STATES OF AMERICA AND DESCRIBED IN THAT CERTAIN DEED EXECUTED BY RABB BROS., A CO-PARTNERSHIP, COMPOSED OF ROY K. RABB AND JOHN C. RABB, PARTNERS, RECORDED NOVEMBER 15, 1963, IN BOOK 4929 PAGE 440 OF OFFICIAL RECORDS, DOCUMENT NO. 90952.

ALSO EXCEPT AN UNDIVIDED ONE-THIRD INTEREST IN AND TO ALL OIL, GAS, AND MINERALS THEREIN AND THEREUNDER, AS HERETOFORE RESERVED OF RECORD;

ALSO EXCEPT AN UNDIVIDED 2/3RDS INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM LEONARD SMYSER AND PAUL SMYSER, AS TRUSTEES, ETC., TO MURIETTA FARMS COMPANY, A CORPORATION, DATED AUGUST 20, 1948, RECORDED SEPTEMBER 28, 1948, AS DOCUMENT NO. 45293.

PARCEL 139: (APN: 038-060-08)
BIBI ASSEMI, TRUSTEE OF THE BIBI ASSEMI REVOCABLE TRUST DATED JULY 9, 2010

THE SOUTHWEST QUARTER OF SECTION 5, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM ONE-HALF OF ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LANDS, AS RESERVED IN THE DEED FROM MARTHA M. DARLING, A WIDOW, TO MURIETTA FARMS COMPANY, A CORPORATION, DATED NOVEMBER 28, 1947 AND RECORDED DECEMBER 30, 1947 AS DOCUMENT NO. 64478 OF OFFICIAL RECORDS.

KAMM SOUTH RANCH

PARCEL 140: (APN: 038-130-71S)
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE NORTHEAST QUARTER OF SECTION 20, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTH 50 FEET.

ALSO EXCEPTING THEREFROM ALL THE COAL AND OTHER MINERALS IN SAID LAND AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED MARCH 10, 1925 IN BOOK 541, PAGE 367 OF OFFICIAL RECORDS.

112

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTORS RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN, UPON OR UNDER SAID LAND AS EXCEPTED IN THE DEED RECORDED JUNE 30, 1978, DOCUMENT NO. 71252 IN BOOK 7065, PAGE 578, OFFICIAL RECORDS FROM WILLIAM J. RIVERS, ET AL TO RAYMOND JACK MINNITE, ET AL.

PARCEL 140A:
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

VARIOUS EASEMENTS AS DESCRIBED AND DEFINED IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENT AND RIGHT TO USE FACILITIES" AND RECORDED DECEMBER 13, 1999, AS INSTRUMENT NO. 1999-0176922, OFFICIAL RECORDS.

PARCEL 140B:
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

VARIOUS EASEMENTS AS DESCRIBED AND DEFINED IN THAT CERTAIN DOCUMENT ENTITLED "AGREEMENT FOR USE OF EASEMENT" AND RECORDED DECEMBER 13, 1999, AS INSTRUMENT NO. 1999-0176923, OFFICIAL RECORDS.

PARCEL 140C:
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A PIPELINE EASEMENT AS DESCRIBED IN THAT CERTAIN DOCUMENT ENTITLED "GRANT DEED" AND RECORDED APRIL 27, 2005, AS INSTRUMENT NO. 2005-0092527, OFFICIAL RECORDS.

PARCEL 141: (APN: 038-130-35S)
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTH THREE-FOURTHS OF THE EAST HALF OF SECTION 20, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

THAT PORTION OF THE EAST HALF OF SAID SECTION 20 DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTH QUARTER CORNER OF SAID SECTION, SAID SOUTH QUARTER CORNER BEARS SOUTH 88° 59' 30" EAST 2634.82 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION, SAID SOUTHWEST CORNER BEGINS AT COORDINATED Y - 434 249.85 FEET AND X - 1 565 579.81 FEET; THENCE (1) ALONG THE WEST LINE OF THE EAST HALF OF SAID SECTION NORTH 1° 35' 52" EAST 125.38 FEET; THENCE (2) SOUTH 37° 04' 36" EAST 159.28 FEET TO THE SOUTH LINE OF SAID SECTION; THENCE (3) ALONG SAID SOUTH LINE NORTH 88° 59' 39" WEST 99.54 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL THE COAL AND OTHER MINERALS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME, AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED MARCH 10, 1925 IN BOOK 541, PAGE 367 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTORS RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN, UPON OR UNDER SAID LAND AS EXCEPTED IN THE DEED

113

RECORDED JUNE 30, 1978, DOCUMENT NO. 71252 IN BOOK 7065, PAGE 578, OFFICIAL RECORDS FROM WILLIAM J. RIVERS, ET AL TO RAYMOND JACK MINNITE, ET AL.

PARCEL 141A:
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

VARIOUS EASEMENTS AS DESCRIBED AND DEFINED IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENT AND RIGHT TO USE FACILITIES" AND RECORDED DECEMBER 13, 1999, AS INSTRUMENT NO. 1999-0176922, OFFICIAL RECORDS.

PARCEL 141B:
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

VARIOUS EASEMENTS AS DESCRIBED AND DEFINED IN THAT CERTAIN DOCUMENT ENTITLED "AGREEMENT FOR USE OF EASEMENT" AND RECORDED DECEMBER 13, 1999, AS INSTRUMENT NO. 1999-0176923, OFFICIAL RECORDS.

PARCEL 141C:
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A PIPELINE EASEMENT AS DESCRIBED IN THAT CERTAIN DOCUMENT ENTITLED "GRANT DEED" AND RECORDED APRIL 27, 2005, AS INSTRUMENT NO. 2005-0092527, OFFICIAL RECORDS.

PARCEL 142: (APN: 038-130-62S)
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 21, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTH 50 FEET OF SAID WEST HALF OF THE NORTHEAST QUARTER.

ALSO EXCEPTING THEREFROM ALL OIL, OIL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS, BY WHATSOEVER NAME KNOWN, AND ALL OTHER MINERALS AND MINERAL RIGHTS, AS RESERVED AND EXCEPTED IN THE DEED TO THE STATE OF CALIFORNIA RECORDED MARCH 13, 1959 IN BOOK 4192, PAGE 207 OF OFFICIAL RECORDS.

PARCEL 142A:
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

VARIOUS EASEMENTS AS DESCRIBED AND DEFINED IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENT AND RIGHT TO USE FACILITIES" AND RECORDED DECEMBER 13, 1999, AS INSTRUMENT NO. 1999-0176922, OFFICIAL RECORDS.

PARCEL 142B:
KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

VARIOUS EASEMENTS AS DESCRIBED AND DEFINED IN THAT CERTAIN DOCUMENT ENTITLED "AGREEMENT FOR USE OF EASEMENT" AND RECORDED DECEMBER 13, 1999, AS INSTRUMENT NO. 1999-0176923, OFFICIAL RECORDS.

PARCEL 142C:

114

KAMM SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A PIPELINE EASEMENT AS DESCRIBED IN THAT CERTAIN DOCUMENT ENTITLED "GRANT DEED" AND RECORDED APRIL 27, 2005, AS INSTRUMENT NO. 2005-0092527, OFFICIAL RECORDS.

CANTUA ORCHARDS RANCH

PARCEL 143: (APN: 038-071-41S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THAT PORTION OF THE SOUTHEAST QUARTER OF SECTION 11, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTHWESTERLY OF SAN LUIS CANAL.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

PARCEL 144: (APN: 038-071-42S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THAT PORTION OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855, LYING SOUTHERLY OF THE SOUTHERLY BOUNDARY OF THAT CERTAIN PARCEL OF LAND CONVEYED TO THE UNITED STATES OF AMERICA BY DEED RECORDED OCTOBER 6, 1966, IN BOOK 5364, PAGE 415 OF OFFICIAL RECORDS, DOCUMENT NO. 71994;

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 50% OF ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS INCLUDING NATURAL GAS, METHANE, PROPANE, ISOBUTANE, NATURAL BUTANE, CASINGHEAD GASOLINE AND ALL BY-PRODUCTS DERIVED FROM SAME, LOCATED IN, UNDER AND UPON SAID PROPERTY, AS RESERVED IN THE DEED FROM FLORENCE W. FREE, RECORDED NOVEMBER 2, 1962, IN BOOK 4781, PAGE 890 OF OFFICIAL RECORDS, DOCUMENT NO. 86041;

ALSO EXCEPTING THEREFROM AN UNDIVIDED 50% INTEREST OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM GIFFEN, INC., A CALIFORNIA CORPORATION, NOVEMBER 15, 1973, AS DOCUMENT NO. 99465.

PARCEL 145:
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

PARCEL 145A: (APN: PORTION OF 038-300-29S)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)

115

CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTH HALF OF THE SOUTHWEST QUARTER OF SECTION 24, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLATS;

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATE THEREIN AND THEREUNDER, AS HERETOFORE RESERVED OF RECORD.

PARCEL 145B: (APN: PORTION OF 038-300-29S)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SECTION 24, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

EXCEPTING THEREFROM THAT PORTION THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF SAID SECTION; THENCE (1) ALONG THE EAST LINE OF SAID SECTION, NORTH 0° 56' 31" EAST, 1324.00 FEET TO THE NORTH LINE OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SAID SECTION; THENCE (2) ALONG SAID NORTH LINE, NORTH 89° 00' 06" WEST, 50.00 FEET; THENCE (3) ALONG THE WEST LINE OF THE EAST 50 FEET OF SAID SECTION, SOUTH 0° 56' 31" WEST, 1282.59 FEET; THENCE (4) SOUTH 60° 56' 07" WEST, 82.73 FEET TO THE SOUTH LINE OF SAID SECTION; THENCE (5), ALONG SAID SOUTH LINE, SOUTH 89° 00' 59" EAST, 121.64 FEET TO THE POINT OF BEGINNING;

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID PROPERTY, AS HERETOFORE RESERVED OF RECORD.

PARCEL 146: (APN: 038-300-10)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 24, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

116

PARCEL 147: (APN: 038-300-22)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE EAST HALF OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 24, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION GRANTED TO THE STATE OF CALIFORNIA BY DEED RECORDED MAY 22, 1972 IN BOOK 6026 PAGE 51, AS DOCUMENT NO. 45664, OFFICIAL RECORDS.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

PARCEL 148: (APN: 038-300-17S)
VENTANA SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE NORTHEAST QUARTER OF SECTION 23, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

EXCEPTING THEREFROM THE NORTH 70 FEET THEREOF;

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND/OR OTHER HYDROCARBON SUBSTANCES LOCATED IN, UNDER AND UPON SAID PROPERTY, AS HERETOFORE RESERVED OF RECORD.

PARCEL 149: (APN: 038-300-11S)
VENTANA SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 24, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES HERETOFORE RESERVED OF RECORD.

PARCEL 150: (APN: 038-300-05 AND 038-300-02)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

117

THE NORTH THREE-QUARTERS OF THE SOUTH HALF OF THE NORTH HALF OF THE SOUTHEAST QUARTER OF SECTION 24, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED MARCH 14, 1972 AS DOCUMENT NO. 23577, IN BOOK 6000, PAGE 918 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, OTHER HYDROCARBON SUBSTANCES AND MINERALS OF ANY KIND OR CHARACTER, IN, ON, OR THEREUNDER, AS RESERVED IN DEEDS OF RECORD.

PARCEL 151: (APN: 038-141-31)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER AND THE NORTH HALF OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 14, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PROPERTY:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION 14, THENCE ALONG THE EAST BOUNDARY OF SAID SECTION 14 THE FOLLOWING COURSES AND DISTANCES:

SOUTH 0° 53' WEST, 30.0 FEET TO A POINT IN THE SOUTH BOUNDARY OF THAT CERTAIN 30-FOOT WIDE STRIP OF LAND NOW EXISTING AND BEING USED AS A PUBLIC ROAD RIGHT-OF-WAY OVER THE NORTH 30 FEET OF SECTION 14; THENCE CONTINUING SOUTH 0° 58' WEST 425.5 FEET; THENCE LEAVING SAID EAST BOUNDARY NORTH 59° 02' WEST 853.8 FEET TO A POINT IN THE SOUTH BOUNDARY OF SAID 30-FOOT WIDE STRIP OF LAND NOW EXISTING AND BEING USED AS A PUBLIC ROAD RIGHT-OF-WAY; THENCE CONTINUING NORTH 59° 02' WEST, 60.2 FEET TO A POINT IN THE NORTH BOUNDARY OF SAID SECTION 14; THENCE ALONG SAID NORTH BOUNDARY SOUTH 88° 56' EAST 791.6 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

PARCEL 152:
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

PARCEL 152A: (APN: PORTION OF 038-141-58S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

118

THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER AND THE WEST HALF OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 14, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID PROPERTY, AS HERETOFORE RESERVED OF RECORD.

PARCEL 152B: (APN: PORTION OF 038-141-58S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE EAST HALF OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER AND THE WEST HALF OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 14, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID PROPERTY, AS HERETOFORE RESERVED OF RECORD.

PARCEL 153: (APN: 038-141-28S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTH HALF OF THE EAST HALF OF THE EAST HALF OF THE NORTHWEST QUARTER OF SECTION 14, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLATS APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID PROPERTY, AS HERETOFORE RESERVED OF RECORD.

PARCEL 154: (APN: 038-141-40S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

119

THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 13, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 12/25THS OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS IN OR UNDER SAID LAND, AS RESERVED IN THE DEED RECORDED AUGUST 7, 1947, AS DOCUMENT NO. 41474 IN BOOK 2549 PAGE 443 OF OFFICIAL RECORDS.

PARCEL 155: (APN: 038-141-38S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 13, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM A PORTION OF SAID LAND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE EAST BOUNDARY OF THE NORTHWEST QUARTER OF SAID SECTION 13, DISTANT THEREALONG SOUTH 0° 57' WEST 1324.7 FEET FROM THE NORTH QUARTER CORNER OF SAID SECTION 13, SAID POINT OF BEGINNING BEING THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 13, THENCE ALONG SAID EAST BOUNDARY SOUTH 0° 57' WEST 655.1 FEET; THENCE LEAVING SAID EAST BOUNDARY NORTH 59° 02' WEST 1314.7 FEET TO A POINT IN THE NORTH BOUNDARY OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 13; THENCE ALONG SAID NORTH BOUNDARY SOUTH 88° 55' EAST 1138.3 FEET TO THE POINT OF BEGINNING;

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 12/25THS OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATE IN AND UNDER OR THAT MAY BE PRODUCED AND SOLD FROM SAID PROPERTY, AS CONVEYED IN THE DEED FROM MARGARET COLWELL TAYLOR, A WIDOW, TO M. C. DEBRELL, DATED AUGUST 4, 1947, RECORDED AUGUST 7, 1947, AS DOCUMENT NO. 41474.

PARCEL 156: (APN: 038-141-50S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTHWEST QUARTER OF SECTION 14, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLATS APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855.

EXCEPTING THEREFROM THE SOUTH 30 FEET THEREOF.

120

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND AS RESERVED BY GIFFEN, INC., A CALIFORNIA CORPORATION, IN DEED DATED NOVEMBER 8, 1973, RECORDED NOVEMBER 15, 1973, AS DOCUMENT NO. 99480.

PARCEL 157: (APN: 038-141-49S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

EXCEPTING THEREFROM THE SOUTH 30 FEET THEREOF;

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, AS HERETOFORE RESERVED OF RECORD.

PARCEL 158: (APN: 038-141-26)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE WEST HALF OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 14, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLATS.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

PARCEL 159: (APN: 038-141-27S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE EAST HALF OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 14, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ½ OF ALL OIL, GAS AND/OR OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND AS RESERVED BY DEED RECORDED FEBRUARY 26, 1970 IN BOOK 5765, PAGE 880 OF OFFICIAL RECORDS, AS DOCUMENT NO. 14299.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ½ INTEREST IN AND TO ALL OIL, GAS, AND/OR OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID LAND AS RESERVED IN THE DEED FROM GIFFEN, INC., A CALIFORNIA CORPORATION, RECORDED NOVEMBER 15, 1973, AS DOCUMENT NO. 99467.

PARCEL 160: (APN: 038-141-30)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 14, OF TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

PARCEL 161: (APN: 038-141-29)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER AND THE SOUTH HALF OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 14, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLATS.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING AND RESERVING UNTO GRANTORS HEREIN, THEIR HEIRS, SUCCESSORS AND/OR ASSIGNS ALL OIL, GAS, MINERALS, MINERAL RIGHTS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING THE SUBJECT PROPERTY.

PARCEL 162: (APN: 038-141-41S)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTHWEST QUARTER OF SECTION 13, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

EXCEPTING THEREFROM THE SOUTH 30 FEET THEREOF AS CONVEYED TO THE COUNTY OF FRESNO BY INSTRUMENT RECORDED JANUARY 21, 1971 IN BOOK 5854, PAGE 75 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND HERETOFORE RESERVED OF RECORD.

PARCEL 163: (APN: 038-141-44S)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTHEAST QUARTER OF SECTION 13, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

EXCEPT THE FOLLOWING DESCRIBED PROPERTY:

BEGINNING AT THE EAST QUARTER CORNER OF SAID SECTION 13; THENCE ALONG THE EAST BOUNDARY OF SAID SECTION 13, SOUTH 0° 54' 879.8 FEET; THENCE LEAVING SAID EAST BOUNDARY NORTH 59° 02' WEST 34.7 FEET TO A POINT IN THE WEST BOUNDARY OF THAT CERTAIN 30 FOOT WIDE STRIP OF LAND NOW EXISTING AND BEING USED FOR PUBLIC ROAD OVER THE EAST 30 FEET OF SAID SECTION 13; THENCE CONTINUING NORTH 59° 02' WEST 1730.3 FEET TO A POINT IN THE NORTH BOUNDARY OF THE SOUTHEAST QUARTER OF SAID SECTION 13, DISTANT THEREALONG NORTH 88° 56' WEST 1527.6 FEET FROM THE EAST QUARTER CORNER OF SAID SECTION 13; THENCE ALONG SAID NORTH BOUNDARY SOUTH 88° 56' EAST 1497.6 FEET TO A POINT IN THE EAST BOUNDARY OF AFORESAID 30 FOOT WIDE STRIP OF LAND NOW EXISTING AND BEING USED FOR PUBLIC ROAD; THENCE CONTINUING SOUTH 88° 56' EAST 30.0 FEET TO THE POINT OF BEGINNING;

ALSO EXCEPTING THAT PORTION OF THE SOUTHEAST QUARTER OF SAID SECTION 13, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTH QUARTER CORNER OF SAID SECTION 13; THENCE (1) NORTHERLY ALONG THE WEST BOUNDARY OF SAID SOUTHEAST QUARTER, A DISTANCE OF 30 FEET; THENCE (2) SOUTH 88° 57' 38" EAST, PARALLEL WITH AND 30 FEET NORTH OF THE SOUTH BOUNDARY OF SAID SOUTHEAST QUARTER, A DISTANCE OF 1402.27 FEET; THENCE, (3) SOUTH 89° 22' 11" EAST, TO A POINT ON THE EAST BOUNDARY OF SAID SECTION 13, SAID POINT BEING 38.93 FEET NORTH OF THE SOUTHEAST CORNER OF SAID SECTION 13; THENCE, (4) SOUTH 00° 52' 10" WEST, ALONG SAID EAST BOUNDARY, A DISTANCE OF 38.93 FEET; THENCE (5) NORTH 88° 57' 38" WEST, ALONG SAID SOUTH BOUNDARY OF THE SOUTHEAST QUARTER, A DISTANCE OF 2652.27 FEET, TO THE POINT OF BEGINNING;

ALSO EXCEPTING THEREFROM THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

COMMENCING FROM REFERENCE AT THE SOUTHEAST CORNER OF SAID SECTION; THENCE (1) ALONG THE EAST LINE OF SAID SECTION, NORTH 0° 53' 39" EAST, 38.93 FEET TO THE TRUE POINT OF BEGINNING; THENCE (2) NORTH 89° 22' 01" WEST, 100.00 FEET; THENCE (3) NORTH 45° 53' 39"

123

EAST, 70.71 FEET; THENCE (4) ALONG THE WEST LINE OF THE EAST 50 FEET OF SAID SECTION, NORTH 0° 53' 39" EAST, 974.82 FEET; THENCE (5) NORTH 1° 00' 54" WEST, 600.33 FEET; THENCE (6), ALONG THE WEST LINE OF THE EAST 70 FEET OF SAID SECTION, NORTH 0° 53' 39" EAST, 145.03 FEET TO THE SOUTHWESTERLY LINE OF THE LAND DESCRIBED AS PARCEL 1 IN THE DEED TO THE UNITED STATES OF AMERICA RECORDED JANUARY 21, 1963, IN BOOK 4811, PAGE 140 OF OFFICIAL RECORDS AS DOCUMENT NO. 5851; THENCE (7) ALONG SAID SOUTHWESTERLY LINE, SOUTH 59° 02' 21" EAST, 80.88 FEET TO SAID EAST LINE; THENCE (8) ALONG SAID EAST LINE SOUTH 0° 53' 39" WEST, 1728.87 FEET TO THE TRUE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING ALL OIL, GAS AND MINERALS HERETOFORE RESERVED OF RECORD.

PARCEL 164: (APN: 038-141-33S)
VENTANA NORTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THAT PORTION OF THE NORTH HALF OF THE NORTHWEST QUARTER OF SECTION 13, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855, LYING SOUTHWESTERLY OF THE SOUTHWESTERLY BOUNDARIES OF THOSE CERTAIN PARCELS OF LAND CONVEYED TO THE UNITED STATES OF AMERICA BY DEED RECORDED OCTOBER 6, 1968, IN BOOK 5364, PAGE 417 OF OFFICIAL RECORDS, DOCUMENT NO. 71995.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATE IN AND UNDER OR THAT MAY BE PRODUCED AND SOLD FROM SAID PROPERTY, AS HERETOFORE RESERVED OF RECORD.

PARCEL 165: (APN: 038-300-14S)
VENTANA SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE WEST HALF OF SECTION 23, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTH 70 FEET THEREOF.

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, OTHER HYDROCARBONS, MINERALS OR METALS IN, ON OR UNDERLYING SAID REAL PROPERTY, AS BY SARAH PELLETIER, EXECUTRIX OF THE WILL

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

OF ELIZABETH FROHLICH, DECEASED, BY DEED RECORDED DECEMBER 5, 1973 IN BOOK 6241, PAGE 537 OF OFFICIAL RECORDS, AS DOCUMENT NO. 105388.

PARCEL 166:
VENTANA SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

PARCEL 166A: (APN: PORTION OF 038-300-30S)
VENTANA SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE WEST HALF OF THE SOUTHEAST QUARTER OF SECTION 23, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN
THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND MINERAL RIGHTS, AS HERETOFORE RESERVED OF RECORD.

PARCEL 166B: (APN: PORTION OF 038-300-30S)
VENTANA SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 23, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND MINERAL RIGHTS, AS HERETOFORE RESERVED OF RECORD.

PARCEL NO. 167: (APN: 038-300-18S)
VENTANA SOUTH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 24, TOWNSHIP 16 SOUTH, RANGE 14 EAST, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTH 70 FEET THEREOF, AS CONVEYED TO THE COUNTY OF FRESNO BY DOCUMENT RECORDED JANUARY 21, 1971 IN BOOK 5854 PAGE 75 OF OFFICIAL RECORDS.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID PROPERTY, AS HERETOFORE RESERVED OF RECORD.

PARCEL NO. 168: (APN: 038-300-27S)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE EAST HALF OF THE NORTHWEST QUARTER OF SECTION 24, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTH 70 FEET THEREOF, AS CONVEYED TO THE COUNTY OF FRESNO BY DOCUMENT RECORDED JANUARY 21, 1971 IN BOOK 5854 PAGE 75 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID PROPERTY, AS HERETOFORE RESERVED OF RECORD.

PARCEL 169: (APN: 038-300-28S)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE WEST HALF OF THE NORTHEAST QUARTER AND THE WEST HALF OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 24, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLATS APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

EXCEPTING THEREFROM THAT PORTION OF THE NORTHEAST QUARTER OF SAID SECTION 24, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTH QUARTER CORNER OF SAID SECTION 24; THENCE (1) SOUTHERLY ALONG THE WEST BOUNDARY OF THE SAID NORTHEAST QUARTER, A DISTANCE OF 70 FEET; THENCE (2) SOUTH 88° 57' 38" EAST, PARALLEL WITH AND 70 FEET SOUTH OF THE NORTH BOUNDARY OF THE SAID NORTHEAST QUARTER, A DISTANCE OF 1402.27 FEET; THENCE (3) SOUTH 89° 22' 11" EAST, TO A POINT ON THE WEST BOUNDARY OF THE EAST HALF OF THE NORTHEAST QUARTER OF THE SAID NORTHEAST QUARTER, SAID POINT BEING 65.81 FEET SOUTH OF THE SAID NORTH BOUNDARY; THENCE (4) NORTHERLY, ALONG THE SAID WEST BOUNDARY OF THE EAST HALF OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER, A DISTANCE OF 65.81 FEET; THENCE (5) NORTH 88° 57' 38" WEST, ALONG SAID NORTH BOUNDARY, A DISTANCE OF 1969.20 FEET, TO THE POINT OF BEGINNING; AS CONVEYED TO THE COUNTY OF FRESNO BY DOCUMENT RECORDED JANUARY 21, 1971 IN BOOK 5854 PAGE 75 OF OFFICIAL RECORDS. ALSO EXCEPT ALL

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID PROPERTY AS RESERVED IN THE DEED FROM WILLIAM HELM, ET UX AND FRANK M. HELM, ET UX, RECORDED SEPTEMBER 15, 1948 IN BOOK 2688 PAGE 33 OF OFFICIAL RECORDS, DOCUMENT NO. 43166.

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

PARCEL 170: (APN: 038-300-03S AND 038-300-04S)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE NORTH HALF OF THE NORTH HALF OF THE SOUTHEAST QUARTER OF SECTION 24, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF THE NORTH HALF OF THE NORTH HALF OF THE SOUTHEAST QUARTER OF SAID SECTION, SAID SOUTHEAST CORNER BEARS NORTH 0° 56' 31" EAST, 1986.00 FEET FROM THE SOUTHEAST CORNER OF SAID SECTION;

THENCE (1) ALONG THE EAST LINE OF SAID SECTION, NORTH 0° 56' 31" EAST, 662.00 FEET TO THE NORTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION;

THENCE (2) ALONG SAID NORTH LINE, NORTH 88° 59' 13" WEST, 121.64 FEET

THENCE (3) SOUTH 59° 03' 29" EAST, 82.72 FEET;

THENCE (4) ALONG THE WEST LINE OF THE EAST 50 FEET OF SAID SECTION, SOUTH 0° 56' 31" WEST, 620.73 FEET TO THE SOUTH LINE OF THE NORTH HALF OF THE NORTH HALF OF THE SOUTHEAST QUARTER OF SAID SECTION;

THENCE (5) ALONG SAID SOUTH LINE, SOUTH 88° 59' 39" EAST, 50.00 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING AND RESERVING UNTO THE GRANTOR HEREIN ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES THEREIN AND THEREUNDER.

PARCEL 170A:
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

VARIOUS EASEMENTS AS DESCRIBED AND DEFINED IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENT" AND RECORDED MARCH 25, 2011, AS INSTRUMENT NO. 2011-0041625, OFFICIAL RECORDS.

GRANVILLE FARMS RANCH

127

PARCEL 171: (APN: 038-141-57)
GRANVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A GRANVILLE FARMS, LP)

THE NORTH TWO-THIRDS OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 172: (APN: 038-141-03 & 038-141-62S)
GRANVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A GRANVILLE FARMS, LP)

THAT PORTION OF SECTION 15, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, PURSUANT TO CERTIFICATE OF COMPLIANCE PLA 05-13(C), RECORDED MAY 11, 2007 AS INSTRUMENT NO. 93877 OF OFFICIAL RECORDS, BEING MORE PARTICULARLY DESCRIBED AS:

COMMENCING AT A POINT ON THE DIVIDING LINE BETWEEN THE EAST HALF AND THE WEST HALF OF SAID SECTION 15, DISTANT THEREON 1294.69 FEET SOUTHERLY FROM THE NORTHERLY LINE OF SAID SECTION 15; THENCE EAST TO A POINT ON THE CENTER LINE OF THE NORTHEAST QUARTER OF SAID SECTION 15, DISTANT THEREON 1307.90 FEET SOUTHERLY FROM THE NORTHERLY LINE OF SAID SECTION 15; RUNNING THENCE SOUTHERLY ALONG SAID CENTER LINE OF SAID NORTHEAST QUARTER 1277.90 FEET TO THE SOUTHERLY LINE OF THE NORTHEAST QUARTER OF SAID SECTION 15; THENCE WEST ALONG THE SAID SOUTHERLY LINE OF SAID QUARTER SECTION 1325.88 FEET TO THE DIVIDING LINE BETWEEN THE EAST HALF AND THE WEST HALF OF SAID SECTION 15; THENCE NORTH ALONG SAID DIVIDING LINE 1264.69 FEET TO THE POINT OF COMMENCEMENT.

ALSO THE SOUTHEAST QUARTER OF SECTION 15, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, TOGETHER WITH THE EAST 530.00 FEET OF THE SOUTH 600.00 FEET OF THE EAST HALF OF THE SOUTHWEST QUARTER OF SAID SECTION 15.

EXCEPTING THEREFROM THE SOUTH 30 FEET OF SAID SECTION 15.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS AND ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES AND MINERAL RIGHTS OF WHATSOEVER KIND AND CHARACTER, IN AND TO OR UPON SAID REAL PROPERTY, HEREIN DESCRIBED.

ALSO EXCEPTING THEREFROM ONE-FOURTH OF ALL OIL, GAS AND MINERAL RIGHTS AS RESERVED IN THE DEED FROM FIREBAUGH FARMS, TO WILLIAM J. DEAL AND RAMONA DEAL, HUSBAND AND WIFE, DATED MAY 7, 1954, RECORDED MAY 25, 1954, AS DOCUMENT NO. 31903.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., INC., A CALIFORNIA CORPORATION TO PETER E. HIRSCHFELD AND HELGA HIRSCHFELD, HUSBAND AND WIFE, RECORDED DECEMBER 8, 1975 IN BOOK 6520, PAGE 716 OF OFFICIAL RECORDS, AS DOCUMENT NO. 93883.

EXCEPTING THEREFROM THAT PORTION LYING WITHIN THE FOLLOWING DESCRIBED PROPERTY:

128

EXCEPTING THEREFROM THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID SECTION 15; THENCE, (1) NORTHERLY, ALONG THE WEST BOUNDARY OF SAID SONOMA CONVEYANCING CORPORATION 15, A DISTANCE OF 50 FEET; THENCE, (2) SOUTH 87° 34' 31" EAST, A DISTANCE OF 535.37 FEET; THENCE, (3) SOUTHEASTERLY ALONG THE ARC OF A TANGENT CURVE, CONCAVE TO THE NORTHEAST (HAVING A 37,950 FOOT RADIUS, A RADIUS POINT WHICH BEARS NORTH 02° 25' 29" EAST AND A CENTRAL ANGLE OF 01° 13' 10") A DISTANCE OF 807.70 FEET; THENCE, (4) SOUTH 88° 47' 41" EAST, PARALLEL WITH AND 30 FEET NORTH OF THE SOUTH BOUNDARY OF THE SAID SOUTHWEST QUARTER, TO A POINT ON THE EAST BOUNDARY OF THE SAID SOUTHWEST QUARTER; THENCE, (5) SOUTHERLY ALONG SAID EAST BOUNDARY, A DISTANCE OF 30 FEET TO THE SOUTH QUARTER CORNER OF SAID SECTION 15; THENCE, (6) NORTH 88° 47' 41" WEST, ALONG SAID SOUTH BOUNDARY OF THE SOUTHWEST QUARTER, A DISTANCE OF 2646.07 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED THEREIN AND THEREUNDER.

PARCEL 173: (APN: 038-210-30)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE SOUTHEAST QUARTER OF SECTION 34, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM 75% OF ALL OIL, GAS, OTHER HYDROCARBONS, MINERALS AND METALS OF ALL KINDS, IN, ON OR UNDERLYING SAID REAL PROPERTY, TOGETHER WITH THE RIGHT TO ENTER UPON SAID REAL PROPERTY FOR THE PURPOSE OF EXPLORING FOR, DRILLING FOR, MINING FOR, STORING AND REMOVING ANY OR ALL OF SAID SUBSTANCES TOGETHER WITH SUCH OTHER RIGHTS AS MAY BE NECESSARY OR CONVENIENT IN THE FULL EXERCISE AND ENJOYMENT OF THE RIGHTS HEREIN EXPRESSLY RESERVED, AS RESERVED IN THE DEED FROM HELEN C. LILLIS, A SINGLE WOMAN, TO W. J. DEAL AND RAMONA J. DEAL, HUSBAND AND WIFE, RECORDED JANUARY 31, 1966, IN BOOK 5270 PAGE 123 OF OFFICIAL RECORDS, DOCUMENT NO. 7913.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN, UPON OR UNDER SAID LAND, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., A CALIFORNIA CORPORATION, TO HORST SIMMROSS, AN UNMARRIED MAN, RECORDED DECEMBER 8, 1975, IN BOOK 6520 PAGE 644 OF OFFICIAL RECORDS, DOCUMENT NO. 93869.

PARCEL 174: (APN: 038-210-38)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE NORTHEAST QUARTER OF SECTION 34, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

129

EXCEPT FROM 100% INTEREST IN AND TO SAID NORTHEAST QUARTER, 52% OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATE IN AND UNDER SAID PROPERTY, TOGETHER WITH ALL EASEMENTS AND RIGHTS NECESSARY OR CONVENIENT FOR THE PRODUCTION, STORAGE AND TRANSPORTATION THEREOF AND THE EXPLORATION AND TESTING OF THE SAID REAL PROPERTY AND ALSO THE RIGHT TO DRILL FOR, PRODUCE AND USE WATER FROM SAID REAL PROPERTY IN CONNECTION WITH DRILLING OR MINING OPERATIONS THEREON, AS RESERVED IN THE DEED FROM LYLE 2. CHRISTIE, A SINGLE MAN, TO F.S. PETTEY, DATED SEPTEMBER 7, 1948, RECORDED SEPTEMBER 14, 1918, AS DOCUMENT NO. 42863, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM ALICE BOMPREZZI, ALSO KNOWN AS ALVINA BOMPREZZI, TO W. J. DEAL, ET UX, DATED JANUARY 3, 1966, RECORDED JANUARY 19, 1966, AS DOCUMENT NO. 5062, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN, UPON OR UNDER SAID LAND, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., A CALIFORNIA CORPORATION, TO HORST SIMMROSS, AN UNMARRIED MAN, RECORDED DECEMBER 8, 1975, IN BOOK 6520 PAGE 642 OF OFFICIAL RECORDS, DOCUMENT NO. 93868.

PARCEL 175: (APN: 038-071-43)
GRANVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A GRANVILLE FARMS, LP)

ALL THAT PORTION OF LOTS 7 AND 8 IN SECTION 10, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE MAP OF CALIFORNIA LAND INVESTMENT COMPANY'S TRACT NO. 1, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, RECORDED MAY 8, 1912, IN BOOK 7, PAGE 49 OF RECORD OF SURVEYS, FRESNO COUNTY RECORDS, LYING SOUTHWESTERLY OF THE SAN LUIS CANAL.

EXCEPTING THEREFROM THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

A PARCEL OF LAND IN SECTION 10, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, BEING A PORTION OF LOTS 6, 7, 11, 12, 20, 21, 22, 28, 29 AND 30 IN SAID SECTION 10, ACCORDING TO THE MAP OF PART OF CALIFORNIA LAND INVESTMENT COMPANY'S TRACT NO. 1 RECORDED MAY 8, 1912, IN BOOK 7 PAGE 49 OF RECORD OF SURVEYS, FRESNO COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE WEST BOUNDARY OF SAID SECTION 10, DISTANT THERE ALONG SOUTH 00° 56' WEST 2092.6 FEET FROM THE NORTHWEST CORNER OF SAID SECTION 10; THENCE ALONG SAID WEST BOUNDARY NORTH 0° 56' EAST 644.8 FEET; THENCE LEAVING SAID WEST BOUNDARY SOUTH 57° 36' EAST 35.2 FEET TO A POINT IN THE EAST BOUNDARY OF THAT CERTAIN 30 FOOT WIDE STRIP OF LAND OFFERED FOR PUBLIC DEDICATION ACCORDING TO SAID MAP; THENCE CONTINUING SOUTH 57° 36' EAST 194.8 FEET; THENCE CONTINUING SOUTH 57° 36' EAST 345.5 FEET; THENCE SOUTH 51° 54' EAST 201.0 FEET; THENCE SOUTH 57° 36' EAST 2300.9 FEET TO A POINT IN THE WEST BOUNDARY OF THAT CERTAIN 60-FOOT WIDE STRIP OF LAND OFFERED FOR DEDICATION ACCORDING TO SAID MAP; THENCE CONTINUING SOUTH 57° 36' EAST 70.4 FEET TO A POINT IN THE EAST BOUNDARY OF SAID 60 FOOT WIDE STRIP OF LAND; THENCE CONTINUING SOUTH 57° 36' EAST 93.3 FEET; THENCE SOUTH 67° 05' EAST 143.2 FEET; THENCE SOUTH 74° 07' EAST 141.9 FEET; THENCE SOUTH 79° 37' EAST 2266.6 FEET TO A POINT IN THE WEST BOUNDARY OF THAT CERTAIN 30-FOOT WIDE STRIP OF LAND OFFERED FOR PUBLIC DEDICATION ACCORDING TO

130

SAID MAP; THENCE CONTINUING SOUTH 79° 37' EAST 30.4 FEET TO A POINT IN THE EAST BOUNDARY OF SAID SECTION 10; DISTANT THERE ALONG NORTH 0° 55' EAST 1700.5 FEET FROM THE SOUTHEAST CORNER OF SAID SECTION 10; THENCE ALONG SAID EAST BOUNDARY SOUTH 1° 55' WEST 547.5 FEET; THENCE LEAVING SAID EAST BOUNDARY NORTH 79° 37' WEST 30.4 FEET TO A POINT IN THE WEST BOUNDARY OF LAST SAID 30 FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 79° 37' WEST 2356.8 FEET; THENCE NORTH 74° 06' WEST 245.5 FEET; THENCE NORTH 63° 06' WEST 26.0 FEET TO A POINT IN THE EAST BOUNDARY OF AFORESAID 60-FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 63° 06' WEST 66.8 FEET TO A POINT IN THE WEST BOUNDARY OF SAID 60 FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 63° 06' WEST 152.7 FEET; THENCE NORTH 57° 36' WEST 2868.2 FEET TO A POINT IN THE EAST BOUNDARY OF FIRST SAID 30-FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 57° 36' WEST 35.2 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND, WITHOUT, HOWEVER, THE RIGHT TO CONDUCT DIGGING, DRILLING OR MINING OPERATIONS THROUGH THE SURFACE OF SAID LAND OR WITHIN 100 FEET OF THE SURFACE, AS CONVEYED TO UNITED STATES OF AMERICA, BY DEED RECORDED FEBRUARY 20, 1963, IN BOOK 4825, PAGE 42 OF OFFICIAL RECORDS, DOCUMENT NO. 15294.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN AND UNDER SAID PROPERTY, AS RESERVED IN THE DEED FROM W. J. DEAL & CO, INC., TO FREDERICK G. MOLSEN AND JAYNE F. MOLSEN, HUSBAND AND WIFE, RECORDED DECEMBER 8, 1975, IN BOOK 6520, PAGE 678 OF OFFICIAL RECORDS, DOCUMENT NO. 93876.

PARCEL 176: (APN: 038-141-52)
TUSCAN FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A TUSCAN FARMS, LP)

THE NORTH HALF OF THE NORTH HALF OF THE SOUTHEAST QUARTER OF SECTION 22, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL THE COAL AND OTHER MINERALS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF DECEMBER 29, 1916 (39 STAT. 862), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, TO D. ALICE MYERS, FORMERLY D. ALICE KIMBALL, DATED JUNE 20, 1927, AND RECORDED AUGUST 7, 1933, IN BOOK 1292 PAGE 213 OF OFFICIAL RECORDS, DOCUMENT NO. 14109.

PARCEL 177: (APN: 038-141-53)
TUSCAN FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A TUSCAN FARMS, LP)

THE SOUTH THREE-QUARTERS OF THE SOUTHEAST QUARTER OF SECTION 22, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL THE COAL AND OTHER MINERALS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF DECEMBER 29, 1916 (39 STAT. 862), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, TO D. ALICE MYERS, FORMERLY D. ALICE KIMBALL, DATED JUNE 20, 1927, AND RECORDED AUGUST 7, 1933, IN BOOK 1292 PAGE 213 OF OFFICIAL RECORDS, DOCUMENT NO. 14109.

131

PARCEL 178: (APN: 038-210-03)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE SOUTHEAST QUARTER OF SECTION 27, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, AND MINERALS AND OTHER HYDROCARBONS IN AND TO SAID LAND, AS RESERVED IN THE DEED FROM PUCHEU PROPERTIES, A GENERAL PARTNERSHIP, TO WILLIAM CLARK FAIRCHILD AND KAYE FAIRCHILD, HUSBAND AND WIFE, RECORDED SEPTEMBER 22, 1981, AS DOCUMENT NO. 85343.

PARCEL 179: (APN: 038-141-17)
TUSCAN FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A TUSCAN FARMS, LP)

THE WEST HALF OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 22, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL THE COAL AND OTHER MINERALS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF DECEMBER 29, 1916 (39 STAT. 862), AS RESERVED BY THE UNITED STATES OF AMERICA, IN THE PATENT DATED FEBRUARY 17, 1925, RECORDED MARCH 10, 1925, IN BOOK 541, PAGE 367 OF OFFICIAL RECORDS, AS DOCUMENT NO. 7588.

PARCEL 180: (APN: 038-071-44)
GRANVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A GRANVILLE FARMS, LP)

ALL THAT PORTION OF LOTS 9 TO 11, INCLUSIVE, IN SECTION 10, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, OF CALIFORNIA LAND INVESTMENT COMPANY'S TRACT NO. 1, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED MAY 8, 1912, IN BOOK 7, PAGE 49 OF RECORD OF SURVEYS, FRESNO COUNTY RECORDS, LYING SOUTHWESTERLY OF THE SAN LUIS CANAL.

EXCEPTING THEREFROM THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

A PARCEL OF LAND IN SECTION 10, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, BEING A PORTION OF LOTS 6, 7, 11, 12, 20, 21, 22, 28, 29 AND 30 IN SAID SECTION 10, ACCORDING TO THE MAP OF PART OF CALIFORNIA LAND INVESTMENT COMPANY'S TRACT NO. 1, RECORDED MAY 8, 1912, IN BOOK 7 PAGE 49 OF RECORD OF SURVEYS, FRESNO COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE WEST BOUNDARY OF SAID SECTION 10, DISTANT THERE ALONG SOUTH 0° 56' WEST 2092.6 FEET FROM THE NORTHWEST CORNER OF SAID SECTION 10; THENCE ALONG SAID WEST BOUNDARY NORTH 0° 56' EAST 644.8 FEET; THENCE LEAVING SAID WEST BOUNDARY SOUTH 57° 36' EAST 35.2 FEET TO A POINT IN THE EAST BOUNDARY OF THAT CERTAIN 30-FOOT WIDE STRIP OF LAND OFFERED FOR PUBLIC DEDICATION ACCORDING TO SAID MAP; THENCE CONTINUING SOUTH 57° 36' EAST 194.8 FEET; THENCE CONTINUING SOUTH 57° 36' EAST 345.5 FEET; THENCE SOUTH 51° 54' EAST 201.0 FEET; THENCE SOUTH 57° 36' EAST 2300.9 FEET TO A

132

POINT IN THE WEST BOUNDARY OF THAT CERTAIN 60 FOOT WIDE STRIP OF LAND OFFERED FOR DEDICATION ACCORDING TO SAID MAP; THENCE CONTINUING SOUTH 57° 36' EAST 70.4 FEET TO A POINT IN THE EAST BOUNDARY OF SAID 60-FOOT WIDE STRIP OF LAND; THENCE CONTINUING SOUTH 57° 36' EAST 93.3 FEET; THENCE SOUTH 67° 05' EAST 143.2 FEET; THENCE SOUTH 74° 07' EAST 141.9 FEET; THENCE SOUTH 79° 37' EAST 2266.6 FEET TO A POINT IN THE WEST BOUNDARY OF THAT CERTAIN 30-FOOT WIDE STRIP OF LAND OFFERED FOR PUBLIC DEDICATION ACCORDING TO SAID MAP; THENCE CONTINUING SOUTH 79° 37' EAST 30.4 FEET TO A POINT IN THE EAST BOUNDARY OF SAID SECTION 10; DISTANT THERE ALONG NORTH 0° 55' EAST 1700.5 FEET FROM THE SOUTHEAST CORNER OF SAID SECTION 10; THENCE ALONG SAID EAST BOUNDARY SOUTH 0° 55' WEST 547.5 FEET; THENCE LEAVING SAID EAST BOUNDARY NORTH 79° 37' WEST 30.4 FEET TO A POINT IN THE WEST BOUNDARY OF LAST SAID 30 FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 79° 37' WEST 2356.8 FEET; THENCE NORTH 74° 06' WEST 245.5 FEET; THENCE NORTH 63° 06' WEST 26.0 FEET TO A POINT IN THE EAST BOUNDARY OF AFORESAID 60-FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 63° 06' WEST 66.8 FEET TO A POINT IN THE WEST BOUNDARY OF SAID 60-FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 63° 06' WEST 152.7 FEET; THENCE NORTH 57° 36' WEST 2868.2 FEET TO A POINT IN THE EAST BOUNDARY OF FIRST SAID 30-FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 57° 36' WEST 35.2 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND, WITHOUT, HOWEVER, THE RIGHT TO CONDUCT DIGGING, DRILLING OR MINING OPERATIONS THROUGH THE SURFACE OF SAID LAND OR WITHIN 100 FEET OF THE SURFACE, AS CONVEYED TO UNITED STATES OF AMERICA, BY DEED RECORDED FEBRUARY 20, 1963, IN BOOK 4825, PAGE 42 OF OFFICIAL RECORDS, DOCUMENT NO. 15294.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN AND UNDER SAID PROPERTY, AS RESERVED IN THE DEED FROM W. J. DEAL & CO, INC., TO FREDERICK G. MOLSEN AND JAYNE F. MOLSEN, HUSBAND AND WIFE, RECORDED DECEMBER 8, 1975, IN BOOK 6520, PAGE 678 OF OFFICIAL RECORDS, DOCUMENT NO. 93876.

PARCEL 181: (APN: 038-210-02)
TUSCAN FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A TUSCAN FARMS, LP)

THE NORTHEAST QUARTER OF SECTION 27, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM 50% OF ALL OIL, GAS AND MINERALS AND HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, AS RESERVED IN THE DEED FROM RADIN CO., A LIMITED PARTNERSHIP, TO W. J. DEAL AND RAMONA DEAL, HUSBAND AND WIFE, RECORDED JANUARY 6, 1966, IN BOOK 5260 PAGE 429 OF OFFICIAL RECORDS, DOCUMENT NO. 1205.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., A CALIFORNIA CORPORATION, TO PETER KANDEL AND BARBARA KANDEL, HUSBAND AND WIFE, RECORDED DECEMBER 8, 1975, IN BOOK 6520, PAGE 684 OF OFFICIAL RECORDS, DOCUMENT NO. 93877.

PARCEL 182: (APN: 038-210-36)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

133

THE WEST HALF OF THE NORTH HALF OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND HYDROCARBON SUBSTANCES IN OR UNDER SAID LAND, AS RESERVED IN THE DEED DATED SEPTEMBER 3, 1939, FROM MERCANTILE ACCEPTANCE CORPORATION OF CALIFORNIA TO RAYMOND MINNETTE, ET UX, RECORDED OCTOBER 5, 1959, IN BOOK 4281 PAGE 523 OF OFFICIAL RECORDS, DOCUMENT NO. 70580.

ALSO EXCEPTING THEREFROM ONE-HALF INTEREST IN AND TO ALL OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED JANUARY 3, 1966, AS DOCUMENT NO. 5072, FROM RUTH E. PETTEY TO W. J. DEAL, ET UX.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS, AS RESERVED IN THE DEED DATED JANUARY 10, 1966, AS DOCUMENT NO. 5076, FROM BERTA B. WOOKFOLK TO W. J. DEAL, ET UX.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED JANUARY 10, 1966, AS DOCUMENT NO. 5077, AND FROM FRED H. FAST TO W. J. DEAL, ET UX.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN, UPON OR UNDER SAID LAND, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., A CALIFORNIA CORPORATION, TO HORST SIMMROSS, AN UNMARRIED MAN, RECORDED DECEMBER 8, 1975, IN BOOK 6520 PAGE 64-4 OF OFFICIAL RECORDS, DOCUMENT NO. 93869.

PARCEL 183: (APN: 038-210-37)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE SOUTH HALF OF THE NORTHWEST QUARTER IN SECTION 34, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST OF ALL GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM HELEN HUGHSON BRAGG, ALSO KNOWN AS HELEN H. BRAGG, TO W. J. DEAL, ET UX, RECORDED JANUARY 19, 1966, AS DOCUMENT NO. 5064, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM N. B. SWETT, TO W. J. DEAL, ET UX, DATED JANUARY 3, 1966, AS DOCUMENT NO. 5070, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF INTEREST IN AND TO ALL OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED JANUARY 3, 1966, AS DOCUMENT NO. 5072, OFFICIAL RECORDS, FROM RUTH E. PETTEY TO W. J. DEAL, ET UX.

134

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS, AS RESERVED IN THE DEED DATED JANUARY 3, 1966, AS DOCUMENT NO. 7183, OFFICIAL RECORDS, FROM JAMES B. MARSHALL, ET UX, TO W. J. DEAL, ET UX.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED JANUARY 3, 1966, AS DOCUMENT NO. 5074, FROM JAYNE C. JONES TO W. J. DEAL, ET UX.

ALSO EXCEPTING THEREFROM 75% OF ALL GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED JANUARY 14, 1966, AS DOCUMENT NO. 5078, FROM EDA CAINE TO W. J. DEAL, ET UX.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., INC., A CALIFORNIA CORPORATION, TO THOMAS A. BLAKELEY, JR., A MARRIED MAN, RECORDED DECEMBER 8, 1975, IN BOOK 6520 PAGE 703 OF OFFICIAL RECORDS, DOCUMENT NO. 93881.

PARCEL 184: (APN: 038-210-39)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE NORTH HALF OF THE NORTHWEST QUARTER OF SECTION 34, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THOSE PORTIONS CONVEYED TO WESTSIDE FARMING, LLC, IN DEEDS RECORDED MAY 20, 2008 AS INSTRUMENT NO. 73321 AND JULY 17, 2008 AS INSTRUMENT NO. 102423, BOTH OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM, AN UNDIVIDED ONE-FOURTH OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME SITUATE IN AND UNDER SAID LAND, AS RESERVED IN THE DEED DATED MARCH 23, 1966, EXECUTED BY RUTH E. PETTEY, TO W. J. DEAL AND RAMONA J. DEAL, HUSBAND AND WIFE, RECORDED APRIL 1, 1966, AS DOCUMENT NO. 24994.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., INC., A CALIFORNIA CORPORATION, TO THOMAS A. BLAKELEY, JR., A MARRIED MAN, RECORDED DECEMBER 8, 1975, IN BOOK 6520 PAGE 703 OF OFFICIAL RECORDS, DOCUMENT NO. 93881.

PARCEL 186: (APN: 038-210-34)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE NORTH HALF OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER IN SECTION 34, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM F. G. EVERTS, ALSO

135

KNOWN AS FRANK G. EVERTS, TO W. J. DEAL, ET UX, DATED JANUARY 3, 1996, AS DOCUMENT NO. 5066, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED JANUARY 3, 1966, AS DOCUMENT NO. 5068, OFFICIAL RECORDS, FROM DORIS WILD, ET AL, TO W. J. DEAL, ET UX.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN, UPON OR UNDER SAID LAND, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., A CALIFORNIA CORPORATION, TO HORST SIMMROSS, AN UNMARRIED MAN, RECORDED DECEMBER 8, 1975, IN BOOK 6520 PAGE 644 OF OFFICIAL RECORDS, DOCUMENT NO. 93869.

PARCEL 187: (APN: 038-210-32)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE SOUTH HALF OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER IN SECTION 34, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST OF ALL GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM HELEN HUGHSON BRAGG, ALSO KNOWN AS HELEN H. BRAGG, TO W. J. DEAL, ET UX, RECORDED JANUARY 19, 1966, AS DOCUMENT NO. 5064, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM N. B. SWETT TO W. J. DEAL, ET UX, DATED JANUARY 3, 1966, AS DOCUMENT NO. 5070, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN, UPON OR UNDER SAID LAND, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., A CALIFORNIA CORPORATION, TO HORST SIMMROSS, AN UNMARRIED MAN, RECORDED DECEMBER 8, 1975, IN BOOK 6520 PAGE 644 OF OFFICIAL RECORDS, DOCUMENT NO. 93869.

PARCEL 188: (APN: 038-210-35)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

RESERVING UNTO THE GRANTORS HEREIN ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES THEREIN.

AND THEREUNDER THE ABOVE DESCRIBED PROPERTY.

PARCEL 190: (APN: 038-210-55)

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE SOUTH HALF OF THE SOUTHWEST QUARTER IN SECTION 34, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL THAT PORTION OF SAID SOUTHWEST QUARTER, AS CONVEYED TO THE STATE OF CALIFORNIA BY DEED DATED OCTOBER 3, 1967, RECORDED APRIL 1, 1968, IN BOOK 5553 PAGE 709 OF OFFICIAL RECORDS, DOCUMENT NO. 23282.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST OF ALL GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM HELEN HUGHSON BRAGG, ALSO KNOWN AS HELEN H. BRAGG, TO W. J. DEAL, ET UX, RECORDED JANUARY 19, 1966, AS DOCUMENT NO. 5064, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM N. B. SWETT, TO W. J. DEAL, ET UX, DATED JANUARY 3, 1966, AS DOCUMENT NO. 5070, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF INTEREST IN AND TO ALL OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED JANUARY 3, 1966, AS DOCUMENT NO. 5072, OFFICIAL RECORDS, FROM RUTH E. PETTEY TO W. J. DEAL, ET UX.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS, AS RESERVED IN THE DEED DATED JANUARY 3, 1966, AS DOCUMENT NO. 7183, OFFICIAL RECORDS, FROM JAMES B. MARSHALL, ET UX, TO W. J. DEAL, ET UX.

ALSO EXCEPTING THEREFROM 75% OF ALL GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED JANUARY 14, 1966, AS DOCUMENT NO. 5078, OFFICIAL RECORDS, FROM EDA CAINE TO W. J. DEAL, ET UX.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED JANUARY 3, 1966, AS DOCUMENT NO. 5089 OF OFFICIAL RECORDS, FROM BERNICE JONES, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF HAYDEN F. JONES, DECEASED, TO W. J. DEAL.

ALSO EXCEPTING THEREFROM ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS IN, UPON OR UNDER SAID LAND, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., A CALIFORNIA CORPORATION, TO HORST SIMMROSS, AN UNMARRIED MAN, RECORDED DECEMBER 8, 1975, IN BOOK 6520 PAGE 644 OF OFFICIAL RECORDS, DOCUMENT NO. 93869.

PARCEL 191: (APN: 038-141-02)
GRANVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A GRANVILLE FARMS, LP)

THAT PORTION OF SECTION 15, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

COMMENCING AT A POINT ON THE DIVIDING LINE BETWEEN THE EAST HALF AND THE WEST HALF OF SAID SECTION, DISTANT THEREON 30 FEET SOUTHERLY FROM THE NORTHERLY LINE OF SAID SECTION 15; RUNNING THENCE SOUTHERLY ALONG THE SAID DIVIDING LINE BETWEEN THE EAST AND WEST HALF OF THE SAID SECTION 1,264.69 FEET; THENCE EAST TO A POINT ON THE CENTER LINE OF THE NORTHEAST QUARTER OF SAID SECTION 15 DISTANT THEREON 1,307.90 FEET SOUTHERLY FROM THE NORTHERLY LINE OF SAID SECTION 15; RUNNING THENCE NORTHERLY ALONG SAID CENTER LINE OF SAID NORTHEAST QUARTER 1,277.90 FEET TO A POINT DISTANT THEREON 30 FEET SOUTHERLY FROM THE NORTHERLY LINE OF SAID SECTION 15; THENCE WEST 1,322.38 FEET TO THE POINT OF COMMENCEMENT.

PARCEL 192: (APN: 038-071-46)
GRANVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A GRANVILLE FARMS, LP)

ALL THAT PORTION OF LOTS 21 TO 29, INCLUSIVE, IN SECTION 10, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE MAP OF PART OF CALIFORNIA LAND INVESTMENT COMPANY'S TRACT NO. 1, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, RECORDED MAY 8, 1912, IN BOOK 7 PAGE 49 OF RECORD OF SURVEYS, FRESNO COUNTY RECORDS, LYING SOUTHWESTERLY OF THE SAN LUIS CANAL.

EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PROPERTY:

BEGINNING AT A POINT IN THE WEST BOUNDARY OF SAID SECTION 10, DISTANT THERE ALONG SOUTH 0° 56' WEST 2092.6 FEET FROM THE NORTHWEST CORNER OF SAID SECTION 10; THENCE ALONG SAID WEST BOUNDARY NORTH 0° 56' EAST 644.8 FEET; THENCE LEAVING SAID WEST BOUNDARY SOUTH 57° 36' EAST 35.2 FEET TO A POINT IN THE EAST BOUNDARY OF THAT CERTAIN 30-FOOT WIDE STRIP OF LAND OFFERED FOR PUBLIC DEDICATION ACCORDING TO SAID MAP; THENCE CONTINUING SOUTH 57° 36' EAST 194.8 FEET; THENCE CONTINUING SOUTH 57° 36' EAST 345.5 FEET; THENCE SOUTH 51° 54' EAST 201.0 FEET; THENCE SOUTH 57° 36' EAST 2300.9 FEET TO A POINT IN THE WEST BOUNDARY OF THAT CERTAIN 60-FOOT WIDE STRIP OF LAND OFFERED FOR DEDICATION ACCORDING TO SAID MAP; THENCE CONTINUING SOUTH 57° 36' EAST 70.4 FEET TO A POINT IN THE EAST BOUNDARY OF SAID 60-FOOT WIDE STRIP OF LAND; THENCE CONTINUING SOUTH 57° 36' EAST 93.3 FEET; THENCE SOUTH 67° 05' EAST 143.2 FEET; THENCE SOUTH 74° 07' EAST 141.9 FEET; THENCE SOUTH 79° 37' EAST 2266.6 FEET TO A POINT IN THE WEST BOUNDARY OF THAT CERTAIN 30-FOOT WIDE STRIP OF LAND OFFERED FOR PUBLIC DEDICATION ACCORDING TO SAID MAP; THENCE CONTINUING SOUTH 79° 37' EAST 30.4 FEET TO A POINT IN THE EAST BOUNDARY OF SAID SECTION 10; DISTANT THERE ALONG NORTH 0° 55' EAST 1700.5 FEET FROM THE SOUTHEAST CORNER OF SAID SECTION 10; THENCE ALONG SAID EAST BOUNDARY SOUTH 0° 55' WEST 547.5 FEET; THENCE LEAVING SAID EAST BOUNDARY NORTH 79° 37' WEST 30.4 FEET TO A POINT IN THE WEST BOUNDARY OF LAST SAID 30 FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 79° 37' WEST 2356.8 FEET; THENCE NORTH 74° 06' WEST 245.5 FEET; THENCE NORTH 63° 06' WEST 26.0 FEET TO A POINT IN THE EAST BOUNDARY OF AFORESAID 60-FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 63° 06' WEST 66.8 FEET TO A POINT IN THE WEST BOUNDARY OF SAID 60-FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 63° 06' WEST 152.7 FEET; THENCE NORTH 57° 36' WEST 2868.2 FEET TO A POINT IN THE EAST BOUNDARY OF FIRST SAID 30-FOOT WIDE STRIP OF LAND; THENCE CONTINUING NORTH 57° 36' WEST 35.2 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS, PETROLEUM, HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID LAND, AS RESERVED IN THE DEED FROM F.A. YEAROUT, ET UX, TO THEODORE KUMMERFELD, ET

138

UX, DATED FEBRUARY 16, 1948, RECORDED MARCH 23, 1948, AS DOCUMENT NO. 14499 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 1/16TH INTEREST IN AND TO ALL OIL, GAS, PETROLEUM, HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID LAND, AS RESERVED IN THE DEED FROM BENJAMIN KUMMERFELD, AN UNMARRIED MAN, TO THEODORE KUMMERFELD AND EDITH KUMMERFELD, HUSBAND AND WIFE, DATED FEBRUARY 17, 1950, RECORDED MARCH 1, 1950, AS DOCUMENT NO. 12001 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 3/16TH INTEREST IN AND TO ALL OIL, GAS, PETROLEUM, HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER AND UPON SAID LAND, AS RESERVED IN THE DEED FROM THEODORE KUMMERFELD AND EDITH KUMMERFELD, HIS WIFE, TO WILLIAM J. DEAL AND RAMONA JUNE DEAL, HUSBAND AND WIFE, AS JOINT TENANTS, DATED FEBRUARY 17, 1950, RECORDED MARCH 1, 1950, AS DOCUMENT NO. 12002, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND UNDER SAID PROPERTY, AS RESERVED IN THE DEED FROM W. J. DEAL & CO., INC., TO FREDERICK G. MOLSEN AND JAYNE F. MOLSEN, HUSBAND AND WIFE, RECORDED DECEMBER 8, 1975, IN BOOK 6520 PAGE 678 OF OFFICIAL RECORDS, DOCUMENT NO. 93876.

PARCEL 193: (APN: 038-210-42)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE SOUTHWEST QUARTER OF SECTION 27, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS AND MINERALS AND OTHER HYDROCARBON SUBSTANCES THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM G. WALTER HUNT, ET AL, TO W J. DEAL, ET UX, RECORDED DECEMBER 1, 1965, AS DOCUMENT NO. 96435, OFFICIAL RECORDS

PARCEL 194: (APN: 038-141-54)
GRANVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A GRANVILLE FARMS, LP)

THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 22, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE PORTION THEREOF WHICH IS WITHIN THE FOLLOWING DESCRIBED PROPERTY:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 22; THENCE, (1) SOUTHERLY, ALONG THE WEST BOUNDARY OF SAID SECTION 22, A DISTANCE OF 50 FEET; THENCE, (2) SOUTH 87° 34' 31" EAST, A DISTANCE OF 535.37 FEET; THENCE, (3) SOUTHEASTERLY ALONG THE ARC OF A TANGENT CURVE, CONCAVE TO THE NORTHEAST (HAVING A 38,050 FOOT RADIUS, A RADIUS POINT WHICH BEARS NORTH 02° 25' 29" EAST AND A CENTRAL ANGLE OF 01° 13' 10") A DISTANCE OF 809.83 FEET; THENCE, (4) SOUTH 88° 47' 41" EAST, PARALLEL WITH AND 70 FEET SOUTH OF THE

139

NORTH BOUNDARY OF SAID SECTION 22, TO A POINT ON THE EAST BOUNDARY OF THE SAID WEST HALF OF SECTION 22; THENCE, (5) NORTHERLY, ALONG SAID EAST BOUNDARY, A DISTANCE OF 70 FEET, TO THE NORTH QUARTER CORNER OF SAID SECTION 22; THENCE, (6) NORTH 88° 47' 41" WEST, ALONG SAID NORTH BOUNDARY, A DISTANCE OF 2,646.07 FEET, TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS AS RESERVED IN DEED FROM BABETTE EATON, ET AL, TO BONNIE EVANS AND RECORDED JULY 15, 1976, AS DOCUMENT NO. 60783, OFFICIAL RECORDS.

PARCEL 195: (APN: 038-141-55; 038-141-56)
GRANVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A GRANVILLE FARMS, LP)

THE SOUTHWEST QUARTER AND THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER AND THE EAST HALF OF THE NORTHWEST QUARTER OF SECTION 22, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE PORTION THEREOF WHICH IS WITHIN THE FOLLOWING DESCRIBED PROPERTY:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 22; THENCE, (1) SOUTHERLY, ALONG THE WEST BOUNDARY OF SAID SECTION 22, A DISTANCE OF 50 FEET; THENCE, (2) SOUTH 87° 34' 31" EAST, A DISTANCE OF 535.37 FEET; THENCE, (3) SOUTHEASTERLY ALONG THE ARC OF A TANGENT CURVE, CONCAVE TO THE NORTHEAST (HAVING A 38,050 FOOT RADIUS, A RADIUS POINT WHICH BEARS NORTH 02° 25' 29" EAST AND A CENTRAL ANGLE OF 01° 13' 10") A DISTANCE OF 809.83 FEET; THENCE, (4) SOUTH 88° 47' 41" EAST, PARALLEL WITH AND 70 FEET SOUTH OF THE NORTH BOUNDARY OF SAID SECTION 22, TO A POINT ON THE EAST BOUNDARY OF THE SAID WEST HALF OF SECTION 22; THENCE, (5) NORTHERLY, ALONG SAID EAST BOUNDARY, A DISTANCE OF 70 FEET, TO THE NORTH QUARTER CORNER OF SAID SECTION 22; THENCE, (6) NORTH 88° 47' 4K" WEST, ALONG SAID NORTH BOUNDARY, A DISTANCE OF 2,646.07 FEET, TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS AS RESERVED IN DEED FROM BABETTE EATON, ET AL, TO BONNIE EVANS AND RECORDED JULY 15, 1976, AS DOCUMENT NO. 60783, OFFICIAL RECORDS.

PARCEL 196: (APN: 038-141-01)
GRANVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A GRANVILLE FARMS, LP)

THE NORTHWEST QUARTER OF SECTION 15, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 197: (APN: 038-141-04)
GRANVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A GRANVILLE FARMS, LP)

140

THE SOUTH ONE-THIRD OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN,  IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 198: (APN: 038-210-01)
TUSCAN FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A TUSCAN FARMS, LP)

THE NORTHWEST QUARTER OF SECTION 27, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL COAL AND OTHER MINERALS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF DECEMBER 29, 1916, (39 STAT. 862) AS EXCEPTED AND RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA TO GEORGE F. DAICE RECORDED FEBRUARY 2, 1936, IN BOOK 1469 PAGE 380 OF OFFICIAL RECORDS, DOCUMENT NO. 3575.

PARCEL 199: (APN: 038-210-33)
SOMMERVILLE FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A SOMMERVILLE FARMS, LP)

THE SOUTH HALF OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ½ INTEREST IN AND TO ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER THE ABOVE DESCRIBED PROPERTY, AS RESERVED BY CONWAY SHAFER AND ROSE SHAFER, HUSBAND AND WIFE, IN THE DEED RECORDED OCTOBER 4, 1968, AS DOCUMENT NO. 71383, OFFICIAL RECORDS.

PARCEL 199A:

A NON-EXCLUSIVE EASEMENT OVER THE EASEMENT AREA TO USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A NEW IRRIGATION PIPELINE AND THE EXISTING PIPELINE; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EASEMENT AREA FOR PURPOSES OF INGRESS AND EGRESS TO THE EXISTING PIPELINE; AND THE EXCLUSIVE RIGHT TO USE THE EXISTING PIPELINE; AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENT" RECORDED OCTOBER 14, 2005, AS INSTRUMENT NO. 2005-0243899 OF OFFICIAL RECORDS, AND RE-RECORDED FEBRUARY 22, 2006 AS INSTRUMENT NO. 2006-0037388 OF OFFICIAL RECORDS.

THE ABOVE EASEMENT IS APPURTENANT TO AND FOR THE BENEFIT OF PARCELS 171 THROUGH 199 AS SET FORTH ABOVE.

PARCEL 200: APN: 038-130-58S
WATERFORD FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A WATERFORD FARMS, LP)

THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 21, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

141

EXCEPTING THEREFROM THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION 21; THENCE SOUTHERLY ALONG THE EAST BOUNDARY OF SAID SECTION 21, A DISTANCE OF 47.85 FEET; THENCE NORTHWESTERLY ALONG THE ARC OF A NON-TANGENT CURVE, CONCAVE TO THE NORTHEAST (HAVING A 38,050 FOOT RADIUS, A RADIUS POINT WHICH BEARS NORTH 01° 48' 57" EAST AND A CENTRAL ANGLE OF 00° 36' 32") A DISTANCE OF 404.29 FEET; THENCE NORTH 87° 34' 31" WEST, PARALLEL WITH AND 50 FEET SOUTH OF THE NORTH BOUNDARY OF SAID NORTHEAST QUARTER OF SECTION 21, TO A POINT ON THE WEST BOUNDARY OF THE EAST HALF OF THE SAID NORTHEAST QUARTER; THENCE NORTHERLY ALONG SAID WEST BOUNDARY, A DISTANCE OF 50 FEET TO A POINT ON THE SAID NORTH BOUNDARY; THENCE SOUTH 87° 34' 31" EAST ALONG THE NORTH BOUNDARY OF SAID EAST HALF OF THE NORTHEAST QUARTER TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 5/6 INTEREST IN AND TO ALL OIL, GAS AND MINERALS, AS RESERVED OF RECORD.

PARCEL 200A:
WATERFORD FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A WATERFORD FARMS, LP)

A NON-EXCLUSIVE EASEMENT OVER THE EASEMENT AREA TO USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A NEW IRRIGATION PIPELINE AND THE EXISTING PIPELINE; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EASEMENT AREA FOR PURPOSES OF INGRESS AND EGRESS TO THE EXISTING PIPELINE; AND THE EXCLUSIVE RIGHT TO USE THE EXISTING PIPELINE; AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENT" RECORDED DECEMBER 5, 2007, AS INSTRUMENT NO. 2007-0216338 OF OFFICIAL RECORDS.

PARCEL 201: APN: 038-130-56S
WATERFORD FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A WATERFORD FARMS, LP)

THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 21, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION OF SAID PROPERTY AS CONVEYED TO THE COUNTY OF FRESNO BY DEED DATED MARCH 4, 1970, RECORDED JUNE 18, 1970 IN BOOK 5795 PAGE 742 OF OFFICIAL RECORDS, DOCUMENT NO. 42161.

ALSO EXCEPT THEREFROM ALL OIL, GAS AND MINERALS AS HERETOFORE RESERVED OF RECORD.

PARCEL 201A:
WATERFORD FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A WATERFORD FARMS, LP)

A NON-EXCLUSIVE EASEMENT OVER THE EASEMENT AREA TO USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A NEW IRRIGATION PIPELINE AND THE EXISTING PIPELINE; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EASEMENT AREA FOR PURPOSES OF INGRESS AND EGRESS TO THE EXISTING PIPELINE; AND

142

THE EXCLUSIVE RIGHT TO USE THE EXISTING PIPELINE; AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENT" RECORDED DECEMBER 5, 2007, AS INSTRUMENT NO. 2007-0216338 OF OFFICIAL RECORDS.

PARCEL 202: APN: 038-130-19S
WATERFORD FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A WATERFORD FARMS, LP)

THE SOUTH HALF OF SECTION 21, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM 50% OF AN UNDIVIDED ¾ INTEREST OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS FOR THE DEVELOPMENT OF THE OIL AND GAS INTEREST, AS RESERVED IN THE DEED RECORDED MAY 29, 1968 IN BOOK 5575 PAGE 353 OF OFFICIAL RECORDS, DOCUMENT NO. 38279.

ALSO EXCEPTING THEREFROM THE REMAINING 50% OF AN UNDIVIDED ¾ INTEREST OF ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS FOR THE DEVELOPMENT OF THE OIL AND GAS INTEREST FOR 5 YEARS EXPIRING APRIL 30, 1973 AT WHICH TIME THIS 50% MINERAL RIGHTS SHALL IPSO FACTO REVERT TO THE GRANTEES THEREIN AS THOUGH THEY HAD ORIGINALLY BEEN GRANTED RESERVED IN DEED RECORDED MAY 29, 1968 IN BOOK 5575 PAGE 353 OF OFFICIAL RECORDS, DOCUMENT NO. 38278.

PARCEL 202A:
WATERFORD FARMS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (F/K/A WATERFORD FARMS, LP)

A NON-EXCLUSIVE EASEMENT OVER THE EASEMWNT AREA TO USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A NEW IRRIGATION PIPELINE AND THE EXISTING PIPELINE; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EASEMENT AREA FOR PURPOSES OF INGRESS AND EGRESS TO THE EXISTING PIPELINE; AND THE EXCLUSIVE RIGHT TO USE THE EXISTING PIPELINE; AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENT" RECORDED DECEMBER 5, 2007, AS INSTRUMENT NO. 2007-0216338 OF OFFICIAL RECORDS.

PARCEL 203: (APN: 038-141-19)
TUSCAN FARMS, LP, A CALIFORNIA LIMITED PARTNERSHIP

THE SOUTHEAST ¼ OF THE NORTHEAST ¼ AND THE EAST ½ OF THE SOUTHWEST ¼ OF THE NORTHEAST ¼ OF SECTION 22, TOWNSHIP 16 SOUTH, RANGE 14 EAST, M.D.B. & M. IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

THREE ROCKS RANCH

PARCEL 204:
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

PARCEL 204A: (APN: PORTION OF 038-210-82S)

143

VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE NORTH ONE-THIRD OF THE NORTHWEST QUARTER OF SECTION 25, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN, UNDER AND UPON AND WHICH MAY BE PRODUCED FROM THE SAID REAL PROPERTY, AS RESERVED IN THE DEED FROM GAY R. HILLIKER AND ETTA E. HILLIKER, HUSBAND AND WIFE, RECORDED JANUARY 18, 1951 IN BOOK 2956, PAGE 112 OF OFFICIAL RECORDS, AS DOCUMENT NO. 3677.

PARCEL 204B: (APN: PORTION OF 038-210-82S)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTH HALF OF THE NORTH TWO-THIRDS OF THE NORTHWEST QUARTER OF SECTION 25, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLAT APPROVED BY THE SURVEYOR GENERAL ON JANUARY 31, 1855;

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN, UNDER AND UPON SAID LAND HERETOFORE RESERVED OF RECORD.

PARCEL 205: (APN: 038-210-13S)
VENTANA CENTRAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (FEE)
CANTUA ORCHARDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY (LEASEHOLD)

THE SOUTH ONE-THIRD OF THE NORTHWEST QUARTER OF SECTION 25, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM ANY OF THE THREE EXISTING IRRIGATION WELLS AND ALL IRRIGATION FIXTURES WHICH MAY BE LOCATED ON SAID LAND, AS SET FORTH IN THE DEED RECORDED MARCH 25, 2011 AS INSTRUMENT NO. 2011-0041623 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ¾ OF ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER OR UPON SAID PROPERTY, AS RESERVED BY RAYMOND MINNITE, ET UX, IN DEED RECORDED MARCH 22, 1965, IN BOOK 5147, PAGE 280 OF OFFICIAL RECORDS, DOCUMENT NO. 24080;

144

ALSO EXCEPTING THEREFROM THE INTEREST RESERVED IN THE DEED FROM RICHARD Z. LAMBERSON AND JEAN H. LAMBERSON, ALSO KNOWN AS JEAN HABER LAMBERSON, HIS WIFE TO CROCKER NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, RECORDED JANUARY 20, 1982, IN BOOK 7847, PAGE 523, OFFICIAL RECORDS, DOCUMENT NO. 5480, AS FOLLOWS:

EXCEPTING AND RESERVING TO THE GRANTORS THEREIN, THEIR SUCCESSORS AND ASSIGNS, ONE-HALF OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS.

PARCEL 206: (APN: 038-210-54S)
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED 50% OF 100% IN AND TO ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATE THEREIN AND THEREUNDER, TOGETHER WITH ALL EASEMENTS AND RIGHTS NECESSARY FOR THE PRODUCTION, STORAGE AND TRANSPORTATION THEREOF AND THE EXPLORATION AND TESTING OF THE SAID REAL PROPERTY, AND ALSO THE RIGHT TO DRILL FOR, PRODUCE AND USE WATER FROM THE SAID REAL PROPERTY IN CONNECTION WITH DRILLING OR MINE OPERATIONS THEREON, AS RESERVED IN THE DEED FROM ALFRED SCHARER AND EMMA LAHMAN TO GREEN THUMB MANAGEMENT CORP., RECORDED MARCH 18, 1966 AS INSTRUMENT NO. 20985.

PARCEL 206A:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 206B:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND

145

ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 206C:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER PLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112991 OF OFFICIAL RECORDS.

PARCEL 207: (APN: 038-210-27S)
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTH 25 ACRES OF THE NORTH 50 ACRES OF THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED 50% OF ALL OIL, GAS AND MINERALS AS RESERVED IN THE DEED FROM JULIUS W. HAMMEL, ET UX, TO GREEN THUMB MANAGEMENT CORP., RECORDED MAY 23, 1967 AS INSTRUMENT NO. 34117.

PARCEL 207A:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

146

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 207B:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 207C:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER PLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO

147

USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112991 OF OFFICIAL RECORDS.

PARCEL 208: (APN: 038-210-14S)
DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE SOUTHWEST QUARTER OF SECTION 25, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED FROM CHARLES R. HORN, ET UX, RECORDED FEBRUARY 7, 1966 IN BOOK 5272 PAGE 682 OF OFFICIAL RECORDS, AS INSTRUMENT NO. 9979.

PARCEL 208A:
DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 208B:
DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY

148

AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 208C:
DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER PLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112988 OF OFFICIAL RECORDS.

PARCEL 209: (APN: 038-210-10S)
DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF SECTION 26, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED 4/5 INTEREST IN AND TO ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, TOGETHER WITH THE RIGHT TO REMOVE THE SAME AT ANY TIME HEREAFTER, AS RESERVED IN DEED FROM MCNEE COMPANY TO P. B. HABER, ET UX, RECORDED NOVEMBER 24, 1950, AS INSTRUMENT NO. 63320.

ALSO EXCEPTING THEREFROM THE INTEREST RESERVED IN THE DEED FROM RICHARD Z. LAMBERSON AND JEAN H. LAMBERSON, ALSO KNOWN AS JEAN HABER LAMBERSON, HIS WIFE TO CROCKER NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, RECORDED JANUARY 20, 1982 IN BOOK 7847 PAGE 523, OFFICIAL RECORDS, INSTRUMENT NO. 82-5480, AS FOLLOWS:

ALSO EXCEPTING THEREFROM ½ OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS, AS RESERVED BY WILLIAM B. RUSCONI AND MARJORIE C. RUSCONI AND PETROLEUM SERVICES, INC., A CORPORATION, IN THE DEED RECORDED JANUARY 28, 1986 AS INSTRUMENT NO. 86-8769.

149

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

PARCEL 209A:
DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 209B:
DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER PLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112989 OF OFFICIAL RECORDS.

PARCEL 210: (APN: 038-210-44S)
DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE NORTHWEST QUARTER; THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 26, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND

150

MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ½ OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS, AS RESERVED BY WILLIAM B. RUSCONI AND MARJORIE C. RUSCONI AND PETROLEUM SERVICES, INC., A CORPORATION, IN THE DEED RECORDED JANUARY 28, 1986 AS INSTRUMENT NO. 86-8769.

PARCEL 210A:
DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT  OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 210B:
DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A  NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT  OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 210C:

151

DERRICK PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER PLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112989 OF OFFICIAL RECORDS.

PARCEL 211: (APN: 038-210-47S)
THREE ROCKS PISTACHIOS, LLC

THE WEST 3/4THS OF THE NORTHEAST QUARTER OF SECTION 35, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT FROM THAT PORTION OF SAID PROPERTY SITUATED IN THE EAST HALF OF SAID SECTION 35 ALL OF THE COAL AND OTHER MINERALS IN THE LAND SO ENTERED AND PATENTED, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF DECEMBER 29, 1916 (39 STAT. 862), AS RESERVED BY THE UNITED STATES OF AMERICA IN THE PATENT RECORDED JUNE 9, 1926 IN BOOK 683, PAGE 359 OF OFFICIAL RECORDS.

PARCEL 211A:
THREE ROCKS PISTACHIOS, LLC

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 211B:

152

THREE ROCKS PISTACHIOS, LLC

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT  OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 211C:
THREE ROCKS PISTACHIOS, LLC

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER PLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112991 OF OFFICIAL RECORDS.

PARCEL 212: (APN: 038-210-70S)
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 35, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

153

EXCEPTING AND RESERVING, HOWEVER, TO THE UNITED STATES, ALL THE COAL AND OTHER MINERALS IN THE LAND SO ENTERED AND PATENTED, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF DECEMBER 29, 1916 (39 STAT. 862);

ALSO EXCEPTING THEREFROM THE INTEREST RESERVED IN THE DEED FROM RICHARD Z. LAMBERSON AND JEAN H. LAMBERSON, ALSO KNOWN AS JEAN HABER LAMBERSON, HIS WIFE TO CROCKER NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, RECORDED JANUARY 20, 1982, IN BOOK 7847 PAGE 523, OFFICIAL RECORDS, INSTRUMENT NO. 82-5480 AS FOLLOWS:

EXCEPTING AND RESERVING TO THE GRANTORS THEREIN, THEIR SUCCESSORS AND ASSIGNS, ONE-HALF OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS.

PARCEL 212A:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A  NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT  OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 212B:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT  OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE

154

PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 212C:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER PLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112991 OF OFFICIAL RECORDS.

PARCEL 213: (APN: 038-210-68S)
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 36, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM THE SOUTH 400 FEET OF THE WEST 1090 FEET THEREOF;

ALSO EXCEPTING THEREFROM THE INTEREST RESERVED IN THE DEED FROM RICHARD Z. LAMBERSON AND JEAN H. LAMBERSON, ALSO KNOWN AS JEAN HABER LAMBERSON, HIS WIFE TO CROCKER NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, RECORDED JANUARY 20, 1982, IN BOOK 7847 PAGE 529, OFFICIAL RECORDS, INSTRUMENT NO. 82-5481 AS FOLLOWS:

EXCEPTING AND RESERVING TO THE GRANTORS THEREIN, THEIR SUCCESSORS AND ASSIGNS, ONE-HALF OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS.

PARCEL  213A:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A  NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT  OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY,

155

REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 213B:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 213C:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER PLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF

156

EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112992 OF OFFICIAL RECORDS.

PARCEL 214: (APN: 038-210-79S)
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST 62.21 ACRES OF THE SOUTHEAST QUARTER OF SECTION 36, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING FROM THE EAST HALF OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 36 ALL OIL, GAS AND MINERAL RIGHTS, AS RESERVED IN THE DEED FROM LETA STEVENS BANCROFT, A WIDOW, TO P. B. HABER, A MARRIED MAN, BY DEED RECORDED JANUARY 8, 1959, IN BOOK 4159 PAGE 144 OF OFFICIAL RECORDS, INSTRUMENT NO. 1455;

ALSO EXCEPTING THEREFROM THE INTEREST RESERVED IN THE DEED FROM RICHARD Z. LAMBERSON AND JEAN H. LAMBERSON; ALSO KNOWN AS JEAN HABER LAMBERSON, HIS WIFE, TO CROCKER NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, RECORDED JANUARY 20, 1982, IN BOOK 7847 PAGE 529, OFFICIAL RECORDS, INSTRUMENT NO. 82-5481, AS FOLLOWS:

EXCEPTING AND RESERVING TO THE GRANTORS THEREIN, THEIR SUCCESSORS AND ASSIGNS, ONE-HALF OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS.

PARCEL 214A:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 214B:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A  NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT  OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE

157

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 214C:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER PLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112992 OF OFFICIAL RECORDS.

PARCEL 215: (APN: 038-210-43)
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 26, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM AN UNDIVIDED 50% INTEREST IN AND TO ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATE THEREIN AND THEREUNDER, TOGETHER WITH ALL EASEMENTS AND RIGHTS NECESSARY OR CONVENIENT FOR THE PRODUCTION, STORAGE AND TRANSPORTATION THEREOF AND THE EXPLORATION AND TESTING OF THE SAID REAL PROPERTY, AND ALSO THE RIGHT TO DRILL FOR, PRODUCE AND USE WATER FROM THE SAID REAL PROPERTY IN CONNECTION WITH DRILLING OR MINING OPERATING THEREON. SAID RESERVATION TO BE LIMITED FOR A PERIOD OF 10 YEARS FROM THE DATE OF SAID DEED AT WHICH TIME SAID MINERALS AND SAID RIGHTS SHALL REVERT TO THE GRANTEE THEREIN OR THEIR SUCCESSORS IN INTEREST, AS RESERVED IN THE DEED FROM RUTH M. RYAN, TO WILLIAM B. RUSCONI AND MARJORIE C. RUSCONI, HUSBAND AND WIFE, DATED

158

APRIL 8, 1968, RECORDED MAY 24, 1968 IN BOOK 5573, PAGE 407 OF OFFICIAL RECORDS, INSTRUMENT NO. 36969.

PARCEL 215A:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 215B:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 215C:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR

159

USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112989 OF OFFICIAL RECORDS.

PARCEL 216: (APN: 038-210-76S)
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM THE SOUTH HALF OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 25.

ALSO EXCEPTING THEREFROM THE EAST 400 FEET OF THE NORTH HALF OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 25.

ALSO EXCEPTING THEREFROM THE SOUTH 240 FEET OF THE EAST 400 FEET OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 25.

ALSO EXCEPTING THEREFROM THAT PORTION OF SAID LAND GRANTED TO THE STATE OF CALIFORNIA FOR PURPOSES OF A FREEWAY BY DEED RECORDED SEPTEMBER 29, 1972 IN BOOK 6075, PAGE 581 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND.

PARCEL 216A:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH

160

IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 216B:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 216C:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112988 OF OFFICIAL RECORDS.

PARCEL 217: (APN: 038-210-15S)
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

THE SOUTH HALF OF THE SOUTHWEST QUARTER OF SECTION 25, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT ALL OF THE OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATE THEREIN AND THEREUNDER, TOGETHER WITH ALL RIGHTS OF WAY AND EASEMENTS NECESSARY OR CONVENIENT FOR THE EXPLORATION, TESTING, MINING AND DRILLING FOR, AND EXTRACTION, PRODUCTION, STORAGE, TRANSPORTATION AND REMOVAL OF SAID SUBSTANCES, AS RESERVED IN THE DEED FROM CONSTANCE M. HARDWICKE AND KENNETH C. HARTWICKE, TO W. R. JOHNSTON AND JO ANN JOHNSTON, HUSBAND AND WIFE, AS JOINT TENANTS, DATED SEPTEMBER 26, 1963, RECORDED OCTOBER 30, 1963, AS INSTRUMENT NO. 86783.

PARCEL 217A:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 217B:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH

162

IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 217C:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112988 OF OFFICIAL RECORDS.

PARCEL 218: (APN: 038-210-63S)
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF SECTION 25, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION; THENCE (1) ALONG THE EAST LINE OF SAID SECTION, SOUTH 0° 55' 43" WEST, 2491.32 FEET; THENCE (2) NORTH 5° 26' 10" WEST, 170.25 FEET; THENCE (3) NORTHERLY, ALONG A TANGENT CURVE CONCAVE EASTERLY, WITH A RADIUS OF 5050 FEET, THROUGH AN ANGLE OF 60° 21' 53" AN ARC DISTANCE OF 560.98 FEET; THENCE (4) ALONG THE WEST LINE OF THE EAST 50 FEET OF SAID SECTION, NORTH 0° 55' 43" EAST, 1721.04 FEET; THENCE (5) NORTH 59° 03' 53" WEST, 82.73 FEET TO THE NORTH LINE OF SAID SECTION; THENCE (6) ALONG SAID NORTH LINE, SOUTH 89° 00' 59" EAST, 121.64 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES, EXCLUDING WATER, UNDER SAID LAND, WITH THE RIGHT OF SURFACE ENTRY FOR EXTRACTING SAME, AS RESERVED BY GWENDOLYN I. WARD, A WIDOW AND ANTOINETTE W. WOOD, A MARRIED WOMAN, WHO ACQUIRED TITLE AS GWENDOLYN WARD AND ANTOINETTE WOOD, EACH AS TO AN UNDIVIDED ONE-HALF INTEREST, IN DEED RECORDED JUNE 9, 1980 IN BOOK 7530, PAGE 853 OF OFFICIAL RECORDS, INSTRUMENT NO. 80-54920.

PARCEL 218A:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

163

A NON-EXCLUSIVE EASEMENT TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE ONE OR MORE UNDERGROUND OR ABOVE GROUND PIPELINES OF A SIZE TO BE DETERMINED, OVER THE NORTH 150.00 FEET OF THE WEST 150.00 FEET OF THAT PORTION OF THE NORTHWEST QUARTER OF SECTION 5, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING SOUTH OF THAT CERTAIN PARCEL OF LAND CONVEYED TO THE UNITED STATES OF AMERICA FOR WHAT IS COMMONLY KNOWN AS THE SAN LUIS CANAL RIGHT OF WAY, AS SHOWN ON EXHIBIT "D" OF THAT CERTAIN GRANT OF EASEMENT RECORDED MAY 19, 1999 AS INSTRUMENT NO. 1999-0075583 OF OFFICIAL RECORDS. NO ASSURANCE IS GIVEN AS TO THE EXACT LOCATION OF SAID EASEMENT.

PARCEL 218B:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 218C:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND

164

WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 218D:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112988 OF OFFICIAL RECORDS.

PARCEL 219: (APN: 038-210-26)
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH 25 ACRES OF THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 219A:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 219B:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

165

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 219C:
THREE ROCKS PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112991 OF OFFICIAL RECORDS.

PARCEL 220: (APN: 038-210-78)
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 36, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE WEST 10 ACRES OF THE EAST HALF OF THE SOUTHWEST QUARTER OF SAID SECTION 36.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

ALSO EXCEPTING THEREFROM THE INTEREST RESERVED IN THE DEED FROM RICHARD Z. LAMBERSON AND JEAN H. LAMBERSON, ALSO KNOWN AS JEAN HABER LAMBERSON, HIS WIFE TO CROCKER NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, RECORDED JANUARY 20, 1982, IN BOOK 7841 PAGE 529, OFFICIAL RECORDS, DOCUMENT NO. 5481 AS FOLLOWS:

EXCEPTING AND RESERVING TO THE GRANTORS THEREIN, THEIR SUCCESSORS AND ASSIGNS, ONE-HALF OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS.

PARCEL 220A:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 220B:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

PARCEL 220C:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112992 OF OFFICIAL RECORDS.

PARCEL 221: (APN: 038-210-46S)
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 26, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM 1/2 OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS, AS RESERVED BY WILLIAM B. RUSCONI AND MARJORIE C. RUSCONI AND PETROLEUM SERVICES, INC., A CORPORATION, IN THE DEED RECORDED JANUARY 28, 1986 AS INSTRUMENT NO. 86-8769.

PARCEL 221A:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 221B:

168

KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 221C:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112989 OF OFFICIAL RECORDS.

PARCEL 222: (APN: 038-210-06)
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER, SECTION 26, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 222A:

169

KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 222B:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 222C:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE

170

AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112989 OF OFFICIAL RECORDS.

PARCEL 223: (APN: 038-210-77S)
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST 10 ACRES OF THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 36, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 223A:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 223B:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE

171

NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 223C:
PANOCHE PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112992 OF OFFICIAL RECORDS.

PARCEL 224: (APN: 038-210-74S)
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF SECTION 36, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM THE INTEREST RESERVED IN THE DEED FROM RICHARD Z. LAMBERSON, ALSO KNOWN AS JEAN HABER LAMBERSON, HIS WIFE TO CROCKER NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, RECORDED JANUARY 20, 1982, IN BOOK 7847 PAGE 523, OFFICIAL RECORDS, INSTRUMENT NO. 82-5480, AS FOLLOWS:

EXCEPTING AND RESERVING TO THE GRANTORS THEREIN, THEIR SUCCESSORS AND ASSIGNS, ONE-HALF OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS.

PARCEL 224A:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO

172

INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 224B:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 224C:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF

173

EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112992 OF OFFICIAL RECORDS.

PARCEL 225: (APN: 038-210-80S)
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER; THE SOUTH HALF OF THE NORTHEAST QUARTER; THE SOUTH HALF OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER AND THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER, EXCEPTING THEREFROM THE NORTH 20 ACRES, ALL IN SECTION 36, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM THE WEST 62.21 ACRES OF THE SOUTHEAST QUARTER OF SAID SECTION 36;

ALSO EXCEPTING FROM THE EAST HALF OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 36 ALL OIL, GAS AND MINERAL RIGHTS, AS RESERVED IN THE DEED FROM LATA STEVENS BANCROFT, A WIDOW, TO P. B. HABER, A MARRIED MAN, BY DEED RECORDED JANUARY 8, 1959, IN BOOK 4159 PAGE 144 OF OFFICIAL RECORDS, INSTRUMENT NO. 1455;

ALSO EXCEPTING FROM THE NORTH HALF OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 36 ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND, AS RESERVED IN THE DEED FROM L. D. DAHLGREN, ET UX, TO P.B. HABER, RECORDED NOVEMBER 30, 1962, IN BOOK 4791 PAGE 703 OF OFFICIAL RECORDS, INSTRUMENT NO. 92795;

ALSO EXCEPTING THEREFROM THE INTEREST RESERVED IN THE DEED FROM RICHARD Z. LAMBERSON AND JEAN H. LAMBERSON, ALSO KNOWN AS JEAN HABER LAMBERSON, HIS WIFE TO CROCKER NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, RECORDED JANUARY 20, 1982, IN BOOK 7847 PAGE 523, OFFICIAL RECORDS, INSTRUMENT NO. 82-5480 AS FOLLOWS:

EXCEPTING AND RESERVING TO THE GRANTORS THEREIN, THEIR SUCCESSORS AND ASSIGNS, ONE-HALF OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS.

PARCEL 225A:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH

174

IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 225B:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 225C:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112992 OF OFFICIAL RECORDS.

PARCEL 226: (APN: 038-210-71S)
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

175

THE EAST HALF OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 35, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING AND RESERVING, HOWEVER, TO THE UNITED STATES, ALL THE COAL AND OTHER MINERALS IN THE LAND SO ENTERED AND PATENTED, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF DECEMBER 29, 1916 (39 STAT. 862);

ALSO EXCEPTING THEREFROM THE INTEREST RESERVED IN THE DEED FROM RICHARD Z. LAMBERSON AND JEAN H. LAMBERSON, ALSO KNOWN AS JEAN HABER LAMBERSON, HIS WIFE TO CROCKER NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, RECORDED JANUARY 20, 1982, IN BOOK 7847 PAGE 523, OFFICIAL RECORDS, INSTRUMENT NO. 82-5480, AS FOLLOWS:

EXCEPTING AND RESERVING TO THE GRANTORS THEREIN, THEIR SUCCESSORS AND ASSIGNS, ONE-HALF OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS.

PARCEL 226A:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 226B:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR

176

USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 226C:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112991 OF OFFICIAL RECORDS.

PARCEL 227: (APN: 038-210-69S)
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE SOUTHEAST QUARTER OF SECTION 35, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING AND RESERVING, HOWEVER, TO THE UNITED STATES, ALL THE COAL AND OTHER MINERALS IN THE LAND SO ENTERED AND PATENTED, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF DECEMBER 29, 1916 (39 STAT. 862);

ALSO EXCEPTING THEREFROM THE INTEREST RESERVED IN THE DEED FROM RICHARD Z. LAMBERSON AND JEAN H. LAMBERSON, ALSO KNOWN AS JEAN HABER LAMBERSON, HIS WIFE, TO CROCKER NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, RECORDED JANUARY 20, 1982, IN BOOK 7847 PAGE 529, OFFICIAL RECORDS, INSTRUMENT NO. 82-5481, AS FOLLOWS:

EXCEPTING AND RESERVING TO THE GRANTORS THEREIN, THEIR SUCCESSORS AND ASSIGNS, ONE-HALF OF ALL OIL, GAS, MINERAL AND OTHER HYDROCARBON SUBSTANCES WHICH ARE PRESENTLY OWNED BY THE GRANTORS APPERTAINING TO SAID LANDS.

PARCEL 227A:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

177

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 227B:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 227C:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER

178

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112991 OF OFFICIAL RECORDS.

PARCEL 228: (APN: 038-210-45)
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 26, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM AN UNDIVIDED 50% INTEREST IN AND TO ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATE THEREIN AND THEREUNDER, TOGETHER WITH ALL EASEMENTS AND RIGHTS NECESSARY OR CONVENIENT FOR THE PRODUCTION, STORAGE AND TRANSPORTATION THEREOF AND THE EXPLORATION AND TESTING OF THE SAID REAL PROPERTY, AND ALSO THE RIGHT TO DRILL FOR, PRODUCE AND USE WATER FROM THE SAID REAL PROPERTY IN CONNECTION WITH DRILLING OR MINING OPERATING THEREON. SAID RESERVATION TO BE LIMITED FOR A PERIOD OF 10 YEARS FROM THE DATE OF SAID DEED AT WHICH TIME SAID MINERALS AND SAID RIGHTS SHALL REVERT TO THE GRANTEE THEREIN OR THEIR SUCCESSORS IN INTEREST, AS RESERVED IN THE DEED FROM RUTH M. RYAN, TO WILLIAM B. RUSCONI AND MARJORIE C. RUSCONI, HUSBAND AND WIFE, DATED APRIL 8, 1968, RECORDED MAY 24, 1968 IN BOOK 5573, PAGE 407 OF OFFICIAL RECORDS, INSTRUMENT NO. 36969.

PARCEL 228A:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 228B:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND

179

ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 228C:
104 PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112989 OF OFFICIAL RECORDS.

PARCEL 229: (APN: 038-270-01)
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 36, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM AN UNDIVIDED ½ INTEREST OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS, MINERALS AND HYDROCARBON SUBSTANCES, IN, ON OR UNDER SAID LAND, AS RESERVED BY KATHRYN D. CROSSLAND AS TRUSTEE OF THE KATHRYN D. CROSSLAND GTS EXEMPT TRUST UNDER AGREEMENT DATED NOVEMBER 25, 1989.

180

PARCEL 229A:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 229B:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 229C:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE EASEMENT OVER THE FILTER STATION SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE FILTER STATION AND ASSOCIATED EQUIPMENT, AND (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE FILTER STATION; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE FILTER STATION SITE, AND (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH,

181

MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE
AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE FILTER STATION TO TRANSPORT WATER
THEREFROM TO AN OWNERS PARCELS; ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO
USE THE FILTER STATION AND ALL ASSOCIATED PIPELINES, VALVES, PUMPS, BOOSTER PUMPS,
FILTERS, FOUNDATIONS, ELECTRICAL PANELS, BUILDINGS, MOTORS, FIXTURES AND OTHER
PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE
FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER TO AND FROM THE
FILTER STATION, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF
EASEMENTS AND FILTER STATION SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS
INSTRUMENT NO. 2010-0112992 OF OFFICIAL RECORDS.

PARCEL 230: (APN: 038-210-08)
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE NORTHEAST QUARTER OF SECTION 26, TOWNSHIP 16 SOUTH, RANGE 14
EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA,
ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 230A:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN,
REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND
ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE
OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20
FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO
INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY,
REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE
CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY;
ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED
PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS,
MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE
PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH
IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING
AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 230B:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN,
REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND
ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE
OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL
SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND
REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND
ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE
OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE
WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO
INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY,
REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE
CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY
AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR

182

USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

PARCEL 231: (APN: 038-210-09)
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTH HALF OF THE NORTHEAST QUARTER OF SECTION 26, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 231A:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE EAST 20 FEET OF PARCEL 33 (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITE, AND (ii) TO INSTALL, USE, OPERATE CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE A SINGLE UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELL TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY; ALSO TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE THE WELL AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES, PUMPS, BOOSTER PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELL, AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED JULY 2, 2008, AS INSTRUMENT NO. 2008-0095474 OF OFFICIAL RECORDS.

PARCEL 231B:
KAMM PISTACHIOS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A NON-EXCLUSIVE OVER THE WELL SITE TO (i) USE, OPERATE, CONTROL, MANAGE, MAINTAIN, REPAIR OR MODIFY THE WELL AND ASSOCIATED EQUIPMENT, (ii) PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELL; TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITES TO (i) USE, OPERATE CONTROL, MANAGE, MAINTAIN, MODIFY, REPAIR, REDRILL AND REPLACE THE WELLS AND THE ASSOCIATED EQUIPMENT, AND PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON AND THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH A NON-EXCLUSIVE EASEMENT OVER THE WELL SITE PARCELS (i) FOR PURPOSES OF INGRESS AND EGRESS TO THE WELL SITES, (ii) TO INSTALL, USE, OPERATE, CONTROL, RUN WATER THROUGH, MANAGE, MAINTAIN, MODIFY, REPAIR AND REPLACE AN UNDERGROUND PIPELINE AND/OR AN INDIVIDUAL PIPELINE CONNECTED TO THE WELLS TO TRANSPORT WATER THEREFROM TO OTHER REAL PROPERTY AND (iii) TO PLACE POWER POLES AND ASSOCIATED POWER LINES THEREON OR THEREOVER FOR USE IN CONNECTION WITH THE OPERATION OF THE WELLS. ALSO, TOGETHER WITH THE NONEXCLUSIVE RIGHT TO USE THE WELLS AND ALL ASSOCIATED PIPELINES, CASINGS, VALVES,

183

PUMPS, FILTERS, FOUNDATIONS, BUILDINGS, MOTORS, FIXTURES AND OTHER PROPERTY HEREAFTER INSTALLED BY THE PARTIES WHICH MAY BE NECESSARY OR DESIRABLE FOR THE PRODUCTION, STORAGE AND/OR TRANSPORTATION OF WATER FROM THE WELLS. AS SET FORTH IN THAT CERTAIN DOCUMENT ENTITLED "AMENDED AND RESTATED GRANT OF EASEMENTS AND WELL SHARING AGREEMENT", RECORDED SEPTEMBER 1, 2010, AS INSTRUMENT NO. 2010-0112987 OF OFFICIAL RECORDS.

SAGEBERRY FARMS:

PARCEL 232: (APN: 078-060-80S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF SECTION 30, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THAT PORTION GRANTED TO THE UNITED STATES OF AMERICA BY DEED RECORDED JULY 20, 1965 IN BOOK 5194 PAGE 733 OF OFFICIAL RECORDS, DOCUMENT NO. 58594.

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE WESTLANDS WATER DISTRICT, RECORDED JANUARY 18, 1977 IN BOOK 6725 PAGE 405 OF OFFICIAL RECORDS, DOCUMENT NO. 5290.

PARCEL 233: (APN: 078-130-13S)
SAGEBERRY V, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM THAT PORTION DEED TO THE UNITED STATES OF AMERICA BY DEED RECORDED MAY 17, 1966 AS DOCUMENT NO. 37723, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID SECTION 17, THENCE ALONG THE WEST BOUNDARY OF SAID SECTION 17, NORTH 0° 59' 47" EAST 80.00 FEET; THENCE LEAVING SAID WEST BOUNDARY SOUTH 87° 16' 07" EAST 1195.42 FEET; THENCE SOUTH 0° 48' 56" WEST 40.00 FEET TO A POINT IN THE SOUTH BOUNDARY OF SAID SECTION 17; THENCE ALONG SAID SOUTH BOUNDARY NORTH 89° 11' 04" WEST 1195.00 FEET TO THE POINT OF BEGINNING;

ALSO EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREON, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965 AS DOCUMENT NO. 104215 IN BOOK 5257 PAGE 19, OFFICIAL RECORDS.

PARCEL 234: (APN: 078-060-02S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

184

THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF FRACTIONAL SECTION 30, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

AND EXCEPTING THEREFROM AN UNDIVIDED FIFTY PERCENT OF THE ONE HUNDRED PERCENT OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS ON, IN OR UNDER SAID LAND AS RESERVED IN THE CORPORATION GRANT DEED FROM ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION, TO ROBERT PATRICK MCCARTHY, A SINGLE MAN, RECORDED JUNE 23, 1971 IN BOOK 5907 PAGE 629 OF OFFICIAL RECORDS, DOCUMENT NO. 49631.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST OF AN UNDIVIDED FIFTY PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN, UPON OR UNDER SAID PROPERTY, OR THAT MAY BE PRODUCED THEREFROM, AS RESERVED IN THE DEED FROM ROBERT PATRICK MCCARTHY RECORDED JUNE 30, 1982 IN BOOK 7931 PAGE 635 OF OFFICIAL RECORDS, DOCUMENT NO. 54626.

PARCEL 235: (PTN APN: 078-060-65S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF FRACTIONAL SECTION 30, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM AN UNDIVIDED 1/16 INTEREST IN AND TO ALL OIL, GAS AND MINERAL RIGHTS AND ALL OIL, GAS AND MINERAL HEREAFTER DEVELOPED AND PRODUCED UPON SAID LANDS AND A ONE-HALF INTEREST IN ALL BONUSES OR SUMS PAID IN NATURE OF A BONUS FOR ANY OIL LEASES HEREAFTER EXECUTED COVERING SAID LANDS AS GRANTED TO JOHN K. WRIGHT AND ANNA MAE WRIGHT, HUSBAND AND WIFE, FROM CHARLES R. MARKE AND NELLIE L. MARKE, HUSBAND AND WIFE, BY DEED RECORDED NOVEMBER 2, 1929 IN BOOK 1040 PAGE 98 OF OFFICIAL RECORDS, DOCUMENT NO. 29202;

ALSO EXCEPTING THEREFROM ALL OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS AS RESERVED IN THE DEED FROM MARVIN JAMES MARKE TO WILLIAM MADDOCKS, ET UX, RECORDED JANUARY 14, 1974 IN BOOK 6254 PAGE 765 OF OFFICIAL RECORDS, DOCUMENT NO. 3298.

PARCEL 236: (PTN APN: 078-060-65S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTH HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF FRACTIONAL SECTION 30, TOWNSHIP 20, SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM AN UNDIVIDED 1/16 INTEREST IN AND TO ALL OIL, GAS AND MINERAL RIGHTS AND ALL OIL, GAS AND MINERAL HEREAFTER DEVELOPED AND PRODUCED UPON SAID LANDS AND A ONE-HALF INTEREST IN ALL BONUSES OR SUMS PAID IN NATURE OF A BONUS FOR ANY OIL LEASES HEREAFTER EXECUTED COVERING SAID LANDS AS GRANTED TO JOHN K.WRIGHT AND ANNA MAE WRIGHT, HUSBAND AND WIFE, FROM CHARLES R. MARKE AND NELLIE L. MARKE, HUSBAND AND WIFE, BY DEED RECORDED NOVEMBER 2, 1929 IN BOOK 1040 PAGE 98 OF OFFICIAL RECORDS, DOCUMENT NO. 29202;

185

ALSO EXCEPTING THEREFROM ALL OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS AS RESERVED IN THE DEED FROM SIDNEY CHARLES MARKE TO WILLIAM MADDOCKS, ET UX, RECORDED JANUARY 14, 1974 IN BOOK 6254 PAGE 766 OF OFFICIAL RECORDS, DOCUMENT NO. 3299.

PARCEL 237: (PTN APN: 078-060-65S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH ONE-THIRD OF THE EAST HALF OF THE NORTHWEST QUARTER OF FRACTIONAL SECTION 30, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM AN UNDIVIDED 1/16 INTEREST IN AND TO ALL OIL, GAS AND MINERAL RIGHTS AND ALL OIL, GAS AND MINERAL HEREAFTER DEVELOPED AND PRODUCED UPON SAID LANDS AND A ONE-HALF INTEREST IN ALL BONUSES OR SUMS PAID IN NATURE OF A BONUS FOR ANY OIL LEASES HEREAFTER EXECUTED COVERING SAID LANDS AS GRANTED TO JOHN K. WRIGHT AND ANNA MAE WRIGHT, HUSBAND AND WIFE, FROM CHARLES R. MARKE AND NELLIE L. MARKE, HUSBAND AND WIFE, BY DEED RECORDED AUGUST 20, 1930 IN BOOK 1100 PAGE 493 OF OFFICIAL RECORDS, DOCUMENT NO. 20623;

ALSO EXCEPTING THEREFROM ALL OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS AS RESERVED IN THE DEED FROM LORENA JESSIE LLOYD TO WILLIAM MADDOCKS, ET UX, RECORDED JANUARY 14, 1974 IN BOOK 6254 PAGE 767 OF OFFICIAL RECORDS, DOCUMENT NO. 3300.

PARCEL 238: (PTN APN: 078-060-65S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTH ONE-HALF OF THE NORTH TWO-THIRDS OF THE EAST HALF OF THE NORTHWEST QUARTER OF FRACTIONAL SECTION 30, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM AN UNDIVIDED 1/16 INTEREST IN AND TO ALL OIL, GAS AND MINERAL RIGHTS AND ALL OIL, GAS AND MINERAL HEREAFTER DEVELOPED AND PRODUCED UPON SAID LANDS AND A ONE-HALF INTEREST IN ALL BONUSES OR SUMS PAID IN NATURE OF A BONUS FOR ANY OIL LEASES HEREAFTER EXECUTED COVERING SAID LANDS AS GRANTED TO JOHN K. WRIGHT AND ANNA MAE WRIGHT, HUSBAND AND WIFE, FROM CHARLES R. MARKE AND NELLIE L. MARKE, HUSBAND AND WIFE, BY DEED RECORDED AUGUST 20, 1930 IN BOOK 1100 PAGE 493 OF OFFICIAL RECORDS, DOCUMENT NO. 20623;

ALSO EXCEPTING THEREFROM ALL OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS AS RESERVED IN THE DEED FROM LORENA JESSIE LLOYD TO WILLIAM MADDOCKS, ET UX, RECORDED JANUARY 14, 1974 IN BOOK 6254 PAGE 768 OF OFFICIAL RECORDS, DOCUMENT NO. 3301.

PARCEL 239: (PTN APN: 078-060-65S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTH ONE-THIRD OF THE EAST HALF OF THE NORTHWEST QUARTER OF FRACTIONAL SECTION 30, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

186

EXCEPTING THEREFROM AN UNDIVIDED 1/16 INTEREST IN AND TO ALL OIL, GAS AND MINERAL RIGHTS AND ALL OIL, GAS AND MINERAL HEREAFTER DEVELOPED AND PRODUCED UPON SAID LANDS AND A ONE-HALF INTEREST IN ALL BONUSES OR SUMS PAID IN NATURE OF A BONUS FOR ANY OIL LEASES HEREAFTER EXECUTED COVERING SAID LANDS AS GRANTED TO JOHN K. WRIGHT AND ANNA MAE WRIGHT, HUSBAND AND WIFE, FROM CHARLES R. MARKE AND NELLIE L. MARKE, HUSBAND AND WIFE, BY DEED RECORDED AUGUST 20, 1930 IN BOOK 1100 PAGE 493 OF OFFICIAL RECORDS, DOCUMENT NO. 20623;

ALSO EXCEPTING THEREFROM ALL OF GRANTOR'S RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND MINERALS AS RESERVED IN THE DEED FROM NEVA DORIS WELBORN TO WILLIAM MADDOCKS, ET UX, RECORDED JANUARY 14, 1974 IN BOOK 6254 PAGE 769 OF OFFICIAL RECORDS, DOCUMENT NO. 3302.

PARCEL 240: (APNS: 078-140-06S AND 078-140-07S)
SAGEBERRY V, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM AN UNDIVIDED FIFTY PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS ON, IN OR UNDER SAID LAND AS RESERVED IN THE CORPORATION GRANT DEED FROM ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION, TO LELAND MC CARTHY, KELLY MC CARTHY, DANIEL MC CARTHY AND MICHAEL MC CARTHY UNDER THAT CERTAIN UNRECORDED TRUST AGREEMENT DATED JUNE 9, 1971 DESIGNATED AS THE DONALD MC CARTHY AND DOROTHY B. MC CARTHY TRUST, DATED JUNE 21, 1971, RECORDED JUNE 23, 1971 IN BOOK 5907 PAGE 620 OF OFFICIAL RECORDS, DOCUMENT NO. 49628.

PARCEL 241: (APN: 078-060-03S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF SECTION 30, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST OF AN UNDIVIDED 28.43 PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS, HYDROCARBON SUBSTANCES AND OTHER MINERALS AND MINERAL RIGHTS IN, UPON, UNDER OR PERTAINING TO SAID PROPERTY, OR THAT MAY BE PRODUCED THEREFROM AS RESERVED IN THE DEED FROM CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF KATHERINE MAUREEN MCCARTHY, RECORDED JUNE 30, 1982 IN BOOK 7931 PAGE 667 OF OFFICIAL RECORDS, DOCUMENT NO. 54637.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST OF AN UNDIVIDED 28.43 PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS, HYDROCARBON SUBSTANCES AND OTHER MINERALS AND MINERAL RIGHTS IN, UPON, UNDER OR PERTAINING TO SAID PROPERTY, OR THAT MAY BE PRODUCED THEREFROM AS RESERVED IN THE DEED FROM CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF RICHARD PATRICK MCCARTHY, RECORDED JUNE 30, 1982 IN BOOK 7931 PAGE 671 OF OFFICIAL RECORDS, DOCUMENT NO. 54638.

187

PARCEL 242: (APN: 075-070-56S)
SAGEBERRY II, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

ALL OF SECTION 25, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER.

ALSO EXCEPTING THEREFROM BEGINNING AT A POINT ALONG THE SOUTH LINE OF SAID SECTION 25, 2695.02 FEET EAST OF THE SOUTHWEST CORNER OF SAID SECTION 25, THENCE WEST 2695.02 FEET ALONG THE SOUTH LINE OF SAID SECTION 25 TO THE SOUTHWEST CORNER OF SAID SECTION 25, THENCE NORTH 2660.93 FEET ALONG THE WEST LINE OF SAID SECTION 25, THENCE EAST 2696.72 FEET TO A POINT WHICH LIES 2656.38 FEET NORTHERLY OF THE POINT OF BEGINNING, THENCE SOUTH 2656.38 FEET TO THE POINT OF BEGINNING.

PURSUANT TO CERTIFICATE OF WAIVER OF PARCEL MAP NO. 09-06, RECORDED SEPTEMBER 1, 2009 AS INSTRUMENT NO. 2009-0121438 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEEDS RECORDED DECEMBER 29, 1965, AS DOCUMENT NO. 104215 IN BOOK 5257 PAGE 19, OFFICIAL RECORDS.

PARCEL 243: (APN: 075-070-43S)
SAGEBERRY II, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 25, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965, AS DOCUMENT NO. 104215 IN BOOK 5257 PAGE 19, OFFICIAL RECORDS.

PARCEL 244: (APN: 078-130-14S)
SAGEBERRY V, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

188

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITED THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEEDS RECORDED DECEMBER 29, 1965, AS DOCUMENT NO. 104215 IN BOOK 5257, PAGE 19, OFFICIAL RECORDS.

PARCEL 245: (APN: 078-130-23S)
SAGEBERRY IV, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF SECTION 19, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPTING THEREFROM THAT PORTION DEEDED TO THE UNITED STATES OF AMERICA BY DEED RECORDED MAY 17, 1966 AS DOCUMENT NO. 37723 DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION 19, THENCE ALONG THE EAST BOUNDARY OF SAID SECTION 19 THE FOLLOWING COURSES AND DISTANCES; SOUTH 0° 42' 11" WEST 2647.87 FEET TO THE EAST QUARTER CORNER OF SAID SECTION 19; THENCE SOUTH 0° 42' 13" WEST 2648.06 FEET TO THE SOUTHEAST CORNER OF SAID SECTION 19; THENCE ALONG THE SOUTH BOUNDARY OF SAID SECTION 19 NORTH 89° 02' 13" WEST 483.32 FEET; THENCE LEAVING SAID SOUTH BOUNDARY NORTH 0° 53' 46" EAST 5221.69 FEET; THENCE NORTH 88° 40' 25" WEST 2173.94 FEET TO A POINT IN THE WEST BOUNDARY OF THE EAST HALF OF SAID SECTION 19; THENCE ALONG SAID WEST BOUNDARY NORTH 0° 37' 29" EAST 65.00 FEET TO THE NORTH QUARTER CORNER OF SAID SECTION 19; THENCE ALONG THE NORTH BOUNDARY OF SAID SECTION 19 SOUTH 88° 56' 14" EAST 2639.70 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM THAT PORTION DEEDED TO WESTLANDS WATER DISTRICT BY DEED RECORDED FEBRUARY 18, 1977 AS DOCUMENT NO. 16643 DESCRIBED AS FOLLOWS:

COMMENCING FOR REFERENCE AT A POINT IN THE WEST BOUNDARY OF THE EAST HALF OF SAID SECTION 19 DISTANT THEREALONG SOUTH 0° 37' 29" WEST, 65.00 FEET FROM THE NORTH QUARTER CORNER OF SAID SECTION 19; THENCE (1) ALONG THE BOUNDARY OF THE 61.18 ACRE PARCEL OF LAND DESCRIBED AS PARCEL ONE IN THE DEED TO THE UNITED STATES OF AMERICA RECORDED MAY 17, 1966 IN BOOK 5314, PAGE 60 AS DOCUMENT NO. 37723, FRESNO COUNTY RECORDS, SOUTH 88° 40' 25" EAST, 1933. 94 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID BOUNDARY THE FOLLOWING TWO COURSES: (2) SOUTH 88° 40' 25" EAST, 240.00 FEET AND (3) SOUTH 0° 53' 46" WEST, 188.00 FEET; THENCE (4) LEAVING SAID BOUNDARY, NORTH 88° 44' 25" WEST, 240.00 FEET; THENCE (5) NORTH 0° 53' 46" WEST, 188.00 FEET TO THE POINT OF BEGINNING.

THE INTEREST OF WESTLANDS WATER DISTRICT HAS SINCE PASSED TO AND IS NOW HELD BY THE UNITED STATES OF AMERICA BY DEED RECORDED JANUARY 9, 1979, AS DOCUMENT NO. 2677, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL,

189

NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965, AS DOCUMENT NO. 104215 IN BOOK 5257, PAGE 19, OFFICIAL RECORDS.

PARCEL 246: (APN: 078-130-16S)
SAGEBERRY VI, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF SECTION 16, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPT THE WEST HALF OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER THEREOF;

ALSO EXCEPTING AN UNDIVIDED ONE-HALF OF ALL OIL, GAS AND MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID PROPERTY, TOGETHER WITH THE RIGHT TO ENTER UPON SAID LAND TO EXPLORE FOR, DRILL WELLS, FOR, STORE, TOGETHER WITH THE RIGHT TO DRILL FOR, DEVELOP AND USE SUCH WATER FROM SAID LAND AS MAY BE USEFUL IN SAID OPERATIONS, AS RESERVED IN THE DEED FROM W.R. BAILEY AND ADDIE T. BAILEY, HIS WIFE, TO RUSSELL GIFFEN & CO., A LIMITED CO-PARTNERSHIP, RECORDED AUGUST 1, 1946 IN BOOK 2411 PAGE 446 OF OFFICIAL RECORDS, AS DOCUMENT NO. 53869;

ALSO EXCEPTING THEREFROM AN UNDIVIDED 25% OF 100% OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS ON, IN OR UNDER SAID LAND AS RESERVED IN THE CORPORATION GRANT DEED FROM ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION, TO DONALD MCCARTHY AND DOROTHY B. MCCARTHY, HUSBAND AND WIFE; RICHARD PATRICK MCCARTHY AND K. MAUREEN MCCARTHY, HUSBAND AND WIFE; AND LELAND MCCARTHY AND BETTY LOU MCCARTHY, HUSBAND AND WIFE, RECORDED JUNE 23, 1971 IN BOOK 5907 PAGE 613 OF OFFICIAL RECORDS, AS DOCUMENT NO. 49627.

ALSO EXCEPTING AND RESERVING THEREFROM AN UNDIVIDED ONE-HALF INTEREST OF AN UNDIVIDED ONE-THIRD INTEREST OF AN UNDIVIDED 25% OF 100% OF ALL OIL, GAS, HYDROCARBON SUBSTANCES AND OTHER MINERALS AND MINERAL RIGHTS IN, UPON, UNDER OR PERTAINING TO SAID PROPERTY, OR THAT MAY BE PRODUCED THEREFROM, AS RESERVED IN THE DEED FROM RICHARD PATRICK MCCARTHY AND K. MAUREEN MCCARTHY, RECORDED JUNE 30, 1982 IN BOOK 7931 PAGE 629 OF OFFICIAL RECORDS, AS DOCUMENT NO. 54624.

PARCEL 247: (APN: 078-041-01S)
SAGEBERRY VI, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH 99 ACRES OF THE FRACTIONAL NORTHWEST QUARTER OF SECTION 18, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPT AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS OR OTHER HYDROCARBON SUBSTANCES AND ANY OTHER MATERIALS IN, UPON OR UNDER SAID LAND OR HEREINAFTER DISCOVERED IN, UPON OR UNDER SAID PROPERTY, AS RESERVED IN THE DEED FROM CARL L. MAULDIN AND FAY C. MAULDIN, HIS WIFE, TO RUSSELL GIFFEN & CO., A LIMITED CO-PARTNERSHIP, RECORDED NOVEMBER 3, 1944 IN BOOK 2211 PAGE 28 OF OFFICIAL RECORDS, DOCUMENT NO. 40950;

190

ALSO EXCEPTING THEREFROM AN UNDIVIDED TWENTY-FIVE PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS ON, IN OR UNDER SAID LAND AS RESERVED IN THE CORPORATION GRANT DEED FROM ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION, TO RICHARD PATRICK MC CARTHY AND CURTIS DARLING, CO-TRUSTEES FOR SEAN FRANCIS MC CARTHY AND MARGARET KATHERINE MC CARTHY UNDER THAT CERTAIN UNRECORDED TRUST AGREEMENT DATED JUNE 9, 1971 DESIGNATED AS THE LELAND MC CARTHY AND BETTY LOU MC CARTHY TRUST, DATED JUNE 21, 1971, RECORDED JUNE 23, 1971 IN BOOK 5907 PAGE 628 OF OFFICIAL RECORDS, DOCUMENT NO. 49630.

PARCEL 248: (APN: 078-041-02S)
SAGEBERRY VI, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE FRACTIONAL NORTHWEST QUARTER OF SECTION 18, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF;

EXCEPT THE NORTH 99 ACRES OF SAID FRACTIONAL NORTHWEST QUARTER OF SECTION 18;

ALSO EXCEPT AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS OR OTHER HYDROCARBON SUBSTANCES AND ANY OTHER MATERIALS IN, UPON OR UNDER SAID LAND OR HEREINAFTER DISCOVERED IN, UPON OR UNDER SAID PROPERTY, AS RESERVED IN THE DEED FROM CARL L. MAULDIN AND FAY C. MAULDIN, HIS WIFE, TO RUSSELL GIFFEN & CO., A LIMITED CO-PARTNERSHIP, RECORDED NOVEMBER 3, 1944 IN BOOK 2211 PAGE 28 OF OFFICIAL RECORDS, DOCUMENT NO. 40950;

ALSO EXCEPTING THEREFROM AN UNDIVIDED TWENTY-FIVE PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS ON, IN OR UNDER SAID LAND AS RESERVED IN THE CORPORATION GRANT DEED FROM ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION, TO ROBERT PATRICK MC CARTHY, A SINGLE MAN, RECORDED JUNE 23, 1971 IN BOOK 5907 PAGE 629 OF OFFICIAL RECORDS, DOCUMENT NO. 49631.

ALSO EXCEPTING AN UNDIVIDED ONE-HALF INTEREST OF AN UNDIVIDED TWENTY-FIVE PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS, HYDROCARBON SUBSTANCES AND OTHER MINERALS AND MINERAL RIGHTS IN, UPON, UNDER OR PERTAINING TO SAID PROPERTY, OR THAT MAY BE PRODUCED THEREFROM AS RESERVED IN THE DEED FROM ROBERT PATRICK MCCARTHY, RECORDED JUNE 30, 1982 IN BOOK 7931 PAGE 642 OF OFFICIAL RECORDS, DOCUMENT NO. 54628.

PARCEL 249: (APN: 078-020-16S)
SAGEBERRY VI, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, AS RESERVED IN THAT CERTAIN DEED FROM FRANCES ANN JOHNSON, AS HER SEPARATE PROPERTY AND ALBERT ARTHUR LANKFORD, AS HIS SEPARATE PROPERTY RECORDED AUGUST 11, 1989 AS DOCUMENT NO. 89085987, OFFICIAL RECORDS.

PARCEL 250: (APN: 075-070-48S)
SAGEBERRY I, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

THE NORTHEAST QUARTER OF SECTION 35, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION DEEDED TO THE COUNTY OF FRESNO BY DEED RECORDED MAY 4, 1976, DOCUMENT NO. 37420, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTH BOUNDARY OF SAID SECTION 35, SAID POINT BEARS SOUTH 89° 57' 54" EAST, 140 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION 35; THENCE, (1) NORTH 00° 33' 00" WEST, PARALLEL WITH THE WEST BOUNDARY OF SAID SECTION 35, 40 FEET; THENCE, (2) NORTH 81° 53' 53" WEST, 54.23 FEET; THENCE (3) NORTH 87° 30' 06" EAST, 366.31; THENCE (4) EASTERLY ALONG THE ARC OF A CURVE CONCAVE TO THE SOUTH (HAVING A 12,035 FEET RADIUS, A RADIUS POINT WHICH BEARS SOUTH 02° 29' 54" EAST AND A CENTRAL ANGLE OF 02° 38' 39"), A DISTANCE OF 555.41 FEET; THENCE, (5) SOUTH 89° 51' 15" EAST, 192.12 FEET; THENCE, (6) NORTH 00° 08' 45" EAST, 5.00 FEET; THENCE, (7) SOUTH 89° 51' 15" EAST, 600.14 FEET; THENCE, (8) NORTH 89° 55' 47" EAST, 1090.11 FEET TO A POINT WHICH BEARS NORTH 00° 18' 30" EAST, 86.11 FEET FROM THE NORTHWEST CORNER OF SECTION 1, TOWNSHIP 21 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE, (9) NORTH 89° 51' 22" EAST, 2637.97 FEET; THENCE, (10) SOUTH 00° 17' 14" WEST, 99.59 FEET TO THE NORTH QUARTER CORNER OF SAID SECTION 1; THENCE, (11) NORTH 89° 51' 04" WEST ALONG THE NORTH BOUNDARY OF THE NORTHWEST QUARTER OF SAID SECTION 1, 2637.94 FEET TO THE NORTHEAST CORNER OF SECTION 2, TOWNSHIP 21 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE, (12) NORTH 89° 51' 15" WEST ALONG THE NORTH BOUNDARY OF THE NORTHEAST QUARTER OF SAID SECTION 2, 2637.38 FEET TO THE NORTH QUARTER CORNER OF SAID SECTION 2; THENCE, (13) NORTH 89° 57' 54" WEST ALONG THE SOUTH BOUNDARY OF SAID SECTION 35, 111.68 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965 AS DOCUMENT NO. 104215 IN BOOK 5257 PAGE 19, OFFICIAL RECORDS.

PARCEL 251: (APN: 075-070-46S)
SAGEBERRY I, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE SOUTHEAST QUARTER OF SECTION 35, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION DEEDED TO THE COUNTY OF FRESNO BY DEED RECORDED MAY 6, 1976, DOCUMENT NO. 37420, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTH BOUNDARY OF SAID SECTION 35, SAID POINT BEARS SOUTH 89° 57' 54" EAST, 140 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION 35; THENCE, (1) NORTH 00° 33' 00" WEST, PARALLEL WITH THE WEST BOUNDARY OF SAID SECTION 35, 40 FEET; THENCE, (2) NORTH 81° 53' 53" WEST, 54.23 FEET; THENCE (3) NORTH 87° 30' 06" EAST, 366.31; THENCE (4) EASTERLY ALONG THE ARC OF A CURVE CONCAVE TO THE SOUTH (HAVING A 12,035

192

FEET RADIUS, A RADIUS POINT WHICH BEARS SOUTH 02° 29' 54" EAST AND A CENTRAL ANGLE OF 02° 38' 39"), A DISTANCE OF 555.41 FEET; THENCE, (5) SOUTH 89° 51' 15" EAST, 192.12 FEET; THENCE, (6) NORTH 00° 08' 45" EAST, 5.00 FEET; THENCE, (7) SOUTH 89° 51' 15" EAST, 600.14 FEET; THENCE, (8) NORTH 89° 55' 47" EAST, 1090.11 FEET TO A POINT WHICH BEARS NORTH 00° 18' 30" EAST, 86.11 FEET FROM THE NORTHWEST CORNER OF SECTION 1, TOWNSHIP 21 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE, (9) NORTH 89° 51' 22" EAST, 2637.97 FEET; THENCE, (10) SOUTH 00° 17' 14" WEST, 99.59 FEET TO THE NORTH QUARTER CORNER OF SAID SECTION 1; THENCE, (11) NORTH 89° 51' 04" WEST ALONG THE NORTH BOUNDARY OF THE NORTHWEST QUARTER OF SAID SECTION 1, 2637.94 FEET TO THE NORTHEAST CORNER OF SECTION 2, TOWNSHIP 21 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE, (12) NORTH 89° 51' 15" WEST ALONG THE NORTH BOUNDARY OF THE NORTHEAST QUARTER OF SAID SECTION 2, 2637.38 FEET TO THE NORTH QUARTER CORNER OF SAID SECTION 2; THENCE, (13) NORTH 89° 57' 54" WEST ALONG THE SOUTH BOUNDARY OF SAID SECTION 35, 111.68 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965 AS DOCUMENT NO. 104215 IN BOOK 5257 PAGE 19, OFFICIAL RECORDS.

PARCEL 252: (APN: 075-070-47S)
SAGEBERRY I, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 35, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION DEEDED TO THE COUNTY OF FRESNO BY DEED RECORDED MAY 6, 1976, DOCUMENT NO. 37420, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTH BOUNDARY OF SAID SECTION 35, SAID POINT BEARS SOUTH 89° 57' 54" EAST, 140 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION 35; THENCE, (1) NORTH 00° 33' 00" WEST, PARALLEL WITH THE WEST BOUNDARY OF SAID SECTION 35, 40 FEET; THENCE, (2) NORTH 81° 53' 53" WEST, 54.23 FEET; THENCE (3) NORTH 87° 30' 06" EAST, 366.31; THENCE (4) EASTERLY ALONG THE ARC OF A CURVE CONCAVE TO THE SOUTH (HAVING A 12,035 FEET RADIUS, A RADIUS POINT WHICH BEARS SOUTH 02° 29' 54" EAST AND A CENTRAL ANGLE OF 02° 38' 39"), A DISTANCE OF 555.41 FEET; THENCE, (5) SOUTH 89° 51' 15" EAST, 192.12 FEET; THENCE, (6) NORTH 00° 08' 45" EAST, 5.00 FEET; THENCE, (7) SOUTH 89° 51' 15" EAST, 600.14 FEET; THENCE, (8) NORTH 89° 55' 47" EAST, 1090.11 FEET TO A POINT WHICH BEARS NORTH 00° 18' 30" EAST, 86.11 FEET FROM THE NORTHWEST CORNER OF SECTION 1, TOWNSHIP 21 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE, (9) NORTH 89° 51' 22" EAST, 2637.97 FEET; THENCE, (10) SOUTH 00° 17' 14" WEST, 99.59 FEET TO THE NORTH QUARTER CORNER OF SAID SECTION 1; THENCE, (11) NORTH 89° 51' 04" WEST ALONG THE NORTH BOUNDARY OF THE NORTHWEST QUARTER OF SAID SECTION 1, 2637.94 FEET TO THE NORTHEAST CORNER OF SECTION 2, TOWNSHIP 21 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE, (12) NORTH 89° 51' 15" WEST ALONG THE NORTH BOUNDARY OF THE NORTHEAST QUARTER OF SAID SECTION 2, 2637.38 FEET TO THE NORTH QUARTER CORNER OF SAID SECTION 2; THENCE, (13)

193

NORTH 89° 57' 54" WEST ALONG THE SOUTH BOUNDARY OF SAID SECTION 35, 111.68 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965 AS DOCUMENT NO. 104215 IN BOOK 5257 PAGE 19, OFFICIAL RECORDS.

PARCEL 253: (APN: 078-060-85S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THAT PORTION OF THE SOUTH HALF OF SECTION 31, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, LYING WEST OF THE WESTERLY BOUNDARY OF THE 67.52 ACRE PARCEL OF LAND AS PARCEL 1 IN THE DEED TO THE UNITED STATES OF AMERICA RECORDED MAY 17, 1966 IN BOOK 5314 PAGE 66, DOCUMENT NO. 37725, OFFICIAL RECORDS OF FRESNO COUNTY.

EXCEPTING THEREFROM THAT PORTION DEEDED TO THE COUNTY OF FRESNO BY DEED RECORDED MAY 4, 1976 IN BOOK 6589 PAGE 132 AS DOCUMENT NO. 37420, OFFICIAL RECORDS OF FRESNO COUNTY.

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965 AS DOCUMENT NO. 104215 IN BOOK 5257 PAGE 19, OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEED RECORDED DECEMBER 29, 1965 AS DOCUMENT NO. 104215 AND 104216 OF OFFICIAL RECORDS.

PARCEL 254: (APN: 078-060-86S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 31, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, LYING WEST OF THE WESTERLY BOUNDARY OF THE 67.52 ACRE PARCEL OF LAND DESCRIBED AS PARCEL 1 IN THE DEED TO THE UNITED STATES OF AMERICA RECORDED MAY 17, 1966 IN BOOK 5314 PAGE 66, DOCUMENT NO. 37725, OFFICIAL RECORDS OF FRESNO COUNTY.

194

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

EXCEPTING THEREFROM THAT PORTION DEEDED TO WESTLANDS WATER DISTRICT BY DEED RECORDED FEBRUARY 18, 1977, DOCUMENT NO. 16643, OFFICIAL RECORDS OF FRESNO COUNTY.

ALSO EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEEDS RECORDED DECEMBER 29, 1965 AS DOCUMENT NOS. 104215 AND 104216 OF OFFICIAL RECORDS.

PARCEL 255: (APN: 078-060-87S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST 1422.00 FEET OF THE NORTHWEST QUARTER OF SECTION 31, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEEDS RECORDED DECEMBER 29, 1965 AS DOCUMENT NOS. 104215 AND 104216 OF OFFICIAL RECORDS.

PARCEL 256: (APN: 078-060-88S)
SAGEBERRY III, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF SECTION 31, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE WEST 1422.00 FEET THEREOF.

ALSO EXCEPTING THEREFROM ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING THE HEREINABOVE DESCRIBED PROPERTY OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, AS GRANTED TO BRAVO OIL COMPANY IN DEEDS RECORDED DECEMBER 29, 1965 AS DOCUMENT NOS. 104215 AND 104216 OF OFFICIAL RECORDS.

PARCEL 257: (APN: 075-070-31)
SAGEBERRY I, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF SECTION 36, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

195

PARCEL 258: (APN: 075-070-29)
SAGEBERRY I, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF SECTION 36, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT
DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING
TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION DEEDED TO THE COUNTY OF FRESNO, BY DEEDS
RECORDED AUGUST 31, 1977 IN BOOK 6867 PAGES 875 AND 878, OFFICIAL RECORDS.

PARCEL 259: (APN: 075-070-28)
SAGEBERRY I, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF SECTION 36, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT
DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING
TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION DEEDED TO THE COUNTY OF FRESNO, BY DEEDS
RECORDED AUGUST 31, 1977 IN BOOK 6867 PAGES 875 AND 878, OFFICIAL RECORDS.

PARCEL 260: (APN: 075-070-30)
SAGEBERRY I, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF SECTION 36, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT
DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING
TO THE OFFICIAL PLAT THEREOF.

PARCEL 261: (APN: 078-020-17S)
SAGEBERRY VI, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 20, RANGE 18 EAST,
MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA,
ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL RIGHT, TITLE AND INTEREST IN AND TO ALL OIL, GAS AND
MINERALS AS RESERVED BY JAMES E. LOWE AND MARGARET E. LOWE, HUSBAND AND WIFE, BY
DEED DATED MARCH 7, 1975, RECORDED MARCH 26, 1975 IN BOOK 6412 PAGE 797 OF OFFICIAL
RECORDS, DOCUMENT NO. 21115.

PARCEL 262: (APN: 078-140-02S)
SAGEBERRY V, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH,
RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF
CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PROPERTY:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 20; THENCE ALONG THE NORTH
BOUNDARY OF SAID SECTION 20, SOUTH 89° 22' 04" EAST, 1195.00 FEET; THENCE LEAVING SAID
NORTH BOUNDARY SOUTH 0° 48' 56" WEST 40.00 FEET; THENCE SOUTH 88° 53' 53" WEST 119.51 FEET

196

TO A POINT IN THE WEST BOUNDARY OF SAID SECTION 20; THENCE ALONG SAID WEST BOUNDARY NORTH 0° 42' 11" EAST 80.00 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PROPERTY:

BEGINNING AT THE SOUTHWEST CORNER OF THE 1.65 ACRE PARCEL OF LAND DESCRIBED IN THE DEED TO THE UNITED STATES OF AMERICA RECORDED APRIL 24, 1967 IN BOOK 5431 PAGE 644 OF OFFICIAL RECORDS, DOCUMENT NO. 27583, SAID CORNER BEING A POINT IN THE WEST LINE OF SAID SECTION THAT BEARS SOUTH 0° 42' 11" WEST, 80.00 FEET FROM THE NORTHWEST CORNER OF SAID SECTION; THENCE
(1) ALONG THE SOUTH BOUNDARY OF SAID 1.65 ACRE PARCEL, NORTH 88° 53' 53" EAST, 60.03 FEET TO A POINT IN THE EAST LINE OF THE WEST 60 FEET OF SAID SECTION; THENCE
(2) ALONG SAID EAST LINE, SOUTH 0° 42' 11" WEST, 186.89 FEET; THENCE
(3) NORTH 89° 17' 49" WEST, 60.00 FEET TO A POINT IN SAID WEST LINE OF SAID SECTION; THENCE
(4) ALONG SAID WEST LINE; NORTH 0° 42' 11" EAST, 185.00 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM 50% OF ALL CRUDE OIL, PETROLEUM, GAS BREA, ASPHALTUM AND OTHER KINDRED SUBSTANCES, WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED BY HOWARD LYNN HARDMAN, JR. IN THE DEED RECORDED JANUARY 10, 1977 IN BOOK 6721 PAGE 98 OF OFFICIAL RECORDS, DOCUMENT NO. 2539.

ALSO EXCEPTING THEREFROM UNTO DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, AN UNDIVIDED 50% INTEREST IN AND TO ANY OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES CURRENTLY OWNED BY SAID DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY. THIS RESERVATION APPLIES TO ANY AND ALL OF THE PARCELS DESCRIBED IN THIS CONVEYANCE WHEREIN DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971, FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, HAVE A CURRENT INTEREST IN OIL, GAS, MINERALS AND OTHER HYDROCARBONS, AS RESERVED IN THE DEED RECORDED NOVEMBER 16, 1984 AS DOCUMENT NO. 84111479, OFFICIAL RECORDS.

PARCEL 263: (APN: 078-140-04S)
SAGEBERRY V, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

197

EXCEPTING THEREFROM ONE-HALF OF ALL OIL, GAS AND MINERAL AND OTHER HYDROCARBON SUBSTANCES, AS RESERVED BY PAULINE HART, IN THE DEED RECORDED AUGUST 13, 1974 IN BOOK 6335 PAGE 24 OF OFFICIAL RECORDS, DOCUMENT NO. 61076.

ALSO EXCEPTING THEREFROM UNTO DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, AN UNDIVIDED 50% INTEREST IN AND TO ANY OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES CURRENTLY OWNED BY SAID DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY. THIS RESERVATION APPLIES TO ANY AND ALL OF THE PARCELS DESCRIBED IN THIS CONVEYANCE WHEREIN DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971, FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, HAVE A CURRENT INTEREST IN OIL, GAS, MINERALS AND OTHER HYDROCARBONS, AS RESERVED IN THE DEED RECORDED NOVEMBER 16, 1984 AS DOCUMENT NO. 84111479, OFFICIAL RECORDS.

PARCEL 264: (APN: 078-140-05)
SAGEBERRY V, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

ALSO EXCEPTING THEREFROM UNTO DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, AN UNDIVIDED 50% INTEREST IN AND TO ANY OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES CURRENTLY OWNED BY SAID DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY. THIS RESERVATION APPLIES TO ANY AND ALL OF THE PARCELS DESCRIBED IN THIS CONVEYANCE WHEREIN DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971, FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, HAVE

198

A CURRENT INTEREST IN OIL, GAS, MINERALS AND OTHER HYDROCARBONS, AS RESERVED IN THE DEED RECORDED NOVEMBER 16, 1984 AS DOCUMENT NO. 84111479, OFFICIAL RECORDS.

PARCEL 265: (APN: 078-060-39S)
SAGEBERRY IV, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHEAST QUARTER OF SECTION 30, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM A PORTION OF SAID NORTHEAST QUARTER OF SECTION 30, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION 30, THENCE ALONG THE EAST BOUNDARY OF SAID SECTION 30 SOUTH 0° 55' 15" WEST 2647.67 FEET TO THE EAST QUARTER CORNER OF SAID SECTION 30; THENCE LEAVING SAID EAST BOUNDARY ALONG THE SOUTH BOUNDARY OF THE NORTHEAST QUARTER OF SAID SECTION 30 NORTH 89° 05' 12" WEST 482.18 FEET; THENCE LEAVING SAID SOUTH BOUNDARY NORTH 0° 53' 46" EAST 2648.09 FEET TO A POINT IN THE NORTH BOUNDARY OF SAID SECTION 30; THENCE ALONG SAID NORTH BOUNDARY SOUTH 89° 02' 13" EAST 483.32 FEET TO THE POINT OF BEGINNING; BUT INCLUDING ALL OIL, GAS OR MINERALS IN OR UNDER SAID EXCEPTED LAND, WITHOUT, HOWEVER, THE RIGHT TO DIG, DRILL OR MINE THEREFOR THROUGH THE SURFACE OF SAID LAND OR WITHIN 100 FEET OF THE SURFACE; AS DEEDED TO THE UNITED STATES OF AMERICA BY DEED DATED JUNE 30, 1965 AND RECORDED MARCH 10, 1966 IN BOOK 5285 PAGE 174 OF OFFICIAL RECORDS, DOCUMENT NO. 18692.

ALSO EXCEPTING AN UNDIVIDED ½ INTEREST IN ALL OIL, GAS OR MINERALS, IN OR UNDER SAID LAND, WITHOUT, HOWEVER, THE RIGHT TO DIG, DRILL OR MINE THEREFOR THROUGH THE SURFACE OR UPPER 100 FEET OF THE SUBSURFACE OF THE LANDS HEREIN CONVEYED, AS RESERVED BY DALLAS C. PAUL AND WILLA E. PAUL, HUSBAND AND WIFE, IN THE DEED RECORDED OCTOBER 9, 1984 AS DOCUMENT NO. 84097012.

ALSO EXCEPTING ALL REMAINING OIL, GAS, MINERALS AND HYDROCARBON SUBSTANCES AS RESERVED BY RAY DALLAS PAUL AND MELODY ANN PAUL, HUSBAND AND WIFE, IN DEED RECORDED DECEMBER 14, 1984 AS DOCUMENT NO. 84120853.

PARCEL 266: (APN: 075-050-50S)
SAGEBERRY II, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF SECTION 13, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL GOVERNMENT PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION DESCRIBED IN FEE IN THAT CERTAIN "FINAL ORDER OF CONDEMNATION RE: STATE OF CALIFORNIA V. ANN DAWN, TRUSTEE, ET AL., FRESNO SUPERIOR COURT CASE NO. 05 CE CG 01619 AMS (CONSOLIDATED WITH 05 C3 CG 02465 AMS), RECORDED SEPTEMBER 24, 2008 AS INSTRUMENT NO. 2008-0137023 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED SEVENTY-FIVE PERCENT OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED THEREFROM INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL PETROLEUM, OIL, NATURAL GAS AND PRODUCTS DERIVED THEREFROM AS RESERVED IN THE

199

DEED FROM SOUTHERN PACIFIC LAND COMPANY, A CORPORATION, TO ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION, RECORDED JANUARY 15, 1965 IN BOOK 5120 PAGE 351 OF OFFICIAL RECORDS, DOCUMENT NO. 3763.

ALSO EXCEPTING THEREFROM AN UNDIVIDED TWELVE AND ONE-HALF PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS ON, IN OR UNDER SAID LAND AS RESERVED IN THE CORPORATION GRANT DEED FROM ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION TO DONALD MC CARTHY AND DOROTHY B. MC CARTHY, HUSBAND AND WIFE, RICHARD PATRICK MC CARTHY AND K. MAUREEN MC CARTHY, HUSBAND AND WIFE, AND LELAND MC CARTHY AND BETTY LOU MC CARTHY, HUSBAND AND WIFE, RECORDED JUNE 23, 1971 IN BOOK 5907 PAGE 613 OF OFFICIAL RECORDS, DOCUMENT NO. 49627.

ALSO EXCEPTING AN UNDIVIDED ONE-HALF INTEREST OF AN UNDIVIDED ONE-THIRD INTEREST OF AN UNDIVIDED TWELVE AND ONE-HALF PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS, HYDROCARBON SUBSTANCES AND OTHER MINERALS AND MINERAL RIGHTS IN, UPON, UNDER OR PERTAINING TO SAID PROPERTY, OR THAT MAY BE PRODUCED THEREFROM, AS RESERVED IN THE DEED FROM RICHARD PATRICK MCCARTHY AND K. MAUREEN MCCARTHY, RECORDED JUNE 30, 1982 AS DOCUMENT NO. 54622.

PARCEL 267: (APN: 075-050-08S)
SAGEBERRY II, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHEAST QUARTER OF SECTION 24, TOWNSHIP 20 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS AND HYDROCARBON SUBSTANCES AND/OR MINERALS IN OR UNDER SAID SOUTHEAST QUARTER, AS HERETOFORE RESERVED OF RECORD.

PARCEL 268: (APN: 078-130-07S)
SAGEBERRY IV, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTH 219.99 ACRES OF THE FRACTIONAL WEST HALF OF SECTION 19, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED SEVENTY-FIVE PERCENT OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED THEREFROM INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL PETROLEUM, OIL, NATURAL GAS AND PRODUCTS DERIVED THEREFROM AS RESERVED IN THE DEED FROM SOUTHERN PACIFIC LAND COMPANY, A CORPORATION, TO ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION, RECORDED JANUARY 15, 1965 IN BOOK 5120 PAGE 351 OF OFFICIAL RECORDS, DOCUMENT NO. 3763.

ALSO EXCEPTING THEREFROM AN UNDIVIDED TWELVE AND ONE-HALF PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS ON, IN OR UNDER SAID LAND AS RESERVED IN THE CORPORATION GRANT DEED FROM ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION TO LELAND MC CARTHY, KELLY MC CARTHY, DANIEL MC CARTHY AND MICHAEL MC CARTHY UNDER THAT CERTAIN UNRECORDED TRUST AGREEMENT DATED JUNE 9, 1971 DESIGNATED AS THE DONALD MC CARTHY AND DOROTHY B.

200

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

MC CARTHY TRUST, DATED JUNE 21, 1971, RECORDED JUNE 23, 1971 IN BOOK 5907 PAGE 620 OF OFFICIAL RECORDS, DOCUMENT NO. 9628.

ALSO EXCEPTING THEREFROM UNTO DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, AN UNDIVIDED 50% INTEREST IN AND TO ANY OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES CURRENTLY OWNED BY SAID DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY. THIS RESERVATION APPLIES TO ANY AND ALL OF THE PARCELS DESCRIBED IN THIS CONVEYANCE WHEREIN DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971, FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, HAVE A CURRENT INTEREST IN OIL, GAS, MINERALS AND OTHER HYDROCARBONS, AS RESERVED IN THE DEED RECORDED NOVEMBER 16, 1984 AS DOCUMENT NO. 84111479, OFFICIAL RECORDS.

PARCEL 269: (APN: 078-020-18S)
SAGEBERRY VI, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF SECTION 8, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

ALSO EXCEPTING THEREFROM AN UNDIVIDED FIFTY PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS ON, IN OR UNDER SAID LAND AS RESERVED IN THE CORPORATION GRANT DEED FROM ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION TO RICHARD PATRICK MC CARTHY AND CURTIS DARLING, CO-TRUSTEES FOR SEAN FRANCIS MC CARTHY AND MARGARET KATHERINE MC CARTHY UNDER THE CERTAIN UNRECORDED TRUST AGREEMENT DATED JUNE 9, 1971 DESIGNATED AS THE LELAND MC CARTHY AND BETTY LOU MC CARTHY TRUST, DATED JUNE 21, 1971, RECORDED JUNE 23, 1971 IN BOOK 5907 PAGE 628 OF OFFICIAL RECORDS, DOCUMENT NO. 49630.

PARCEL 270: (APN: 078-130-06S)
SAGEBERRY IV, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE FRACTIONAL WEST HALF OF SECTION 19, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTH QUARTER CORNER OF SAID SECTION 19; THENCE ALONG THE EAST BOUNDARY OF THE WEST HALF OF SAID SECTION 19, SOUTH 0° 37' 29" WEST 65.00 FEET; THENCE

201

LEAVING SAID EAST BOUNDARY NORTH 88° 21' 02" WEST 2,466.43 FEET; THENCE NORTH 1° 04' 07" EAST 40.00 FEET TO A POINT IN THE NORTH BOUNDARY OF SAID SECTION 19; THENCE ALONG SAID NORTH BOUNDARY SOUTH 88° 55' 53" EAST 2,465.80 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM THE SOUTH 219.99 ACRES OF SAID FRACTIONAL WEST HALF OF SECTION 19.

EXCEPTING THEREFROM AN UNDIVIDED SEVENTY-FIVE PERCENT OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING SAID LAND OF THAT MAY BE PRODUCED THEREFROM INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL PETROLEUM, OIL, NATURAL GAS AND PRODUCTS DERIVED THEREFROM AS RESERVED IN THE DEED FROM SOUTHERN PACIFIC LAND COMPANY, A CORPORATION, TO ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION, RECORDED JANUARY 15, 1965 IN BOOK 5120 PAGE 351 OF OFFICIAL RECORDS, DOCUMENT NO. 3763.

ALSO EXCEPTING THEREFROM AN UNDIVIDED FIFTY PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS ON, IN OR UNDER SAID LAND AS RESERVED IN THE CORPORATION GRANT DEED FROM ANDERSON, CLAYTON & CO., A DELAWARE CORPORATION TO RICHARD PATRICK MC CARTHY AND CURTIS DARLING, CO-TRUSTEES FOR KATHERINE LYNN MC CARTHY UNDER THAT CERTAIN UNRECORDED TRUST AGREEMENT DATED JUNE 9, 1971 DESIGNATED AS THE RICHARD PATRICK MC CARTHY AND K. MAUREEN MC CARTHY TRUST, DATED JUNE 21, 1971, RECORDED JUNE 23, 1971 IN BOOK 5907 PAGE 623 OF OFFICIAL RECORDS, DOCUMENT NO. 49629.

ALSO EXCEPTING AN UNDIVIDED ONE-HALF INTEREST OF AN UNDIVIDED TWELVE AND ONE HALF PERCENT OF ONE HUNDRED PERCENT OF ALL OIL, GAS, HYDROCARBON SUBSTANCES AND OTHER MINERALS AND MINERAL RIGHTS IN, UPON, UNDER OR PERTAINING TO SAID PROPERTY, OR THAT MAY BE PRODUCED THEREFROM, AS RESERVED IN THE DEED FROM KATHERINE LYNN MCCARTHY, ALSO KNOWN AS KATHRYN LYNN MCCARTHY, RECORDED JUNE 30, 1982 IN BOOK 7931 PAGE 656 OF OFFICIAL RECORDS, DOCUMENT NO. 54633.

ALSO EXCEPTING THEREFROM UNTO DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, AN UNDIVIDED 50% INTEREST IN AND TO ANY OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES CURRENTLY OWNED BY SAID DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY. THIS RESERVATION APPLIES TO ANY AND ALL OF THE PARCELS DESCRIBED IN THIS CONVEYANCE WHEREIN DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971, FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, HAVE A

202

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

CURRENT INTEREST IN OIL, GAS, MINERALS AND OTHER HYDROCARBONS, AS RESERVED IN THE DEED RECORDED NOVEMBER 16, 1984 AS DOCUMENT NO. 84111479, OFFICIAL RECORDS.

PARCEL 271: (APN: 078-130-11S)
SAGEBERRY V, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE SOUTHWEST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING AND RESERVING THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES ON, IN OR UNDER SAID LAND, AS RESERVED IN THE DEED FROM NAIDA RICHART ALSO KNOWN AS NAIDA RICHERT GEISLER AND COLLEEN RICHERT ALSO KNOWN AS COLLEEN RICHERT COPHER AND DELNA WEIL TO GERTRUDE MC CARTHY, RECORDED DECEMBER 17, 1971 IN BOOK 5969 PAGE 97 OF OFFICIAL RECORDS, DOCUMENT NO. 101367.

ALSO EXCEPTING THEREFROM UNTO DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, AN UNDIVIDED 50% INTEREST IN AND TO ANY OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES CURRENTLY OWNED BY SAID DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY; AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY. THIS RESERVATION APPLIES TO ANY AND ALL OF THE PARCELS DESCRIBED IN THIS CONVEYANCE WHEREIN DONALD C. MCCARTHY AND DOROTHY B. MCCARTHY; LELAND MCCARTHY AND CURTIS DARLING, AS TRUSTEES UNDER TRUST AGREEMENT DATED JUNE 9, 1971, FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, AND CURTIS DARLING, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 15, 1977 FOR THE BENEFIT OF TIMOTHY FRANCIS MCCARTHY, KELLY MCCARTHY, DANIEL MCCARTHY AND MICHAEL MCCARTHY, HAVE A CURRENT INTEREST IN OIL, GAS, MINERALS AND OTHER HYDROCARBONS, AS RESERVED IN THE DEED RECORDED NOVEMBER 16, 1984 AS DOCUMENT NO. 84111479, OFFICIAL RECORDS.

UNNAMED RANCHES

PARCEL 272: (APN: PORTION OF 026-300-034)
NANCY BLUHM, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH, RANGE 19 EAST, M.D.B.M., IN THE UNINCORPORATED AREA, COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ½ INTEREST TO ALL MINERAL RIGHTS AS RESERVED IN THE DEED FROM WILHELMINA MUNOZ BOSSANA TO MARY NUNEZ SOUZA, DATED FEBRUARY 21, 1952 AND RECORDED FEBRUARY 29, 1952 IN BOOK 516 AT PAGE 205 OF OFFICIAL RECORDS.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

ALSO EXCEPTING THEREFROM AN UNDIVIDED ½ INTEREST IN THE REMAINING ½ INTEREST IN THE REMAINING ½ INTEREST IN AND TO ALL MINERALS AND MINERAL DEPOSITS, AND ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES WHATEVER THEIR SOURCE, WHICH ARE OR MAY BE FOUND OR DEVELOPED UPON, WITHIN OR BENEATH THE SURFACE OF SAID REAL PROPERTY, OR ANY PART THEREOF, OR WHICH MAY AT ANY TIME BE PRODUCED, EXTRACTED OR SEVERED FROM SAID REAL PROPERTY, OR ANY PART THEREOF, TOGETHER WITH ALL RIGHTS THAT MAY BE REASONABLY NECESSARY TO THE FULL REALIZATION, EXERCISE AND ENJOYMENT OF THE INTEREST SO EXCEPTED AND RESERVED, INCLUDING (WITHOUT BEING CONFINED THERETO) RIGHTS OF INGRESS AND EGRESS TO AND FROM ENTRY UPON, AND USE OF SAID REAL PROPERTY, THE RIGHT TO PROSPECT AND EXPLORE THEREON FOR MINERALS, MINERAL DEPOSITS, OIL, GAS OR OTHER HYDROCARBON SUBSTANCES AND THE RIGHT TO MINE, DRILL FOR, EXTRACT, RECOVER AND REMOVE SUCH MINERALS, MINERAL DEPOSITS, OIL, GAS OR OTHER HYDROCARBON SUBSTANCES, BY ANY AND ALL USUAL, CONVENIENT AND NECESSARY MEANS THE INTENTION OF THIS EXCEPTION IS TO RESERVE UNTO ROGER W. SOUZA, TRUSTEE, BY DEED RECORDED MARCH 13, 1962 IN BOOK 803, PAGE 714 OF OFFICIAL RECORDS, AS INSTRUMENT NO. 4132, AN UNDIVIDED ¼ INTEREST OF THE WHOLE OF SAID MINERAL AND MINERAL DEPOSITS, AND ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES.

PARCEL 273: (APN: PORTION OF 026-300-034)
NANCY BLUHM, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

THE EAST HALF OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH, RANGE 19 EAST, M.D.B.M., IN THE COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 274: (APN: PORTION OF 026-300-034)
NANCY BLUHM, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

THE WEST HALF OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH, RANGE 19 EAST, M.D.B.&M., IN THE UNINCORPORATED AREA, COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED 2/5THS INTEREST IN AND TO ALL OF THE MINERALS, OILS, GAS AND OTHER HYDROCARBON SUBSTANCES CONTAINED THEREIN AND/OR PRODUCED THEREFROM,IN FAVOR OF FRANCIS BRUNNER AND ELSA G. SCHROFF, SHARE AND SHARE ALIKE, AS PROVIDED IN THAT CERTAIN ORDER SETTLING THE FINAL AND SUPPLEMENTAL FINAL ACCOUNT AND FOR THE DISTRIBUTION OF THE ESTATE OF CLARA BRUNNER, DECEASED, DATED DECEMBER 21, 1943 A CERTIFIED COPY OF WHICH WAS RECORDED DECEMBER 27, 1943 IN BOOK 297, AT PAGE 252 OF OFFICIAL RECORDS OF KINGS COUNTY.

EXCEPTING THEREFROM AN UNDIVIDED 3/5THS INTEREST IN AND TO ALL OF THE MINERALS, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES CONTAINED AND/OR PRODUCED IN THE UNDIVIDED 2/3 INTEREST CONVEYED IN THIS DEED AS RESERVED BY MARJORIE MOFFIT, HER SUCCESSORS OR ASSIGNS BY DEED RECORDED DECEMBER 21, 1966 IN BOOK 899 PAGE 61 OF OFFICIAL RECORDS, AS INSTRUMENT NO. 17266.

PARCEL 275: (APN: PORTION OF 026-300-034)
NANCY BLUHM, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER AND THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH, RANGE 19 EAST, M.D.B.&M., IN

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

THE UNINCORPORATED AREA, COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED 11/27THS INTEREST IN AND TO ALL OIL, GAS AND MINERAL RIGHTS IN AND UNDER THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 20, AND THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 20, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS THERETO FOR THE EXPLORATION AND DEVELOPMENT OF SAME, AS RESERVED BY JOHN F. WILLCOX BY DEED RECORDED DECEMBER 18, 1967 IN BOOK 914, PAGE 508 OF OFFICIAL RECORDS, AS INSTRUMENT NO. 15102.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 11/27THS INTEREST IN AND TO ALL OIL, GAS AND MINERAL RIGHTS IN AND UNDER THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 20, AND THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 20 TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS FOR THE EXPLORATION AND DEVELOPMENT OF SAME, AS RESERVED BY MARIE WILLCOX, BY DEED RECORDED DECEMBER 18, 1967 IN BOOK 914 AT PAGE 508 OF OFFICIAL RECORDS, AS INSTRUMENT NO. 15102.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 5/27THS INTEREST IN AND TO ALL OIL, GAS AND MINERAL RIGHTS IN AND UNDER THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 20, AND THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 20, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS THERETO FOR THE EXPLORATION AND DEVELOPMENT OF SAME, AS RESERVED BY MARITA ROSSIE CLARKE BY DEED RECORDED DECEMBER 18, 1967 IN BOOK 914, PAGE 508 OF OFFICIAL RECORDS, AS INSTRUMENT NO. 15102.

PARCEL 276: (APN: PORTION OF 026-300-034)
NANCY BLUHM, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

ALL OF THE SOUTH HALF OF THE SOUTHWEST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH, RANGE 19 EAST, M.D.B.&M., IN THE UNINCORPORATED AREA, COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND HYDROCARBON SUBSTANCES IN, ON OR UNDER THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 20, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS THERETO FOR THE EXPLORATION AND DEVELOPMENT OF SAME, AS RESERVED BY HAROLD A. BUTCHER BY DEED RECORDED JANUARY 15, 1960 IN BOOK 915 AT PAGE 687 OF OFFICIAL RECORDS, AS INSTRUMENT NO. 692.

PARCEL 277: (APN: PORTION OF 026-300-034)
NANCY BLUHM, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 20, TOWNSHIP 20 SOUTH, RANGE 19 EAST, M.D.B.&M., IN THE UNINCORPORATED AREA, COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL MINERAL RIGHTS IN THE REAL PROPERTY PARTICULARLY DESCRIBED ABOVE, AND IN AND TO ALL MINERALS AND MINERAL DEPOSITS AND ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, WHATEVER THEIR SOURCE, WHICH ARE OR MAY BE FOUND OR DEVELOPED UPON, WITHIN, OR BENEATH THE SURFACE OF SAID REAL PROPERTY, OR ANY PART THEREOF, OR WHICH MAY AT ANY TIME BE PRODUCED, EXTRACTED OR SEVERED FROM SAID REAL PROPERTY, OR ANY PART THEREOF, AS RESERVED IN THE DEED

205

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

FROM LEONARD A. BOSSANA, ET UX, TO WESTHAVEN FARMING CO., A CORPORATION RECORDED OCTOBER 9, 1952 IN BOOK 537 AT PAGE 324 OF OFFICIAL RECORDS, AS INSTRUMENT NO. 9072.

PARCEL 278: (APN: 026-320-006)
NANCY BLUHM, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

ALL OF SECTION 29, TOWNSHIP 20 SOUTH, RANGE 19 EAST, M.D.B.&M., IN THE UNINCORPORATED AREA, COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER OR WHICH MAY BE PRODUCED OR SAVED IN, ON OR FROM SAID LAND AS RESERVED BY BOSTON LAND COMPANY IN DEED RECORDED APRIL 6, 1955 IN BOOK 614 AT PAGE 22 OF OFFICIAL RECORDS, AS DOCUMENT NO. 3759.

PARCEL 279:
NANCY BLUHM, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

AN EASEMENT FOR INGRESS AND EGRESS OVER THE EASTERLY 30 FEET OF SECTION 32, TOWNSHIP 20 SOUTH, RANGE 19 EAST, M.D.B.&M., IN THE COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 280: (APN: 026-320-017)
APRIL CELESTE GARCIA, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

THE NORTH HALF AND THE SOUTHEAST QUARTER OF SECTION 31, TOWNSHIP 20 SOUTH, RANGE 19 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER OR WHICH MAY BE PRODUCED OR SAVED, IN, OR FROM THE NORTHWEST QUARTER AND THE SOUTHEAST QUARTER OF SAID SECTION 31.

ALSO EXCEPTING THEREFROM ½ INTEREST IN AND TO ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN, UNDER OF WHICH MAY BE PRODUCED OR SAVED, IN, ON OR FROM THE NORTHEAST QUARTER OF SAID SECTION 31, AS RESERVED BY BOSTON RANCH COMPANY (PREDECESSOR IN INTEREST TO THE TULAGO COMPANY) IN DEED RECORDED JUNE 30, 1961 IN BOOK 785 AT PAGE 32 OF OFFICIAL RECORDS, AS DOCUMENT NO. 9222.

PARCEL 281: (APN: PORTION OF 026-320-020)
APRIL CELESTE GARCIA, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

THE NORTHWEST QUARTER OF SECTION 32, TOWNSHIP 20 SOUTH, RANGE 19 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES IN OR UNDER THE NORTH HALF OF THE NORTHWEST QUARTER OF SAID SECTION 32.

PARCEL 282: (APN: PORTION OF 026-320-020)
APRIL CELESTE GARCIA, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

THE EAST HALF OF SECTION 32, TOWNSHIP 20 SOUTH, RANGE 19 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS AND MINERAL RIGHTS IN AND UNDER THE NORTHEAST QUARTER OF SAID SECTION 32, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS THERETO FOR THE EXPLORATION AND DEVELOPMENT OF SAME AS RESERVED BY ELRENA LAGOMARSINO, TRUSTEE UNDER DECLARATION OF TRUST DATED MARCH 12, 1940 S GIANNINI TRUST, BY DEED RECORDED SEPTEMBER 7, 1967 IN BOOK 909 AT PAGE 872, AS DOCUMENT NO. 10743 OF OFFICIAL RECORDS.

PARCEL 283: (APN: PORTION OF 026-320-020)
APRIL CELESTE GARCIA, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

THE SOUTHWEST QUARTER OF SECTION 32, TOWNSHIP 20 SOUTH, RANGE 19 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF KINGS, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, TOGETHER WITH THE RIGHT TO EXPLORE AND DEVELOP SAME, AS FOLLOWS:

AN UNDIVIDED 5/6THS OF 1% INTEREST TO LOUISE SCALLEY IN DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 648 OF OFFICIAL RECORDS, AS DOCUMENT NO. 1253.

AN UNDIVIDED 5/8THS OF 1% TO MABEL B. PRESTON IN DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 649 OF OFFICIAL RECORDS, AS DOCUMENT NO. 1254.

AN UNDIVIDED 2-½% INTEREST TO ADELE ROSSI IN DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 650 OF OFFICIAL RECORDS, AS DOCUMENT NO. 1255.

AN UNDIVIDED 5/6THS OF 1% INTEREST TO ANGIOLINA RANDAZZO IN DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 656 OF OFFICIAL RECORDS, AS DOCUMENT NO. 1258.

AN UNDIVIDED 1-2/3% INTEREST TO JOHN TO. BOYNTON BY DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 658, OF OFFICIAL RECORDS, AS DOCUMENT NO. 1259.

AN UNDIVIDED 1-7/8% INTEREST TO ELLIOT H. PENTZ BY DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 659, OF OFFICIAL RECORDS, AS DOCUMENT NO. 1260.

AN UNDIVIDED 18% INTEREST TO JACK FAUSOM BY DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 660, OF OFFICIAL RECORDS, AS DOCUMENT NO. 1261.

AN UNDIVIDED 1-¼% INTEREST TO LEROY GIANNINI BY DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 661, OF OFFICIAL RECORDS, AS DOCUMENT NO. 1262.

AN UNDIVIDED 29% INTEREST TO LAURA MARY BELLOCCHI, BY DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 662, OF OFFICIAL RECORDS, AS DOCUMENT NO. 1263.

AN UNDIVIDED 10% INTEREST TO FRANK GERALD BELLOCCHI BY DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 663, OF OFFICIAL RECORDS, AS DOCUMENT NO. 1264.

207

AN UNDIVIDED 5/6THS OF 1% INTEREST TO M.E. FANTOZZI BY DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 664, OF OFFICIAL RECORDS, AS DOCUMENT NO. 1265.

AN UNDIVIDED 5/6THS OF 1% INTEREST TO JULIA BARBEIRI BY DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 665, OF OFFICIAL RECORDS, AS DOCUMENT NO. 1266.

AN UNDIVIDED 1-¼% INTEREST TO PETER GIANNINI BY DEED RECORDED FEBRUARY 1, 1967 IN BOOK 900 AT PAGE 666, OF OFFICIAL RECORDS, AS DOCUMENT NO. 1267.

PARCEL 284: (APN: 034-210-039)
ACDF, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTH ONE-HALF OF SECTION 25, TOWNSHIP 11 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF MADERA, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 285: (APN: 040-046-001)
ASSEMI & SONS, INC., A CALIFORNIA CORPORATION

THE WEST HALF OF SECTION 4, TOWNSHIP 13 SOUTH, RANGE 16 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF MADERA, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE NORTH 30 FEET THEREOF.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, AND OTHER HYDROCARBON AND MINERAL SUBSTANCES BELOW A DEPTH OF 500 FEET AS RESERVED BY JOHN LOUIS BAREILES ET. AL., BY DEED RECORDED FEBRUARY 15, 1977, INSTRUMENT NO. 3550, IN BOOK 1312 PAGE 108, MADERA COUNTY RECORDS.

PARCEL 286: INTENTIONALLY DELETED.

PARCEL 287: (APN: 068-090-60S)
BISHOP FARMS 15, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF SECTION 15, TOWNSHIP 19 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER OR WHICH MAY BE PRODUCED OR SAVED IN, ON OR UNDER SAID LAND AS RESERVED BY BOSTON LAND COMPANY, IN THE DEED RECORDED APRIL 4, 1955 IN BOOK 3585 PAGE 226 AS INSTRUMENT NO. 24104 OF OFFICIAL RECORDS, AS TO THE SOUTHEAST QUARTER OF SAID SECTION 15.

ALSO EXCEPTING THEREFROM ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND ALL OTHER MINERALS OF EVERY KIND AND CHARACTER IN, ON OR UNDER SAID LAND, AS GRANTED TO THE TULAGO COMPANY, A CALIFORNIA CORPORATION, IN THE DEED RECORDED JANUARY 18, 1972 IN BOOK 5978 PAGE 751 AS INSTRUMENT NO. 4620 OF OFFICIAL RECORDS, AS TO THE NORTHEAST QUARTER OF SAID SECTION 15.

PARCEL 288: (APN: 068-090-61S)
BISHOP FARMS 15, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201

THE SOUTHWEST QUARTER OF SECTION 15, TOWNSHIP 19 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND ALL OTHER MINERALS OF EVERY KIND AND CHARACTER IN, ON OR UNDER SAID LAND, AS GRANTED TO THE TULAGO COMPANY, A CALIFORNIA CORPORATION, IN THE DEED RECORDED JANUARY 18, 1972 IN BOOK 5978 PAGE 751 AS INSTRUMENT NO. 4620 OF OFFICIAL RECORDS.

PARCEL 289: (APN: 068-090-55S)
BISHOP FARMS 22, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

SECTION 22, TOWNSHIP 19 SOUTH, RANGE 18 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER OR WHICH MAY BE PRODUCED OR SAVED IN, ON OR UNDER SAID LAND AS RESERVED BY BOSTON LAND COMPANY, IN THE DEED RECORDED APRIL 4, 1955 AS INSTRUMENT NO. 24104, IN BOOK 3584 PAGE 226 OF OFFICIAL RECORDS, AS TO THE NORTHWEST QUARTER AND THE SOUTHEAST QUARTER.

ALSO EXCEPTING THEREFROM ALL OF THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND ALL OTHER MINERALS OF EVERY KIND AND CHARACTER IN, ON OR UNDER SAID LAND, AS GRANTED TO THE TULAGO COMPANY, A CALIFORNIA CORPORATION, IN THE DEED RECORDED JANUARY 18, 1972 AS INSTRUMENT NO. 4620 IN BOOK 5978 PAGE 751 OF OFFICIAL RECORDS, AS TO THE NORTHEAST QUARTER AND THE SOUTHWEST QUARTER.

Water Supply Agreement - FNF Farms
Loan No. 196960
79565113.1 0053564-00201