COMPLAINT EXHIBIT 5

Recorded at Request of
Old Republic Title Company

2\9000031&

AFTER RECORDING, MAIL TO:

Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101
Attention: Virginia M. Pedreira

Fresno County Recorder
Paul Dictos, CPA

**2024-0082401**

Recorded at the request of:
ERECORDING PARTNERS NETWORK
09/11/2024 08:00 00
Titles: 1    Pages: 12
Fees: $52.00
CA SB2 Fees:$75.00
Taxes: $0.00
Total: $127.00

Loan No. 196960

This instrument is delivered to the Recorder's
office as an accommodation by Old Republic
Title for physical convenience only.
It has not been examined as to its validity,
execution or its effect upon title, if any.

# COLLATERAL ASSIGNMENT OF WATER SUPPLY AGREEMENT AND EASEMENT

This COLLATERAL ASSIGNMENT OF WATER SUPPLY AGREEMENT AND EASEMENT (this "Collateral Assignment") is made as of July 29, 2015, by FNF FARMS, LLC, a California limited liability company ("Borrower"), to and for the benefit of METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation ("Lender").

## RECITALS

A.    Borrower is obtaining a loan from Lender (the "Loan"), pursuant to the terms of that certain Loan Agreement dated as of even date herewith and the Loan Documents defined therein (as amended or modified from time to time, the "Loan Documents"). The Loan is evidenced by a Promissory Note dated as of even date herewith in the principal amount of $3,776,000.00 (the "Note"), and will be secured by the real property situated in Fresno County, California as described on <u>Exhibit A</u> attached hereto, together with certain related assets (the "Property"), under the terms of that certain Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing (as amended or modified from time to time, the "Deed of Trust") executed by Borrower and dated as of even date herewith.

B.    Borrower and the Water Providers identified on <u>Exhibit B</u> attached hereto (collectively, the "Water Agreement Parties") are parties to that certain Water Supply Agreement and Easement dated as of even date herewith (the "Water Agreement").** Capitalized terms not defined herein shall have the meaning set forth in the Water Agreement.    ** Recording concurrently herewith.

C.    As a condition of the Loan, Lender requires the pledge and collateral assignment by the Borrower of its interests in the Water Agreement to the Lender as additional security for the Loan.

1

Collateral Assignment of Water Supply Agreement
FNF Farms
Loan No. 196960
79562466.1 0053564-00201

NOW, THEREFORE, in order to further secure the payment of the indebtedness of Borrower to Lender evidenced by the Loan Documents, and for further valuable consideration, receipt and adequacy of which are hereby acknowledged, Borrower hereby agrees for the benefit of Lender as follows:

1.  Subject to the terms and conditions set forth herein, Borrower does hereby assign, transfer and grant to Lender a security interest in all of Borrower's right, title and interest in and to the Water Agreement, including, without limitation, all rights to demand and receive delivery of water under the Water Agreement, all rights of the Borrower to enforce payment of any amount or to enforce performance of any duty, agreement, covenant or obligation thereunder, and all benefits afforded under the Water Agreement.

2.  The security interest herein granted shall secure payment and performance of all obligations of Borrower to Lender under the Loan Documents, including, without limitation: (i) the payment of the indebtedness evidenced by the Note, and (ii) performance of all covenants and conditions contained in the Loan Agreement, the Note, the Deed of Trust, and all documents securing or evidencing the Note, and (iii) all obligations of Borrower under this Collateral Assignment.

3.  This Collateral Assignment shall constitute an absolute and present assignment and shall be fully operative without any further action on the part of Lender. Notwithstanding the foregoing, the Borrower shall have the right to collect and use any payments due under the Water Agreement and to direct the delivery of and otherwise manage water under the Water Agreement until the occurrence of an "Event of Default" (under and as defined in any Loan Document).

4.  Upon the occurrence of an Event of Default, the Borrower hereby authorizes Lender (and its employees and agents), at Lender's option (a) to enforce in the name of the Borrower or Lender's own name as assignee any obligations of the Water Providers under the Water Agreement; (b) to use the Distribution System for the delivery of water supplies; (c) to demand, take delivery of or to direct the delivery of any water that might be then or thereafter available to the Borrower under the Water Agreement; and (d) to otherwise exercise all rights of Borrower under the Water Agreement. The Borrower shall cooperate in Lender's exercise of its rights under the Water Agreement and shall not interfere with any request by Lender to direct or deliver water available under the Water Agreement.

5.  The Borrower further authorizes the Lender (and its employees and agents) to hold the original, fully-executed Water Agreement, and to record the Water Agreement in the real estate records of the county in which the property is located and the counties in which the Water Provider Property is located, at its election, upon the occurrence of an Event of Default under the Loan, or under Lender's loans to one or more of the Water Providers, defined in the Loan Agreement as the "Related Loans."

6.  Lender shall have the right to take and credit any payments received by Lender by virtue of this Collateral Assignment to any amounts due and owing to Lender by Borrower under the terms of the Loan Documents. The application of such payments to amounts owed by Borrower to Lender shall be made in accordance with the terms of the Loan Documents.

      7.    Lender shall not be obligated to perform or discharge any obligation of any Party under the Water Agreement, resulting under or by reason of the Borrower's grant of this Collateral Assignment to Lender, and Borrower hereby agrees to indemnify Lender against and hold it harmless from any and all liability, loss, or damage which Lender may incur under the Water Agreement or this Collateral Assignment and of and from any and all claims and demands whatsoever which may be asserted against Lender by reason of any alleged obligation or undertaking on its part to perform or discharge any of the terms of the Water Agreement.

      8.    The Borrower covenants and agrees that unless and until the Note is paid in full, the Borrower:

      a.    will perform in a timely manner all obligations of the Borrower under the Water Agreement, and ensure that the Water Agreement will, at all times, remain in full force and effect;

      b.    will not agree to the termination, reduction of the term or amount of available water, amendment or modification of the Water Agreement without providing prior written notice to and obtaining the consent of Lender;

      c.    will not sell, assign, transfer, grant any further security interest in the Water Agreement, or in the interest of the Borrower under the Water Agreement or the water available thereunder; and further covenants and warrants to Lender it has not executed any prior assignment of or security interest in the Water Agreement; and

      d.    at any time and from time to time upon the request of Lender, Borrower will promptly and duly execute, deliver, file and record (subject to Section 5, above) any and all such further instruments and documents as Lender may reasonably request and which Lender deems necessary to obtain the full benefits of this Collateral Assignment and of the rights and powers herein granted.

      9.    Neither the failure nor delay on the part of the Lender in the exercise of any right, power or privilege hereunder shall operate as a waiver thereof or of any other right, power or privilege; nor shall any single or partial exercise of any such right, power or privilege preclude any further or other exercise thereof, or the exercise of any other right, power or privilege.

      10.    All notices and other communications required or permitted under this Collateral Assignment shall be in writing and served personally on or mailed by certified or registered mail to the party to be charged with receipt thereof, at the following addresses:

If to Borrower:

    FNF Farms, LLC
    1306 West Herndon Avenue, Suite 101
    Fresno, CA 93711
    Attn: Mr. Farid Assemi, Ms. Jennifer Reisz, and Mr. Jon Reiter

If to Lender:

>Metropolitan Life Insurance Company
>205 East River Park Circle, Suite 330
>Fresno, California 93720
>Attn: Loan No. 196960

11. This Collateral Assignment shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns.

12. Neither this Collateral Assignment nor any term or provision hereof may be changed, waived, discharged or terminated except by an instrument in writing executed by the party against which enforcement is sought.

13. Nothing in this Collateral Assignment shall amend any of the terms of the Loan Documents.

14. The Borrower agrees without demand to pay to and reimburse Lender for all costs, attorneys' fees and other expenses which it expends or incurs in the collection or enforcement of any obligation evidenced hereby or in the enforcement of this Collateral Assignment, including those incurred in any proceedings or actions in bankruptcy and those incurred in enforcement of any judgment.

15. This Collateral Assignment may be executed in counterparts each of which shall be considered an original and all of which shall constitute a single document.

16. The Borrower hereby consents to the collateral assignment by the other Water Agreement Parties of their respective interests in the Water Agreement to Lender in connection with the Related Loans made by Lender to such parties in substantially the form of this Collateral Assignment. Further, the Borrower agrees to recognize Lender as the assignee of the interests of such other Water Agreement Parties under the Water Agreement upon written notice to Water Providers from Lender of the occurrence of a default under the Related Loans.

16. The obligations of Borrower hereunder shall remain in full force and shall not be impaired by: (i) any express or implied modification, renewal, extension or acceleration of or to the Deed of Trust, the Note, any other Loan Document or any of the Related Loans; (ii) any exercise or non-exercise by Lender of any right or privilege under any of the Loan Documents; (iii) any bankruptcy, insolvency, reorganization, composition, adjustment, dissolution, liquidation or other like proceeding relating to Borrower, Water Providers, or any member or affiliate of Borrower, or any guarantor, or any action taken with respect to the Deed of Trust by any trustee or receiver or by any court in any such proceeding, whether or not Water Providers shall have had notice or knowledge of any of the foregoing; (iv) any release, waiver or discharge of Borrower or any endorser or guarantor from liability under any of the Loan Documents or of any liability under the Related Loans; (v) any subordination, compromise, settlement, release (by operation of law or otherwise), discharge, compound, collection, or liquidation of any of the

Loan Documents or any Property described in any of the Loan Documents or otherwise, or any substitution with respect thereto; (vi) any assignment or other transfer of any of the Loan Documents, in whole or in part; (vii) any acceptance of partial performance of any of the obligations of Borrower or any other party under the Loan Documents; (viii) any consent to the transfer of any Property described in the Loan Documents or the property described as collateral for the Related Loans; and (ix) any bid or purchase at any sale of the Property described in the Loan Documents or the property described as collateral for the Related Loans.

*(Signatures follow on next page.)*

5

IN WITNESS WHEREOF, the Borrower has executed this Collateral Assignment for the benefit of Lender as of the day and year first above written.

**BORROWER:**

FNF FARMS, LLC, a
California limited liability company

By: _____
Farid Assemi
Its General Manager

By: _____
Farshid Assemi
Its General Manager

By: _____
Darius Assemi
Its General Manager

6

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
                             )ss.
COUNTY OF Fresno             )

On July 23, 2015, before me, Alta May, a Notary Public, personally appeared FARID ASSEMI, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



_____
Notary Public in and for said
County and State



ALTA MAY
Commission # 2096611
Notary Public - California
Fresno County
My Comm. Expires Feb 7, 2019

7

Collateral Assignment of Water Supply Agreement
FNF Farms
Loan No. 196960
79562466.1 0053564-00201

<div style="border:1px solid black; padding:4px; display:inline-block;">
A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.
</div>

STATE OF CALIFORNIA            )
                               )ss.
COUNTY OF  Fresno              )

On  July 24 23 pm   , 2015, before me,   Alta May  , a Notary Public, personally appeared FARSHID ASSEMI, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

                                                  WITNESS my hand and official seal.

[Notary Seal: ALTA MAY, Commission # 2096611, Notary Public - California, Fresno County, My Comm. Expires Feb 7, 2019]

                                                  Notary Public in and for said
                                                  County and State

Collateral Assignment of Water Supply Agreement
FNF Farms
Loan No. 196960
79562466.1 0053564-00201

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA         )
                            )ss.
COUNTY OF Fresno            )

On July 22, 2015, before me, Stacy-ann Terry-ann Benton, a Notary Public, personally appeared DARIUS ASSEMI, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: STACY-ANN TERRY-ANN BENTON, Commission # 2100824, Notary Public - California, Fresno County, My Comm. Expires Feb 21, 2019]

_____
Notary Public in and for said
County and State

9

Collateral Assignment of Water Supply Agreement
FNF Farms
Loan No. 196960
79562466.1 0053564-00201

EXHIBIT A

Description of Property
(FNF Farms)

Real property in the unincorporated area of the County of Fresno, State of California, described as follows:

PARCEL 1: (APN: 038-200-04)
FNF FARMS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE EAST HALF OF SECTION 28, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS THEREIN AND THEREUNDER TOGETHER WITH ALL EASEMENTS AND RIGHTS NECESSARY OR CONVENIENT FOR THE PRODUCTION, STORAGE AND TRANSPORTATION THEREOF AND THE EXPLORATION AND TESTING OF SAID REAL PROPERTY AND ALSO THE RIGHT TO DRILL FOR, PRODUCE AND USE WATER FROM SAID REAL PROPERTY IN CONNECTION WITH DRILLING OR MINING OPERATIONS THEREON, AS RESERVED BY JOHN J. ADAMS, ET UX, IN DEED RECORDED APRIL 11, 1963, AS DOCUMENT NO. 30302, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-FOURTH INTEREST IN AND TO ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS THEREIN AND THEREUNDER, AS RESERVED IN THE DEED DATED NOVEMBER 1, 1965, FROM ROLAND D. BRUBAKER, ET UX, TO W. J. DEAL, ET UX, RECORDED DECEMBER 27, 1965, AS DOCUMENT NO. 103372, OFFICIAL RECORDS.

PARCEL 2: (APN: 038-200-09)
FNF FARMS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

THE NORTHWEST QUARTER OF SECTION 28, TOWNSHIP 16 SOUTH, RANGE 14 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL THE COAL AND OTHER MINERALS IN THE LANDS SO ENTERED AND PATENTED, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF DECEMBER 29, 1916 (39 STAT. 862), AS RESERVED IN THE PATENT FROM UNITED STATES OF AMERICA, TO FRANK ALDEN DUSTIN, DATED SEPTEMBER 11, 1922, AND RECORDED SEPTEMBER 22, 1922, IN BOOK 239 PAGE 164 OF OFFICIAL RECORDS.

PARCEL 3: (Access Easement)

A non exclusive easement for ingress and egress over and across an existing roadway located across the easterly 20 feet of Section 21, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, in the County of Fresno, State of California, according to the official plat thereof, upon the rights, terms and conditions contained in that certain "Access Agreement" dated July 23, 2015, by and among Waterford Farms, LLC, a California limited liability company and FNF Farms, LLC, a California limited liability company.

Portion APN 038-130-19s and 038-130-58s

EXHIBIT B

Water Providers

104 PISTACHIOS, LLC, a California limited liability company; DERRICK PISTACHIOS, LLC, a California limited liability company; FNF FARMS, LLC, a California limited liability company; GRANVILLE FARMS, LLC, a California limited liability company (f/k/a Granville Farms, LP, a California limited partnership); KAMM PISTACHIOS, LLC, a California limited liability company; PANOCHE PISTACHIOS, LLC, a California limited liability company; SOMMERVILLE FARMS, LLC, a California limited liability company (f/k/a Sommerville Farms, LP, a California limited partnership); THREE ROCKS PISTACHIOS, LLC, a California limited liability company; TUSCAN FARMS, LLC, a California limited liability company (f/k/a Tuscan Farms, LP, a California limited partnership); WATERFORD FARMS, LLC, a California limited liability company (f/k/a Waterford Farms, LP, a California limited partnership); ASSEMI AND SONS, INC., a California corporation; ASSEMI 100, LLC, a California limited liability company; ASSEMI BROTHERS, LLC, a California limited liability company; FARID ASSEMI, as Trustee of the BIBI ASSEMI REVOCABLE TRUST dated July 9, 2010; CANTUA ORCHARDS, LLC, a California limited liability company; VENTANA NORTH, LLC, a California limited liability company; VENTANA CENTRAL, LLC, a California limited liability company; VENTANA SOUTH, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; ACDF, LLC, a California limited liability company; C & A FARMS, LLC, a California limited liability company; SAGEBERRY I, LLC, a California limited liability company; SAGEBERRY II, LLC, a California limited liability company; SAGEBERRY III, LLC, a California limited liability company; SAGEBERRY IV, LLC, a California limited liability company; SAGEBERRY V, LLC, a California limited liability company; SAGEBERRY VI, LLC, a California limited liability company; SAGEBERRY FARMS, LLC, a California limited liability company; BISHOP FARMS 15, LLC, a California limited liability company; BISHOP FARMS 22, a California limited liability company; FARID ASSEMI, as Trustee of the Amended and Restated Farid Assemi Revocable Trust dated March 2, 2010; FARSHID ASSEMI and SONIA ROSEMARY ASSEMI, as Trustees of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated March 2, 2010; and DARIUS ASSEMI, as Trustee of the Amended and Restated Darius Assemi Revocable Trust dated March 2, 2010 (collectively, the "Water Providers").

12

Collateral Assignment of Water Supply Agreement
FNF Farms
Loan No. 196960
79562466.1 0053564-00201