MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Plaintiffs*
BRIGHTHOUSE LIFE INSURANCE COMPANY,
METROPOLITAN LIFE INSURANCE COMPANY,
and METLIFE REAL ESTATE LENDING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, a California limited liability company, *et al.,*<br><br>Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos: 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>Date: February 2, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Stanley A. Boone |

☒ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261
☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226
☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231
☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232
☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233
☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235
☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;     -1-     LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER

151637479.2 0053564-00653

1    TO THE HONORABLE STANLEY A. BOONE, U.S. MAGISTRATE JUDGE:

2    IT IS HEREBY STIPULATED by and between Plaintiffs Brighthouse Life Insurance

3    Company, Metropolitan Life Insurance Company, and MetLife Real Estate ending, LLC and

4    Prudential Insurance Company of America (collectively, "Plaintiffs")[1] and Defendants[2] (together

5    with Plaintiffs, the "Parties") through their respective counsel, that the Scheduling Conference

6    currently set for February 2, 2026 be continued 90-days to May 4, 2026 at 1:30 p.m.

7    The Parties respectfully request a 90-day continuance of the Initial Scheduling Conference

8    (to May 4, 2026). Sales of real property are in progress or have occurred. On December 28, 2025,

9    the Court approved Prudential Insurance Company of America's substitution as the Plaintiff in the

10   Maricopa matter (Dkt. No. 40 in *Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al.*,

11   1:24-cv-01231). Counsel for Prudential has also informed the parties that Prudential intends to

12   substitute in as Plaintiff in the following matters: 1:24-cv-01261-KES-SAB; 1:24-cv-01235-KES-

13   SAB; 1:24-cv-01226-KES-SAB; and 1:24-cv-01232-KES-SAB.

14   These developments are expected to significantly narrow the scope of the discovery plan

15   and the issues to be addressed at the Initial Scheduling Conference. Given the complexity of these

16

17

18   [1] *Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al.*, 1:24-cv-01226; *Metropolitan Life Ins. Co.
19   v. C & A Farms, LLC, et al.*, 1:24-cv-01230; *Metropolitan Life Ins. Co. v. Maricopa Orchards,
     LLC, et al.*, 1:24-cv-01231; *Brighthouse Life Ins. Co. v. Kamm South, LLC, et al.*, 1:24-cv-01232;
20   *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233; *Brighthouse
     Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01235; *MetLife Real Estate Lending, LLC v. Panoche
21   Pistachios, LLC, et al.*, 1:24-cv-01241; *Metropolitan Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-
     01261.
22

23   [2] Defendants Maricopa Orchards, LLC; ACDF, LLC, as successor by merger to 104 Partners, LLC;
     Willow Avenue Investments, LLC; Ashlan & Hayes Investments, LLC; Grantor Fresno Clovis
24   Investments, LLC; Maricopa Orchards, LLC; Manning Avenue Pistachios, LLC; C & A Farms,
     LLC; Cantua Orchards, LLC; FNF Farms, LLC; Panoche Pistachios, LLC; Kamm South, LLC;
25   Donald E. Schramm and Nada L. Schramm Revocable Trust Dated 12/2/2010; The Thomsen
     Family Trust Dated 11/24/2010; Daniel L. Sweet, an individual; Carole A. Sweet, an individual;
26   Donald E. Schramm, an individual; Nada L. Schramm, an individual; Keith A. Thomsen, an
     individual; the testate and intestate successors of Catherine S. Thomsen, deceased, and all persons
27   claiming by, through or under such decedent; Farid Assemi, an individual; Farshid Assemi, an
     individual; and Darius Assemi, an individual (collectively, the "Defendants"). As of the time of
28   this filing, counsel for Plaintiffs did not receive a response or signature authorization from counsel
     for Dumar, LLC and Pistache, LLC.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;          -2-    LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653

1    multi-party proceedings, the Parties request additional time to meet and confer on a discovery plan,

2    case schedule, and the matters at issue in the various cases.

3    IT IS SO STIPULATED.

4

5    DATED:  January 9, 2026              STOEL RIVES LLP

6                                        */s/ Michelle J. Rosales*
                                         MICHAEL B. BROWN, Bar No. 179222
7                                        michael.brown@stoel.com
                                         THOMAS A. WOODS, Bar No. 210050
8                                        thomas.woods@stoel.com
                                         BENJAMIN J. CODOG, Bar No. 307034
9                                        ben.codog@stoel.com
                                         MICHELLE J. ROSALES, Bar No. 343519
10                                       michelle.rosales@stoel.com

11                                       *Attorneys for Plaintiffs*
                                         BRIGHTHOUSE LIFE INSURANCE
12                                       COMPANY, METROPOLITAN LIFE
                                         INSURANCE COMPANY, and METLIFE
13                                       REAL ESTATE LENDING, LLC

14   DATED:  January 9, 2026              SEYFARTH SHAW LLP

15

16                                       */s/ Jason J. DeJonker*
                                         M. RYAN PINKSTON, Bar No. 310971
17                                       rpinkston@seyfarth.com
                                         KYLE W. OWEN, Bar No. 326335
18                                       kowen@seyfarth.com
                                         JASON J. DEJONKER (pro hac)
19                                       jdejonker@seyfarth.com
                                         NICHOLAS R. MARCUS (pro hac)
20                                       nmarcus@seyfarth.com

21                                       *Attorneys for Plaintiff*
                                         PRUDENTIAL INSURANCE COMPANY OF
22                                       AMERICA

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;            -3-      LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653

1    DATED:  January 12, 2026                    WANGER JONES HELSEY PC

2

3                                                */s/ Ian J. Quinn*
                                                 RILEY C. WALTER, Bar No. 91839
                                                 rwalter@wjhattorneys.com
4                                                IAN J. QUINN, Bar No. 342754
                                                 iquinn@wjhattorneys.com
5

6                                                *Attorneys for Defendants*
7                                                ACDF, LLC; C&A FARMS, LLC; CANTUA
                                                 ORCHARDS, LLC; FNF FARMS, LLC;
8                                                KAMM SOUTH, LLC; MARICOPA
                                                 ORCHARDS, LLC; ASHLAN & HAYES
9                                                INVESTMENTS, LLC; PANOCHE
                                                 PISTACHIOS, LLC; WILLOW AVENUE
10                                               INVESTMENTS, LLC; MANNING AVENUE
                                                 PISTACHIOS, LLC; GRANTOR FRESNO
11                                               CLOVIS INVESTMENTS, LLC

12   DATED:  January 9, 2026                     LEVENE, NEALE, BENDER, YOO &
                                                 GOLUBCHIK LLP
13

14                                               */s/ Richard D. Steelman, Jr.*
                                                 BETH ANN R. YOUNG, Bar No. 143945
15                                               bry@lnbyg.com
                                                 RICHARD D. STEELMAN, JR., Bar No.
16                                               rps@lnbyg.com

17                                               *Attorneys for Defendants*
                                                 FARID ASSEMI, an individual, and FARSHID
18                                               ASSEMI, an individual.

19   DATED:  January 10, 2026                    MOJDEHI GALVIN REGO LLP

20

21                                               */s/ Ali M. Mojdehi*
                                                 ALI M. MOJDEHI, Bar No. 123846
                                                 ali.mojdehi@mgr-legal.com
22

23                                               *Attorneys for Defendants*
                                                 DARIUS ASSEMI, an individual

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;        -4-    LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653

1    DATED:  January 12, 2026                    BAKER MANOCK & JENSEN, PC

2
                                                 */s/ Dirk B. Paloutzian*
3                                                DIRK B. PALOUTZIAN, Bar No. 173676
                                                 dpaloutzian@bakermanock.com
4
                                                 *Attorneys for Defendants*
5                                                DONALD E. SCHRAMM AND NADA L.
                                                 SCHRAMM REVOCABLE TRUST DATED
6                                                12/2/2010; THE THOMSEN FAMILY TRUST
                                                 DATED 11/24/2010; DANIEL L. SWEET, AN
7                                                INDIVIDUAL; CAROLE A. SWEET, AN
                                                 INDIVIDUAL; DONALD E. SCHRAMM, AN
8                                                INDIVIDUAL; NADA L. SCHRAMM, AN
                                                 INDIVIDUAL; KEITH A. THOMSEN, AN
9                                                INDIVIDUAL; THE TESTATE AND
                                                 INTESTATE SUCCESSORS OF
10                                               CATHERINE S. THOMSEN, DECEASED,
                                                 AND ALL PERSONS CLAIMING BY,
11                                               THROUGH OR UNDER SUCH DECEDENT

12

13

14                       **ATTESTATION UNDER L.R. 131(c)**

15          Pursuant to Civil Local Rule 131(c), I attest under the penalty of perjury that the above

16   signatories authorized the use of an electronic signature and concurred in the filing of this

17   document.

18

19   DATED:  January 12, 2026                    */s/ Michelle J. Rosales*
                                                 MICHELLE J. ROSALES
20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;          -5-     LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653

1

## **ORDER**

2

3      The Parties having so stipulated and good cause appearing,

4      IT IS HEREBY ORDERED that the Scheduling Conference currently set for February 2,

5  2026, at 1:30 p.m. shall be continued to May 4, 2026, at 1:30 a.m. in Courtroom 9 before the

6  Honorable Magistrate Judge Stanley A. Boone.

7      **IT IS SO ORDERED.**

8  Dated: _____                     _____
                                                  UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;          -6-     LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653