# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>FNF FARMS, LLC, et al.,<br><br>            Defendants. | Case No.  1:24-cv-01226-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 39) |

On January 12, 2026, the parties filed a stipulation to continue the initial scheduling conference.  (ECF No. 39.)  For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to May 26, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **January 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge