SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Kyle W. Owen (SBN 326335)
kowen@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  (916) 448-0159s
Facsimile:   (916) 558-4839

Jason J. DeJonker (*admitted pro hac vice*)
jdejonker@seyfarth.com
Nicholas R. Marcus (*admitted pro hac vice*)
nmarcus@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Non-Party
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>FNF FARMS, LLC, a California limited liability company; FARID ASSEMI, an individual; FARSHID ASSEMI, an individual; DARIUS ASSEMI, an individual; and DOES 1-100,<br>Defendants. | Case No. 1:24-cv-01226-KES-SAB<br><br>**NON-PARTY/MOVANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S NOTICE OF NON-OPPOSITION TO ITS MOTION TO SUBSTITUTE AS PLAINTIFF PURSUANT TO FRCP 25**<br><br>Date: February 17, 2026<br>Time: 1:30 p.m.<br>Courtroom: 6, 7th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, under Local Rule 230(c), any opposing papers to The Prudential Insurance Company of America's ("Prudential") Motion to Substitute as Plaintiff were due to be filed by Friday, January 23, 2026. As of the date of this filing, Prudential has not been served with opposing papers to the Motion to Substitute as Plaintiff, and the Parties have not filed a corresponding opposition with the Court. The Court should therefore consider Prudential's Motion to Substitute as unopposed and consented to by all Parties. *See* EDCA Local Rule 230(c) ("A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion."); s*ee also Kristensen v. Expansion Capital Group, LLC*, 2016 WL 10988570, at *1 (C.D. Cal. July 19, 2016) (deeming plaintiff's failure to file an opposition or otherwise comply with local rule as consent to granting defendant's motion to dismiss).

For these reasons, Prudential requests that the Court deem the Motion to Substitute as unopposed and grant the Motion accordingly.

DATED: January 26, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Kyle W. Owen*
    Kyle W. Owen

Attorneys for Non-Party/Movant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

323139098v.1

NOTICE OF NON-OPPOSITION TO MOTION TO SUBSTITUTE AS PLAINTIFF