# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No.  1:24-cv-01226-KES-SAB |
| Plaintiff, | ORDER DENYING NICHOLAS R. MARCUS'S *PRO HAC VICE* APPLICATION WITHOUT PREJUDICE |
| v. | (ECF No. 43) |
| FNF FARMS, LLC, et al., | |
| Defendants. | |

Before the Court is the application of Nicholas R. Marcus's, attorney for Prudential Insurance Company of America, for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Upon review, the Court observes that the application does not include a certificate of good standing from the court in the attorney's state of primary practice.  See Local Rule 180(b)(2)(i).

Accordingly, IT IS HEREBY ORDERED that Nicholas R. Marcus's application to appear *pro hac vice* is DENIED without prejudice to be resubmitted with the certificate of good standing.

IT IS SO ORDERED.

Dated:   **February 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1