# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FNF FARMS, LLC, et al.,<br><br>　　　　Defendants. | Case No.  1:24-cv-01226-KES-SAB<br><br>ORDER GRANTING NICHOLAS R. MARCUS'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 45) |

　　　Before the Court is the application of Nicholas R. Marcus's, attorney for Prudential Insurance Company of America, for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **February 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1