SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Kyle W. Owen (SBN 326335)
kowen@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:   (916) 558-4839

Jason J. DeJonker (*admitted pro hac vice*)
jdejonker@seyfarth.com
Nicholas R. Marcus (*admitted pro hac vice*)
nmarcus@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Substituting Plaintiff
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>ACDF, LLC, a California limited liability company, *et al*.,<br><br>                    Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos.:<br>1:24-cv-1226; 1:24-cv-1231; 1:24-cv-1232;<br>and 1:24-cv-1235<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>Date:         May 26, 2026<br>Time:         1:30 p.m.<br>Courtroom:  9<br>Judge:        Hon. Stanley A. Boone |

☒       Affects All Consolidated Cases

☐       Affects The Prudential Ins. Co. of  Am. v. ACDF, LLC, et al., 1:24-cv-01261

☐       Affects The Prudential Ins. Co. of  Am. v. FNF Farms, LLC, et al., 1:24-cv-01226

☐       Affects The Prudential Ins. Co. of  Am. v.

---

Maricopa Orchards, LLC, et al., 1:24-cv-01231

☐    Affects The Prudential Ins. Co. of Am. v. Kamm South, LLC, et al., 1:24-cv-01232

☐    Affects The Prudential Ins. Co. of Am. v. C & A Farms, LLC, et al., 1:24-cv-01235

TO THE HONORABLE KIRK E. SHERRIFF, U.S. DISTRICT JUDGE:

IT IS HEREBY STIPULATED by and between Substitute Plaintiff The Prudential Insurance Company of America and Defendants[1] (collectively the "Parties") through their respective counsel, that the Scheduling Conference currently set for May 26, 2026, be continued to September 22, 2026, at 9:30 AM.

1.      On April 2, 2026, the Court issued an order amending the consolidation of all related matters into two groups for administrative convenience and efficiency: one is the "MetLife/Brighthouse Receivership" group of cases,[2] and the other is the "Prudential Substitute Receivership" group of cases.[3]

2.      The Court in the MetLife/Brighthouse Receivership Cases ordered that the May 26, 2026 Initial Scheduling Conferences be continued to September 22, 2026, at 9:30 AM in light of the pending motion to dismiss in one of the underlying matters, *Metropolitan Life Insurance Company v. C & A Farms, LLC*, case no. 1:24-cv-1230-KES-SAB (Dkt. 77).

3.      The Initial Scheduling Conferences in each of the Prudential Substitute Receivership Cases remain set for May 26, 2026.

4.      The Parties believe that in the interests of comity and efficiency, the Initial Scheduling Conferences in the MetLife/Brighthouse Receivership Cases and the Prudential Substitute Receivership Cases should be heard in unison on September 22, 2026, at 9:30 AM.

---

[1] Defendants are ACDF, LLC, as successor by merger to 104 Partner, LLC; Willow Avenue Investments, LLC; Ashlan & Hayes Investments, LLC; Grantor Fresno Clovis Investments, LLC; Maricopa Orchards, LLC; FNF Farms, LLC; Kamm South, LLC; C&A Farms, LLC; Cantua Orchards, LLC; Farid Assemi; Farshid Assemi; and Darius Assemi.

[2] The MetLife/Brighthouse Receivership Cases are 1:24-cv-01230 (lead case), 1:24-cv-01233, and 1:24-cv-01241.

[3] The Prudential Substitute Receivership Cases are 1:24-cv-1261 (lead case), 1:24-cv-1226, 1:24-cv-1231, 1:24-cv-1232, and 1:24-cv-1235.

1

The Parties thus respectfully request that the Initial Scheduling Conferences scheduled for May 26, 2026, at 9:30 AM in each of the Prudential Substitute Receivership Cases be continued to September 22, 2026, at 9:30 AM, which is the date of the Initial Scheduling Conferences in the MetLife/Brighthouse Receivership Cases.  This extension will allow further time for the sale of real property in the underlying and related matters and will promote efficiency and comity among all of the related matters by conducting the Initial Scheduling Conferences on the same date.

IT IS SO STIPULATED.

DATED:  May 18, 2026                                    SEYFARTH SHAW LLP


By: */s/  Kyle W. Owen*
NICHOLAS R. MARCUS, PHV
nmarcus@seyfarth.com
KYLE W. OWEN, Bar
kowen@seyfarth.com

*Attorneys for Substitute Plaintiff*
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

2

DATED:  May 18, 2026                              WANGER JONES HELSLEY PC

*/s/ Ian J. Quinn (as authorized on 5/18/26)*
Ian J. Quinn
iquinn@wjhattorneys.com
Riley C. Walter
rwalter@wjhattorneys.com

*Attorneys for Defendants*
ACDF, LLC; ASHLAN & HAYES INVESTMENTS, LLC; C&A FARMS, LLC; CANTUA ORCHARDS, LLC; FNF FARMS, LLC; GRANTOR FRESNO CLOVIS INVESTMENTS, LLC; KAMM SOUTH, LLC; MARICOPA ORCHARDS, LLC; WILLOW AVENUE INVESTMENTS, LLC

DATED:  May 18, 2026                              MOJDEHI GALVIN REGO LLP

*/s/ Ali Mojdehi (as authorized on 5/18/26)*
Ali M. Modjdehi
ali.mojdehi@mgr-legal.com

*Attorneys for Defendant*
DARIUS ASSEMI

DATED:  May 18, 2026                              LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

*/s/ Richard P. Steelman, Jr. (as authorized on 5/18/26)*
Richard P. Steelman, Jr.
rps@lnbyg.com
Beth Ann R. Young
bry@lnbyg.com

*Attorneys for Defendants*
FARID ASSEMI; FARSHID ASSEMI

3

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER
[LEAD CASE NO. 1:24-CV-01261-KES-SAB]

## [PROPOSED] ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conferences currently set for May 26, 2026, at 9:30 AM in the Prudential Substitute Receivership Cases (*Prudential Insurance Company of America v. ACDF, LLC, et al.*, 1:24-cv-1261 (lead case); *Prudential Insurance Company of America v. FNF Farms, LLC, et al.,* 1:24-cv-1226; *Prudential Insurance Company of America v. Maricopa Orchards, LLC et al.*, 1:24-cv-1231; *Prudential Insurance Company of America v. Kamm South, LLC et al.*, 1:24-cv-1232; and *Prudential Insurance Company of America v. C & A Farms, et al.*, 1:24-cv-1235) shall be continued to September 22, 2026, at 9:30 AM in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.

**IT IS SO ORDERED.**

Dated: _____                          _____

                                                         HON. KIRK E. SHERRIFF

325900400v.4